**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MANFRED STERNBERG, ESQUIRE and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SAMUEL GROSS**<br><br>*Defendants.* | **CIVIL ACTION NO. 2022-000688** |

**MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS**

Pursuant to Rule 4(c), Federal Rules of Civil Procedure, plaintiff, American Environmental Enterprises, Inc, d/b/a THESAFETYHOUSE.COM, in the above captioned civil action hereby move(s) this court to specially appoint Guaranteed Subpoena Service to serve the Summons and Complaint upon defendant, Manfred Sternberg, Manfred Sternberg & Associates, P.C., Charlton Holding Group, LLC and Samuel Gross in this action, and represent(s) that:

1. Said person is or would be competent and not less than eighteen (18) years of age.
2. Said person is not and will not be a party to this action.
3. Granting the instant motion will affect substantial savings in (e.g., time, travel fees of the United States Marshal).
4. Martin Sternberg, pro se and Samuel Gross, pro se have informed undersigned counsel that defendants received the Summons and Complaint, but refuses to accept service.
5.

/s/ Gary P. Lightman______
Attorney for Plaintiff
Gary P. Lightman, Esquire

**ORDER**

AND NOW, to wit, this ___________ day of ________________, 2022, it is **ORDERED** that Guaranteed Subpoena Service, Inc. be and the same is hereby specifically appointed to serve

the Summons and Complaint upon defendants Manfred Sternberg, Manfred Sternberg & Associates, P.C., Charlton Holding Group, LLC and Samuel Gross in this action.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(g), Federal Rules of Civil Procedure.

**ATTEST:** **BY THE COURT:**

**MICHAEL E. KUNZ**
Clerk of the Court

BY:______________________________ ______________________________
Deputy Clerk United States District Judge

Scully\Charlton\Mot for Special Appt to Server Process 4c Motion