UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN ENVIRONMENTAL, ENTERPRISES, INC. d/b/a THESAFETY HOUSE.COM<br><br>Plaintiff,<br>v.<br><br>MANFRED STERNBERG, ESQUIRE and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC and SAMUEL GROSS,<br><br>Defendants. | CIVIL ACTION NUMBER: 2:22-cv-00688 (JMY)<br><br>(YOUNGE, U.S.D.J.)<br><br>ECF Case<br><br><u>NOTICE OF MOTION</u><br><br><u>ORAL ARGUMENT REQUESTED</u> |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Aaron C. Schlesinger, Esq. dated April 1, 2002, the Exhibits annexed thereto and Memorandum of Law submitted herein, the undersigned, on behalf of Defendants Manfred Sternberg, Esquire, Manfred Sternberg & Associates, PC, Charlton Holdings Group, LLC and Samuel Gross (collectively "Defendants"), will move this Court before the Honorable John Milton Younge, United States District Judge, at the United States District Court, Eastern District of Pennsylvania, James A Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, for an Order, pursuant to Rules 12(b)(3) and (6) of the Federal Rules of Civil Procedure dismissing the Complaint of Plaintiff American Environmental, Enterprises, Inc. d/b/a TheSAFETYHOUSE.com. for improper venue and/or Forum *Non Conveniens*, together with attorneys' fees, costs and disbursements of this proceeding and for such other and further relief as this Court deems just and proper.

LAW OFFICES

Peckar & Abramson
A Professional Corporation

Date: April 1, 2022			Respectfully submitted

**/s/Aaron C. Schlesinger**
AARON C. SCHLESINGER, ESQ.
PA Identification Number 90734
**PECKAR & ABRAMSON, P.C.**
Attorneys for Defendants,
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

To:	Gary P. Lightman, Esq.
	Lightman & Manochi
	156 Inverness Drive
	Blue Bell, Pennsylvania 19422
	garylightman@lightmanlaw.com

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

## CERTIFICATION OF SERVICE

I hereby certify that on April 1, 2022 the within Motion to Dismiss Plaintiff's Complaint consisting of the Notice of Motion, Declaration of Aaron C. Schlesinger, Esq. with supporting Exhibits, Memorandum of Law and Proposed Order, were all electronically served pursuant to the Court's Electronic Mail ECF system upon:

> Gary P. Lightman, Esq.
> Lightman & Manochi
> 156 Inverness Drive
> Blue Bell, Pennsylvania 19422
> garylightman@lightmanlaw.com

/s/Aaron C. Schlesinger
AARON C. SCHLESINGER, ESQ.

Dated: April 1, 2022

LAW OFFICES
Peckar & Abramson
A Professional Corporation