UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL, ENTERPRISES, INC. d/b/a THESAFETY HOUSE.COM** <br><br> Plaintiff, <br><br> v. <br><br> **MANFRED STERNBERG, ESQUIRE and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC and SAMUEL GROSS,** <br> Defendants, <br> Third-Party Plaintiffs, <br><br> v. <br><br> **GARY WEISS,** <br><br> Third-Party Defendant. | CIVIL ACTION NUMBER: <br> 2:22-cv-00688 (JMY) <br><br> (YOUNGE, U.S.D.J.) <br><br> ECF Case <br><br> SUBSTITUTION OF COUNSEL |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the Court enter an Order permitting Peckar & Abramson, P.C., to withdraw as counsel for Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC (collectively, the "Sternberg Defendants"), in the above-entitled action, and substituting the law firm of Goldberg Segalla LLP, through Seth L. Laver, Esq. and Jason S. Kaner, Esq. as counsel for the Sternberg Defendants.

Dated: August 19, 2022

| | |
|---|---|
| /s/ *Aaron C. Schlesinger* <br> Aaron C. Schlesinger, Esquire (90734) <br> **PECKAR & ABRAMSON, P.C.** <br> 70 Grand Avenue <br> River Edge, New Jersey 07661 <br> (201) 343-3434 <br> aschlesinger@pecklaw.com | /s/ *Seth L. Laver* <br> Seth L. Laver, Esquire (94518) <br> Jason S. Kaner, Esquire (327891) <br> **GOLDBERG SEGALLA LLP** <br> 1700 Market Street, Suite 1418 <br> Philadelphia, Pennsylvania 19103 <br> (267) 519-6843 <br> slaver@goldbergsegalla.com <br> jkaner@goldbergsegalla.com |