**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL, ENTERPRISES, INC. d/b/a THESAFETY HOUSE.COM**<br><br>**Plaintiff,**<br>**v.**<br><br>**MANFRED STERNBERG, ESQUIRE and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC and SAMUEL GROSS,**<br>**Defendants.** | **CIVIL ACTION NUMBER: 2:22-cv-00688 (JMY)**<br><br>**(YOUNGE, U.S.D.J.)**<br><br>**ECF Case**<br><br>**<u>NOTICE OF MOTION</u>** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Aaron C. Schlesinger, Esq. dated November 28, 2022 and the Exhibits annexed thereto, the undersigned, on behalf of Defendants Manfred Sternberg, Esquire, Manfred Sternberg & Associates, PC, Charlton Holdings Group, LLC and Samuel Gross (collectively "Defendants"), will move this Court before the Honorable John Milton Younge, United States District Judge, at the United States District Court, Eastern District of Pennsylvania, James A Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, for an Order granting the following relief:

1. Leave to amend their Answer and Third-Party claim to add A. Solar, LLC as a Third-Party Defendant, with the consent of Plaintiff, pursuant to F.R.C.P. 15(a)(2); and

2. Leave to serve Third-Party Defendants Gary Weiss and A.Solar, LLC via alternative service pursuant to pursuant to F.R.C.P. 4(e)(1) and Rule Pa. R. Civ. P. 430.

and for such other and further relief as this Court deems just and proper.

LAW OFFICES
Peckar & Abramson
A Professional Corporation

Date: November 28, 2022

Respectfully submitted

**/s/Aaron C. Schlesinger**
AARON C. SCHLESINGER, ESQ.
PA Identification Number 90734
**PECKAR & ABRAMSON, P.C.**
Attorneys for Defendants,
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

**/s/ Seth L. Laver, Esq.**
SETH LAVER, ESQ.
**Goldberg Segalla**
Attorneys for Manfred Steinberg, Esquire
and Manfred Sternberg & Associations
1700 Market Street, Suite 1418
Philadelphia, Pennsylvania 19103
laver@goldbergsegalla.com

To: Gary P. Lightman, Esq.
Lightman & Manochi
Attorneys for Plaintiff
156 Inverness Drive
Blue Bell, Pennsylvania 19422
garylightman@lightmanlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on November 28, 2022 the within Motion for Leave to Amend and Alternative Service consisting of the Notice of Motion, Declaration of Aaron C. Schlesinger, Esq. with supporting Exhibits and Proposed Order, were all electronically served pursuant to the Court's Electronic Mail ECF system upon:

Gary P. Lightman, Esq.
Lightman & Manochi
156 Inverness Drive
Blue Bell, Pennsylvania 19422
garylightman@lightmanlaw.com

**/s/Aaron C. Schlesinger**
AARON C. SCHLESINGER, ESQ.

Dated: November 28, 2022

LAW OFFICES
Peckar & Abramson
A Professional Corporation