**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL | : | |
| ENTERPRISES INC., d/b/a | : | No. 22-cv-0688-JMY |
| THE SAFETYHOUSE.COM | : | |
| | : | |
| vs. | : | |
| | : | |
| MANFRED STERNBERG, *et al*. | : | |

**ORDER**

AND NOW this 28th day of July 2023, upon consideration of the *Plaintiff's Motion to File an Amended Complaint Under Rule 15, and to Compel Compliance with Court Directives*, (ECF No. 77), it is hereby **ORDERED** that Plaintiff's Motion for Leave to file an Amended Complaint shall be **GRANTED** to the extent that Plaintiff seeks to file an Amended Complaint – Plaintiff will be permitted to file the proposed Amended Complaint attached as Exhibit A to its Motion within ten (10) days of the date that this Order is entered on the docket.

It is further **ORDERED** Plaintiff's Motions to Compel Discovery (ECF Nos. 63, 64, & 65) will be **GRANTED** in part and **DENIED** in part as follows:

(1) Plaintiff's Motion to Compel Discovery from Defendants Manfred Sternberg, Esquire, Manfred Sternberg & Associates, PC, Charlton Holdings Group and Samuel Gross (ECF No. 63.) will be GRANTED.  Defendants shall provide full and complete answers to interrogatories and requests for production of documents in accordance with renewed case management deadlines that will be established by the Court.

(2) Plaintiff's Motion to Compel Discovery from Third-Party Defendants Gary Weiss and A. Solar, LLC, (ECF No. 65) will be GRANTED.  Third-Party Defendants shall provide full and complete answers to interrogatories and requests for production of

documents in accordance with renewed case management deadlines that will be established by the Court.

(3) Plaintiff's Motion to Compel Depositions (ECF No. 64) will be GRANTED. Defendants and Third-Party Defendants shall appear for depositions in accordance with amended case management deadlines that will be established by the Court.

(4) Plaintiff's request for sanctions will be DENIED.

IT IS SO ORDERED.


BY THE COURT:

  /s/ John Milton Younge  
Judge John Milton Younge