### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

American Environmental Enterprises Inc.,     :
d/b/a The SafetyHouse.com,                 :
                                                        :
           v.                                    :      Case No. 22-cv-688-JMY
                                                         :
Manfred Sternberg, *et al.*,                :

### **ORDER**

AND NOW, this 16th day of August 2023, considering the Amended Complaint filed by American Environmental Enterprises Inc., (ECF No. 80), it is hereby **ORDERED** that the Pro Se Motion to Change Venue (ECF No. 76) filed by A. Solar LLC, Gary Weiss, **shall be DENIED AS MOOT, and WITHOUT PREJUDICE,** to be refiled, if desired, based upon allegations asserted in the Amended Complaint, and after the Court first resolves the outstanding *Motion to Withdraw as Counsel* (ECF No. 84), filed by Pro Se Defendant's Counsel of Record, Rebecca J. Price, Esquire.

**IT IS SO ORDERED.**

                                                        **BY THE COURT:**

                                                    */s/ John Milton Younge*
                                                **JUDGE JOHN MILTON YOUNGE**