IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM | : : : : | Case No. 22-cv-688-JMY |
| v. | : : | |
| MANFRED STERNBERG, *et al*. | : | |

## **AMENDED SCHEDULING ORDER**

**AND NOW**, this  28th  day of August, 2023, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. All fact discovery shall be completed by **Thursday, December 28 2023**.

    b. The parties shall produce their expert report(s) by **Thursday, January 11, 2024**; rebuttal expert report(s) shall be produced by **Thursday, January 25, 2024;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Thursday, February 8, 2024**.

    c. All motions for summary judgment and *Daubert* motions shall be filed no later than **Friday, March 8, 2024**. Responses to such motions shall be filed no later than **Monday, April 8, 2024.**

2. A Final Pretrial Conference will be held on **Tuesday, July 9, 2024 at 10:00 a.m.** Counsel shall appear by remote video and will be notified by Chamber via email with instruction on how to participate remotely. No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

3. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

**BY THE COURT:**

 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**