UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM, | : : : : | |
| *Plaintiff* | : : : | Case No. 22-cv-0688-JMY |
| v. | : : | |
| MANFRED STERNBERG, et al., | : : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 28th day of September 2023 upon consideration of Plaintiffs' Motion to Compel (ECF No. 63), Plaintiffs' Second Motion to Compel (ECF No. 106), Plaintiffs' Third Motion to Compel (ECF No. 107), and all responses thereto, it is hereby ordered that the Motions are **DENIED WITHOUT PREJUDICE.** The parties are admonished to cooperate with one another to allow for the orderly adherence to the Amended Scheduling Order issued on August 28, 2023. Failure to adhere to this schedule may result in the Court's selection and appointment of a Discovery Master to coordinate all discovery matters and rule upon all discovery disputes, with the compensation of the Discovery Master to be paid for equally by all parties.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
**Judge John Milton Younge**