IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM,** | : : : : | |
| | : | 22-cv-0688-JMY |
| v. | : : : | |
| **MANFRED STERNBERG, et al.,** | : : | |

# ORDER

AND NOW, this <u>24th</u> day of <u>January</u>, 2024, upon consideration of the Motion of Plaintiff American Environmental Enterprises, Inc., d/b/a THESAFETYHOUSE.COM, for Contempt and Other Sanctions against defendant Samuel Gross, a/k/a Shlomo Gross, and his entity, defendant Charlton Holdings Group, LLC (collectively, the "Gross Defendants"), by reason of the Gross Defendants' refusal and failure to comply with prior Court Orders and Notices of Oral Depositions properly served on them, and to appear on December 29, 2023, for their depositions as scheduled (the "Motion"), pursuant to the Court's Order of December 12, 2023, and Rules 36 and 37 of the Federal Rules of Civil Procedure, and upon further consideration of any response thereto, and for good cause shown, it is hereby ORDERED AND DECREED as follows:

1. The Motion of American Environmental Enterprises, Inc., d/b/a THESAFETYHOUSE.COM is GRANTED.

2. This Court finds that Sam Gross and CHG each are in CONTEMPT OF COURT, for willfully and deliberately failing and refusing to comply with the Court's Order of December 12, 2023 [ECF 138], and to honor a validly issued and served Amended

    Notice of Oral Deposition and appear for their scheduled oral depositions on December 29, 2023, and for willfully and deliberately failing and refusing to pay the $500.00 sanctions awarded to plaintiff in the 12/12/23 Order, all without any legal justification or excuse.

3. This Court also finds that Sam Gross and CHG each are in CONTEMPT OF COURT, for willfully and deliberately failing and refusing to comply with the Court's Orders dated July 28, 2023 Order [ECF 79], and dated May 1, 2023, Order [ECF 59], and dated 3/21/23 Order [ECF 55].

4. Sanctions are awarded against Sam Gross and in favor of plaintiff, in the amount of $2,550.00, for the costs and attorney fees incurred by plaintiff in connection with the deposition.

**IT IS SO ORDERED**.

                                                **BY THE COURT:**

                                                */s/ John Milton Younge*
                                              **JUDGE JOHN MILTON YOUNGE**