## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM | : : : : |
| v. | : : |
| MANFRED STERNBERG, *et al*. | : |

Case No. 22-cv-688-JMY

### AMENDED SCHEDULING ORDER

**AND NOW**, on this 20th day of March 2024, upon consideration of the Withdrawal of Counsel by Rebecca Price (ECF No. 84), the failure of Defendant ASOLARDIAMONDLLC, D/B/A ASOLAR LLC, to obtain counsel within thirty (30) days, as per the Court's Order on November 13, 2023, (ECF No. 133), the Defendant's Request for Extension of existing deadlines (ECF No. 151), and the failure of the parties to jointly come up with new deadlines, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. All fact discovery shall be completed by **Friday July 19, 2024**.

    b. The parties shall produce their expert report(s) by **Friday, August 2, 2024**; rebuttal expert report(s) shall be produced by **Friday, August 16, 2024;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Friday, August 30, 2024**.

    c. All motions for summary judgment and *Daubert* motions shall be filed no later than **Monday, September 30, 2024**.  Responses to such motions shall be filed no later than **Wednesday, October 30, 2024.**

2. A Final Pretrial Conference will be held on **Thursday, January 30, 2025 at 11:00 a.m.**  Counsel shall appear by remote video and will be notified by Chamber via email with instruction on how to participate remotely.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.  A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

3. Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

                              **BY THE COURT:**

                              /s/ *John Milton Younge*
                              **JUDGE JOHN MILTON YOUNGE**