UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC. d/b/a THESAFETYHOUSE.COM, | : : : | CIVIL ACTION NUMBER: 2:22-CV-00688 (JMY) |
| Plaintiff, | : : | (YOUNGE, U.S.D.J.) |
| v. | : : | |
| MANFRED STERNBERG, ESQUIRE, et al., Defendants, Third-Party Plaintiffs, | : : : : | **NOTICE OF APPEARANCE** |
| v. | : : | |
| GARY WEISS, Third-Party Defendant. | : : : | |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance as co-counsel on behalf of Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon the undersigned.

                **GOLDBERG SEGALLA LLP**

                /s/*Joseph Ross*
                Joseph Ross, Esquire
                301 Carnegie Center Drive, Suite 200
                Princeton, NJ 08540
                609-986-1370 x 5770
                jross@goldbergsegalla.com
                *Attorneys for Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC*

Dated:  March 22, 2024

39909313.v1