**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THE SAFETYHOUSE.COM, | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SHLOMO GROSS a/k/a SAMUEL GROSS, and GARY WEISS, and A.SOLAR, LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C. | No. 2:22-CV-0688 (JMY) |
| Defendants | |

<u>**MEMORANDUM OF LAW OF DEFENDANTS, DAPHNA ZEKARIA, ESQUIRE, AND SOKOLSKI & ZEKARIA, P.C., IN SUPPORT OF THEIR RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**</u>

Plaintiff served its discovery requests upon the Answering Defendants on October 4, 2023, prior to undersigned counsel's entry into the case. Undersigned counsel not aware of any Rule 26(f) conference taking place between Plaintiff and Answering Defendants.

Answering Defendants provided Plaintiff with partial responses to its request for Production of Documents on March 4, 2024. *See **Exhibit "A"***. Answering Defendant will produce additional documents later today and will produce full responses to all outstanding discovery requests within the next five (5) days.

1

For all of the above-stated reasons, Defendants, Daphna Zekaria, Esquire, and Sokolski & Zekaria, P.C., respectfully request that this Honorable Court deny Plaintiff's Motion and issue an appropriate Order forthwith.

**REBAR KELLY**

Cathleen Kelly Rebar, Esquire (ID # 82872)
Patrick J. Healey, Esquire (ID# 63155)
470 Norristown Road
Suite 201
Blue Bell, PA  19422
(484) 344-5340
Attorneys for Defendants, Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C.

**DATE:**          **March 28, 2024**