*Exhibit "A"*

| | |
|---|---|
| **From:** | Patrick Healey |
| **To:** | GARY LIGHTMAN |
| **Cc:** | Laver, Seth L.; Glenn Manochi; Kim DiTomaso; L&M Office |
| **Subject:** | RE: AEE/Sternberg et als (Docket No. 22-0688) |
| **Date:** | Sunday, March 3, 2024 5:55:00 PM |
| **Attachments:** | image001.png |
| | ZEKARIA000001 - ZEKARIA000016.pdf |

Counselors:

Attached please find documents bates stamped ZEKARIA000001 through ZEKARIA000016. I hope to produce more documents in the upcoming days.

Pat Healey



REBAR | KELLY

**Patrick J. Healey**
**Partner**
424 Madison Avenue
Suite 1001
New York, New York  10017
212.858.9970 | Fax 212.858.9971
C: 215.266.4879
E: phealey@rebarkelly.com
W: www.rebarkelly.com

NEW JERSEY
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
609.375.2070 | eFax 888.761.8299

NEW JERSEY
Park 80 West – Plaza II
250 Pehle Ave – Suite 200
Saddle Brook, NJ 07663
551.246.1642 | eFax 888.761.8299

PENNSYLVANIA
470 Norristown Road, Suite 201
Blue Bell, Pennsylvania 19422
484.344.5340 | eFax 484.344.5341

CONNECTICUT
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
203.564.1971 | eFax: 888.761.8299

OHIO
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

**From:** GARY LIGHTMAN <ltag8r@me.com>
**Sent:** Saturday, March 2, 2024 4:49 PM
**To:** Patrick Healey <phealey@rebarkelly.com>
**Cc:** Laver, Seth L. <slaver@goldbergsegalla.com>; Glenn Manochi <gmanochi@lightmanlaw.com>; Kim DiTomaso <kditomaso@lightmanlaw.com>; L&M Office <garylightman@lightmanlaw.com>
**Subject:** Re: AEE/Sternberg et als (Docket No. 22-0688)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Patrick,

WHERE ARE THE ANSWERS OF THE ZEKARIA DEFENDANTS TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT REQUESTS, AND ALL OF THE RESPONSIVE DOCUMENTS?

In your below email to us on December 24, you represented that you would send us the Zekaria

answers to plaintiff's discovery requests **by January 5, 2024**. However, over one month has passed since your 1/5 deadline, and WE STILL HAVE NOT RECEIVED the Zekaria discovery answers and documents.

Unless you email us the documents **by Monday**, it probably will be necessary to depose Zekaria a second time, after her 3/8/24 depo, once you do provide us with the Zekaria answers and documents to plaintiff's discovery requests.

Please confirm that the start time for Zekaria's 3/8 depo is 9:30 am. We can move that start time back to 10 am, if Zekaria needs it for driving purposes.

pls advise, asap

thx
Gary Lightman
cell 215-760-3000


On Dec 24, 2023, at 7:00 AM, Patrick Healey <phealey@rebarkelly.com> wrote:

Gary:

We will try to respond to your discovery requests by January 5, 2024.

Pat Healey

<image001.png>

**Patrick J. Healey**
**Partner**
470 Norristown Road, Suite 201
Blue Bell, Pennsylvania 19422
P: 484.344.5336 | C: 215.266.4879
F: 484.344.5341
E: phealey@rebarkelly.com
W: www.rebarkelly.com

NEW JERSEY
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
609.375.2070 | eFax 888.761.8299

NEW YORK
424 Madison Avenue
Suite 1001
New York, NY 10017
212.858.9970 | Fax 212.858.9971

NEW JERSEY
Park 80 West – Plaza II
250 Pehle Ave – Suite 200
Saddle Brook, NJ 07663
551.246.1642 | eFax 888.761.8299

CONNECTICUT
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
203.564.1971 | eFax: 888.761.8299

OHIO
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

**From:** Gary Lightman <garylightman@lightmanlaw.com>
**Sent:** Thursday, December 21, 2023 5:44 PM
**To:** Patrick Healey <phealey@rebarkelly.com>
**Cc:** G. Manochi <gmanochi@lightmanlaw.com>; K. DiTomaso <kditomaso@lightmanlaw.com>; GARY LIGHTMAN <ltag8r@me.com>
**Subject:** Re: AEE/Sternberg et als (Docket No. 22-0688)

Patrick,

When we spoke yesterday, you told me you would confirm in an email to me that the Zekaria Defendants will supply full and complete verified answers and all responsive documents to plaintiff's Interrogatories and Documents propounded on your clients on October 4, 2023, by no later than January 5, 2024.

Where is your confirming email?

pls advise, asap

thx
Gary Lightman
cell 215-760-3000


On Dec 21, 2023, at 12:04 PM, Patrick Healey <phealey@rebarkelly.com> wrote:

We have no opposition to this Motion.



**Patrick J. Healey**
**Partner**
470 Norristown Road, Suite 201
Blue Bell, Pennsylvania 19422
P: 484.344.5336 | C: 215.266.4879
F: 484.344.5341
E: phealey@rebarkelly.com
W: www.rebarkelly.com

NEW JERSEY
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
609.375.2070 | eFax 888.761.8299

NEW YORK
424 Madison Avenue
Suite 1001
New York, NY 10017
212.858.9970 | Fax 212.858.9971

NEW JERSEY
Park 80 West – Plaza II
250 Pehle Ave – Suite 200
Saddle Brook, NJ 07663
551.246.1642 | eFax 888.761.8299

CONNECTICUT
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
203.564.1971 | eFax: 888.761.8299

OHIO
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

**From:** K. DiTomaso <kditomaso@lightmanlaw.com>
**Sent:** Thursday, December 21, 2023 11:57 AM
**To:** Seth Laver (slaver@goldbergsegalla.com) <slaver@goldbergsegalla.com>; Samrosinc@icloud.com; publicdiamonds@gmail.com; Scg1212@gmail.com; Samrosinc@icloud.com; Gary Weiss (wgary4109@gmail.com) <wgary4109@gmail.com>; monipair@aol.com; Patrick Healey <phealey@rebarkelly.com>; Cathleen Kelly Rebar <crebar@rebarkelly.com>; Daphna Zekaria (Sokolski.Zekaria@mindspring.com) <Sokolski.Zekaria@mindspring.com>
**Cc:** Gary Lightman <garylightman@lightmanlaw.com>; Gary Lightman (me) (ltag8r@me.com) <ltag8r@me.com>; G. Manochi <gmanochi@lightmanlaw.com>
**Subject:** FW: AEE/Sternberg et als (Docket No. 22-0688)

Some people who received this message don't often get email from kditomaso@lightmanlaw.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning:

Attached please find a time-stamped copy of Plaintiff's Motion for Entry of Default and Final Judgment against Defendants, ASOLARDIAMOND, LLC a/k/a ASOLAR, LLC and Gary Weiss. If you should have any questions, please do not hesitate to call. Thank you.

Sincerely,
Kim DiTomaso
Legal Assistant
Lightman & Manochi
Telephone: 215-545-3000 x 107
kditomaso@lightmanlaw.com
Gary Lightman Cell: 215-760-3000

**********************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an

attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

—

Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com


LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone: (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ATTENTION: This e-mail and any attachments to it may contain
PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

—

Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com

LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone: (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ATTENTION: This e-mail and any attachments to it may contain
PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If
you are not the intended recipient or an agent or employee responsible for delivering this e-mail to
the intended recipient, you are hereby notified that any dissemination or copying of this document
or the information contained therein is strictly prohibited. If you have received this e-mail in
error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669)
and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does
not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of
its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an
attorney-client relationship. In the event and to the extent that an addressee named herein is not
an existing client of Lightman & Manochi, please note that the contents of this e-mail and
any attachments are not legal advice and should not be used as such.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*