IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM** : : : : | |
| **Plaintiff,** : : | CIVIL ACTION |
| v. : | No. 2022-cv-00688 (JMY) |
| : | |
| **MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SAMUEL GROSS a/k/a SHLOMO GROSS, and GARY WEISS, and ASOLARDIAMOND, LLC a/k/a, ASOLAR. LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.** : : : : : : : : : : : | |
| **Defendants.** : : | |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C. , AND AWARDING SANCTIONS**

AND NOW, this 1st day of April 2024, upon consideration of the Motion to Compel Discovery From Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C., (the "Zekaria Defendants"), and for Sanctions, by reason of the Third Party Defendants' refusal and failure to comply with the Rules of Court governing discovery (the "Motion"), pursuant to Rules 33 and 34 and 37 of the Federal Rules of Civil Procedure, filed by plaintiff American Environmental Enterprises, Inc., d/b/a THE SAFEEYHOUSE.COM ("Plaintiff"), and upon further reconsideration of any responses to the Motion filed by the Zekaria Defendants, and for good cause shown therefor, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2.     Within ten (10) days of the date hereof, each of the Zekaria Defendants shall deliver to Plaintiff full and complete verified answers to Plaintiff's Interrogatories Addressed to them, without objections.

3.     Within ten (10) days of the date hereof, each of the Zekaria Defendants shall produce and deliver to Plaintiff their written responses together with all documents responsive to Plaintiff's Requests for Production of Documents addressed to them, without objections.

BY THE COURT:

*/s/ John Milton Younge*
John M. Younge,          U.S.D.J.