# EXHIBIT "D"

**From:** **GARY LIGHTMAN** garylightman@lightmanlaw.com 📎
**Subject:** Fwd:
**Date:** March 29, 2024 at 10:17 PM
**To:** Patrick Healey phealey@rebarkelly.com
**Cc:** Kim DiTomaso kditomaso@lightmanlaw.com, Glenn Manochi gmanochi@lightmanlaw.com, GARY LIGHTMAN ltag8r@me.com
**Bcc:** Dan Scully Dans@thesafetyhouse.com, Andrea B. Carter ABCARTER@nycourts.gov, Brian Gubelli brian.gubelli@nassauda.org

Patrick,

REALLY?

You produce 18 pages of documents for the Zekaria Defendants, and 16 of them are meaningless crap?

Zekaria has repeatedly told us that she has documents showing that she distributed all of the money that was wired into her attorney escrow account?  We know that $2,351,950 was wired into Zekaria' escrow account, but the documents produced do NOT account for all of that $2,351,950.

Where is the retainer agreement signed in February 2022, between Zekaria and Weiss, that Weiss testified to in his 2/16/24 deposition, and that you repeatedly have promised that Zekaria would produce? (Zekaria as a NY attorney is required to have a written retainer agreement with her clients)

Where are the documents (and metadata) showing the transmittal of that retainer agreement from Zekaria to her client, and then back to her?

Where are all of the emails to and from Zekaria, and (a) Manfred Sternberg, and (b) Sam Gross, and (c) Gary Weiss?

Where are all of the texts between Zekaria, and (a) Manfred Sternberg, and (b) Sam Gross, and (c) Gary Weiss?

Where are the documents evidencing the attorney fees Zekaria billed or charged?  And the documents showing the fees that she received was paid or retained from the wire proceeds or gemstones?

Where are the documents showing each of the actual wires Zekaria made from her attorney escrow account? (an attorney is required to keep such writings)

Where are the documents evidencing the instructions to Zekaria from her client for each of the distributions that Zekaria made from her attorney escrow account? (an attorney is required to keep such writings)

Where're the documents evidencing the "directions of the Sternberg Defendants" that Zekaria references in  ¶ 188 of the Zekaria Answer to the Complaint [ECF 119]?

Where're the documents evidencing the "direction and agreement of the Weiss Defendants" that Zekaria references in  ¶ 188 of the Zekaria Answer to the Complaint [ECF 119]?

Where re the documents pertaining to Gary Weiss's purchase of the iHealth covid test kits?  And his pickup of those test kits?  And pertaining to the delivery of the test kits?

Where are the documents evidencing any due diligence, let alone the required due diligence, pertaining to Weiss's actual possession of the test kits, prior to Zekaria's release of any funds from her escrow account?

Where are the emails, and texts, and other documents, pertaining to the $4 million in gemstones

that Gary Weiss gave to Sam and Manfred as collateral, including the 4 diamonds that Zekaria got from Weiss in the Starbucks coffee shop in NYC?

Where is the Zekaria Privilege Log setting forth and describing the redactions you made to the documents produced, and also setting forth any documents withheld and not produced?

Where are the written responses of the Zekaria Defendants to the Document Requests?

I could expect something like this from Sam Gross, but Zekaria is a licensed and practicing attorney, and she should know better than to play discovery games.

**PLEASE**, **PLEASE  STOP STALLING**, AND **COMPLY WITH THE DISCOVERY OBLIGATIONS OF THE ZEKARIA DEFENDANTS UNDER THE RULES OF COURT**, AND **PRODUCE ALL OF THE DOCUMENTS RESPONSIVE TO THE DOCUMENT REQUESTS** SERVED ON THE ZEKARIA DEFENDANTS.

When can we expect the written responses of the Zekaria Defendants to the Document Requests, and when can we expect you to produce the rest of Zekaria's documents that are responsive to the Document Requests?

pls advise, asap

thx
Gary Lightman
cell 215-760-3000


Begin forwarded message:

**From:** Patrick Healey <phealey@rebarkelly.com>
**Date:** March 29, 2024 at 4:34:21 PM EDT
**To:** Gary Lightman <garylightman@lightmanlaw.com>



**Patrick J. Healey**
**Partner**
424 Madison Avenue
Suite 1001
New York, New York  10017
212.858.9970 | Fax 212.858.9971
C: 215.266.4879
E: phealey@rebarkelly.com
W: www.rebarkelly.com

| NEW JERSEY | PENNSYLVANIA |
|---|---|
| 100 Overlook Center, 2nd Floor | 470 Norristown Road, Suite 201 |
| Princeton, NJ 08540 | Blue Bell, Pennsylvania 19422 |
| 609 375 2070 | eFax 888 761 8299 | 484 344 5340 | eFax 484 344 5341 |

869.575.2070 | eFax 888.761.8299          484.544.5540 | eFax 484.544.5541

NEW JERSEY
Park 80 West – Plaza II
250 Pehle Ave – Suite 200
Saddle Brook, NJ 07663
551.246.1642 | eFax 888.761.8299

CONNECTICUT
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
203.564.1971 | eFax: 888.761.8299

OHIO
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

We are pleased to announce that our New York office has relocated, and therefore our address has changed.

Please note, our New York office address is now:

256 West 36th Street
Suite 900
New York, NY 10018



ZEKARIA000017
- ZEKA...35.pdf

—
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com


LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

***************************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.

and any attachments are not legal advice and should not be used as such.
*********************************************************************