IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM** | : : : : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : : | **No. 2022-cv-00688 (JMY)** |
| v. | : : | |
| **MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SAMUEL GROSS a/k/a SHLOMO GROSS, and GARY WEISS, and ASOLARDIAMOND, LLC a/k/a, ASOLAR. LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.** | : : : : : : : : : : | |
| **Defendants.** | : : | |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY
FROM DEFENDANTS DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI &
ZEKARIA, P.C. , IN THE COURTROOM, AND AWARDING SANCTIONS**

AND NOW, this _____ day of _____2024, upon consideration of the plaintiff's Motion to Compel Oral Depositions from defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C., (the "Zekaria Defendants"), to be conducted in the Courtroom, and for Sanctions (the "Motion"), pursuant to Rules 33 and 37 of the Federal Rules of Civil Procedure, and upon further reconsideration of any responses to the Motion filed by the Zekaria Defendants, and for good cause shown therefor, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2.     Sanctions are entered in favor of Plaintiff against the Zekaria Defendants, in the total amount of $2,000.00, which sanctions shall be paid to counsel for Plaintiff within ten (10) days from the date of this Order.

3.     The continued deposition of the Zekaria Defendants shall commence on _____, 2024, at _____ o'clock \_\_\_\_. m., in the Courtroom 15B, located at the U.S. Court House, 601 Market Street, Philadelphia, PA 19106.

                                          BY THE COURT:

                                          _____
                                          John M. Younge,       U.S.D.J.