IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM,** : | |
| : | 22-cv-0688-JMY |
| v. : | |
| **MANFRED STERNBERG, et al.,** : | |

## ORDER

**AND NOW**, this 8th day of April 2024, upon consideration of the Plaintijff's Motion to Compel Oral Deposition from Daphna Zekaria and Sokolski & Zekaria, P.C (ECF No. 160), and all papers filed in response, the Motion is **DENIED** without prejudice. If the parties continue to refuse to cooperate to address discovery matters, constantly requiring judicial intervention on even routine discovery issues, the Court may sua sponte appoint a Retired Jurist as Special Discovery Master to facilitate the process of Discovery for case management purposes. If the Court appoints such a Special Master, the Special Discovery Master's fees and costs will be borne equally by all the parties to this action.  Should the parties wish to jointly recommend a Special Discovery Master for this action, the Court will consider the request and rule on the request.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**