UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THE SAFETYHOUSE.COM,<br><br>Plaintiff,<br><br>v.<br><br>MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SHLOMO GROSS a/k/a SAMUEL GROSS, and GARY WEISS, and A.SOLAR, LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.<br><br>Defendants | CIVIL ACTION<br><br>No. 2:22-CV-0688 (JMY) |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the Motion of Rebar Kelly to Withdraw as Counsel for Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. (hereinafter the "Zekaria Defendants"), and any response thereto, it is hereby **ORDERED** and **DECREED** as follows

1. The Motion to Withdraw is **GRANTED**:

2. The Zekaria Defendants are **ORDERED** to obtain new counsel within thirty (30) days; and

3. The underlying case is **STAYED** pending the expiration of the thirty (30) days above so that the Zekaria Defendants can obtain new counsel.

**BY THE COURT**

_____
Honorable John Milton Younge