## CERTIFICATE OF SERVICE

  Patrick J. Healey, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon counsel listed below by the Court's electronic filing system and via electronic mail:

Gary P. Lightman, Esquire
***Lightman & Manoch***i
600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19462

Seth L. Laver, Esquire
***GOLDBERG SEGALLA LLP***
1700 Market Street, Ste, 1418
Philadelphia, PA 18103

Via electronic mail only:

Samuel Gross
Charlton Holdings Group, LLC
Email: charltonholdinggroupllc@aol.com

Gary Weiss
Email: Wgary4109@grnail.com

Via electronic mail and overnight mail:

Daphna Zekaria, Esquire
8 Westminster Road
Syosset, NY  11791

**DATE:**  **April 12, 2024**           _____