IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM**, <br><br>*Plaintiff*, <br><br> v. <br><br> **MANFRED STERNBERG, ESQUIRE and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SHLOMO GROSS a/k/a SAMUEL GROSS and GARY WEISS and A.SOLAR, LLC and DAPHNA ZEKARIA, ESQUIRE and SOKOLSKI & ZEKARIA, P.C.** <br><br> *Defendants*. | **CIVIL ACTION** <br><br> **No. 2:22-CV-0688 (JMY)** |

## ORDER

AND NOW, this _____ day of _____, 2024, this matter having been opened to the Court upon the motion of Kelly Rebar ("Movant") to with withdraw as counsel for Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. (collectively, the "Zekaria Defendants"), and the Court having received opposition to the Motion from Plaintiff, and for good cause shown, it is:

**ORDERED** as follows:

1. The Motion is GRANTED IN PART, as set forth and conditioned in this Order.

2. Movant's withdrawal as counsel for the Zekaria Defendants is conditioned upon the Zekaria Defendants procuring replacement counsel who files their Entry of Appearance for the Zekaria Defendants contemporaneously with Movant's withdrawal as their counsel.

1

3. If the Zekaria Defendants fail to procure replacement counsel who files their Entry of Appearance for them in this case within fourteen (14) days, all responsive pleadings that the Zekaria Defendants have filed in this action (including any answer, counterclaims or crossclaims filed in connection with Plaintiff's First Amended Complaint) shall be stricken, and the Clerk of the Court shall enter a default judgment in favor of Plaintiff and against the Zekaria Defendants for $1,965,600.00, the full amount sought by Plaintiff in the Amended Complaint, without prejudice to Plaintiff's right to seek an additional Judgment for punitive damages against the Zekaria Defendants at trial..

4. The Zekaria Defendants, within fourteen (14) days from the date of this Order, shall furnish Plaintiff's counsel and the Court, with their contact information (including: complete street address, email address, phone and cell phone numbers) for each of them, and shall provide updates to the Court and Plaintiff concerning any changes in this information.

BY THE COURT:

_____
JOHN MILTON YOUNGE, U.S.D.J.