**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THE SAFETYHOUSE.COM,<br><br>Plaintiff,<br><br>v.<br><br>MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SHLOMO GROSS a/k/a SAMUEL GROSS, and GARY WEISS, and A.SOLAR, LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.<br><br>Defendants | CIVIL ACTION<br><br>No. 2:22-CV-0688 (JMY) |

## NOTICE OF MOTION FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that undersigned, as counsel of record for Defendants, Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. (hereinafter "Zekari Defendants"), will move this Court for a Protective Order to prohibit any party from noticing the depositions of the Zekaria defendants and/or conducting any discovery against the Zekaria defendants until a decision is made on the pending Motion to Withdraw

**PLEASE TAKE FURTHER NOTICE** that this motion is accompanied by a proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that Rebar Kelly reserves its right for oral argument in the event timely opposition is filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that this matter has not been scheduled for trial.

Respectfully submitted

**REBAR KELLY**

Cathleen Kelly Rebar, Esquire (ID # 82872)
Patrick J. Healey, Esquire (ID# 63155)
470 Norristown Road
Suite 201
Blue Bell, PA  19422
(484) 344-5340
Attorneys for Defendants, Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C.

**DATE:**          **May 23, 2024**

## CERTIFICATE OF SERVICE

Patrick J. Healey, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon counsel listed below by the Court's electronic filing system and via electronic mail:

Gary P. Lightman, Esquire
*Lightman & Manoch*i
600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19462

Seth L. Laver, Esquire
*GOLDBERG SEGALLA LLP*
1700 Market Street, Ste, 1418
Philadelphia, PA 18103

Via electronic mail only:

Samuel Gross
Charlton Holdings Group, LLC
Email: charltonholdinggroupllc@aol.com

Gary Weiss
Email: Wgary4109@grnail.com

Via electronic mail and overnight mail:

Daphna Zekaria, Esquire
8 Westminster Road
Syosset, NY  11791

DATE:        **May 23, 2024**                          _____