# *Exhibit "A"*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

American Environmental Enterprises Inc., d/b/a
The SafetyHouse.com, :
                                 :
      v.                      :     Case No. 22-cv-688-JMY
                                 :
Manfred Sternberg, *et al*.,        :

## ORDER

AND NOW, this 25th day of April 2024, upon consideration of the Motion to Withdraw as Counsel For Defendants, Daphna Zekaria, Esquire, And Sokolski & Zekaria, P.C., (ECF No. 163) it is hereby **ORDERED** that Counsel's Motion to Withdraw shall be **SCHEDULED** for a hearing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Thursday, June 13th, 2024 at 12:30 P.M.** before the Honorable John Milton Younge in Courtroom 15B, 15th floor.

It is further **ORDERED** that Counsel for Defendants shall provide proof of service to establish that a copy of the Motion to Withdraw and a copy of this Order showing the time and date of hearing was served on the Defendants.[1]

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge

---

[1] The filing party shall provide this Court with proof their client was served with the intent to withdraw and is aware of the hearing that is going to take place at the above-referenced time and location. Court accepted proof of service is as follows: (1) the client appears at the hearing; (2) the client signs an affidavit that states the client understands the intent to withdraw and does not object; (3) personal service of the motion and rule returnable by an individual authorized to serve process; or (4) at the very minimum the filing attorney must provide this Court with a certified return receipt card signed by the client.

# *Exhibit "B"*

| | |
|---|---|
| **From:** | Gary Lightman |
| **To:** | Patrick Healey; Cathleen Kelly Rebar |
| **Cc:** | Layer, Seth L.; Joseph Ross; Gary Weiss; monipair; Sam Gross; Sam Gross; Sam Gross; Sam Gross; K. DiTomaso; G. Manochi; GARY LIGHTMAN |
| **Subject:** | Deposition Notice for the Zakaria Defendants for 5/14/24 at 10 am |
| **Date:** | Monday, April 29, 2024 4:06:31 PM |
| **Attachments:** | Amd.Depo.Notice.Zekaria Defts.051424.pdf |
| | Untitled attachment 00070.htm |

Patrick,

You are hereby served with plaintiff's Second Amended Notice of Oral Depositions of Daphna Zekaria, Esquire and Sokolski & Zekaria, PC (With Request for Production of Documents), re-scheduling the in-person depositions of the Zekaria Defendants to commence on **Tuesday, May 14, 2024, at 10:00 a.m.**, in the President's Board Room of the Country House at Bluestone Country Club, 711 Boehms Church Road, in Blue Bell, PA 19422 (the same room where the 4/2/24 deposition of Zekaria was started).

thx
Gary Lightman
cell 215-760-3000

attachment

**001**

## Patrick Healey

| | |
|---|---|
| **From:** | Patrick Healey |
| **Sent:** | Thursday, May 2, 2024 7:30 PM |
| **To:** | 'Gary Lightman' |
| **Cc:** | Laver, Seth L.; Joseph Ross; Gary Weiss; monipair; Sam Gross; Sam Gross; Sam Gross; Sam Gross; K. DiTomaso; G. Manochi; Cathleen Kelly Rebar; Cathleen Kelly Rebar; GARY LIGHTMAN |
| **Subject:** | RE: Deposition Notice for the Zakaria Defendants for 5/14/24 at 10 am |

Gary:

Please be advised that we are not available for a deposition on May 14, 2024. It is improper for you to schedule a deposition of Ms. Zekaria when there is a Motion pending (and hearing scheduled) for our firm wo withdraw as counsel. I am not available to discuss this matter until May 13 when I am hack from vacation. I will speak to you then.

Pat Healey



**Patrick J. Healey**
**Partner**
256 West 36th Street
Suite 900
New York, New York 10018
212.858.9970 | Fax 212.858.9971
C: 215.266.4879
E: phealey@rebarkelly.com
W: www.rebarkelly.com

| | |
|---|---|
| **NEW JERSEY**<br>100 Overlook Center, 2nd Floor<br>Princeton, NJ 08540<br>609.375.2070 \| eFax 888.761.8299 | **PENNSYLVANIA**<br>470 Norristown Road, Suite 201<br>Blue Bell, Pennsylvania 19422<br>484.344.5340 \| eFax 484.344.5341 |
| **NEW JERSEY**<br>Park 80 West – Plaza II<br>250 Pehle Ave – Suite 200<br>Saddle Brook, NJ 07663<br>551.246.1642 \| eFax 888.761.8299 | **CONNECTICUT**<br>263 Tresser Blvd, 9th Floor<br>Stamford, CT 06901<br>203.564.1971 \| eFax: 888.761.8299 |

**OHIO**
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

**From:** Gary Lightman <garylightman@lightmanlaw.com>
**Sent:** Monday, April 29, 2024 4:06 PM
**To:** Patrick Healey <phealey@rebarkelly.com>; Cathleen Kelly Rebar <crebar@rebarkelly.com>

1

**002**

## Patrick Healey

| | |
|---|---|
| **From:** | Gary Lightman <garylightman@lightmanlaw.com> |
| **Sent:** | Monday, May 6, 2024 12:29 AM |
| **To:** | Patrick Healey; Cathleen Kelly Rebar |
| **Cc:** | Laver, Seth L.; Joseph Ross; Gary Weiss; monipair; Sam Gross; Sam Gross; Sam Gross; Sam Gross; K. DiTomaso; G. Manochi |
| **Subject:** | Re: Deposition Notice for the Zakaria Defendants for 5/14/24 at 10 am |

Patrick,

First, it is NOT improper for us to schedule a deposition of Zekaria even when there is a Motion pending for your law firm to withdraw.  No stay has been entered, and you still are counsel for the Zekaria Defendants, and there is no rule or caselaw that we know of, that prevents us from continuing to take action in the lawsuit, notwithstanding your Motion to Withdraw.  You do not state in your Motion that Zekaria is not paying you, so presumably you will be paid for your time.

Second, I asked you to give me dates for her re-scheduled deposition by Friday 4/26, which you failed to do.

We are willing to agree to re-schedule her 5/14 deposition, ***provided*** that you give us other available dates the weeks of May 13 and May 20 for her re-scheduled deposition.  Otherwise, we intend to proceed forward with her deposition as scheduled on 5/14, absent a Court Order to the contrary.

All you need to do is give us other available dates in May when we can depose her, and "problem solved" for everyone.

Please be guided accordingly.

thx
Gary Lightman
cell 215-760-3000


On May 2, 2024, at 7:30 PM, Patrick Healey <phealey@rebarkelly.com> wrote:

Gary:

Please be advised that we are not available for a deposition on May 14, 2024.  It is improper for you to schedule a deposition of Ms. Zekaria when there is a Motion pending (and hearing scheduled) for our firm wo withdraw as counsel.  I am not available to discuss this matter until May 13 when I am hack from vacation.  I will speak to you then.

Pat Healey

1

**003**

| From: | Patrick Healey |
|---|---|
| To: | Gary Lightman; Cathleen Kelly Rebar |
| Cc: | Laver, Seth L.; Joseph Ross; Gary Weiss; monipair; Sam Gross; Sam Gross; Sam Gross; Sam Gross; K. DiTomaso; G. Manochi |
| Subject: | Re: Deposition Notice for the Zakaria Defendants for 5/14/24 at 10 am |
| Date: | Monday, May 6, 2024 1:13:18 AM |

Actually circumstances have changed and we are not getting paid. We will amend the motion to reflect this.

We can speak next week

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Gary Lightman <garylightman@lightmanlaw.com>
**Sent:** Monday, May 6, 2024 6:29:24 AM
**To:** Patrick Healey <phealey@rebarkelly.com>; Cathleen Kelly Rebar <crebar@rebarkelly.com>
**Cc:** Laver, Seth L. <slaver@goldbergsegalla.com>; Joseph Ross <jross@goldbergsegalla.com>; Gary Weiss <wgary4109@gmail.com>; monipair <monipair@aol.com>; Sam Gross <charltonholdinggroupllc@aol.com>; Sam Gross <Scg1212@gmail.com>; Sam Gross <publicdiamonds@gmail.com>; Sam Gross <samrosinc@icloud.com>; K. DiTomaso <kditomaso@lightmanlaw.com>; G. Manochi <gmanochi@lightmanlaw.com>
**Subject:** Re: Deposition Notice for the Zakaria Defendants for 5/14/24 at 10 am

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**004**

| | |
|---|---|
| **From:** | Gary Lightman |
| **To:** | Patrick Healey |
| **Cc:** | Laver, Seth L.; Joseph Ross; Gary Weiss; sam gross; Sam Gross; K. DiTomaso; G. Manochi; GARY LIGHTMAN |
| **Subject:** | Zekaria Deposition 5/28/24 |
| **Date:** | Wednesday, May 15, 2024 12:03:07 AM |
| **Attachments:** | Amd.Depo.Notice.Zekaria Defts.052824.pdf |
| | Untitled attachment 00023.htm |
| | Thomas-Vanaskie-Vert-202405131628.webp |
| | Untitled attachment 00026.htm |

Patrick,

This email will confirm that the Zekaria Defendants failed to appear as scheduled for their depositions on May 14, 2024.  You did not obtain any Protective Order; you did not even file a motion for any relief; you simply and unilaterally failed to produce Daphne Zekaria for her deposition as scheduled, without our permission or consent, and without any Court Order.

We have re-scheduled Zekaria's deposition for May 28, 2024. An Amended Deposition Notice is attached to this email.  Absent our consent or a Court Order, we intend to proceed forward with the Zekaria deposition on May 28, 2024.  We will move for sanctions if Zekaria just doesn't show up, like she did for her depo scheduled for May 14.

Please be guided accordingly.

thx
Gary Lightman
cell 215-760-3000

attachment

cc: all counsel/parties

**005**

| From: | Patrick Healey |
|---|---|
| To: | Gary Lightman |
| Cc: | Laver, Seth L.; Joseph Ross; Gary Weiss; sam gross; Sam Gross; K. DiTomaso; G. Manochi; GARY LIGHTMAN; Cathleen Kelly Rebar; Kathy Ciesielka; Michael Rebar; Patrick Healey |
| Subject: | RE: Zekaria Deposition 5/28/24 |
| Date: | Wednesday, May 15, 2024 6:53:00 AM |

Gary:

Just to correct the misstatement that you have made. The Zekaria Defendants did not "fail to appear" for depositions on May 14, 2024. We had informed you on May 6, 2024 that we were unavailable for a for a deposition on May 14. Just because you unilaterally pick dates for depositions does not mean that others are necessarily available. We are also not available on May 28 for a deposition. Again, as we stated before, it is improper for you to schedule the depositions of the Zekaria defendants while our Motion to withdraw is pending and is scheduled for a hearing.

Pat Healey

Patrick J. Healey
Partner
256 West 36th Street
Suite 900
New York, New York 10018
212.858.9970 | Fax 212.858.9971
C: 215.266.4879
E: phealey@rebarkelly.com
W: www.rebarkelly.com


NEW JERSEY
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
609.375.2070 | eFax 888.761.8299
PENNSYLVANIA
470 Norristown Road, Suite 201
Blue Bell, Pennsylvania 19422
484.344.5340 | eFax 484.344.5341

NEW JERSEY
Park 80 West – Plaza II
250 Pehle Ave – Suite 200
Saddle Brook, NJ 07663
551.246.1642 | eFax 888.761.8299
CONNECTICUT
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
203.564.1971 | eFax: 888.761.8299

OHIO
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

-----Original Message-----
From: Gary Lightman <garylightman@lightmanlaw.com>
Sent: Wednesday, May 15, 2024 12:03 AM
To: Patrick Healey <phealey@rebarkelly.com>
Cc: Laver, Seth L. <slaver@goldbergsegalla.com>; Joseph Ross <jross@goldbergsegalla.com>; Gary Weiss
<wgary4109@gmail.com>; sam gross <charltonholdinggroupllc@aol.com>; Sam Gross <Scg1212@gmail.com>;
K. DiTomaso <kditomaso@lightmanlaw.com>; G. Manochi <gmanochi@lightmanlaw.com>; GARY LIGHTMAN
<ltag8r@me.com>
Subject: Zekaria Deposition 5/28/24

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless
you recognize the sender and know the content is safe.

**007**

Begin forwarded message:

**From:** GARY LIGHTMAN <garylightman@lightmanlaw.com>
**Subject: Fwd: Zekaria Deposition 5/28/24**
**Date:** May 15, 2024 at 9:26:53 AM EDT
**To:** Patrick Healey <phealey@rebarkelly.com>

SETTLEMENT COMMUNICATION

Patrick,

Notwithstanding our below email to you, and as we previously informed you, we do NOT wish to put you personally in an untenable position, vis-a-vis your representation of the Zekaria Defendants and your pending Motion to Withdraw (returnable on 6/13).

SO, if you (1) produce the February 2022 retainer/escrow agreement for us by Friday, *and* (2) give us firm dates between June 14-30 when Zekaria is available to be deposed, then we will agree to re-schedule the 5/28 deposition to one of those June dates.

pls lmk

thx
Gary Lightman
cell 215-760-3000

PS, Zekaria should be searching for replacement counsel, **now** — is she looking for replacement counsel?  Does she need some names of potential replacement attorneys? pls lmk thx

Begin forwarded message:

**From:** GARY LIGHTMAN <garylightman@lightmanlaw.com>
**Subject: Re: Zekaria Deposition 5/28/24**
**Date:** May 15, 2024 at 9:17:14 AM EDT
**To:** Patrick Healey <phealey@rebarkelly.com>
**Cc:** "Laver, Seth L." <slaver@goldbergsegalla.com>, Joseph Ross <jross@goldbergsegalla.com>, Gary Weiss <wgary4109@gmail.com>, sam gross <charltonholdinggroupllc@aol.com>, Sam Gross <Scg1212@gmail.com>, Kim DiTomaso <kditomaso@lightmanlaw.com>, Glenn Manochi <gmanochi@lightmanlaw.com>, Cathleen Kelly Rebar <crebar@rebarkelly.com>, Kathy Ciesielka <kciesielka@rebarkelly.com>, Michael Rebar <mrebar@rebarkelly.com>, GARY LIGHTMAN <ltag8r@me.com>

**008**

| | |
|---|---|
| **From:** | Gary Lightman |
| **To:** | Patrick Healey |
| **Cc:** | Laver, Seth L.; Joseph Ross; Gary Weiss; sam gross; Sam Gross; K. DiTomaso; G. Manochi; Cathleen Kelly Rebar; Kathy Ciesielka; Michael Rebar; GARY LIGHTMAN |
| **Subject:** | Re: Zekaria Deposition 5/28/24 |
| **Date:** | Wednesday, May 15, 2024 9:17:17 AM |

Patrick,

In response to your below email:

You have continually failed to provide us with a date for Zekaria's deposition, despite repeated requests for you to give us available dates, forcing us to select the 5/14 deposition date on our own. And there is nothing improper in continuing with the lawsuit, notwithstanding your Motion to Withdraw. And you did just unilaterally fail to produce Zekaria for her deposition as properly scheduled on May 14, pursuant to the Rules of Court.

We have properly re-scheduled the Zekaria deposition for May 28, pursuant to the Rules of Court. If you want to move the 5/28 date of Zekaria''s deposition, then (1) please tell us why Zekaria is not available on 5/28, and (2) let us know which of the following dates work for her deposition: May 22, 23, 24, 30. Otherwise, we intend to move forward with the Zekaria deposition on 5/28 as scheduled, absent a Court Order to the contrary.

Please be guided accordingly.

thx
Gary Lightman
cell 215-760-3000

cc: all counsel/parties

**009**

| From: | Gary Lightman |
|-------|---------------|
| To: | Patrick Healey |
| Cc: | K. DiTomaso; G. Manochi; GARY LIGHTMAN |
| Subject: | Fwd: Zekaria Deposition 5/28/24 |
| Date: | Wednesday, May 22, 2024 11:07:32 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Patrick,

We have afforded you every courtesy, but our patience is at an end.

If we don't **receive** the February 2022 Zekaria retainer/escrow agreement **by tomorrow**, then (1) we will proceed with the Zekaria deposition on May 28, as re-scheduled in accordance with the Rules of Court, absent a Court Order to the contrary; and (2) we will be filing a Motion for Contempt, and (3) we will be filing a second Motion for Contempt, due to Zekaria's failure to produce all responsive documents and full and complete answers without objection to plaintiff's discovery requests served on the Zekaria Defendants, including the February 2022 Zekaria retainer/escrow agreement.  We will be filing said Motions asap, which will force you to file a response prior to the 6/13 hearing on your Motion to Withdraw.

All of that can be avoided simply by producing for us, **by tomorrow,** the February 2022 Zekaria retainer/escrow agreement.

If Zekaria can't (or claims she can't) locate the physical paper February 2022 retainer/escrow agreement that Zekaria swore under oath in her deposition that she printed out and has somewhere among the documents in her office, then just have her print out another copy of it from her phone or computer, and email it to us, or even better, just forward Zekaria's email or text with the attached draft that she sent to Gary Weiss, to us directly.  If she cannot or will not do that, then contact us, asap, so we can make arrangements for an IT technician to examine Zekaria's phone and computer for that document, as well as for the other responsive documents that the Court ordered her to produce, which to date she has not produced.

Your choice.  Produce the doc by tomorrow, and we will agree to re-schedule the 5/28 depo, and wait until the 6/13 hearing to file contempt motions. Or else Zekaria will have several contempt motions to deal with (for refusing to appear for properly scheduled depos, and for refusing to comply with court orders to produce all responsive discovery without objection, etc).

Your choice.  We look forward to receiving an email from you by tomorrow.

thx
Gary Lightman
cell 215-760-3000

KDT, pls dy for 5/23 and send me draft of contempt motions to file on 5/24, if Healey doesn't send us the doc we want by 5/23 tg

**010**