UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THE SAFETYHOUSE.COM,<br><br>Plaintiff,<br><br>v.<br><br>MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SHLOMO GROSS a/k/a SAMUEL GROSS, and GARY WEISS, and A.SOLAR, LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.<br><br>Defendants | CIVIL ACTION<br><br>No. 2:22-CV-0688 (JMY) |

## ORDER

**AND NOW**, this       day of                    , 2024, upon consideration of the Motion of Rebar Kelly for Protective Order, and any response thereto, it is hereby **ORDERED** and **DECREED** as follows

1. The Motion for Protective Order is **GRANTED;** and:

2. The parties are prohibited from noticing the depositions of Defendants, Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. until after a decision is made on the pending Motion to Withdraw as counsel and in accordance with the terms and conditions of any Order issued regarding said Motion to Withdraw.

**BY THE COURT**

_____
Honorable John Milton Younge