IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM : : : : **Plaintiff,** : : v. : : MANFRED STERNBERG, ESQUIRE, : and MANFRED STERNBERG & : ASSOCIATES, PC, and CHARLTON : HOLDINGS GROUP, LLC, and : SAMUEL GROSS a/k/a SHLOMO : GROSS, and GARY WEISS, : and ASOLARDIAMOND, LLC a/k/a, : ASOLAR. LLC, and DAPHNA : ZEKARIA, ESQUIRE, and SOKOLSKI : & ZEKARIA, P.C. : : **Defendants.** : | CIVIL ACTION<br><br>No. 2022-cv-00688 (JMY) |

**ORDER GRANTING PLAINTIFF'S CROSS-MOTION FOR CONTEMPT AND FOR SANCTIONS AGAINST DEFENDANTS DAPHNA ZEKARIA, ESQUIRE, AND SOKOLSKI & ZEKARIA, P.C. , AND AWARDING SANCTIONS, AND  DENYING SAID DEFEFENDATS' MOTION FOR PROTECTIVE RELIEF**

AND NOW, this _____ day of _____2024, upon consideration of the Motion for Protective Relief (the "Motion") filed by Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C., (the "Zekaria Defendants"), and upon further consideration of plaintiff's Response in Opposition thereto and plaintiff's Cross-Motion for Contempt and for Sanctions (the "Cross-Motion"), filed by plaintiff American Environmental Enterprises, Inc., d/b/a THE SAFEEYHOUSE.COM ("Plaintiff"), against the Zekaria Defendants, by reason of said Defendants' refusal and failure to comply with this Court's Order dated April 1, 2024, compelling discovery from them, and in violation of the Rules of Court governing discovery pursuant to Rules 33 and 34 and 37 of the Federal Rules of Civil Procedure, and upon further consideration of any

response to the plaintiff's Cross-Motion filed by the Zekaria Defendants, and this Court finding that Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C., are in contempt of, and in violation of, the Court's 4/1/24 Order, because they have intentionally and willfully failed and refused to comply with the Court's 4/1/24 Order, without legal justification or excuse, and for good cause shown therefor, it is **ORDERED** as follows:

1. The Motion of the Zekaria Defendants is **DENIED**.

2. The plaintiff's Cross- Motion is **GRANTED**.

3. Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C., are found to be in **CONTEMPT OF COURT**, because they have intentionally and willfully failed and refused to comply with the Court's 4/1/24 Order.

4. The Zekaria Defendants shall, within ten (10) days, provide full and complete answers without objection to all of plaintiff's Interrogatories addressed to them, addressing all of the deficiencies in the Deficiency List (Exhibit "D" to plaintiff's Cross-Motion.

5. The Zekaria Defendants shall, within ten (10) days, provide full and complete written responses to each of the Document Requests, and to produce the February 2022 retainer/escrow agreement, and all of their unredacted escrow account records, and all of the other documents responsive to plaintiff's Document Requests addressed to them, including addressing all of the deficiencies in the Deficiency List (Exhibit "D" to plaintiff's Cross-Motion.

6. The Zekaria Defendants shall appear for their depositions on the date and time and at the location selected by plaintiff, and they shall not refuse to answer any questions except upon instruction of her counsel at that deposition.

7. Sanctions are entered in favor of plaintiff against the Zekaria Defendants for their contempt of and willful failure to comply with the Court's 4/1/24 Order and plaintiff's discovery

requests, in the amount of $2,500.00, which sanctions shall be paid in good U.S. funds to counsel for plaintiff within ten (10) days from the date of this Order.

8.    In the event that the Zekaria Defendants fail to strictly comply with this Order, then upon further application by plaintiff, the Answer of the Zekaria Defendants [ECF 119] to plaintiff's Amended Complaint [ECF 80], shall be **STRICKEN**, and a **DEFAULT JUDGMENT** will entered in favor of plaintiff, against Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C., individually, jointly and severally, in the amount of $1,965,600.00, which is the amount sought by plaintiff in the Amended Complaint [ECF 80].

9.    This Order is without prejudice to plaintiff's right to seek an additional award of punitive damages against the Zekaria Defendants at trial

BY THE COURT:

_____
John M. Younge,    U.S.D.J.