# EXHIBIT "B"

**From:** **GARY LIGHTMAN** garylightman@lightmanlaw.com  📎
**Subject:** Fwd: Activity in Case 2:22-cv-00688-JMY AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A
THESAFETYHOUSE.COM v. MANFRED STERNBERG, et al Order on Motion to Compel
**Date:** April 11, 2024 at 11:42 AM
**To:** Pat Healey phealey@rebarkelly.com
**Cc:** Kim DiTomaso kditomaso@lightmanlaw.com,  Glenn Manochi gmanochi@lightmanlaw.com,  GARY LIGHTMAN ltag8r@me.com

Patrick,

Yesterday when we spoke you told me that you needed more time to comply with Judge Younge's 4/1/24 Order Compelling Discovery from the Zekaria Defendants.

We are willing to provide your clients one additional week, through April 17, 2024, for the Zekaria Defendants to produce full and complete answers to the Interrogatories and to the Document Requests (without objection), and to produce all remaining responsive documents, PROVIDED HOWEVER, that you email us — TODAY — with the retainer/escrow agreement that Daphna created on February 6, 2022 (referred to in her WhatsApp text transcripts marked as DZ Deposition Exhibit-9).

Please email us that document, today, if you want the extra one week extension.

thx
Gary Lightman
cell 215-760-3000


Begin forwarded message:

**From:** GARY LIGHTMAN <garylightman@lightmanlaw.com>
**Subject:** **Fwd: Activity in Case 2:22-cv-00688-JMY AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM v. MANFRED STERNBERG, et al Order on Motion to Compel**
**Date:** April 1, 2024 at 10:43:56 AM EDT
**To:** Pat Healey <phealey@rebarkelly.com>
**Cc:** Cathleen Kelly Rebar <crebar@rebarkelly.com>. "Laver. Seth L."

Cc: Cathleen Kelly Rebar <rebar@rebarkelly.com>, Laver, Sean P.
<slaver@goldbergsegalla.com>, Joseph Ross
<jross@goldbergsegalla.com>, Gary Weiss
<wgary4109@gmail.com>, sam gross
<charltonholdinggroupllc@aol.com>, Sam Gross
<Scg1212@gmail.com>, Sam Gross <samrosinc@icloud.com>,
Glenn Manochi <gmanochi@lightmanlaw.com>, Kim DiTomaso
<kditomaso@lightmanlaw.com>, GARY LIGHTMAN
<ltag8r@me.com>

Patrick,

You are hereby served with the Order compelling discovery from the
Zekaria Defendants, entered by Judge Younge today in the above-
referenced case.

This will confirm that during our phone call of earlier today, we
requested that Daphna Zekaria bring with her to her deposition
tomorrow, at a minimum: (1) the retainer agreement that Gary Weiss
testified to during his deposition, and (2) all of the bank records for
her attorney escrow account (including the unredacted ones you
produced, as well as the other missing bank records).

thx
Gary Lightman
cell 215-760-3000

attachment (1)

KDT—pls dy 4/10 ddln for Zekaria to produce all of the other
discovery tg

Begin forwarded message:

From: ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
Sent: Monday, April 1, 2024 9:03 AM
To: paedmail@paed.uscourts.gov
Subject: Activity in Case 2:22-cv-00688-JMY AMERICAN ENVIRONMENTAL ENTERPRISES INC.,
D/B/A THESAFETYHOUSE.COM v. MANFRED STERNBERG, et al Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Pennsylvania**

**Notice of Electronic Filing**

The following transaction was entered on 4/1/2024 at 9:03 AM EDT and filed on 4/1/2024

**Case Name:** AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM v. MANFRED STERNBERG, et al

**Case Number:** 2:22-cv-00688-JMY

**Filer:**

**Document Number:** 158

**Docket Text:**
**ORDER THAT PLAINTIFFS MOTION TO COMPEL DISCOVERY FROM DEFENDANTS DAPHNA ZEKARIA, ESQUIRE, AND SOKOLSKI & ZEKARIA, P.C., AND AWARDING SANCTIONS IS GRANTED. WITHIN TEN (10) DAYS OF THE DATE HEREOF, EACH OF THE ZEKARIA DEFENDANTS SHALL DELIVER TO PLAINTIFF FULL AND COMPLETE VERIFIED ANSWERS TO PLAINTIFFS INTERROGATORIES ADDRESSED TO THEM, WITHOUT OBJECTIONS. WITHIN TEN (10) DAYS OF THE DATE HEREOF, EACH OF THE ZEKARIA DEFENDANTS SHALL PRODUCE AND DELIVER TO**

**PLAINTIFF THEIR WRITTEN RESPONSES TOGETHER WITH ALL DOCUMENTS RESPONSIVE TO PLAINTIFFS REQUESTS FOR PRODUCTION OF DOCUMENTS ADDRESSED TO THEM, WITHOUT OBJECTIONS. SIGNED BY DISTRICT JUDGE JOHN M. YOUNGE ON 4/1/24.4/1/24 ENTERED AND COPIES E-MAILED.(amas)**

**2:22-cv-00688-JMY Notice has been electronically mailed to:**

GARY P. LIGHTMAN    garylightman@lightmanlaw.com, gmanochi@lightmanlaw.com, kditomaso@lightmanlaw.com

GLENN A. MANOCHI    gmanochi@lightmanlaw.com

CATHLEEN KELLY REBAR    crebar@rebarkelly.com, kciesielka@rebarkelly.com

SETH L. LAVER    slaver@goldbergsegalla.com, mgarrity@goldbergsegalla.com

AARON C. SCHLESINGER (Terminated)    aschlesinger@pecklaw.com

WILLIAM LYLE STAMPS    wlstamps@ckmo.com, lyle.stamps@gmail.com

JASON S. KANER (Terminated)    Jason.Kaner@jacksonlewis.com, jason-kaner-2909@ecf.pacerpro.com, philadelphiadocketing@jacksonlewis.com

Joseph Ross    jross@goldbergsegalla.com, efilings.philly@kiernantrebach.com, jmuller@goldbergsegalla.com, joeross@recap.email

**2:22-cv-00688-JMY Notice will not be electronically mailed to:**

ASOLARDIAMOND, LLC

GARY WEISS
680 EVERGREEN PKWY
UNION, NJ 07083

Gary Weiss

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=4/1/2024] [FileNumber=19549175-0
] [28d58afb76d41bb956fb1cfc365f9c1f765b5d7a47b8de1794c0d1e5bd7320eecf1

93049f42769502b58b929052f05746890975906d61af921a37c6ba97e1ea8]]


Doc 158 Judge
Younge...24.pdf

—
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com


LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

************************************************************************
ATTENTION: This e-mail and any attachments to it may contain
PRIVILEGED AND CONFIDENTIAL INFORMATION intended only
for the use of the addressee.  If you are not the intended recipient or
an agent or employee responsible for delivering this e-mail to the
intended recipient, you are hereby notified that any dissemination or
copying of this document or the information contained therein is
strictly prohibited. If you have received this e-mail in error, please
notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-
795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any
attachments, in and of itself, does not, and is not intended to, create
an attorney-client relationship with Lightman & Manochi or any of its
attorneys. The sending of e-mail to Lightman & Manochi or one of its

attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
**********************************************************************