# Exhibit "C"

**From:** GARY LIGHTMAN garylightman@lightmanlaw.com
**Subject:** Fwd: AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM v. MANFRED STERNBERG, et al
**Date:** April 15, 2024 at 8:54 PM
**To:** Pat Healey phealey@rebarkelly.com
**Cc:** Kim DiTomaso kditomaso@lightmanlaw.com, Glenn Manochi gmanochi@lightmanlaw.com, GARY LIGHTMAN ltag8r@me.com

Patrick,

To say that we were "underwhelmed" by the attached "Revised Answers and Objections" of the Zekaria Defendants to plaintiff's Interrogatories and Document Requests propounded upon the Zekaria Defendants, that you produced earlier today in your 4/15 email to us, would be a gross understatement.

**THE ZEKARIA DEFENDANTS HAVE FAILED AND REFUSED TO COMPLY WITH JUDGE YOUNGE'S 4/1/24 ORDER COMPELLING "FULL AND COMPLETE VERIFIED ANSWERS (WITHOUT OBJECTION)" TO PLAINTIFF'S DISCOVERY REQUESTS, AND THE PRODUCTION OF ALL RESPONSIVE DOCUMENTS.**

We are attaching to this email, a list of the Deficiencies of the Zekaria Defendants in that regard.

For example—Where are the emails to or from Daphna, and the Weiss Defendants, and/or the Gross Defendants, and/or Manfred Sternberg?  None have been produced by Daphna (although other defendants have produced some of those responsive documents).

For example—Where are the text messages (other than the one string of WhatsApp messages)? None have been produced by Daphna (although other defendants have produced some of those responsive documents).

Please advise us (by no later than Wednesday 4/17) whether your clients will be sending us "full and complete answers (without objection)" to the plaintiff's discovery requests, and all responsive documents, in compliance with Judge Younge's 4/1/24 Order compelling discovery (and if so, a date certain by which we will get that required discover material form your clients), or whether we should just file our Motion for Contempt and for Sanctions.

thx
Gary Lightman
cell 215-760-3000

attachment

cc: client

KDT—pls DAs (discovery—prod by Zekaria 041524 folder)
also dy to f/u on Thurs 4/18 tg


DEFICIENCIES.Zekaria....24.pdf

> Begin forwarded message:
>
> **From:** Patrick Healey <phealey@rebarkelly.com>
> **Subject: AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM**

**v. MANFRED STERNBERG, et al**

**Date:** April 15, 2024 at 9:02:30 AM EDT

**To:** Gary Lightman <garylightman@lightmanlaw.com>, "Laver, Seth L." <slaver@goldbergsegalla.com>

**Cc:** Gary Weiss <wgary4109@gmail.com>, 'Sam Gross' <Samrosinc@icloud.com>, Cathleen Kelly Rebar <crebar@rebarkelly.com>, Kathy Ciesielka <kciesielka@rebarkelly.com>, Michael Rebar <mrebar@rebarkelly.com>, "Patrick Healey" <phealey@rebarkelly.com>

Counselors:

Please see the attached documents. Please let us know if you have any questions. Thank you.

Pat Healey



**Patrick J. Healey**
**Partner**
256 West 36th Street
Suite 900
New York, New York 10018
212.858.9970 | Fax 212.858.9971
C: 215.266.4879
E: phealey@rebarkelly.com
W: www.rebarkelly.com

NEW JERSEY
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
609.375.2070 | eFax 888.761.8299

PENNSYLVANIA
470 Norristown Road, Suite 201
Blue Bell, Pennsylvania 19422
484.344.5340 | eFax 484.344.5341

NEW JERSEY
Park 80 West – Plaza II
250 Pehle Ave – Suite 200
Saddle Brook, NJ 07663
551.246.1642 | eFax 888.761.8299

CONNECTICUT
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
203.564.1971 | eFax: 888.761.8299

OHIO
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

We are pleased to announce that our New York office has relocated, and therefore our address has changed.

Please note, our New York office address is now:

256 West 36th Street
Suite 900
New York, NY 10018


2024.04.15
SENT...ies.pdf


2024.04.15 SENT...FP.pdf

--

Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com

LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

*************************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
*************************************************************************