# EXHIBIT "G"

**From:** GARY LIGHTMAN ltag8r@me.com
**Subject:** Re: Written agreement between Zakeria and Weiss
**Date:** February 18, 2024 at 3:57 PM
**To:** Phealey@rebarkelly.com, Sokolski.Zekaria@mindspring.com, Cathleen Kelly Rebar crebar@rebarkelly.com
**Cc:** G. Manochi gmanochi@lightmanlaw.com, Laver, Seth L. slaver@goldbergsegalla.com, Gary Weiss wgary4109@gmail.com, monipair monipair@aol.com, Sam Gross charltonholdinggroupllc@aol.com, Scg1212@gmail.com, publicdiamonds@gmail.com, Sam Gross samrosinc@icloud.com, Bob + Tina Tate tina@tate-tate.com, Gary Lightman garylightman@lightmanlaw.com, K. DiTomaso kditomaso@lightmanlaw.com

Patrick,

You are hereby served with plaintiff's Notice of Oral Depositions of Daphna Zekaria, Esquire and Sokolski & Zekaria, PC (With Request for Production of Documents), scheduling the in-person depositions of the Zekaria Defendants to commence on **Friday, March 8, 2024, at 10:00 a.m.**, in the President's Board Room of the Country House at Bluestone Country Club, 711 Boehms Church Road, in Blue Bell, PA 19422 (the same room where the 2/7/24 deposition of Manfred Sternberg was conducted).

This email also will remind you to email us (by tomorrow) the written agreement between Zekaria and Weiss that Gary Weiss testified to at yesterday's deposition. Also, to the extent that your clients fail to provide us **by no later than March 1, 2024**, with full and complete answers to the Interrogatories and Document Requests propounded upon them on October 7, 2023, as well as all of the responsive documents, then it may be necessary for us to bring the Zekaria Defendants back for depositions a second time. Let's try to avoid that — by your timely production of your clients' Answers and documents in response to plaintiff's discovery (by 3/1/24).

Please contact us, should you have any questions or problems.

thx
Gary Lightman
cell 215-760-3000

attachment

cc: all other defense counsel or parties
Tate & Tate Court Reporters
client

> On Feb 17, 2024, at 3:07 PM, GARY LIGHTMAN <ltag8r@me.com> wrote:
>
> Patrick,
>
> Please email me (Monday) the written agreement between Zekaria and Weiss that Gary testified to at yesterday's deposition.
>
> Thanks.
>
> Gary Lightman, Esquire
> cell (215) 760-3000

—
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com


LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

***********************************************************************

ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please

notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
**********************************************************************



Depo.Notice.Zekaria D...24.pdf