# EXHIBIT "I"

**From:** GARY LIGHTMAN garylightman@lightmanlaw.com
**Subject:** Zekaria deposition
**Date:** April 17, 2024 at 5:50 PM
**To:** Pat Healey phealey@rebarkelly.com, Cathleen Kelly Rebar crebar@rebarkelly.com
**Cc:** Kim DiTomaso kditomaso@lightmanlaw.com, Glenn Manochi gmanochi@lightmanlaw.com, GARY LIGHTMAN ltag8r@me.com

Patrick,

Please advise us **by no later than this Friday, April 19, 2024**, of available dates when we can re-convene the deposition of Daphna Zekaria. If we do not hear back from you by this Friday, then we will assume that you and your client will be available on any date we select. We plan to send out an Amended Notice of Deposition by no later than Monday, 4/22/24.

Also attached is the transcript of Daphna's 4/2/24 deposition. We plan to start the next deposition by asking Daphna whether the testimony she gave under oath at her deposition on 4/2/24, as reflected in the attached transcript, was truthful and accurate. So Daphna should read the attached transcript *prior* to her re-scheduled deposition, and mark any passages that she believes were not accurately transcribed. That will save a substantial amount of time when we reconvene.

We look forward to timely hearing back from you, by no later than Friday 4/19, regarding dates for her fee-scheduled deposition.

thx
Gary Lightman
cell 215-760-3000

attachment

cc:   Cathleen Rebar, Esquire
      client



040224dz - Full.pdf

KDT – pls dy to f/u on 4/22 tg

RDT—pls dy to f/u on 4/22 tg


--
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com


LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

**************************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
**************************************************************************

Case 2:22-cv-00688-JMY   Document 167-10   Filed 05/28/24   Page 4 of 5