# EXHIBIT "J"

**From:** **GARY LIGHTMAN** garylightman@lightmanlaw.com  📎
**Subject:** Fwd: Activity in Case 2:22-cv-00688-JMY AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM v. MANFRED STERNBERG, et al Order Setting Hearing on Motion
**Date:** April 25, 2024 at 11:05 AM
**To:** Pat Healey phealey@rebarkelly.com

G

PH, fyi

pls get back to me by tomorrow regarding a new date for Daphna's deposition

thx
gary Lightman
cell 215-760-3000

Begin forwarded message:


Attached please find Judge Younge's Order dated 4/25/24.


Sincerely,
Kim DiTomaso
Legal Assistant
Lightman & Manochi
Telephone: 215-545-3000 x 107
kditomaso@lightmanlaw.com
Gary Lightman Cell: 215-760-3000


*********************************************************************

ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in

and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.

*************************************************************************

**From:** ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
**Sent:** Thursday, April 25, 2024 10:46 AM
**To:** paedmail@paed.uscourts.gov
**Subject:** Activity in Case 2:22-cv-00688-JMY AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM v. MANFRED STERNBERG, et al Order Setting Hearing on Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Pennsylvania**

**Notice of Electronic Filing**

The following transaction was entered on 4/25/2024 at 10:46 AM EDT and filed on 4/25/2024

AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM

**Case Name:** AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFETYHOUSE.COM
v. MANFRED STERNBERG, et al

**Case Number:** 2:22-cv-00688-JMY

**Filer:**

**Document Number:** 165

**Docket Text:**

**ORDER THAT COUNSELS MOTION TO WITHDRAW SHALL BE SCHEDULED FOR A HEARING IN THE UNITED STATES DISTRICT COURT, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA, ON THURSDAY, JUNE 13TH, 2024 AT 12:30 P.M. BEFORE THE HONORABLE JOHN MILTON YOUNGE IN COURTROOM 15B, 15TH FLOOR. COUNSEL FOR DEFENDANTS SHALL PROVIDE PROOF OF SERVICE TO ESTABLISH THAT A COPY OF THE MOTION TO WITHDRAW AND A COPY OF THIS ORDER SHOWING THE TIME AND DATE OF HEARING WAS SERVED ON THE DEFENDANTS. SIGNED BY DISTRICT JUDGE JOHN M. YOUNGE ON 4/25/24. 4/25/24 ENTERED AND COPIES E-MAILED.(amas)**

**2:22-cv-00688-JMY Notice has been electronically mailed to:**

GARY P. LIGHTMAN    garylightman@lightmanlaw.com, gmanochi@lightmanlaw.com, kditomaso@lightmanlaw.com

GLENN A. MANOCHI    gmanochi@lightmanlaw.com

CATHLEEN KELLY REBAR    crebar@rebarkelly.com, kciesielka@rebarkelly.com

SETH L. LAVER    slaver@goldbergsegalla.com, mgarrity@goldbergsegalla.com

AARON C. SCHLESINGER (Terminated)    aschlesinger@pecklaw.com

WILLIAM LYLE STAMPS    wlstamps@ckmo.com, lyle.stamps@gmail.com

JASON S. KANER (Terminated)    Jason.Kaner@jacksonlewis.com, jason-kaner-2909@ecf.pacerpro.com,philadelphiadocketing@jacksonlewis.com

Joseph Ross    jross@goldbergsegalla.com, efilings.philly@kiernantrebach.com, jmuller@goldbergsegalla.com, joeross@recap.email

**2:22-cv-00688-JMY Notice will not be electronically mailed to:**

ASOLARDIAMOND, LLC

GARY WEISS
680 EVERGREEN PKWY
UNION, NJ 07083

Gary Weiss

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=4/25/2024] [FileNumber=19600094-0] [aab72d1d42e4a826c6d0315094b52cc22c3cce75de30ac46cbfe183bbc96bde131e504a601d494acd43094ee221c2a2822104331c24a15a59161c4f28f9ff8ed]]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

American Environmental Enterprises Inc.,  d/b/a
The SafetyHouse.com, :
                                          :
        v.                                :       Case No. 22-cv-688-JMY
                                          :
Manfred Sternberg, *et al.*,              :

## ORDER

AND NOW, this 25th day of April 2024, upon consideration of the Motion to Withdraw

as Counsel For Defendants, Daphne Zekaria, Esquire, And Sokolski & Zekaria, P.C., (ECF No.