# EXHIBIT "L"

**From:** GARY LIGHTMAN garylightman@lightmanlaw.com
**Subject:** Re: Deposition Notice for the Zakaria Defendants for 5/14/24 at 10 am
**Date:** May 6, 2024 at 12:29 AM
**To:** Patrick Healey phealey@rebarkelly.com, Cathleen Kelly Rebar crebar@rebarkelly.com
**Cc:** Laver, Seth L. slaver@goldbergsegalla.com, Joseph Ross jross@goldbergsegalla.com, Gary Weiss wgary4109@gmail.com, monipair monipair@aol.com, Sam Gross charltonholdinggroupllc@aol.com, Sam Gross Scg1212@gmail.com, Sam Gross publicdiamonds@gmail.com, Sam Gross samrosinc@icloud.com, Kim DiTomaso kditomaso@lightmanlaw.com, Glenn Manochi gmanochi@lightmanlaw.com

Patrick,

First, it is NOT improper for us to schedule a deposition of Zekaria even when there is a Motion pending for your law firm to withdraw. No stay has been entered, and you still are counsel for the Zekaria Defendants, and there is no rule or caselaw that we know of, that prevents us from continuing to take action in the lawsuit, notwithstanding your Motion to Withdraw. You do not state in your Motion that Zekaria is not paying you, so presumably you will be paid for your time.

Second, I asked you to give me dates for her re-scheduled deposition by Friday 4/26, which you failed to do.

We are willing to agree to re-schedule her 5/14 deposition, ***provided*** that you give us other available dates the weeks of May 13 and May 20 for her re-scheduled deposition. Otherwise, we intend to proceed forward with her deposition as scheduled on 5/14, absent a Court Order to the contrary.

All you need to do is give us other available dates in May when we can depose her, and "problem solved" for everyone.

Please be guided accordingly.

thx
Gary Lightman
cell 215-760-3000

On May 2, 2024, at 7:30 PM, Patrick Healey <phealey@rebarkelly.com> wrote:

Gary:

Please be advised that we are not available for a deposition on May 14, 2024. It is improper for you to schedule a deposition of Ms. Zekaria when there is a Motion pending (and hearing scheduled) for our firm wo withdraw as counsel. I am not available to discuss this matter until May 13 when I am hack from vacation. I will speak to you then.

Pat Healey



**Patrick J. Healey**
**Partner**
256 West 36th Street
Suite 900
New York, New York 10018
212.858.9970 | Fax 212.858.9971
C: 215.266.4879
E: phealey@rebarkelly.com
W: www.rebarkelly.com

NEW JERSEY
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
609.375.2070 | eFax 888.761.8299

PENNSYLVANIA
470 Norristown Road, Suite 201
Blue Bell, Pennsylvania 19422
484.344.5340 | eFax 484.344.5341

NEW JERSEY
Park 80 West – Plaza II
250 Pehle Ave – Suite 200
Saddle Brook, NJ 07663
551.246.1642 | eFax 888.761.8299

CONNECTICUT
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
203.564.1971 | eFax: 888.761.8299

OHIO
4200 Regent Street, Suite 200
Columbus, OH 43219
614.245.2141 | eFax: 888.761.8299

**From:** Gary Lightman <garylightman@lightmanlaw.com>
**Sent:** Monday, April 29, 2024 4:06 PM
**To:** Patrick Healey <phealey@rebarkelly.com>; Cathleen Kelly Rebar <crebar@rebarkelly.com>
**Cc:** Laver, Seth L. <slaver@goldbergsegalla.com>; Joseph Ross <jross@goldbergsegalla.com>; Gary Weiss <wgary4109@gmail.com>; monipair <monipair@aol.com>; Sam Gross <charltonholdinggroupllc@aol.com>; Sam Gross <Scg1212@gmail.com>; Sam Gross <publicdiamonds@gmail.com>; Sam Gross <samrosinc@icloud.com>; K. DiTomaso <kditomaso@lightmanlaw.com>; G. Manochi <gmanochi@lightmanlaw.com>; GARY LIGHTMAN <ltag8r@me.com>
**Subject:** Deposition Notice for the Zakaria Defendants for 5/14/24 at 10 am

Patrick,

You are hereby served with plaintiff's Second Amended Notice of Oral Depositions of Daphna Zekaria, Esquire and Sokolski & Zekaria, PC (With Request for Production of Documents), re-scheduling the in-person depositions of the Zekaria Defendants to commence on **Tuesday, May 14, 2024, at 10:00 a.m.**, in the President's Board Room of the Country House at Bluestone Country Club, 711 Boehms Church Road, in Blue Bell, PA 19422 (the same room where the 4/2/24 deposition of Zekaria was started).

thx

thx
Gary Lightman
cell 215-760-3000

attachment

We are pleased to announce that our New York office has relocated, and therefore our address has changed.

Please note, our New York office address is now:

256 West 36th Street
Suite 900
New York, NY 10018

‒
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com

LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

************************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
************************************************************************