# EXHIBIT "O"

**From:** GARY LIGHTMAN garylightman@lightmanlaw.com
**Subject:** continuing failures of Weiss and Zekaria to comply with Court Orders and to produce the February 2022 retainer/escrow agreement
**Date:** May 14, 2024 at 8:56 AM
**To:** Patrick Healey phealey@rebarkelly.com, Gary Weiss wgary4109@gmail.com, monipair monipair@aol.com
**Cc:** Glenn Manochi gmanochi@lightmanlaw.com, Kim DiTomaso kditomaso@lightmanlaw.com, GARY LIGHTMAN ltag8r@me.com

Gary Weiss, and Daphna Zekaria (c/o Patrick Healey, Esquire),

Judge Younge previously entered Orders in this case which in relevant part directed the Weiss Defendants and the Zekaria Defendants to produce all documents responsive to plaintiff's Document Requests served on the defendants.

So we find it incredible and inexcusable that to date, each of you continue to fail and refuse to comply with the Court Orders and to produce the February 2022 retainer/escrow agreement that both Zekaria and Weiss admitted in their respective depositions was created by Zekaria in February of 2022. Weiss stated that he had that agreement, but was not willing to produce it to us until the "appropriate time." Zekaria admitted that she had it in her computer, and printed it out, and that it is among the papers in her office.

**NOT ACCEPTABLE**.

Both Weiss and Zekaria have until this Friday, May 17, 2024, to produce the February 2022 retainer/escrow agreement for us. If you fail to do so, then we intend to file a Motion for Contempt and For Sanctions, as soon as possible thereafter. If Zekaria cannot locate the document among the numerous papers in her office, then just print out another copy of it. But our patience with the continuing failures and refusal of Weiss and Zekaria to comply with Court Orders and to produce February 2022 retainer/escrow agreement, is at an end. Each of you can avoid a Motion for Contempt and For Sanctions simply by emailing us a true and correct copy of February 2022 retainer/escrow agreement.

Please be guided accordingly.

thx
Gary Lightman
cell 215-760-3000

cell: 215-760-3000

PS to Patrick — we are sending out a Deposition Notice for Zekaria at the end of today — if you want input into the date we select, please call me (on my cell), asap, today.  thx gpl

KDT—pls dy to f/u with contempt motion on 5/20 if the doc is not sent to us by 5/17 tg


—
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com


LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

************************************************************************

ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its

attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
*********************************************************************