# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM | : : : : | |
| v. | : : | Case No. 22-cv-688-JMY |
| MANFRED STERNBERG, *et al*. | : | |

## ORDER

AND NOW, this 28th day May 2024 upon consideration of the Motion for a Protective Order, (ECF No. 166) filed by Sokolski & Zekaria, P.C., Daphna Zekaria, and the Motion to Withdraw as an Attorney filed by Sokolski & Zekaria, P.C., Daphna Zekaria (ECF No. 163), it is hereby **ORDERED** that Defendant's Motion for a Protective Order shall also be **SCHEDULED** at the same hearing before the Honorable John Milton Younge on **Thursday, on June 13th, 2024 at 12:30 P.M.** in the James A. Byrne, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 in Courtroom 15B, 15th floor.

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge