IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM | : : : : | |
| v. | : : | Case No. 22-cv-688-JMY |
| MANFRED STERNBERG, *et al*. | : | |

## ORDER

AND NOW, this 29th day May 2024 upon consideration of the Cross-Motion for Contempt against, and to Compel Discovery from Defendants, Daphna Zekaria, Esquire and Sokolski (ECF No. 167), filed by Plaintiff, it is hereby **ORDERED** that Plaintiff's Cross-Motion for Contempt against and to Compel Discovery shall also be **SCHEDULED** at the same hearing during which the Motion to Withdraw (ECF No. 163) and the Motion for a Protective Order (ECF No. 166) has been scheduled, before the Honorable John Milton Younge on **Thursday, on June 13th, 2024 at 12:30 P.M.** in the James A. Byrne, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 in Courtroom 15B, 15th floor.

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge