# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM** : : : : **Plaintiff,** : : v. : : **MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SAMUEL GROSS a/k/a SHLOMO GROSS, and GARY WEISS, and ASOLARDIAMOND, LLC a/k/a, ASOLAR. LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.** : : : : : : : : : : **Defendants.** : | **CIVIL ACTION** **No. 2022-cv-00688 (JMY)** |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of W. Lyle Stamps, Esquire, only, as counsel to plaintiff in the above-captioned case.

                                          LIGHTMAN & MANOCHI

                                          BY: /s/ W. Lyle Stamps
                                          W. LYLE STAMPS, ESQUIRE
                                          Identification No. 94909
                                          600 W. Germantown Pike, Suite 400
                                          Plymouth Meeting, PA 19462

Date:  May 30, 2024                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below he caused to be served a true and correct copy of Withdrawal of Appearance of W. Lyle Stamps, Esquire via ECF, U.S. first class mail and/or email upon the following:

Seth Laver, Esquire
Joseph Ross Esquire
Goldberg Segall
1700 Market Street, Suite 1418
Philadelphia, PA 19103-3907
slaver@goldbergsegalla.com
jross@goldbergsegalla.com

Samuel Gross
a/k/a Shlomo Gross
78 Buckminster Road
Rockville Centre, NY 11570
charltonholdinggroupllc@aol.com
publicdiamonds@gmail.com
Scg1212@gmail.com
Samrosinc@icloud.com

Gary Weiss
437 1st Avenue
Elizabeth, NJ 07206
wgary4109@gmail.com
monipair@aol.com

Patrick Healey, Esquire
Chathleen Kelly Rebar, Esquire
Rebar Kelly
Blue Bell Executive Campus
470 Norristown Road, Suite 201
Blue Bell, PA  19422
phealey@rebarkelly.com
crebar@rebarkelly.com

                              LIGHTMAN & MANOCHI

                              BY: /s/ W. Lyle Stamps
                              W. LYLE STAMPS, ESQUIRE
                              Identification Nos. 94909
                              600 W. Germantown Pike, Suite 400
                              Plymouth Meeting, PA 19462

Date:  May 30, 2024                    Attorneys for Plaintiff