

Patrick J. Healey
484-344-5336
phealey@rebarkelly.com

June 12, 2024

**VIA ECF and EMAIL TO** Chambers_Younge@paed.uscourts.gov

The Honorable John M. Younge
U.S. District Court for the Eastern District of Pennsylvania
Room 15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **American Environmental Enterprises v. Sternberg, et. al.**
      **U.S.D.C. E.D. Pa. No. 2022-cv-00688 (JMY)**

Dear Judge Younge:

      We represent defendants, Defendants, Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. ("Zekaria defendants") in this matter.  There is presently an oral argument on several pending Motions scheduled for June 13, 2024, at 12:30 p.m., including an oral argument on the Motion filed by Rebar Kelly to withdraw as counsel for the Zekaria defendants.

      We have served the Zekaria defendants with all of the pending Motions.  Today, we heard from Ms. Zekaria, who informed us that on May 13, 2024, she was admitted to a Partial Hospitalization Program at Mercy Hospital Behavioral Health Services in Garden City, New York. She is currently undergoing treatment five days per week from 9:40 am to 2:00 pm.  Attached please find a letter from her primary therapist and doctor confirming the above.

      We would request a twenty-day adjournment so as to allow Ms. Zekaria to attend and participate in the hearing.

470 Norristown Rd.
Suite 201
Blue Bell, PA  19422
484.344.5340
Fax 484.344.5341

100 Overlook Center
2nd Floor
Princeton, NJ  08540
609.375.2070
eFax 888.761.8299

Park 80 West – Plaza II
250 Pehle Ave., Ste. 200
Saddle Brook, NJ 07663
551.246.1642.
eFax: 88.761.8299

256 West 36th Street
Suite 900
New York, NY  10018
212.858.9970
Fax 212.858.9971

263 Tresser Blvd.
9th Floor
Stamford, CT 06901
203.564.1971
eFax: 888.761.8299

4200 Regent St.
Suite 200
Columbus, OH 43219
614.245.2141.
eFax: 888.761.8299

www.rebarkelly.com

The Honorable John M. Younge
June 12, 2024
Page 2

Thank you for your consideration.

Very truly yours,

**REBAR KELLY**

Patrick J. Healey, Esquire

PJH/kc
Enclosures

**Behavioral Health Services**
506 Stewart Avenue
Garden City, New York 11540
Phone: 516.705.3400 ~ Fax: 516.705.3418

June 12, 2024

Mr. Patrick Healey
Rebar Kelly
470 Norristown Rd. Suite 201
BlueBell, PA 19422
T: 215-266-4879
Fax: 212-858-9971

REF: DAPHNA SOKLOSKI, DOB: 9/2/1969

Dear Mr. Healey,

Daphna Sokloski is being treated at Mercy Hospital Behavioral Health Services and has kept an initial intake evaluation on May 13th, 2024. Daphna has since been admitted to the Partial Hospitalization Program, in which appointments are held **five** days per week, Monday-Friday, from 9:40a-2:00p, beginning on date of May 14th, 2024. Daphna's last kept appointment date is today, June 12th, 2024.

If you have any questions, please feel free to contact me at the contact number listed below.

Sincerely,

Kayla Roundsman, LMHC (Ph: 516-705-3400 ext: 3226)
(Primary Therapist)

Sheila Yusaf, MD
Psychiatrist