# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES**<br>Plaintiff<br><br>v.<br><br>**MANFRED STERNBERG, et al.**<br>Defendants | : <br> : CIVIL ACTION <br> : <br> : NO. 22-cv-688-JMY <br> : |

## ORDER

**AND NOW**, this 13th day of June, 2024, upon consideration Defendant's Motion for Protective Order (ECF No. 166) filed by the Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. ("Zekaria Defendants") and the motion hearing that took place on June 13, 2024, it is hereby **ORDERED** that said Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Honorable John Milton Younge*
**JOHN MILTON YOUNGE, J.**