IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES | : | |
| | | 22-cv-688-JMY |
| | : | |
| v. | : | |
| | : | |
| MANFRED STERNBERG, | : | |
| | : | |

# ORDER

**AND NOW**, this 13th day of June 2024, upon consideration of the Request to Continue on the Motion to Withdraw by Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. ("Zekaria Defendants"), (ECF No. 171), and the motions hearing that took place on June 13th, 2024, it is hereby **ORDERED** that Defendant's Request to Continue on the Motion to Withdraw (ECF No. 171) is **GRANTED**[1]**,** the continued hearing on the Motion to Withdraw is **HEREBY** rescheduled for **Wednesday, on July 10th, 2024 at 11:00 A.M.** in the James A. Byrne, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 in Courtroom 15B, 15th floor.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**

---

[1] The Court suggests that the Zekaria Defendants obtain new counsel in order to appropriately replace Mr. Patrick Healy and Ms. Cathleen Kelly Rebar as attorneys for the Defendants.