# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES**<br>Plaintiff<br><br>v.<br><br>**MANFRED STERNBERG, et al.**<br>Defendants | : <br>: CIVIL ACTION<br>: <br>: NO.  22-cv-688-JMY<br>: <br>: |

## ORDER

**AND NOW**, this 13th day of June, 2024, upon consideration Plaintiff's Cross-Motion for Contempt Against and to Compel Discovery from Defendants Daphna Zekaria, Esquire and Sokolski & Zekaria, P.C. ("Zekaria Defendants") (ECF No. 167), and the motion hearing that took place on June 13, 2024, it is hereby **ORDERED** that said Motion is **GRANTED** in part as follows:

1. The Motion to Compel Discovery from the Zekaria Defendants is **GRANTED** as to only the February 2022 retainer/escrow agreement.

2. Plaintiff's Cross-Motion for Contempt against the Zekaria Defendants shall be **RE-SCHEDULED** at the same hearing during which the Motion to Withdraw has been re-scheduled on **Wednesday, on July 10th, 2024 at 11:00 A.M.** in the James A. Byrne, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 in Courtroom 15B, 15th floor.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Honorable  John Milton Younge*
**JOHN MILTON YOUNGE, J.**