# EXHIBIT "R"

**From:** GARY LIGHTMAN garylightman@lightmanlaw.com
**Subject:** Fwd: Zekaria failure to comply with Judge Younge 6/13/24 Order
**Date:** June 27, 2024 at 8:01 AM
**To:** Pat Healey phealey@rebarkelly.com
**Cc:** GARY LIGHTMAN ltag8r@me.com, Glenn Manochi gmanochi@lightmanlaw.com, Kim DiTomaso kditomaso@lightmanlaw.com
**Bcc:** Dan Scully Dans@thesafetyhouse.com

Patrick,

Zekaria's "Affirmation" attached to your below email is inconsistent with and directly contrary to her testimony that she gave at her sworn deposition on April 2, 2024. At her 4/2 deposition, she swore that she printed out a copy of the February 2022 escrow/retainer agreement, and that it was among her papers in her office. So there was a hard copy of that agreement, as well as another copy in her computer. There actually should be two copies of that Agreement in her computer — one in her word files, and another attached to an email or text she sent to Gary Weiss.

Please contact us at your earliest convenience, so that we can make arrangements to have her computer searched by a forensic IT expert (unless you are willing to stipulate that Zekaria destroyed that evidence in this case).

Also, several times we asked you for available dates for the Zekaria deposition, but you refused to provide us with any dates. If as you claim you are not available on July 5, then please let us know, by the end of the day today, which of the following dates you are available: July 2, 3, 6, 7, 8, or 9. Otherwise, Zekaria should appear on 7/5 as scheduled. (This is without prejudice to and without a waiver of any and all rights, remedies, claims and demands to which plaintiff is or may be entitled.)

We look forward to hear back from you, **today**.

thx
Gary Lightman
cell 215-760-3000

> Begin forwarded message:
>
> **From:** Patrick Healey <phealey@rebarkelly.com>
> **Subject: RE: Zekaria failure to comply with Judge Younge 6/13/24 Order**
> **Date:** June 27, 2024 at 7:30:27 AM EDT
> **To:** Gary Lightman <garylightman@lightmanlaw.com>
> **Cc:** Kimberly Tyler <kimtyler255@gmail.com>, "G. Manochi" <gmanochi@lightmanlaw.com>, GARY LIGHTMAN <ltag8r@me.com>, "Laver, Seth L." <slaver@goldbergsegalla.com>, "Joseph Ross (jross@goldbergsegalla.com)" <jross@goldbergsegalla.com>
>
> Gary:
>
> Attached please find an Affirmation from Ms. Zekaria regarding the Court's Order of June 13, 2024.
>
> Regarding your unilateral scheduling of Ms. Zekaria's deposition, please be advised that I am not available for a deposition on July 5, 2024.
>
> Pat Healey
>
> 
>
> **Patrick J. Healey**
> **Partner**
> 256 West 36th Street
> Suite 900
> New York, New York  10018
> 212.858.9970 | Fax 212.858.9971
> C: 215.266.4879
> E: phealey@rebarkelly.com
> W: www.rebarkelly.com
>
> NEW JERSEY
> 100 Overlook Center, 2nd Floor
> Princeton, NJ 08540
> 609.375.2070 | eFax 888.761.8299
>
> PENNSYLVANIA
> 470 Norristown Road, Suite 201
> Blue Bell, Pennsylvania 19422
> 484.344.5340 | eFax 484.344.5341
>
> NEW JERSEY
> Park 80 West – Plaza II
> 250 Pehle Ave – Suite 200
> Saddle Brook, NJ 07663
> 551.246.1642 | eFax 888.761.8299
>
> CONNECTICUT
> 263 Tresser Blvd, 9th Floor
> Stamford, CT 06901
> 203.564.1971 | eFax: 888.761.8299
>
> OHIO

<pre>
                                    OHIO
                        4200 Regent Street, Suite 200
                            Columbus, OH 43219
                       614.245.2141 | eFax: 888.761.8299
</pre>

**From:** Gary Lightman <garylightman@lightmanlaw.com>
**Sent:** Tuesday, June 25, 2024 11:10 PM
**To:** Patrick Healey <phealey@rebarkelly.com>
**Cc:** Kimberly Tyler <kimtyler255@gmail.com>; G. Manochi <gmanochi@lightmanlaw.com>; GARY LIGHTMAN <ltag8r@me.com>
**Subject:** Zekaria failure to comply with Judge Younge 6/13/24 Order

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Patrick,

Zekaria failed to comply with Judge Younge's 6/13/24 Order [ECF 174], requiring her to provide us with the February 2022 retainer/escrow agreement, within 10 days from that Order, or by yesterday.

We will be filing a Supplement to Plaintiff's Cross-Motion for Contempt and for Sanctions to bring this additional contempt to the Court's attention. At the hearing scheduled for July 10, we intend to request that the Court enter a default judgment against the Zekaria Defendants for $1,965,600.00, reserving the right to obtain additional punitive damages at trial.

We also noticed Zekaria's deposition for July 5, 2024. Please confirm by tomorrow whether she will be appearing for her deposition on July 5, as scheduled. If we do not hear back from you by tomorrow, then we will assume that she in fact will be appearing for her deposition as scheduled on July 5.

thx
Gary Lightman
cell 215-760-3000


—
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com

LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone: (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

*********************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
*********************************************************************

We are pleased to announce that our New York office has relocated, and therefore our address has changed.

Please note, our New York office address is now:

256 West 36th Street
Suite 900
New York, NY 10018


DZ Affirmation re Agre...ent.pdf

Case 2:22-cv-00688-JMY   Document 176-1   Filed 07/01/24   Page 4 of 4