UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THE SAFETYHOUSE.COM,<br><br>Plaintiff,<br><br>v.<br><br>MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SHLOMO GROSS a/k/a SAMUEL GROSS, and GARY WEISS, and A.SOLAR, LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.<br><br>Defendants | CIVIL ACTION<br><br>No. 2:22-CV-0688 (JMY) |

### AFFIRMATION OF DAPHNA ZEKARIA, ESQUIRE

I, Daphna Zekaria, Esquire, under penalty of perjury pursuant to 28 U.S.C. § 1746, affirms as follows:

1. I am aware of this Court's Order of June 13, 2024 compelling the Zekaria Defendants to produce the February 2022 retainer/escrow agreement ("the Agreement");

2. I have conducted a thorough search of all of the written documents in my office and in my home and have been unable to locate a copy of the Agreement;

3. I have also conducted a thorough search of my computer files and have been unable to locate a copy of the Agreement;

1

4.  I have also conducted a thorough search of my emails and have been unable to locate a copy of the Agreement.

I declare verify under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2024

_____
Daphna Zekaria