**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| American Environmental Enterprises, Inc. | : | |
| d/b/a THESAFETYHOUSE.COM | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION |
| Manfred Sternberg, Esquire; Manfred | : | No. 2022-CV-00688(JMY) |
| Sternberg & Associates, PC; Charlton | : | |
| Holdings Group, LLC; Samuel Gross; Gary | : | |
| Weiss; A. Solar, LLC; Daphna Zekaria, Esq.; | : | |
| and, Sokolski & Zekaria, PC, | : | |
| *Defendants,* | : | |
| | : | |

**ORDER**

**AND NOW**, on this _____ day of _____, 2024, upon consideration of the Motion of

Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC to Briefly Extend

Discovery, and of any responses thereto, and upon good cause shown, it is hereby **ORDERED** that

the Motion is **GRANTED**, and discovery is extended as follows:

The fact discovery deadline shall be extended from July 19, 2024 to July 23, 2024;

All other dates and deadlines shall remain as set forth in the Court's March 20, 2024

Amended Scheduling Order.

**IT IS SO ORDERED.**

**BY THE COURT:**

_____
JUDGE JOHN MILTON YOUNGE

IMANAGE\8925\0007\41506651.v1-7/18/24