

Joseph Ross | Associate
Direct 609-986-1370 | jross@goldbergsegalla.com

July 18, 2024

***Via Electronic Filing***
The Honorable John Milton Younge
15613 U.S. Courthouse
Courtroom 15-B
601 Market Street
Philadelphia, PA 19106

    **Re:**  American Environmental Enterprises, Inc. v. Manfred Sternberg, Esquire, et al.
       U.S.D.C. Eastern District No.: 2-22-cv-00688-JMY

Dear Judge Younge:

  This firm represents defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC ("the Sternberg Defendants") in the above-captioned matter pending before Your Honor. Plaintiff has confirmed to the undersigned that the deposition of Plaintiff's corporate designee will move forward on Tuesday, July 23, 2024. However, we filed a motion to very briefly extend fact discovery (ECF 181) to encompass that date out of an abundance of caution.

      Respectfully submitted,

      **GOLDBERG SEGALLA LLP**

      */s/ Joseph Ross*
      Joseph Ross

cc:  Seth Laver;
    All counsel of record via ECF;
    All unrepresented parties via email.

**Please send mail to our scanning center at: PO Box 360, Buffalo NY 14201**

**OFFICE LOCATION** 1700 Market Street, Suite 1418, Philadelphia, PA 19103-3907 | **PHONE** 267-519-6800 | **FAX** 267-519-6801 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
iManage\8925\0007\41506372.v1-7/18/24