**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM** : : : : | **CIVIL ACTION** |
| **Plaintiff,** : : | **No. 2022-cv-00688 (JMY)** |
| v. : | |
| **MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SAMUEL GROSS a/k/a SHLOMO GROSS, and GARY WEISS, and ASOLARDIAMOND, LLC a/k/a, ASOLAR. LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.** : : : : : : : : : : : | |
| **Defendants.** : | |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM AND AWARDING SANCTIONS AGAINST STERNBERG DEFENDANTS, AND PERMITTING PLAINTIFF TO CONDUCT DE BENE ESSE DEPOSITIONS OF OTHER VICTIMS**

AND NOW, this _____ day of _____ 2024, upon consideration of the Motion to Compel Discovery From and Sanctions Against the Sternberg Defendants, and Permitting Plaintiff to Conduct De Bene Esse Depositions of Other Victims (the "Motion"), pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure, filed by plaintiff American Environmental Enterprises, Inc., d/b/a THE SAFEEYHOUSE.COM ("Plaintiff"), and upon further reconsideration of any responses to the Motion filed by the Defendants, and for good cause shown therefor, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

1

2. Within ten (10) days of the date hereof, the Sternberg Defendants shall deliver to Plaintiff written responses to the 3/7/24 Document Requests served by Plaintiff upon them, and shall produce to plaintiff all of the documents responsive to the 3/7/24 Document Requests.

3. Within twenty (20) days thereafter, the Stenberg Defendants shall appear for their sworn oral depositions in the offices of plaintiff's counsel (or such other location as mutually agreed upon by plaintiff).

4. Plaintiff shall be permitted to conduct the *de bene esse* depositions of the victims identified by plaintiff in their Supplemental Rule 26 Disclosures, as well as any additional persons disclosed by the Sternberg Defendants in the documents to be produced pursuant to paragraph 3 above, who made wire transfers to the Sternberg Defendants to purchase iCovid Test Kits or other personal protective equipment.

5. Sanctions are entered in favor of Plaintiff against the Sternberg Defendants, in the total amount of $2,500.00, which sanctions shall be paid to counsel for Plaintiff within ten (10) days from the date of this Order.

6. The failure of either of the Sternberg Defendants to fully comply with this Order shall subject each of them to further and more severe sanctions upon further application by Plaintiff.

BY THE COURT:

_____
John M. Younge,        U.S.D.J.