

**From:** **GARY LIGHTMAN** garylightman@lightmanlaw.com
**Subject:** Fwd: ShareFile Activity Notification
**Date:** April 29, 2024 at 3:24 PM
**To:** Laver, Seth L. slaver@goldbergsegalla.com
**Cc:** Kim DiTomaso kditomaso@lightmanlaw.com, Glenn Manochi gmanochi@lightmanlaw.com
**Bcc:** Dan Scully Dans@thesafetyhouse.com

Seth,

We cannot open any of the docs you sent us for the Sternberg Defendants in your below email — when we try to open them, we get the following error message:

> Adobe Acrobat could not open 'BOL sh3 3_21_22.pdf' because it is either not a supported file type or because the file has been damaged (for example, it was sent as an email attachment and wasn't correctly decoded).
>
> To create an Adobe PDF document, go to the source application. Then choose Save as Adobe PDF from the PDF dropdown in the Print dialog.

Please resend us the docs so we can open and review them, asap

thx
Gary Lightman
cell 215-760-3000

> Begin forwarded message:
>
> **From:** "ShareFile Notifications (No Reply)" <noreply@sf-notifications.com>
> **Subject: ShareFile Activity Notification**
> **Date:** April 29, 2024 at 3:17:37 PM EDT
> **To:** garylightman@lightmanlaw.com



## Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

### Uploads

**slaver@goldbergsegalla.com > AEC v. Gross, et al > Supp. Production Apr. 2024**

 Purchase Order_18316_1642800724065.pdf
Size        0.00 B
Created    04/29/2024 3:14:39 pm
Creator    Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

 Safety House 316 SALE AND PURCHASE AGREEMENT.docx
Size        0.00 B
Created    04/29/2024 3:14:25 pm
Creator    Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

 Scan 1-21.pdf
Size        0.00 B

**Created** 04/29/2024 3:13:18 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **BOL sh3 3_21_22.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:12:07 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **BOL sh4 3_22_22.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:12:05 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **BOL sh5 PA 1 PALLET 03-24-2022.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:12:04 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **BOL sh6 PA 2 PALLETS.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:12:03 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **BOL sh7_1452530.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:11:50 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **Executed Bill fo Sale Safety House.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:11:28 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **Napalotano Letter.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:11:13 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **rejection of product Scully.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:10:58 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **Emails from Gary1.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:08:55 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

📄 **Emails regarding Safety House.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:08:52 pm
**Creator** Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

Download These Items

**slaver@goldbergsegalla.com > AEC v. Gross, et al > Supp. Production Apr. 2024 > Wires**

📄 **190k Bank of America _ Online Banking _ Accounts _ Account Details _ Account Activity.pdf**

**Size** 0.00 B
**Created** 04/29/2024 3:10:03 pm

~~Created~~ ~~04/29/2024 3:10:03 pm~~
Creator   Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

**250k Bank of America _ Online Banking _ Accounts _ Account Details _ Account Activity.pdf**
Size       0.00 B
Created    04/29/2024 3:10:01 pm
Creator    Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

**1911 AcctNotice_2022-02-04.pdf**
Size       0.00 B
Created    04/29/2024 3:09:59 pm
Creator    Seth Laver [slaver@goldbergsegalla.com] (Goldberg Segalla)

Download These Items

## Downloads

There is no download activity to report.

## Views

There is no view activity to report.

Click here to change how often ShareFile sends emails                    Dates are displayed in UTC -5

**Need help? We're here for you.**
Visit sharefile.com/support and look for "Start chat."

—
Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com

LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone:  (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

*********************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee.  If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified

that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
***********************************************************************