IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM** : : : : : **Plaintiff,** : : v. : : **MANFRED STERNBERG, ESQUIRE,** : **and MANFRED STERNBERG &** : **ASSOCIATES, PC, and CHARLTON** : **HOLDINGS GROUP, LLC, and** : **SAMUEL GROSS a/k/a SHLOMO** : **GROSS, and GARY WEISS,** : **and ASOLARDIAMOND, LLC a/k/a,** : **ASOLAR. LLC, and DAPHNA** : **ZEKARIA, ESQUIRE, and SOKOLSKI** : **& ZEKARIA, P.C.** : : **Defendants.** : | **CIVIL ACTION** **No. 2022-cv-00688 (JMY)** |

**ORDER GRANTING PLAINTIFF'S RULE 36(a)(6) MOTION**

AND NOW, this _____ day of _____ 2024, upon consideration of the plaintiff's Motion under Rule 36(a)(6) of the Federal Rules, seeking a Court determination deeming as admitted, Plaintiff's Rule 36 Requests for Admission served on June 17, 2024, on defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC (the "Sternberg Defendants"), and for an award of attorney fees and costs under Rule 37(a)(5) of the Federal Rules, filed by plaintiff American Environmental Enterprises, Inc., d/b/a THE SAFEEYHOUSE.COM ("Plaintiff"), and upon further reconsideration of any responses to the Motion filed by the Defendants, and for good cause shown therefor, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

1

2. Plaintiff's Requests for Admission Nos. 7, 20, 25-27, 29, 30, 41-43, 48, 54-56, 64-67, 70-74, 78-83, 86, 87, 89-92, 94-104, 106-111, 114-116, 118, 119, 122, 125, 126, 129-132, 134, 135, and 151-158, are deemed as admitted, by reason of the Sternberg Defendants' improper responses to those RFAs, because they stated that "this document speaks for itself" or "the documents peak for themselves" or "this document speaks for itself and any characterization thereof is denied" which is NOT a proper response to those Plaintiff's RFAs; and

3. Plaintiff's Requests for Admission Nos. 2, 4, 5, 11, 12, 16, 17, 44, 147, 148, 150, 165, and 166, are deemed as admitted, by reason of the Sternberg Defendants' improper responses to those RFAs, because they stated that they "lack knowledge" which is NOT a proper response to those Plaintiff's RFAs; and

4. Deeming as admitted, Plaintiff's Requests for Admission Nos. 35-40, 45-59, 64-66, 68-71, 73, 74, 77-80, 112-113, and 120-121, are deemed as admitted, by reason of the Sternberg Defendants' failure to respond to the substance of those specific Plaintiff RFAs; and

5. Deeming as admitted, Plaintiff's Requests for Admission Nos. 13, 14, 19, 32-34, 60-63, 75, 76, 84, 85, 88, 90, 128, 136-146, 149, 159-164, 167, and 169-172, are deemed as admitted, because the Sternberg Defendants simply stated "denied" without providing the facts to support said denials

6. An award of attorney's fees and costs of $3,500.00 are entered in favor of plaintiff against the Sternberg Defendants, and said sanctions shall be paid by the Sternberg Defendants

within ten (10) days from the date of this Order.

                                        BY THE COURT:

                                        _____
                                        John M. Younge,          U.S.D.J.