UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM, | : : : : | |
| | : | Case No. 22-cv-0688-JMY |
| *Plaintiff* | : : | |
| v. | : : | |
| **MANFRED STERNBERG, et al.,** | : : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, on this day of July 26th, 2024, upon consideration of the Motion of Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC to Briefly Extend Discovery, and of any responses thereto, and upon good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**, and discovery is extended as follows: The fact discovery deadline shall be extended from July 19, 2024 to July 23, 2024; All other dates and deadlines shall remain as set forth in the Court's March 20, 2024 Amended Scheduling Order. **IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
**Judge John Milton Younge**