IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| American Environmental Enterprises, Inc. d/b/a THESAFETYHOUSE.COM | : : | |
| *Plaintiff*, | : | |
| v. | : | CIVIL ACTION |
| Manfred Sternberg, Esquire; Manfred Sternberg & Associates, PC; Charlton Holdings Group, LLC; Samuel Gross; Gary Weiss; A. Solar, LLC; Daphna Zekaria, Esq.; and, Sokolski & Zekaria, PC, | : : : : : | No. 2022-CV-00688(JMY) |
| *Defendants,* | : : | |

## ORDER

**AND NOW**, this _____ day of ___ 2024, upon consideration of Plaintiff's Motion to Compel Discovery from Sternberg Defendants After 7/19/24 Discovery Deadline and for Sanctions, and to Conduct De Bene Esse Depositions [ECF 183], Defendants Manfred Sternberg Esquire, and Manfred Sternberg & Associates, PC's Response in Opposition thereto, and for good cause shown, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **DENIED**.

_____