## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| American Environmental Enterprises, Inc. d/b/a THESAFETYHOUSE.COM | : : | |
| *Plaintiff*, | : | |
| v. | : | CIVIL ACTION |
| Manfred Sternberg, Esquire; Manfred Sternberg & Associates, PC; Charlton Holdings Group, LLC; Samuel Gross; Gary Weiss; A. Solar, LLC; Daphna Zekaria, Esq.; and, Sokolski & Zekaria, PC, | : : : : : | No. 2022-CV-00688(JMY) |
| *Defendants*, | : : | |

### ORDER

**AND NOW**, this _____ day of ___ 2024, upon consideration of Plaintiff's Rule 36(a)(6) Motion to Determine Plaintiff's Requests for Admission Served on Sternberg Defendants as Deemed Admitted, and Rule 37(a)(5) Award of Attorney Fees and Costs [ECF 184], Defendants Manfred Sternberg Esquire, and Manfred Sternberg & Associates, PC's Response in Opposition thereto, and for good cause shown, it is hereby **ORDERED** and **DECREED** that:

1. Plaintiff's Motion is **DENIED**.

2. Sanctions are entered in favor of Sternberg Defendants against the Plaintiff, in the total amount of $5,000.00, which sanctions shall be paid to counsel for Sternberg Defendants within ten (10) days from the date of this Order.

_____