IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM** : : : : : | |
| **Plaintiff,** : : | CIVIL ACTION |
| v. : : | No. 2022-cv-00688 (JMY) |
| **MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SHLOMO GROSS a/k/a SAMUEL GROSS, and GARY WEISS, and ASOLARDIAMOND, LLC a/k/a, ASOLAR, LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.** : : : : : : : : : : : : | |
| **Defendants** : | |

**ORDER GRANTING DEFAULT AND FINAL JUDGMENT AGAINST DEFENDANTS DAPHNA ZEKARIA, ESQUIRE AND SOKOLSKI & ZEKARIA, P.C.**

AND NOW, this _____ day of _____, 2024, this matter having been opened to the Court upon the motion of Plaintiff American Environmental Enterprises, Inc. d/b/a THESAFETYHOUSE.COM, for Entry of Default and Final Judgment (the "Motion") against Defendants Daphna Zekaria, Esquire, and Sokolski & Zekaria, P.C. (collectively the "Zekaria Defendants"), and the Court having reviewed any opposition to the Motion, and for good cause it is hereby:

**ORDERED** as follows:

1. The Motion is GRANTED.

2. The Zekaria Defendants' Answer to Plaintiff's First Amended Complaint with Affirmative Defenses and Cross-Claims [ECF 119] is hereby stricken as of record with prejudice.

2

3.	Default and final judgment be and is hereby entered in favor of Plaintiff against Defendants Daphna Zekaria, Esquire, and Sokolski & Zekaria, P.C., individually, jointly and severally, in the amount of $1,965,600.00, plus Plaintiff's attorney's fees and costs, and interest at the judgment rate on all amounts from the date of this Order through the time the judgment amount is paid in full.

4.	This is without prejudice to the right of Plaintiff to seek an additional award against the Zekaria Defendants for punitive damages.

BY THE COURT:

_____
JOHN MILTON YOUNGE, U.S.D.J.