IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM** : : : : **Plaintiff,** : : v. : : **MANFRED STERNBERG, ESQUIRE, and MANFRED STERNBERG & ASSOCIATES, PC, and CHARLTON HOLDINGS GROUP, LLC, and SAMUEL GROSS a/k/a SHLOMO GROSS, and GARY WEISS, and ASOLARDIAMOND, LLC a/k/a, ASOLAR. LLC, and DAPHNA ZEKARIA, ESQUIRE, and SOKOLSKI & ZEKARIA, P.C.** : : : : : : : : : **Defendants.** : | **CIVIL ACTION** **No. 2022-cv-00688 (JMY)** |

## ORDER DENTING GARY WEISS "REQUEST FOR ORDER"

AND NOW, this _____ day of _____ 2024, upon consideration of the Gary Weiss "Request for order of responses by plaintiff's objections to admissions by plaintiff as admitted" (the "GW Request") [ECF 192], and upon further reconsideration of Plaintiff's Response in Opposition thereto, and for good cause shown therefor, it is

**ORDERED** that the GW Request is **DENIED IN ITS ENTIRETY**.

BY THE COURT:

_____
John M. Younge,          U.S.D.J.

1