# EXHIBIT "A"

**From:** **GARY LIGHTMAN** ltag8r@me.com
**Subject:** Re: AEE/Sternberg et al (Docket No. 22-0688)
**Date:** August 16, 2024 at 7:39 AM
**To:** Gary Weiss wgary4109@gmail.com
**Cc:** Laver, Seth L. slaver@goldbergsegalla.com, Ross, Joseph jross@goldbergsegalla.com, monipair@aol.com, Sam Gross (charltonholdinggroupllc@aol.com) charltonholdinggroupllc@aol.com, Samrosinc@icloud.com, publicdiamonds@gmail.com, Scg1212@gmail.com, Daphna Zekaria dzandpeanut@aol.com, Glenn Manochi gmanochi@lightmanlaw.com, Kim DiTomaso kditomaso@lightmanlaw.com

L

---

Gary Weiss,

Google "Are request for admission considered discovery?" and you will get:

In a civil action, a request for admission is a discovery tool that allows one party to request that another party admit or deny the truth of a statement under oath.

"Requests for admission are part of the discovery process in a civil case. In the U.S. federal court system, they are governed by Rule 36 of the Federal Rules of Civil Procedure."

> On Aug 15, 2024, at 1:22 PM, Gary Weiss <wgary4109@gmail.com> wrote:
>
> Dear Counsel Gary Lightman,
> Regarding your objections and responses to the Sternberg Defendant's request for Admissions.
> Your objections are not relevant to the request for admissions:
> 1. By Definition, requests for Admissions are not discovery because they were not designed to seek discovery of unknown information; rather, they were designed to confirm the accuracy of information already available, since the documents, SPA, SOP, & Bill of sale are already entered into evidence and recognized by Plaintiff, and Plaintiff's use of those evidence in their pleading and Amended pleading, were conceded as Genuine.
> 2. RFA s are not bound by discovery date.
> 3. In Plaintiff's deposition, on July 23, 2024, Plaintiff Daniel Scully, claimed on 10 different occasions that Defendant Sternberg was his Lawyer, and represented him, Daniel Scully of THe Safety House, which is an outright & Blatant Lie, contrasted by the evidence, nor could Plaintiff present such contract between Plaintiff & Defendant Sternberg.
> 4. Just objecting, refusing to give answers in the RFA, is itself an admission, which will be addressed with the court.
>
> Gary Weiss
>
> On Thu, Aug 15, 2024 at 11:26 AM K. DiTomaso <kditomaso@lightmanlaw.com> wrote:

Dear Counsel:

Attached please find Plaintiff's Objections and Responses to the Sternberg Defendants' Requests for Admission. If you should have any questions, please do not hesitate to call. Thank you.

Sincerely,

Kim DiTomaso

Legal Assistant

Lightman & Manochi

Telephone: 215-545-3000 x 107

kditomaso@lightmanlaw.com

Gary Lightman Cell: 215-760-3000

*********************************************************************

ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of

> Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
>
> ****************************************************************************

—

Gary Lightman, Esquire
LIGHTMAN & MANOCHI
cell: 215-760-3000
email: garylightman@lightmanlaw.com and Ltag8r@me.com

LIGHTMAN & MANOCHI
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Phone: (215) 545-3000

New Jersey:
Phone: (856) 795-9669 (ext. 107); fax (856) 795-9339

****************************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an

create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
*********************************************************************