# EXHIBIT "RFA-2"

**Gross S**

Making such statements? This is extortion for something that I didn't even received.

If you want to cancel the transaction ? And you want a refund ? All you have to do is have your attorny contact manfred with a formal request so Manfred can issue him a refund.

Manfred is not calling your lawyer. Neither am I.

If you wish to cancel. Like I stated before.

Have your attorny contact manfred via text or email.

iMessage