# EXHIBIT "RFA-3"

