# EXHIBIT "RFA-4"



**Gross S**

> Any other thing ? Is a not necessary threat. As stated. No issue. If we cancel ? A refund will be Made.

> In regards to 1 million loss ?
>
> I don't know why you stated this.
>
> My vendor says he expect it today delivered.
>
> But again. You can cancel it.
>
> Wire was made to manfred. He is Charlton Holding attorny.
>
> And your attorny can contact him to arrange cancellation and refund.