# EXHIBIT "RFA-5"

