# EXHIBIT "P-2"

# PURCHASE ORDER

**P.O. #** 18315

|  |  |
|---|---|
| Date | 1/21/2022 |
| Receive By | 1/25/2022 |
| Vendor Account # | |
| Memo | |
| Terms | CIA (Cash in Advance) |
| Ship Via | |
| FOB | |
| Freight In Status | Freight Included |
| Buyer | Dan Scully |
| Date Printed | 01/21/2022 11:57:17 |

**Safetyhouse.com**
99 Aldan Avenue, Suite 5 • Glen Mills, PA 19342
1-800-872-3684 • PH: 610-344-0637 • FAX: 1-610-436-4983
www.thesafetyhouse.com

**Vendor**
(713) 824-9170
C/O: Manfred Sternberg ESQ
Charlton Holding Group LLC
78 Buckminster Road
Rockville Centre NY 11570
United States

**Ship To**
The Safetyhouse.com
99 Aldan Avenue
Suite 5
Glen Mills PA 19342
United States

| Item | Ship ID | Qty | Rec'd | Ck-In | U/M | Description | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| FS1001 | FS1001 | 151,200 | 0 | | Each | FS1001 - iHealth Covid-19 Antigen Rapid Test, 2 Tests per Kit | 13.00 | 1,965,600... |

**Total** $1,965,600.00

Authorized Signature

EXHIBIT 14
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR