# EXHIBIT "P-4"

| | |
|---|---|
| **Subject:** | FW: TheSafetyHouse.com v. Manfred Sternberg & Associates, and Manfred Sternberg, Esquire, and Sam Gross, and Charlton Holding Group, LLC -- Docket No. 2022-[NOT YET FILED] |
| **Date:** | Thursday, March 24, 2022 at 9:50:09 PM Central Daylight Time |
| **From:** | Manfred |
| **To:** | CHARLTONHOLDINGGROUPLLC@AOL.COM |
| **Priority:** | High |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, image007.png, image008.png, image009.png |

Send me the fully executed agreement with Safety House. I also bneed the fully executed contract with Keech's company Little Cloud. I am tired of asking for things more than once. I have other things to do instead of chasing down shit that people promise me but don't deliver.

The GIA is now a problem. I WANT IT !!!!!! Stop wasting my time on bullshit things like this. How fucking hard can this be? ??? Your 30 minutes I'll get it today wass bullshit. Your after dinner today Im calling you was bullshit. We are getting wires today was bullshit. Don't bullshit me, I have defended you all day and this is the respect I am given? MY list of shit needs to get done tomorrow or I shut down the only way I know to get what I need done, done.. I am tired of being bullshitted. Gary is part of that. I am tired of being the only one that runs like a clock.

I also want an accounting of all the BOLs that have been shipped.

*Manfred Sternberg*

**Manfred Sternberg & Assoc. PC**
**Attorneys at Law**
1700 Post Oak Boulevard
2 BLVD Place, Suite 600
Houston, Texas 77056

☎Ph: 713-622-4300
📠Fax: 713-622-9899
✉ Email: manfred@manfredlaw.com



EXHIBIT 5
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR