# EXHIBIT "P-5"



CHARLTON HOLDING GROUP, LLC

# EXHIBIT D –
# BILL OF SALE

### LOT #1 *(ref: #18315)*

*CHARLTON HOLDINGS GROUP, LLC (the "Seller") does hereby sell, assign and transfer to the "Buyer" Safety House  99 Aldan Avenue, Suite 5 Glen Mills, PA 19342  the item(s) described as follows:*

> 151,200 boxes of 2 count iHealth COVID 19 home test kits   @ $13.00 PER BOX
> INCLUSIVE.

*for the TOTAL AMOUNT OF $1,965,600.00 USD. The Seller warrants that the items are being transferred to the Buyer free and clear of any liens and encumbrances. The above items are sold on an "AS IS" tax inclusive basis. The Seller makes no warranties, express or implied unless specifically stated in this document.*

*This transfer is effective as of January __2 1__ , 2022.*

*The ownership of the item(s) shall be transferred to the Buyer immediately upon the signing of this Bill of Sale.*

SELLER:

Charlton Holdings Group, LLC,
78 Buckminster Road
Rockville Center, New York 11570, USA
(the "Seller")
516-232-5933

EXHIBIT __20__
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR

**CHG-000008**