# EXHIBIT "P-6"

| | Details | | |
|---|---|---|---|
| JAN 20 2022 | Wire Transfer Debit MANFRED STERNBER JR 026009593 0008400002143 | -$181,440.00 | ... |
| JAN 19 2022 | Wire Transfer Debit MANFRED STERNBER JR 026009593 0008400002143 | -$2,268,000.00 | ... |

Description:
Wire Transfer Debit MANFRED STERNBER JR 026009593 0008400002143

Date:
1/19/2022

Type:
Debit