# EXHIBIT "P-7"

25. The complete escrow records for Manfred Sternberg and his law firm, showing the receipt of plaintiff's $1.966 million, as well as each disbursement made from that escrow (date, amount, to whom made, and manner of payment (wire transfer, check, etc)), and any of that money that remains in escrow.

| Date | Amount | From | To |
|---|---|---|---|
| Jan. 21, 2022 | $1,965,600.00 | TSH Bank of America | Sternberg IOLTA |
| Feb. 1, 2022 | $219,240.00 | Sternberg IOLTA | Weiss Wells Fargo Bank |
| Feb. 4, 2022 | $1,911,960.00 | Sternberg IOLTA | Sokolski JP Morgan Chase |
| Feb. 15, 2022 | $250,000.00 | Sternberg IOLTA | Sokolski JP Morgan Chase |
| Feb. 25, 2022 | $190,000.00 | Sternberg IOLTA | Sokolski JP Morgan Chase |

**RESPONSE:** Objection. Answering Defendants incorporate the foregoing objections as if the same were forth herein. Moreover, Answering Defendants object to the extent that their "complete escrow records" include sensitive, confidential, privileged information pertaining to clients who are non-parties to these proceedings and have absolutely no relevance to the applicable claims and defenses. Answering Defendants have identified and supplied all pertinent transactions, including plaintiff's January 21, 2022 deposit, and the subsequent disbursements of those funds. The below table includes all relevant dollars coming in and those going out. See also Bank of America transaction details, identified as *Sternberg000318-000321*.

**GOLDBERG SEGALLA LLP**

BY: */s/Seth  L.  Laver*
SETH L. LAVER, ESQ.
Attorneys for Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates
Dated: October 25, 2022


EXHIBIT 19
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR