# EXHIBIT "P-8"



WEISS 000381

**ShlomiCha...**

September 20, 2023

End balance 1,876,003.89 ( one million eight hundred seventy six )

10:34 AM

All of them are a product of you and your people
8:02 AM

My god you are the devil
9:52 AM

The worst person I ever met – just not a fucking word
9:53 AM

2 UNREAD MESSAGES

I'm being asked to testify against you and Gary basically in the federal case and if the judge issues an order I will bc of the lies about the amounts manfred and Gary said I received
11:21 AM

My god you are the devil
9:52 AM

The worst person I ever met – just not a fucking

Message

EXHIBIT 21
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR