# EXHIBIT "P-9"

004

**MASK & ELDIVEN**
2 W 47ST, ROOM 1005
NEW YORK NEW YORK, 10036
TEL: 201-575-0193

Sold to,
GARY WEISS
437 1/2 FIRST AVE
ELIZABETH, NJ 07206

Feb 6, 2022

365,790 Covid-19 test kits, ( I Health ) @ 4.95 each.
Total paid cash & Merchandise, $1,810,660.00 US dollars

Final sale

02 28 / 1951

EXHIBIT
GWS
14B  2-16-24