# EXHIBIT "P-10"

ASOLAR, LLC
437 1st Avenue
Elizabeth, New Jersey 07206
United States
Phone: 9085662649
Mobile Email: WGARY4109@GMAIL.COM
Edit your business address and contact details

**Bill to**
Charlton Holding Group, LLC. 70 Buckminster Road - Rockville Center New York 11570 USA
Sam Gross

516-2325933
samrosinc@icloud.com

Edit Charlton Holding Group, LLC. 70 Buckminster Road - Rockville Center New York 11570 USA
· Choose a different customer

Edit columns

| Invoice number | 3 |
| P.O./S.O. number | 10054 |
| Invoice date | 2022-01-26 |
| Payment due | 2022-02-04 |

Within 9 days

| Items | | Quantity | Price | Amount |
|---|---|---|---|---|
| iHealth Covid Test Kits | iHealth Covid-19 Test Kits | 355200 | 6.00 | $2,131,200.00 |
| View Income account | | Tax | | — |
| #1. 15,200 units to Mask | iHealth Covid-19 Test Kits | 15200 | 0.00 | $0.00 |
| #2. 7000 units to VRC 1 | iHealth Covid-19 Test Kits | 7000 | 0.00 | $0.00 |
| #3. 151200 units to 90 / | iHealth Covid-19 test Kits | 151200 | 0.00 | $0.00 |
| Edit Income account | | Tax | | — |
| #4. 182000 units to Nel | iHealth sCovid-19 Test Kits | 182000 | 0.00 | $0.00 |
| Edit Income account | | Tax | | — |

Add an Item

Subtotal $2,131,200.00
Add discount
Total | USD ($) - U.S. dollar | $2,131,200.00

**Notes / Terms**
Payment of $2,131,200.00 Total, a deposit payment of $219,240.00 was made on 02-01-2022 by MANFRED STEINBERG JP ATTORNEY AT LAW ESQ, balance of $1,911,960.00 payment required, to ship. The balance will be made to the Attorneys Escrow account. Sidkoff & Zelenda PC. 1101 Broadway, Suite 2001, New York, NY 10030, ( 212-571-4200 ) Account # 05085442867, Routing # 021000021 Escrow account at JP CHASE account. Sidkoff & Zelenda PC. Attention Danae Zelenda SQ, Tel. 917-251-2218.


EXHIBIT
GW6
KAB  9-16-24