# EXHIBIT "P-11"

Gary
[Quoted text hidden]

---

**Gary Weiss** <wgary4109@gmail.com>   Wed, Jul 19, 2023 at 6:30 PM
To: "Rebecca J. Price, Esq." <rprice@norris-law.com>

Hi Rebecca & William, we spoke on July 13, 2023 on the phone, at the conclusion of that phone call, I felt that you are not representing me with all the FACTS I provided you to provide to the court, I also was pleading with you to answer the court to dismiss my case based on the refund I gave to Sam & Manfred, which they have already over 1 year, and never complained the about the Value of the collateral, refund I gave them, and advise me at the end of March that they begin to sell it, rather than just argue to dismiss the case on 3 Technicalities, and once you did not prevail in the dismissal request, you were surprised with the judges's Youmges decision, I provided you with Emails that confirmed that Manfred & Sam received the Collateral and they advised me that they will start selling it, I will attach to you the testimony that Manfred Gave the Lawyer of the Texas Bar on March 31, 2022, whereby Manfred testified that he Executed legally, verified that the THE SALE AND PURCHASE AGREEMENT, (SPA), wsa signed by Daniel J. Scully the buyer of the Safety House, prior to Scully sending the funds to Lawyer Manfred, to his Escrow, IOLTA account, to be released once merchandise is on the truck, EN ROUTE, verified, which at that point the Title of the merchandise is transferred to the Safety Hose, Please read Manfred 's testimony, therefor the agreement is binding according to him, by him and all parties, and no agents of other parties can become a part of a lawsuit, in this case me, GARY WEISS, for any reason at all. see PARAGRAPH 11.

Also in his testimony to the BAR of TEXAS, he is HIDING the fact that he already received a Collateral, Refund from Gary Weiss, the same goes for the proceedings in PA Court, in front Judge Younges, Lying that the agreement which Manfred authored and verified, prevents him to initiate a lawsuit against me, to hold me responsible for the loss of the merchandise once Title of Merchandise was in the hands of the Safety House, nor did his Attorney Lightman disclose that he knows I gave a Refund to Manfred & SAM GROSS, nor was I present when I was named 3rd party Defendant to object and explain.

The basis that Judge Younges agreed to let them, the Safety House, Manfred & Sam Amend the initial Complaint to name me Third Party Defendant and Faulty, because the judge was not made aware of the truth, they lied to him.

The change of venue should be awarded based on all tose facts, none of the contracts and agreement between me and Sam Gross happened in PA, nor am I a resident of PA.

Based on the Lies of Manfred, Sam & Lightman, by not disclosing the refund, this case should be dismissed altogether.

I will enclose to you the invoice that I sent to SAM GROSS & Manfred, which will show, that I sent a bill to Manfred & Sam, whereby the portion of the merchandise that Manfred sent for the THe Safety House Test Kits, 151,200, billed at $6 a kit, which equals only $907,200.00, and the lawsuits which I was named as 3rd Party defendant is for $1,965,600.00, not disclosing to the court the fact that Manfred sent only $907,200.00 on account of the sale of covid kits to purchase 151,200 kits, as the invoice that was sent to him several times, showing only $907,200.00 for Safety House Kits, sending you here the copies of invoice sent to Sam & Mafred several times between Jan26,2022 and Feb 4, 2022.Again deceiving the court. Today i understand they instructed me to make an invoice with

Fraudulent intentions, as there are no 5 buyers as they told me, with the detail they instructed me to make the invoice, They are trying to lay the blame on me for the Safety House transaction, which is similar in Dollar Amount to the whole invoice, where they actually sent to Lawyer Zekaria, but Zekaria and Sam did further to defraud me of part of the invoice amount, and the Collateral they took from me, but that I will leave for another day.

Enclose invoices, their Email proof of receiving Email, and Manfred Testimony ( Lie ) to the Bar of Texas attorney.

Thanks
Gary Weiss

[Quoted text hidden]

---

**6 attachments**

