# EXHIBIT "P-14"



99 Aldan Avenue, Suite 5 • Glen Mills, PA 19342
610.344.0637 • www.thesafetyhouse.com

February 16, 2022

Sam Gross
Charlton Holding Group, LLC,
78 Buckminster Road - Rockville Center
New York 11570, USA

Re: Delivery of 151,200 Ihealth Antigen Kits

Sam Gross:

Yesterday your attorney Manfred Sternberg, told my attorney, Gary Lightman, that the goods for my purchase order #18315 has been shipped and should be received at my warehouse in Glen Mills, PA., today.

But as of today, February 16, 2020, I have not received a Bill of Laden (BOL) or any other shipping documents pertaining to the shipment. Please email me the BOL and any relevant shipping documents that identify the shipment and confirms the delivery of all goods that I ordered. **I NEED ALL SHIPPING DOCUMENTS TODAY.**

If that is not the case, please let me know **today**. I will need to make other arrangements of fulfilling this order for my customer. You were supposed to supply these goods 5 days from receipt of monies wired into your attorney's escrow account on January 21, 2022. Not only have you failed to do that you have avoided all attempts to communicate with you. I have made commitments to my clients on your promise to deliver the Ihealth Antigen Test kits in a timely fashion. Your failure to do so has jeopardized the commitments I have made.

I **MUST** hear back from you **TODAY**. I am copying your attorney and my attorney on this email. Please **REPLY ALL** when responding to this email and any other correspondence in the future. If you have questions or need to contact me, please direct all communications to my attorney, Gary Lightman. He can be reached at 215-760-3000.

Respectively yours,

Dan Scully
TheSafetyHouse.com

EXHIBIT 12
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR

STERNBERG000001