# EXHIBIT "P-15"

**From:** Dan Scully
**To:** CharltonHoldingGroupLLC@aol.com
**Cc:** Manfred; Cjcsvpllc; Gary Lightman; Wl. Stamps; K. DiTomaso; G. Manochi
**Subject:** RE: Delivery of I Health Antigen Test Kits.
**Date:** Wednesday, February 16, 2022 6:45:52 PM

Sam/Manfred:

It's after 6:30 Pm and I still have not received the goods both of you promise I would get today. I think you guys are lying to me and have continued to lie to me.
Not to mention you both breached our contract. (And you never even sent me a fully signed contract)
I think you guys defrauded me.

Do to your inability to deliver the goods that I ordered and paid for, you leave me no alternative but to cover my contracts with my existing customers.

**I WANT MY 2 MILLION DOLLARS WIRED BACK TO ME IMMEDIATELY.**

You also will be hearing from my attorneys. I intent to hold each of you fully responsible for all damages I have incurred for your fraudulent and wrongful conduct. I also think your actions are criminal and I intent to report your fraudulent activity to the US Attorneys office and to the District Attorney's office both in Houston and Austin Texas and in New York.
Manfred you also should be disbarred, not only did you wrongfully release my money from escrow, but you lied to me about afterwards.

I am sending a copy of this email to my attorney's and instructing them take all necessary legal action to enforce my rights.

Dan Scully
TheSafetyHouse.com

EXHIBIT 13
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR

STERNBERG000003