# EXHIBIT "P-17"

Manfred Sternberg ESQ

> open ? I'll get what is mine

He is buying himself and his lawyer a bunch of bad pr and claims of fraud and wire fraud

especially last friday when he said less than 45 min away snd i scrambled to send him another $190k

That is classic fraud in the inducement and can only be cured by delivery or return of all money

> Should we request refund ? In your mind ??
>
> Or should I try close it ?
>
> Like I didn't work here to lose in full if that makes

EXHIBIT 32
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR