# EXHIBIT "P-19"

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                      - - -

4    AMERICAN ENVIRONMENTAL        : No. 2:22-CV-0688 (JMY)
     ENTERPRISES, INC. d/b/a       :
5    THESAFETYHOUSE.COM            :
                                   :
6            vs.                   :
                                   :
7    MANFRED STERNBERG, ESQUIRE,   :
     et al                        :

8

9

10

11                        -----

12        Deposition of GARY WEISS, taken at

13     Bluestone Country Club, 711 Boehms Church

14     Road, Blue Bell, Pennsylvania on Friday,

15     February 16, 2024, commencing at 9:34 a.m.

16     before Kimberly A. Bursner, Registered

17     Professional Reporter and Notary Public.

18                        -----

19

20

21                   TATE & TATE
22             Certified Court Reporters
              825 Route 73 North, Suite G
23             Marlton, New Jersey 08053
             (856) 983-8484 - (800) 636-8283
24                  www.tate-tate.com

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

---

Page 2

1    COUNSEL APPEARED AS FOLLOWS:
2              Lightman & Manochi
               BY:  GARY P. LIGHTMAN, ESQUIRE
3              600 Germantown Pike, Suite 400
               Plymouth Meeting, PA 19422
4              (215) 760-3000
                 for the Plaintiff
5
               Goldberg & Segalla
6              BY:  SETH LAVER, ESQUIRE
               1700 Market Street, Suite 1418
7              Philadelphia, PA 19103-3907
               (267) 519-6800
8                for Defendants Manfred
               Sternberg, Esquire and
9              Manfred Sternberg &
               Associates, P.C.
10
               Rebar Kelly
11             BY:  PATRICK HEALEY, ESQUIRE
               470 Norristown Road, Suite 201
12             Blue Bell, PA 19422
               (484) 344-5340
13               for Defendants Sokolski
               & Zekaria, P.C. & Daphna
14             Zekaria
15
16
17
18
19
20
21
22
23
24

---

Page 3

1                    I N D E X
2                    - - - - -
3    WITNESS:                    PAGE:
4    GARY WEISS
5       By Mr. Lightman          6
6                    - - -
7                 E X H I B I T S
8    NUMBER:                     PAGE:
9    GW-1      Seven-page photocopy of    10
              notice of deposition,
10            front and back, with
              request for production
11            of documents
12    GW-2     Two-page photocopy, front   27
              and back, of certificate
13            of formation
14    GW-3     One-page color photograph   35
15    GW-4     Nine-page photocopy,        39
              front and back, of motion
16            to reconsider Court's order
              allowing plaintiff to
17            amend the caption of their
              complaint
18
      GW-5     One-page photocopy of       57
19            letter dated 2/6/22
20    GW-6     One-page photocopy of invoice  64
21    GW-7     Twenty-one-page photocopy,  158
              front and back, of answer
22            to first amended complaint
23    GW-8     Four-page photocopy of A.   208
              Solar Diamond Wells Fargo
24            record excerpts

---

Page 4

1    GW-9      One-page photocopy of       213
              email dated 7/19/23
2
      GW-10    Three-page photocopy       231
3             of declaration of Gary
              Weiss
4
      GW-11    Two-page photocopy of       246
5             declaration of Sam Gross
6    GW-12     One-page photocopy,         264
              front and back, of emails
7
      GW-13    One-page color photocopy    269
8             of text message
9    GW-14     One-page color photocopy    269
              of text message
10
      GW-17B   One-page list of wire       189
11            transfers
12
13
14
15
16
17
18
19
20
21
22
23
24

---

Page 5

1              REQUESTS MARKED
2    PAGE              LINES
3    114               3-6
4    164               5-7
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

---

2 (Pages 2 to 5)

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)          Deposition of Gary Weiss          February 16, 2024

Page 6

1            (It is hereby stipulated by and
2      among counsel that the signing, sealing and
3      certification are waived; and that all
4      objections, except as to the form of the
5      question, are reserved until the time of
6      trial.)
7                  - - -
8            GARY WEISS, after having been duly
9      sworn, was examined and testified as
10     follows:
11                 - - -
12     BY MR. LIGHTMAN:
13     Q   Good morning, Mr. Weiss. As you are aware, my
14     name is Gary Lightman. I'm the attorney for the
15     plaintiff in this case, American Environmental
16     Enterprises, Inc. doing business as The Safety
17     House. I'll call them Safety House or TSH today.
18     Okay.
19            I'm going to be asking you a series
20     of questions today. Please make sure you
21     understand the question. If you don't, let me know
22     and I'll do whatever is necessary to make my
23     question clear.
24     A   Okay.

Page 7

1      Q   When you answer, please verbalize your answers
2      so that the court reporter sitting between us can
3      transcribe it?
4      A   I understand.
5      Q   Please tell the truth. Please answer each
6      question as fully and completely as possible.
7      Don't guess. If you don't remember the answer to a
8      question or don't know, it's perfectly acceptable
9      to say "I don't remember" or "I don't know,"
10     unless, of course, you do?
11     A   Okay.
12     Q   You're aware that you are under oath today and
13     what you say may have other repercussions outside
14     of this case if you are not telling the truth under
15     oath. Are you aware of that?
16     A   I understand.
17     Q   You have the absolute right in response to any
18     question to say, "I invoke my fifth amendment right
19     against self-incrimination and refuse to answer."
20     Unlike the criminal context where they can't use
21     that against you, if I say to you, did you steal my
22     water bottle and you say "I invoke my fifth
23     amendment right against incrimination. I refuse to
24     answer", the civil court can make an adverse

Page 8

1      inference that you did, in fact, steal the water
2      bottle. That's the difference between civil
3      proceedings like this and criminal. They can't
4      hold it against you in a criminal case. We can
5      hold it against you in a civil case. Do you
6      understand that?
7      A   Yes.
8      Q   Are you under the influence of any drugs,
9      intoxicants, medications or are you suffering from
10     any physical, mental or other disability that would
11     affect your ability to think logically and clearly
12     and recall past events?
13     A   I take every day blood pressure medication.
14     Q   What kind of blood pressure medication?
15     A   Olmesartan.
16     Q   Does that affect your ability to think
17     logically and clearly and recall past events?
18     A   I really don't know. I just know that it
19     helps my blood pressure. Without it, could be --
20     Q   Your blood goes high?
21     A   I also take Indocin. Indomethacin.
22     Indomethacin that I take daily also. That's a drug
23     that reduces pain due to inflammation. I'm about
24     to have knee replacement surgery, so my two bones

Page 9

1      are clashing and without that, I cannot have the
2      day.
3      Q   A partial or a total knee replacement?
4      A   I don't know how they call it, but what they
5      do is they shave the two up and down and put
6      something in the middle.
7      Q   I've had a total knee replacement. Whatever
8      they tell you to do, do exercise and rehab because
9      it will cut your recovery time down from three to
10     six months to one to three months.
11           MR. LAVER: Pardon me. When is the
12     procedure?
13           THE WITNESS: On the 29th.
14           MR. LAVER: Of this month?
15           THE WITNESS: Yeah.
16     BY MR. LIGHTMAN:
17     Q   Other than those medications, none of those
18     medications fog your mind?
19     A   I don't think so. I don't think so.
20     Q   So, if I ask you a question and you give me an
21     answer, I'm going to assume that, first, you
22     understood it and, second, you answered it in
23     accordance with these instructions?
24     A   If I don't understand, I'll ask you again and

3 (Pages 6 to 9)

Page 10

1    I will force to think about it.
2    Q   Have you ever been deposed before?
3    A   Yes.
4    Q   How many times?
5    A   Once.
6    Q   Where?  What was the case?
7    A   It was maybe 15 years ago.
8    Q   Were you a party in that case?
9    A   Yeah.
10   Q   Defendant or plaintiff?
11   A   My wife sued me for support.  Ex-wife.
12            MR. LIGHTMAN:  Ask you to mark this
13   a Gary Weiss-1, please.  GW-1.
14            (Seven-page photocopy of notice of
15       deposition, front and back, with request for
16       production of documents marked GW-1, for
17       identification.)
18            THE WITNESS:  Mr. Lightman, I asked
19       you a copy of the deposition for Mr. Manfred.
20       Do you have it with you?
21   BY MR. LIGHTMAN:
22   Q   Not yet.  As soon as it is transcribed and
23   available, I will get in touch with the court
24   reporter.

Page 11

1    A   I'll appreciate it.
2    Q   Deposition Exhibit GW-1 is a copy of the
3    deposition notice that we served on you scheduling
4    your deposition for today.  We copied all opposing
5    parties and interested parties in this case with a
6    production of documents.  You received this when we
7    sent it to you; correct?
8    A   (Nods heads up and down.)
9    Q   We sent this to you on or about January 12th.
10   You received this in the mail in an e-mail from me
11   enclosing your deposition notice.  If you look at
12   the first page, it says to Gary Weiss individually
13   as the designated representative --
14   A   How many pages did you send me?
15   Q   Fourteen pages.
16   A   Then I did not read 14 pages.
17   Q   But you got this deposition notice; right?
18   A   I cannot say for sure, you know.  I have to
19   read it for one and I don't remember really what I
20   read.  I read so much material, so you are asking
21   me to look over a document that is very long.
22   That's the truth here, so...
23   Q   Hold on a second.
24   A   You sent it to me in an e-mail.  Nope.  I

Page 12

1    don't remember it.
2    Q   So showing you my computer.  There is an
3    e-mail dated January 13, '24, to Gary Weiss.  Gary
4    Weiss, you are hereby served with the attached
5    notice of oral deposition of Gary Weiss and A.
6    Solar Diamond.  Do you see that?
7    A   Mr. Lightman, you asked me if I read the whole
8    thing.
9    Q   First I asked you if you received it?
10   A   I don't remember, so...
11   Q   Is this your right e-mail address
12   monipair@aol.com at Gary Weiss?
13   A   Yes.  I am just telling you that I don't
14   remember reading it.  I didn't say you didn't send
15   it.  Do you understand?
16   Q   Yes.
17   A   I read just the first page, so I am here
18   individually and nobody.
19   Q   Are you here on behalf of A. Solar Diamond?
20   A   No.
21   Q   Then we are going to have to bring you back a
22   second time to testify for A. Solar and A. Solar
23   Diamond?
24   A   Okay.

Page 13

1    Q   There is two ways to proceed.
2    A   Okay.
3    Q   You can either say, I agree that the testimony
4    I'm giving is on behalf of me and my LLC, or you
5    can say, I just want to testify personally in which
6    case I will have to reschedule another deposition?
7    A   Let me -- let me tell you why I say that.  I
8    understand you.
9    Q   Okay.
10   A   I was told that a corporation, an entity like
11   this is to be represented by a lawyer.  I do not
12   have a lawyer.  You brought it in front of the
13   judge and he ruled that there's no more testimony
14   by A. Solar Diamond.  As far as I'm -- to say
15   anything about A. Solar Diamond, there is a order
16   of not to continue with the testimony.  There is an
17   order for A. Solar Diamond.  A. Solar Diamond
18   doesn't have anybody to represent or defend it.
19   I'm not a lawyer and I can talk only for myself.
20   Just for that.  I have to look exactly what is --
21   which order it was and to tell you where the Judge
22   Young closed any proceedings right now until the
23   trial itself regarding A. Solar Diamond.
24   Q   Okay.  I hear you, but I disagree with your --

4 (Pages 10 to 13)

Page 14

1   A   You know what I mean, though?
2   Q   I hear what you are saying, but I disagree
3   with your interpretation of it.  I agree.  The
4   judge said A. Solar Diamond, LLC has to have an
5   attorney to do things in court, but A. Solar
6   Diamond, LLC does not have to have a lawyer
7   representing in order to give deposition testimony.
8         Just so it's clear, you have the
9   right to give testimony deposition both on behalf
10  of yourself and your entity.  If you choose just to
11  give it on behalf of yourself individually, we have
12  the right to schedule another deposition of A.
13  Solar Diamond, LLC and/or A. Solar, LLC.
14        So, with that understanding, are you
15  giving testimony today just on your behalf
16  individually or on behalf of your LLC as well?
17  A   I came here to give as much information as --
18  Q   I understand.
19  A   You understand?  So I just --
20  Q   If you agree to give testimony both
21  individually and on behalf of your LLC, it will not
22  be necessary to bring you back for a second
23  deposition.  So it's up to you.  I don't really
24  care.

Page 15

1         MR. LAVER:  Let's go off the record
2   for a second.
3               - - -
4         (Discussion off the record.)
5               - - -
6         MR. LIGHTMAN:  Let's go back on the
7   record.
8   BY MR. LIGHTMAN:
9   Q   So during the record, all three attorneys
10  explained to you the difference in concept.  You
11  are willing to give testimony today, the truth as
12  you know it, both for yourself and for your LLC;
13  correct?
14  A   Exactly.
15  Q   Okay.  I'm going to hand you a piece of paper.
16  I don't want this to become part of the public
17  record.  Could you take your pen that's in front of
18  you and write your Social Security number on that
19  piece of paper?
20  A   I will tell you my Social Security number.
21  Q   I don't want to -- if you want, you can, but
22  it becomes part of the deposition record.  What is
23  your Social Security number?
24  A   Why do you want me to write it down?

Page 16

1   Q   So it does not become part of a public
2   deposition transcript.  We did this with Manfred
3   Sternberg as well.  He wrote it down.  I don't
4   care.  If you want it to be part of the deposition
5   transcript, that's fine, too.
6         What's your Social Security number?
7   A   I mean, is this a necessary thing for the
8   proceedings?
9   Q   Yes.
10  A   Can you tell me why?
11  Q   I'm entitled to have that information.  I'm
12  going to ask you for your date of birth and for
13  your Social Security number.  Let me guess.  Is
14  your date of birth 2/28/1951?
15  A   My date of birth is 2/28/1951.
16  Q   And your Social Security number?
17  A   Is 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.
18  Q   Can I see your driver's license?  Can you take
19  out your wallet and let me see your driver's
20  license?
21  A   At this point I don't think that we need the
22  driver's license.
23  Q   Does your driver's license show that you live
24  at 437 1st Avenue in Elizabeth?

Page 17

1   A   Yes.
2   Q   Your cell phone number is (908) 546-2649?
3   A   Yes.
4   Q   Are you aware that that's the same number that
5   someone who identified themselves as Shraga when
6   they called Dan Scully?
7   A   I'm not aware.
8   Q   What's the name on your driver's license?
9   A   Let me take a look.
10  Q   Okay.
11  A   My name says, Gary Weiss.
12  Q   Can you give me your driver's license number
13  from that?
14  A   Yeah.  W231127400.
15  Q   And --
16  A   02514.
17  Q   W23112740002514; correct?
18  A   Yes.
19  Q   New Jersey?
20  A   New Jersey driver's license.
21  Q   And your e-mail address is
22  Wgary4109@gmail.com?
23  A   Yes.
24  Q   And you have a second e-mail address

## Page 18

1  monipair@aol.com?
2  **A  Correct.**
3  Q  Do you have any other e-mail addresses that
4  you use?
5  **A  No.**
6  Q  Why do you have two different e-mail
7  addresses?
8  **A  (Shrugs.)**
9  Q  You can't shrug.  You can say "I don't know,"
10  but a shrug of the shoulder will not be --
11  **A  One of them is a g-mail.  One of them is AOL.**
12  **That's basically what it is.**
13  Q  Do you use -- is there a special purpose used
14  for monipair?
15  **A  No.**
16  Q  Do you have a website?
17  **A  I have a website.**
18  Q  What's the website address?
19  **A  Jewelformeblue.com.**
20  Q  Jewelformeblue.com.  Do you own that website?
21  **A  Yeah.**
22  Q  And do you have any other websites?
23  **A  No.**
24  Q  Does A. Solar or A. Solar Diamond, LLC have a

## Page 19

1  website?
2  **A  No.**
3  Q  Are there any other websites that you maintain
4  in any other name or capacity?
5  **A  No.**
6  Q  Have you ever been convicted of a crime?
7  **A  No.**
8  Q  You are under oath.  It's easy to find out, so
9  your testimony is --
10  **A  Mr. Lightman, the answer is no.**
11  Q  Do you have a criminal record?
12  **A  No.**
13  Q  Were you aware that Sam Gross is a convicted
14  felon?
15  **A  Yes.**
16  Q  How did you --
17  **A  Do you want to take a copy of my driver's**
18  **license?  Is this going to help you?**
19  Q  Thanks.
20  **A  Can I put this away?**
21  Q  Yeah.  You can put that away.  How are you
22  aware that Sam Gross is a convicted felon?
23  **A  I Google his name and he told me that he's**
24  **embroiled in to two cases in downtown, New York.**

## Page 20

1  Q  Did he tell you what the cases are about?
2  **A  Something about fraud.**
3  Q  Something about fraud.  Okay.  Were you aware
4  of this before you got involved with him in these
5  transactions involving the test kits?
6  **A  Okay.  I -- I met Sam Gross in 2002, I think.**
7  **He was selling diamonds and I was his first**
8  **customer and we have been doing business since**
9  **then.**
10  Q  So you were aware he got charged in connection
11  with fraud involving diamonds embezzlement and went
12  to jail for that?
13  **A  No.  I found out later.**
14  Q  Did you find out before you did business with
15  him involving the test kits?
16  **A  I found out about six months or eight months**
17  **or a year, something like that.**
18  Q  So after you did business with him with the
19  test kits?
20  **A  Yes.**
21  Q  Don't get offended by my next questions
22  because I'm a Jewish person.  Are you a practicing
23  Jew?
24  **A  No.**

## Page 21

1  Q  So you don't go to services?
2  **A  No.**
3  Q  Do you keep Kosher?
4  **A  No.**
5  Q  Do you observe the Sabbath?
6  **A  No.**
7  Q  What's your residence address?  Where do you
8  live?
9  **A  I live at 650 Fairway Drive, Union, New Jersey**
10  **07083.**
11  Q  How long have you lived there?  How long have
12  you lived there?
13  **A  Several weeks.**
14  Q  So just recently?
15  **A  Yeah.  And I have another address.**
16  Q  What's your other address?
17  **A  277 Taquitahuana.**
18  Q  Can you spell it, please?
19  **A  That's what I'm going to do now.**
20  Q  Okay.
21  **A  T-a-q-u-i-t-a-h-u-a-n-a.**
22  Q  T or a D to start?
23        MR. LAVER: T.
24        THE WITNESS: T with a T.  Thomas.

6 (Pages 18 to 21)

Page 22

1  BY MR. LIGHTMAN:
2  Q   T-a-q-u-i-t-a-h-u-a-n-a Drive?
3  A   **Just --**
4  Q   And where is that?
5  A   **That's San Miquel, Lima, Peru.**
6  Q   How long have you -- do you own that?
7  A   **My wife owns.**
8  Q   Your wife.  What's her name?
9  A   **Mirtha Pantoja.**
10  Q   M-i-r-t-h-a P-a-n-t-o-j-a?
11  A   **Correct.**
12  Q   So she owns it.  How long has she owned the
13  San Miquel, Lima, Peru property?
14  A   **We are married 13 years, so way before that.**
15  Q   So she owned it before you married her?
16  A   **Yeah.  About 35 years.**
17  Q   So she owned it about 35 years.  And that's
18  your second address because you vacation there with
19  her?
20  A   **I live there.**
21  Q   Part of the time?
22  A   **Yeah.**
23  Q   And so you live in Peru half of the year and
24  here half of the year?

Page 23

1  A   **On and off, yeah.**
2  Q   And you recently went to Peru; right?  Did you
3  recently go to Peru?
4  A   **No.**
5  Q   When's the last time you were in Peru?
6  A   **Last year.**
7  Q   In 2023?
8  A   **Yeah.**
9  Q   What month?
10  A   **I have to look exactly.**
11  Q   Is it the first half of the year or the last
12  half of the year?
13  A   **The first half of the year probably.**
14  Q   Are you planning to go down to Peru soon?
15  A   **Well, maybe after my operation, yeah.**
16  Q   You don't have any tickets or travel plans
17  now?
18  A   **No.**
19  Q   And your operation is the 29th of January,
20  right, for a knee replacements?
21  A   **Right.**
22  Q   When you moved to Fairway Drive, why didn't
23  you get the address on your license changed from
24  437 one half 1st Avenue, Elizabeth to your Fairway

Page 24

1  Drive?
2  A   **I may not live there very long so...**
3  Q   Do you rent that or own it?
4  A   **Yeah.  Rent.**
5  Q   You rent it.  Okay.  Who did you rent it from?
6  A   **Alberto Herrera.**
7  Q   Why do you say "I may not live there very
8  long"?
9  A   **We plan to live in warmer weather a little**
10  **bit.**
11  Q   Does your wife live at the Fairway Drive
12  address with you?
13  A   **She just came back, yes, but she's not going**
14  **to be there --**
15  Q   What?
16  A   **She is going to Peru.**
17  Q   To live full time?
18  A   **Probably, yeah.**
19  Q   Who lives at 437 1st Avenue?
20  A   **I used to live there.**
21  Q   Did you -- does anyone live there right now?
22  A   **Right now, it's for rent.**
23  Q   You still own it?
24  A   **No.**

Page 25

1  Q   Who owns the property?
2  A   **I'm trying to remember his name.  Frank -- I**
3  **don't remember his last name right now.  I'll**
4  **remember later on, I'll tell you.**
5  Q   How long has he owned the property?
6  A   **I believe 30 years.**
7  Q   Thirty years?
8  A   **Yeah.**
9  Q   And when you lived there, did you pay him
10  rent?
11  A   **Of course.**
12  Q   How much was your rent?
13  A   **About 1,400.**
14  Q   And you said your wife's name is Mirtha,
15  M-i-r-t-h-a.  Pantoja, P-a-n-t-o-j-a?
16  A   **Yes.**
17  Q   What's Irate, I-r-a-t-e?  Is that her last
18  name or maiden name or --
19  A   **I think maiden name.**
20  Q   Do you have any children?
21  A   **Yeah.**
22  Q   How many children?
23  A   **Four.**
24  Q   And what are their names?

7 (Pages 22 to 25)

Page 26

1   A  Edmond.
2   Q  E-d-m-o-n-d?
3   A  Yeah.  Galit.
4   Q  G-a-l-a-t?
5   A  G-a-l-i-t.  Yael, Y-a-e-l.  And Efrat,
6  E-f-r-a-t.
7   Q  Is Efrat the youngest?
8   A  Excuse me?
9   Q  Is Efrat the youngest?
10   A  Efrat is the youngest.
11   Q  How old is she?
12   A  Twenty.
13   Q  And is Edmond the oldest?
14   A  Yes.
15   Q  How old is he?
16   A  Thirty.  No.  He's not the oldest.  Galit is
17  the oldest.
18   Q  How old is Galit?
19   A  Thirty-five.
20   Q  Do they have the same last name as yours?
21  Weiss?
22   A  Yes.
23   Q  All of them?
24   A  All of them.

Page 27

1   Q  And is your wife, does she have any interest
2  in A. Solar, LLC either as an owner, member,
3  shareholder, officer, partner, director, employee
4  or otherwise of A. Solar, LLC?
5   A  Yeah.  She -- the LLC was formed in her name.
6   Q  A. Solar, LLC or A. Solar Diamond, LLC?
7   A  A. Solar Diamond, LLC.
8       MR. LIGHTMAN:  Can we have this
9  marked as Gary Weiss-2.
10      (Two-page photocopy, front and back,
11  of certificate of formation marked GW-2, for
12  identification.)
13  BY MR. LIGHTMAN:
14   Q  Mr. Weiss, I'll represent to you that the
15  document marked as Gary Weiss-2, G W-2, is the
16  certificate of formation for A. Solar Diamond, LLC
17  and the certificate of amendment for A. Solar
18  Diamond, LLC.
19      Before we get to this -- well, let's
20  do this now.  This shows the address for A. Solar
21  Diamond, LLC.  Strike that.
22      This shows that this document -- this
23  states that A. Solar Diamond, LLC was duly formed
24  in accordance with New Jersey State Law on June 24,

Page 28

1  2015.  Do you see that?  Very first paragraph?
2   A  Yeah.
3   Q  And the registered agent is your wife, Mirtha
4  Pantoja; correct?
5   A  Yes.
6   Q  And the registered office is 739 Vine Street,
7  Elizabeth, New Jersey; correct?
8   A  Correct.
9   Q  What is 739 Vine Street?
10   A  I used to live there.
11   Q  You used to live there.  Do you still own that
12  property?
13   A  I used to live there.
14   Q  Do you -- did you live there -- you didn't
15  live there as of 2015, did you, or what --
16   A  I lived there 20 --
17   Q  You lived there 2015?
18   A  Yeah.
19   Q  When did you move out of 739 Vine Street?
20   A  I don't remember exactly.  I'm trying to
21  calculate.  Maybe 2018.
22   Q  And did you own 739 Vine Street?
23   A  No.
24   Q  Who owned it?

Page 29

1   A  It used to be Miguel Tixi.  Miguel.  Tixi,
2  T-i-x-i, that was the name.
3   Q  And you paid rent to him?
4   A  Yeah.
5   Q  Who did the formation of this LLC?
6   A  My wife.
7   Q  Did she actually fill out the paperwork and
8  file it with the State of New Jersey?
9   A  Probably I helped her.
10   Q  And did A. Solar Diamond have any addresses --
11  where is A. Solar Diamond based now?
12   A  It does not operate right now.
13   Q  When did it stop operating?
14   A  Sometime in 2017.
15   Q  When -- in 2015 did A. Solar Diamond file tax
16  returns?
17   A  I don't remember.
18   Q  Do you remember if A. Solar Diamond filed any
19  tax returns?
20   A  I don't remember if we filed it separately for
21  A. Solar Diamond.
22   Q  Does your wife, Mirtha, know she's the
23  registered agent of this entity?
24   A  I think she does, yeah.

8 (Pages 26 to 29)

Page 30

1  Q   Who is Mike Wilson?
2  A   **I don't know.**
3  Q   On here it says signatures, Mike Wilson,
4  authorized representative?
5  A   **I have no idea.**
6  Q   You have no idea.  Who were the owners of A.
7  Solar Diamond, LLC?
8  A   **It was registered in Mirtha's name.**
9  Q   So Mirtha's the owner of A. Solar Diamond,
10  LLC?
11  A   **Yeah.**
12  Q   Is there any other owners?
13  A   **No.**
14  Q   This states that Mirtha is the member and
15  manager of A. Solar Diamond when it was formed.  Do
16  you see that under number five?
17  A   **Yeah.**
18  Q   Are there any other members or managers of A.
19  Solar Diamond, LLC?
20  A   **Well, I used to help her with the business,**
21  **yeah.**
22  Q   Were you a member of A. Solar Diamond, LLC?
23  A   **By "member," you mean what?**
24  Q   A --

Page 31

1  A   **I'm not registered on papers as member.**
2  Q   So, you just helped her out.  In what capacity
3  did you help her out?  As an employee?
4  A   **No.**
5  Q   Just because --
6  A   **We used to sell jewelry, so...**
7  Q   A. Solar Diamond used to sell jewelry?
8  A   **Yeah.**
9  Q   And you used to help her in those jewelry
10  sales?
11  A   **Yeah.**
12  Q   Did Mirtha ever sell jewelry?
13  A   **Yes.**
14  Q   Does she do now?  Does she sell jewelry now?
15  A   **I don't think so.**
16  Q   When is the last time she sold jewelry?
17  A   **Oh, some years.**
18  Q   Does A. Solar Diamond have any other members
19  or employees or personnel, other than you and your
20  wife?
21  A   **No.**
22  Q   At any time, did it have anything, other than
23  you and your wife?
24  A   **No.**

Page 32

1  Q   So it never had employees?
2  A   **No.**
3  Q   Or other personnel, other than you and your
4  wife?
5  A   **Right.**
6  Q   Where did A. Solar Diamond bank when it was
7  operating?
8  A   **Wells Fargo.**
9  Q   It had a Wells Fargo bank account.  And who
10  were the signatory on the -- were you a signatory
11  on the Wells Fargo bank account?
12  A   **I was.**
13  Q   What?
14  A   **I was.**
15  Q   You were.  So, even though you had no official
16  position with A. Solar Diamond, you were signatory
17  to the bank?
18  A   **Yes.**
19  Q   And was your wife a signatory to the bank
20  account?
21  A   **Well, it was opened in her name.  It was of**
22  **this --**
23  Q   Okay.  So, it was opened A. Solar Diamond, LLC
24  and she was authorized signatory and you were an

Page 33

1  authorized signatory?
2  A   **Yes.**
3  Q   When Manfred Sternberg transferred 219,000,
4  wired it to you on February 1st, did it go in to
5  the A. Solar Diamond bank account at Wells Fargo?
6  A   **Correct.**
7  Q   Hu?
8  A   **Correct.  Yes.**
9  Q   And the money that Daphna Zekaria wired to
10  you, the three wires she made to you, that went in
11  to the A. Solar Diamond bank account at Wells
12  Fargo?
13  A   **Correct.**
14  Q   Do you have a personal account at Wells Fargo?
15  A   **Yes.**
16  Q   Did any of the money get wired to your
17  personal account?
18  A   **No.**
19  Q   Was A. Solar Diamond involved in any aspect in
20  the test kit transactions of the subject matter of
21  The Safety House complaint?
22  A   **No.**
23  Q   None at all?
24  A   **No.**

9 (Pages 30 to 33)

Page 34

1  Q   No, none at all or, no, that is not correct?
2  That is correct or --
3  **A   No. A. Solar Diamond was not involved in your**
4  **question.**
5  Q   The test kit transactions?
6  **A   Yes.**
7  Q   And does A. Solar Diamond have a phone number?
8  **A   No.**
9  Q   And does it have a website address?
10 **A   No.**
11 Q   Does it have an employee identification
12 number?
13 **A   It does.**
14 Q   Does A. Solar Diamond have an accountant?
15 **A   No.**
16 Q   Do you have an accountant?
17 **A   No.**
18 Q   Does your wife have an accountant?
19 **A   No.**
20 Q   Let's talk about -- let's go to the second
21 page of this Gary Weiss-2. It's a certificate of
22 amendment for A. Solar Diamond. If you look at
23 number five it says, this was filed -- if you look
24 at the stamp with the state treasurer on August 11,

Page 35

1  2015; correct? Top right there is a file block
2  right there. Second page. Not the formation.
3  That's it. The amendment. This is a certificate
4  of amendment filed with the state treasurer
5  August 15, 2015; correct?
6  **A   Oh, number five, yes, I see.**
7  Q   And it says, number five -- number five, to
8  add a member Morena Menjibar. Who is Morena
9  Menjibar?
10 **A   Morena Menjibar is a friend of my wife and me.**
11 Q   Just a friend?
12 **A   Yeah.**
13 Q   And she lives at 441 1st Avenue; correct?
14 **A   Correct. Yeah.**
15 Q   That's next door to 437; correct?
16 **A   Yeah.**
17 Q   Is she a young person? An old person?
18 **A   I would say she's about 50 -- yeah. About 50.**
19 **In her 50s.**
20      **MR. LIGHTMAN:** Mark this as Gary
21 Weiss-3, please.
22      (One-page color photograph marked
23      GW-3, for identification.)
24 BY MR. LIGHTMAN:

Page 36

1  Q   I will represent to you, Mr. Weiss, that this
2  is a picture of a posting made by -- made on the
3  Morena Menjibar Facebook page that I looked at
4  yesterday and made a copy of in terms of the
5  exhibit.
6      Do you recognize Morena Menjibar?
7  **A   No.**
8  Q   She's not one of these two people?
9  **A   No.**
10 Q   So even though you made her a member of A.
11 Solar Diamond, you can't recognize her from this
12 picture?
13      **MR. LAVER:** Objection to form.
14      THE WITNESS: Okay. I'm sorry.
15 BY MR. LIGHTMAN:
16 Q   From time to time one of the attorneys may
17 object --
18 **A   I will make it --**
19 Q   Hold on a second. From time to time, one of
20 the attorneys may interpose an objection. Don't
21 let that bother you. Okay?
22 **A   None of this ladies is Morena Menjibar.**
23 **Morena Menjibar is my friend. I know exactly how**
24 **she looks.**

Page 37

1  Q   So none of these pictures is Morena Menjibar?
2  **A   No.**
3  Q   Okay. My bad.
4  **A   So let me put it here. Okay.**
5      **MR. LAVER:** Pardon me. Do you know
6  either of the two individuals in this photo?
7      THE WITNESS: No.
8      **MR. LAVER:** No?
9      THE WITNESS: No. This is none of
10 them is anybody that I know. Okay. So we
11 put this story.
12 BY MR. LIGHTMAN:
13 Q   So why was Morena Menjibar added as a member
14 to A. Solar Diamond in August of 2015?
15 **A   Because Mirtha Pantoja and Morena Menjibar,**
16 **they used to sell jewelry together.**
17 Q   Your wife and Morena?
18 **A   Yes. They friends. Members of the church,**
19 **so...**
20 Q   Who is Imelda Vasquez? If you look at this
21 Gary Weiss-2 at the bottom of the certificate of
22 amendment it says signature name, I-m-e-l-d-a
23 Vasquez, V-a-s-q-u-e-z, authorized representative?
24 **A   I don't know. This is probably the formation.**

Page 38

1  Q   You don't know who that is. Now, let's talk
2  about A. Solar, LLC. Is it your contention that A.
3  Solar, LLC is an entity separate and apart from A.
4  Solar Diamond, LLC?
5  **A   Can you explain the question, please?**
6  Q   Yes. You --
7  **A   Can you answer -- ask the question again.**
8  Q   I'll ask it again.
9  **A   Sure.**
10 Q   When we were in court on November 9th in front
11 of Judge Young and we told the judge that we could
12 not find any documents showing that A. Solar, LLC
13 was an entity, but we found documents showing A.
14 Solar Diamond, LLC was an entity, you stood up and
15 swore under oath to Judge Young that A. Solar, LLC
16 was a separate entity separate and apart from A.
17 Solar Diamond, LLC.
18        Do you remember saying that statement
19 under oath?
20 **A   Most likely. I'm sure that you are not
21 inventing it, so the answer would be yes.**
22 Q   Okay.
23        MR. LIGHTMAN: Can we have this
24 marked as Gary Weiss-4, please.

Page 39

1        (Nine-page photocopy, front and back,
2        of motion to reconsider Court's order
3        allowing plaintiff to amend the caption of
4        their complaint marked GW-4, for
5        identification.)
6        MR. LIGHTMAN: My apologies to
7  counsel for the header not appearing on the
8  top. For some reason, I don't know why it
9  didn't, but --
10 BY MR. LIGHTMAN:
11 Q   Mr. Weiss, Gary Weiss -- the document marked
12 as Gary Weiss-4 is a filing that your attorney made
13 while you had an attorney ECF 104 filed
14 September 12, 2023. And this was filed by Rebecca
15 Price. She was the attorney for you and A. Solar;
16 correct?
17 **A   Correct.**
18 Q   And when she would make filings, she would
19 send you copies of the drafts and say, I would
20 like -- and let you review those before they were
21 filed; correct?
22 **A   Yes.**
23 Q   And if there was something incorrect or you
24 needed to change, you would change that so that the

Page 40

1  information was correct before it was filed; right?
2  **A   I would tell her if something is incorrect.**
3  Q   So your general practice was that you would
4  review drafts of pleadings that she filed while she
5  was your attorney and you would either tell her
6  this is fine or correct it; right?
7  **A   Correct.**
8  Q   And if you look at paragraph 25 of this
9  document, it says, quote, simply put, A. Solar
10 Diamond, LLC and A. Solar, LLC are not the same
11 entity; correct?
12 **A   Correct.**
13 Q   So why did she write that in a pleading that
14 was presented to the judge?
15 **A   She wrote the right thing. A. Solar Diamond,
16 LLC and A. Solar, LLC is not the same. It's very
17 clear.**
18 Q   So, you told the judge on November 9th that A.
19 Solar, LLC is a separate entity; correct? You told
20 Judge Young that A. Solar Diamond, LLC is a
21 separate entity from A. Solar Diamond, LLC;
22 correct?
23 **A   I don't know, but A. Solar, LLC does not
24 exist.**

Page 41

1  Q   It does not exist?
2  **A   I have no knowledge of A. Solar, LLC.**
3  Q   Is there an entity known as A. Solar, LLC or
4  A.SOLAR, LLC?
5  **A   Not that I know. There is no A.SOLAR, LLC.**
6  Q   So there are no formation documents because
7  that company doesn't exist; right?
8  **A   Again, I am repeating. A.SOLAR, LLC does not
9  exist, to my knowledge.**
10 Q   Okay. So, when I ask -- when I refer to A.
11 Solar or A. Solar Diamond in this deposition I will
12 be referring to A. Solar Diamond, LLC. Okay?
13 **A   I understand.**
14 Q   Let's talk about your first involvement with
15 the I-Health COVID-19 test kit transactions
16 involving safety masks?
17 **A   Is this finished?**
18 Q   Yes. When were you first contacted to become
19 involved in these transactions?
20 **A   I believe it was the 24th of January 2022.**
21 Q   And who contacted you?
22 **A   Two persons.**
23 Q   Who were they?
24 **A   One by the name of Zadik and one by the name**

Page 42

1  of Levon.
2  Q   Z-a --
3  A   Z-a-d-i-k.
4  Q   And what is the second person's name?
5  A   Levon, L-e-v-o-n.
6  Q   And who were they with?
7  A   Who are they with?
8  Q   Yes. Were they with a company or an entity or
9  just contacted you individually?
10  A   They contacted me.
11  Q   Individually?
12  A   Individually.
13  Q   Who is Zadik's last name?
14  A   I don't know.
15  Q   What is Levon's last name?
16  A   I don't know.
17  Q   Why did they contact you?
18  A   I believe that they were dealing with COVID
19  stuff and they met me and they ask me about -- if I
20  know anybody that deals with that stuff.
21  Q   Okay. So this is before you knew that Sam
22  Gross was dealing in this?
23  A   Sam Gross told me that he's dealing with that
24  in the middle of 2020.

Page 43

1  Q   '20. So in the middle of -- even before you
2  became involved with Zadik and Levon, Sam Gross
3  told you mid-2020 that -- what did he tell you in
4  mid-2020?
5  A   He told me that he's doing business with this
6  type of merchandise.
7  Q   Meaning I-COVID test kits?
8  A   Yes.
9  Q   How about masks?
10  A   Everything that has to do with COVID.
11  Q   So PPE, personal protection equipment?
12  A   Everything that has to do with COVID, yeah.
13  Q   And when Sam told you this, was it in a
14  meeting? Was it in a phone call?
15  A   I believe it was a phone call.
16  Q   And what did he -- did he ask you at that time
17  to become involved in any capacity?
18  A   He ask me if I want to invest money in to
19  buying any material like that like gloves and test
20  kits or whatever.
21  Q   And what did you say?
22  A   I said no thanks.
23  Q   So when did Sam Gross then next contact you?
24  A   It was the year 2000. I didn't hear from him

Page 44

1  for several months, and I think in December --
2  Q   Of 2020?
3  A   I think. December or November of 2020.
4  Q   He called you or was it a personal visit or
5  another phone call?
6  A   No. No. He called me.
7  Q   And what did -- what happened during that
8  phone call in November, December of 2020?
9  A   He was telling me about stories about issues
10  that he has with his wife and things like that.
11  Q   How did the subject of test kits or --
12  A   Didn't come up.
13  Q   This conversation in November, December was
14  just about his wife?
15  A   Yeah. His wife. And he told me that he has
16  to go to court and he has cases against him and
17  things like that.
18  Q   And what kind of case? Did you ask him what
19  kind of cases?
20  A   He told me that somebody is accusing him of
21  taking a diamond and not paying for it.
22  Q   That's the criminal case pending in New York?
23  A   Yeah.
24  Q   During that phone call, November or December,

Page 45

1  did he mention anything to you about test kits?
2  A   No.
3  Q   When was the next time you -- when was the
4  first time you spoke to Sam Gross involving sales
5  of test kits?
6  A   On the 24th.
7  Q   The 24th of January?
8  A   Yeah. I called him.
9  Q   And what did you say to him?
10  A   I ask him if he still in the business of test
11  kits.
12      MR. LAVER:   What year?
13      THE WITNESS:   2022.
14  BY MR. LIGHTMAN:
15  Q   And was this before or after the phone call
16  from Zadik and Levon?
17  A   No.
18  Q   Before or after?
19  A   Zadik and Levon was not phone call.
20  Q   What was it?
21  A   Zadik and Levon was a personal meeting.
22  Q   Oh. Where was that personal meeting?
23  A   It was in a coffee shop that is called Pret.
24  I don't remember the full name, but they have more

12 (Pages 42 to 45)

Page 46

1  stores in Manhattan and the store is on 6th Avenue
2  between 47 and 48. P-r-e-t. Munger or Manger.
3  M-a-n-g-e-r, I believe that's Manger.
4  Q  Was that before, that coffee shop meeting was
5  that before or after your phone call with Sam?
6  A  No. The coffee shop is where I made the
7  stupid -- you ask me if they called me. No. They
8  did not call me. They met me in the coffee shop.
9  Q  Was your meeting in the coffee shop with Zadik
10  and Levon before or after you spoke to Sam?
11  A  No. That was in January of '24.
12  Q  You said on January 24 you had a meeting?
13  A  Of 2022.
14  Q  In 2022 you had a meeting with these people in
15  a coffee shop?
16  A  Yes.
17  Q  And you also said that Sam Gross spoke to you
18  on January 24, 2022?
19  A  I called him.
20  Q  Did you call him before or after this meeting?
21  A  After the meeting.
22  Q  So you met with Zadik and Levon at the coffee
23  shop; right?
24  A  Yes.

Page 47

1  Q  And what was discussed in that meeting at the
2  coffee shop?
3  A  Well, they said that they have kits.
4  Q  I-COVID test kits. I-Health I-COVID test
5  kits?
6  A  I don't remember what they used exactly the
7  language, but it was test kits.
8  Q  And how did Zadik and Levon contact you? Did
9  they have your phone numbers?
10  A  No. They met me in the coffee shop.
11  Q  You just ran into them in the coffee shop or
12  was the meeting prearranged?
13  A  I ran into them, but I have seen them there
14  before and that's the place where we hang out
15  sometimes when we have coffee.
16  Q  So this wasn't a prearranged meeting. You
17  just met them there; right?
18  A  Exactly.
19  Q  When they said to you, they have these test
20  kits, what did you say to them?
21  A  I said, I may know somebody that can use it.
22  Q  And how did the -- what else happened at that
23  meeting?
24  A  I called Sam and he said that he has an order.

Page 48

1  Q  Well, wait. Stop. Before the meeting ended,
2  did you say to Zadik and Levon give me a phone
3  number or an e-mail? How can I get in touch with
4  you?
5  A  No. No. No. No. They were sitting there.
6  Q  Right. You called Sam from the coffee shop?
7  A  I saw -- I called Sam from the coffee shop.
8  Q  So, while you are meeting with Zadik and Levon
9  in the coffee shop when they said, are you
10  interested in test kits, you said I may know
11  someone who is interested in this. You called Sam
12  Gross from the coffee shop with Zadik and Levon
13  there; correct?
14  A  Yes.
15  Q  Do you have Zadik or Levon's phone numbers?
16  A  I think I do.
17  Q  Can you take out your cell phone and see if
18  you can give them to me?
19  A  Yeah.
20  Q  All right.
21  A  I am not sure this is their phone number.
22  Okay. 201-575-0193.
23  Q  Can I see the screen that you are looking at,
24  please?

Page 49

1  A  (Witness complies with request.)
2  Q  Is Levon and Zadik. You have it as Levon and
3  Zadik; right?
4  A  Right.
5  Q  Is that one person?
6  A  No.
7  Q  And it shows that you last or recent it shows
8  your last phone call to them was December 8, 2023.
9  Do you see that?
10  A  Right.
11  Q  And before that it was August 27, 2023?
12  A  Right.
13  Q  So you're in a coffee shop. They're telling
14  you about this. You call Sam Gross and say what to
15  him? What do you say to Sam?
16  A  Sam, are you in this business still and
17  buying. And he said, yeah, of course.
18  Q  And tell me what happened during the phone
19  call.
20  A  He says, yes, I can use. I ask him how much.
21  And he says, I have a lot of customers.
22  Q  Did he tell you how many?
23  A  He said, I need several hundred thousand.
24  Q  Sam Gross tells you he needs several hundred

USDC, ED of PA       American Environmental Ent. v. Manfred Sternberg, Esq., et al.       Friday
No. 2:22-CV-0688 (JMY)       Deposition of Gary Weiss       February 16, 2024

Page 50

1  thousand and you say to Levon or Zadik, I have a
2  guy here who is interested in buying several
3  hundred thousand; right?
4  **A   I told them that I could use several hundred**
5  **thousand if they can get it for me.**
6  Q   What did they say?
7  **A   Yeah.  They had it.**
8  Q   And then what else happened after they said
9  that?
10  **A   I asked them how much.**
11  Q   You ask Levon and Zadik how much?
12  **A   Yeah.**
13  Q   And what did they say?
14  **A   They said that we will work out a deal.**
15  **That's what they said.**
16  Q   When you said how much, were you referring to
17  quantity or price?
18  **A   No.  Price.**
19  Q   And did they give you a ballpark figure or a
20  range or --
21  **A   No.**
22  Q   They said, we will work it out; right?
23  **A   We will work it out, right.**
24  Q   Was this Sam on the phone during this

Page 51

1  conversation?
2  **A   I called him I think again or would have -- I**
3  **said, Sam, how much do you want to pay for it.  And**
4  **he mentioned something around $5 a test kit.**
5  Q   And then what else happened during that phone
6  call?
7  **A   I told him, they said it's too little.**
8  Q   So they were still there when you are talking
9  to Sam; right?
10  **A   Yeah.**
11  Q   So they say we can work it out.  You call Sam.
12  Sam says $5.  They said that's too little.  And
13  then what happens?
14  **A   And they wanted more.**
15  Q   And what was the price that was agreed upon?
16  **A   Eventually we agreed something in the range --**
17  **I told Sam, first of all, I talk to him later.  Let**
18  **me work it out here.  I started to negotiate with**
19  **them.  And then I asked them, can I see the test**
20  **kits.  They said, yeah.  I can show it to you.  I**
21  **said, okay.  Where are they?  And they said, you'll**
22  **see them soon.  Do you want to see it now?  I said,**
23  **yeah.  And they took me to a truck in an hour,**
24  **something like an hour after that, and the truck**

Page 52

1  was full of boxes.
2  Q   What boxes were they?
3  **A   I don't know, but I -- I opened one of the**
4  **boxes and was test kits.**
5  Q   What color was the box?
6  **A   I think -- I think they are orange or**
7  **something like that.**
8  Q   Okay.  So you open the box, saw a test kit.
9  And then when was the price agreed upon?
10  **A   I'm trying to remember when.**
11  Q   Go back.  Where was the truck?
12  **A   48th Street between 6th Avenue to 5th Avenue**
13  **on the south side of the street on the right side**
14  **of the street.**
15  Q   How big was the truck?
16  **A   Big.**
17  Q   And who's truck was it?
18  **A   I don't know.**
19  Q   So they opened the truck.  They showed you all
20  these test kits.  You opened one of them?
21  **A   I opened only one box, yes.**
22  Q   And then what happened?
23  **A   I told them we will negotiate about a price.**
24  Q   And when did you get the phone number, the 201

Page 53

1  phone number?
2  **A   I don't remember.  I don't remember.  That's**
3  **what I had noted and I just don't remember when I**
4  **get this phone number.**
5  Q   So when was the price finally agreed upon?
6  **A   I think we agreed later on that day.**
7  Q   How much was the price?  $6?
8  **A   No.  I think it was a little bit less than $5,**
9  **I think.**
10  Q   So initially when Sam said, I would like $5,
11  they said it was too little.  They then turned
12  around and gave you a price less than $5?
13  **A   Yes.**
14  Q   What was the price?
15  **A   I believe it was 4.75, something like that.**
16  Q   Why would they agree to a price less than $5
17  when they first told you that --
18  **A   I don't know.  They negotiate.**
19  Q   You must be a very good negotiator.
20  **A   No.  They wanted to sell.  I wanted to buy.**
21  Q   When is the next time you contacted Sam about
22  that?
23  **A   That day.**
24  Q   Same day?

14 (Pages 50 to 53)

Page 54

1  A   Same day.
2  Q   What did you say to Sam when you talked to
3  him?
4  A   I don't remember any more.
5        MR. LAVER:  Excuse me.  We are still
6  on January 24, 2022?
7        THE WITNESS:  Yeah.
8        MR. LAVER:  Okay.  Thank you.
9  BY MR. LIGHTMAN:
10  Q   So when you talk to Sam --
11  A   Yeah.
12  Q   -- did you tell Sam 4.75 or did you tell him
13  $6?
14  A   No.  I -- I started with seven and Sam went
15  down I think to six.  We agreed on six or something
16  like that.
17  Q   So, when you called Sam back, you said I can
18  get these test kits for you for $6 a box.  You
19  didn't tell him that you were buying them for 4.75;
20  correct?
21  A   He didn't ask me really.
22  Q   And you didn't tell him; right?
23  A   (Shakes head from side to side.)
24  Q   You can't shake your head.  You have to say

Page 55

1  yes or no.  Is it true you didn't tell him?
2  A   I don't know what I told him about what price
3  I buy, you know.
4  Q   So you and Sam agreed on $6 a box; right?
5  A   Yes.
6  Q   And how many test kits did Levon and Zadik say
7  they can get for you?
8  A   They said they can get about 400,000.
9  Q   Did you tell that to Sam?
10  A   I don't remember if I told him.
11  Q   And Sam said, I'll take them all?
12  A   No.  I don't remember that.  No.
13  Q   When was the first time that the same Manfred
14  Sternberg surfaced?
15  A   I don't remember.  Sometime after that.  I'm
16  trying to think about the date.  Must have been few
17  days after that.
18  Q   Okay.  And how -- how did his name come in
19  to --
20  A   I don't know yet.
21  Q   When is the --
22  A   I'm trying to think when it came up.  Must be a
23  day or two after that.
24  Q   Okay.  And when is the first -- so you spoke

Page 56

1  to Sam and you had these conversations with Levon
2  and Zadik, saw a truck filled with boxes, saw an
3  actual I-Health COVID-19 test kit.  Talked to --
4  negotiated a price of 4.75 with Levon and Zadik.
5  Called Sam and negotiated a price of $6 with Sam
6  all on January 24th?
7  A   I don't remember when was the last time I
8  negotiated with Sam about the price.  I know that I
9  closed with those two guys for 4.75.
10  Q   So a day or two after that you spoke to
11  Manfred?
12        MR. LAVER:  Objection to form.
13        THE WITNESS:  No.  I did not speak
14  to Manfred.  I heard the name Manfred.
15  BY MR. LIGHTMAN:
16  Q   From Sam?
17  A   From Sam.
18  Q   And what did Sam tell you about Manfred?
19  A   That Manfred is his lawyer.
20  Q   And what else was discussed?
21  A   I didn't ask.
22  Q   So, after you and Sam agreed upon $6 a box,
23  how many boxes of test kits did he say he wanted?
24  A   Sam told me that he want something like

Page 57

1  400,000.  I have to look in my memory and remember.
2  Something around 400,000.
3  Q   Okay.  Who did you end up purchasing the test
4  kits from?
5  A   From these two gentlemen.
6  Q   Individually?
7  A   What do you mean by "individually?"
8  Q   Did they sell you the test kits
9  individually -- let me make it -- I'll make it
10  easier.
11  A   Yeah.  Okay.
12        MR. LIGHTMAN:  I will have this
13  marked as five.
14        (One-page photocopy of letter dated
15  2/6/22 marked GW-5, for identification.)
16  BY MR. LIGHTMAN:
17  Q   Tell me what the document marked as Gary
18  Weiss-5 is.
19  A   It's a receipt that they gave me.
20  Q   Who is "they"?  Zadik and --
21  A   Zadik and Levon.
22  Q   So you don't know who -- Zadik's last name?
23  A   No.
24  Q   You don't know Levon's last name?

Page 58

1  A   No.
2  Q   Do you have an e-mail for them?
3  A   No.
4  Q   Do you have an address for them?
5  A   No.
6  Q   So all you have for Zadik and Levon is this
7  201 phone number; correct?
8  A   Yes.
9  Q   And just on the basis of the meeting in the
10  coffee shop and this phone number, you agreed to
11  buy 365,790 COVID-19 test kits I-Health at 4.95
12  each?
13  A   So it's 4.95 each, yeah.
14  Q   That was the price?
15  A   Yes.
16  Q   And before you -- and it says total paid cash
17  in merchandise, $1,810,660 U.S. dollars; right?
18  A   Yes.
19  Q   And it says, final sale; right?
20  A   Yes.
21  Q   And below the word final sale is your
22  signature; right?
23  A   Correct.
24  Q   And then there is numbers 02281951.  Do you

Page 59

1  see that?
2  A   Yes.
3  Q   That's a pretty good guess of me that that was
4  your birthday, hu?
5  A   I didn't think about it.
6  Q   Why did you put your birthday down there?
7  A   I think one of them asked me to put it.
8  Q   And on the right, who is the writing on the
9  right?
10  A   One says Z, so I have to guess that Zadik was
11  the Z and the L.
12  Q   That is Zadik and Levon?
13  A   Yes.
14  Q   Where was this document signed?
15  A   This was signed in Elizabeth, New Jersey.
16  Q   On February 6th?
17  A   On February 6th.
18  Q   And they came down and presented you with
19  this?
20  A   I asked them --
21  Q   For a receipt?
22  A   -- for a receipt to bring with them a receipt
23  that I'm buying it.
24  Q   Before we get to this, you had conversation --

Page 60

1  did you have conversations with Sam Gross and/or
2  Manfred Sternberg regarding how they were going to
3  pay you for the kits you were selling them at $6?
4  MR. LAVER:  Objection to form.
5  THE WITNESS:  This is February 6th?
6  BY MR. LIGHTMAN:
7  Q   Right.
8  A   I started with Sam on the 24th.
9  Q   Of January?
10  A   Yeah.  We had a lot of conversations.
11  Q   Tell me those conversations.
12  A   I cannot tell you.
13  Q   Well, before -- when is the first time you
14  spoke to Manfred Sternberg?
15  A   Verbally?
16  Q   Yes.  How soon in relation to January 24th did
17  you speak to him?
18  A   I'm trying to think if I ever spoke to
19  Mr. Manfred altogether verbally on the phone or
20  anything.
21  Q   Before this February 6th; right?
22  A   No.  At any time.  I don't remember ever
23  speaking to Mr. Manfred.
24  Q   Really?

Page 61

1  A   Really.
2  Q   How did it -- how did Sam make arrangements
3  with you for him to pay you for the kits he was
4  buying?
5  A   I don't know what he does for arrangements.
6  Q   So it's your testimony you went out and paid
7  someone a million eight in cash and merchandise for
8  test kits without figuring out how you were going
9  to get paid from Sam for them?  Tell me the
10  transaction.
11  A   You are putting it --
12  Q   Putting the cart before the horse?
13  A   We said that we start to on the 24th.
14  Q   Right.
15  A   And we ended the last payment --
16  Q   In February?
17  A   -- on the delivery is in February, so many
18  days before and Sam made the arrangements.
19  Q   What arrangements were made?
20  A   That I would get paid.
21  Q   How were those arrangements made?
22  A   Okay.  So he told me that he's going to buy.
23  Q   All of these test kits?
24  A   Yeah.  And he gave me a list the next day or

Page 62

1  he sent me a list through text or e-mail or
2  whatever about the numbers of test kits that he
3  will need or have an order for.
4  Q  I would like to show you what was previously
5  marked as Manfred Sternberg Deposition Exhibit-24.
6  A  Okay.  Exactly.
7  Q  That's the list that he provided to you?
8  A  That's what we sent me.
9  Q  He meaning Sam?
10  A  I don't -- I don't know if this is the only
11  one, but they look like that.
12  Q  If you look at the bottom, it says, total kits
13  $365,320?
14  A  Yes.
15  Q  And, if you look at your Mask and Eldiven
16  receipt, it's 365,790.  Do you see that?
17  A  Yes.
18  Q  Why is there an extra 400 and --
19  A  No.  This is what I bought from them.
20  Q  Why did you buy an extra 460 --
21  A  I didn't buy.  That was the deal.  That's what
22  they're selling, the whole number.
23  Q  So one whole lot?
24  A  Yeah.  One whole lot.  That's what they had

Page 63

1  and I wanted to buy the whole lot from them.  They
2  didn't want to sell less.  That's what it is.  As
3  far as your question with arranging payments, you
4  were there.  Right?  You ask how.
5  Q  Yes.  Let's talk about that.
6  A  Okay.  So Sam told me that he is going to pay
7  me.  I said, okay.  So how are we going to work it
8  out, you know.  He told me, I'm going to have
9  arrangements for you and can you send me like an
10  invoice.
11      MR. LAVER:  Did you complete your
12  answer?
13  BY MR. LIGHTMAN:
14  Q  Keep going.
15  A  No, not yet.
16  Q  Keep going.
17  A  Based on the numbers which I don't think this
18  was the first number that they gave me on the
19  number of kits that he wants.
20  Q  Was that the final number?
21  A  This is the final number.
22  Q  Okay.  So he gave you a different number first
23  and keep going on your answer.
24  A  I think he gave me different numbers, so it

Page 64

1  kept on changing several times that I know for sure
2  and also this names kept on changing sometimes.
3  You have one, two, three, four, five, six.  Again,
4  one, two, three, four, five, six.  So this is not
5  like --
6  Q  It kept changing.  This became the final list
7  that Sam wanted?
8  A  I'm not sure now that this is the final list.
9  Q  Okay.
10  A  I have to look in my final list.
11  Q  Your list.  So Sam said, give you an invoice;
12  right?
13  A  This was like a list of kits that he needs,
14  that he presented to me.  Okay.
15  Q  And then you said he said send me an invoice;
16  right?
17  A  Yeah.  Send me an invoice.
18  Q  Well, hold on.  Let's stop there.  Let's mark
19  this as Gary Weiss-6.
20      (One-page photocopy of invoice marked
21  GW-6, for identification.)
22  BY MR. LIGHTMAN:
23  Q  Gary Weiss-6 is the invoice you then sent to
24  Sam after he requested one?

Page 65

1  A  Excuse me?
2  Q  This document marked as Gary Weiss-6 is the
3  invoice that you sent to Sam when he said send me
4  an invoice?
5  A  It may have been one of them.
6  Q  Okay.
7      MR. LAVER:  Let's go off the record
8  a second, Gary.  I need to talk to you a
9  minute.
10      - - -
11      (Discussion off the record.)
12      - - -
13  BY MR. LIGHTMAN:
14  Q  So, if you take this Deposition Exhibit
15  Manfred-24 and put it next to Gary Weiss-6, the
16  test kit delivery addresses that Sam gave you match
17  the numbers set forth in your invoice to him that
18  you sent him; correct?  If you look, it says,
19  nationwide medical services 15,120.  There is a
20  line item number two here for 5,200.  Do you see
21  that?  The first item on Exhibit-24 for 15,120 is
22  close enough -- is --
23  A  Not close enough.  Where is the number 15,200?
24  Q  Right.  On number -- the second line item on

17 (Pages 62 to 65)

Page 66

1  your bill?
2  **A   In document six; right?**
3  Q   On document six you have 15,200.  Do you see
4  that?
5  **A   Yes.  15,200.**
6  Q   If you look at the second item on Exhibit-24
7  you have 181,440 test kits?
8  **A   Mr. Lightman, don't confuse me.  Where is**
9  **15,200 on this document?  We are trying to match it**
10 **up?**
11 Q   It's not.  Ones says 15,120 --
12 **A   So it's not.**
13 Q   Well, look, I read it -- let's do this.
14 **A   Can you say that again to me.  It's not so**
15 **please.**
16 Q   If you look at the top number, it says on --
17 if you look at the bottom number on Exhibit-24 it
18 says, 365,320.  Right.  If you look at the top
19 number on Gary Weiss-6 it says 355,200; correct?
20 **A   Correct.**
21 Q   Those numbers match up; right?
22 **A   No.  They don't match.  355 and 365, no.**
23 Q   I'm sorry.  You are saying this purchase order
24 is for an extra 10,000 kits over and above what

Page 67

1  Gary -- what Sam Gross sent to you; correct?
2  **A   This is not an order.**
3  Q   This is a bill.  It says bill to Charlton
4  Holding Group; correct?
5  **A   No.  It does not say bill.  It does not say a**
6  **bill.  I don't see here the word bill, so please**
7  **let's be correct, please.**
8  Q   It says invoice number; correct?  Invoice
9  number?
10 **A   Correct.**
11 Q   Invoice number three; correct?
12 **A   Correct.  So it's not a bill, please.**
13 Q   Right above Charlton Holding Group it says,
14 bill to; correct?
15 **A   Yes.  You are billing to and this is the**
16 **invoice.**
17 Q   So this is an invoice that you sent to Sam
18 when Sam said send me an invoice?
19 **A   Yes.**
20 Q   You sent him an invoice saying I want you to
21 pay me $2,131,200?
22 **A   That's correct.  That's what it says.**
23 Q   For 365,200 test kits?
24 **A   Right.  We read this very correctly.**

Page 68

1  **Everything is written here.  My contention is that**
2  **it does not match this paper.  That's all I'm**
3  **trying to say.**
4  Q   I understand.
5  **A   You understand.  It's black and white.**
6  Q   The delivery address list that Sam gave you is
7  for an extra 10,000 test kits over and above your
8  invoice to him; correct?
9  **A   The conclusion would be that it's not the**
10 **same.  Okay.  What is the number above or beyond or**
11 **under, it doesn't matter.  It does not match.**
12 Q   Okay.  But Sam agreed to pay you this invoice?
13 Gary Weiss-6?
14 **A   No.  He did not agree at this point.  This was**
15 **done -- this invoice is done on the date -- invoice**
16 **date is when?  26.**
17 Q   January 26?
18 **A   Let's not get confused here.  Right.  That's**
19 **two days after I met with Levon and Zadik and Sam**
20 **Gross asked me for an invoice and this is the**
21 **invoice I sent him on 26 of January 2022.**
22 Q   Okay.
23 **A   Let's do this correctly.**
24 Q   So Gary Weiss-6 was the invoice you sent him

Page 69

1  on January 26?
2  **A   Exactly.**
3  Q   For the test kits you were selling him;
4  correct?
5  **A   Yeah.  This was a proposal invoice.  Right.**
6  Q   And if you look up top, who's the person
7  sending this invoice?
8  **A   It says A. Solar, LLC.**
9  Q   An entity that you admitted a little while ago
10 doesn't exist?
11 **A   Exactly.**
12 Q   Why are you using an A. Solar name to bill
13 Gary Weiss when A. Solar does not exist?
14 **A   Because I wanted to create this entity for**
15 **this transaction.**
16 Q   But you never did create the entity?
17 **A   I didn't have time to do that, no.**
18 Q   When you didn't have time it takes to pick up
19 the phone, call someone and you can form an entity.
20 You are aware of that?
21 **A   No.**
22 Q   So why didn't you have time?
23 **A   Things were rolling.  I was not sure that I'm**
24 **going to get paid yet.  I didn't see any money yet**

18 (Pages 66 to 69)

---

Page 70

1   and he asked me to send him a proposal invoice so
2   he can get for me a deposit.
3   Q   And how much was the initial deposit supposed
4   to be?
5   A   Ten percent from this amount.
6   Q   So that would be -- it was supposed to be a
7   deposit payment made; right?
8   A   Supposed to be a deposit in order for me to
9   proceed with the purchase on my side.
10  Q   Okay.  And who was going to make that deposit
11  to you?
12  A   He told me that funds would be sent through
13  his lawyer into the account that I designated.
14  Q   And you designated for the deposit the Gary
15  Weiss A. Solar Diamond, LLC account at Wells Fargo
16  Bank?
17  A   I designated the A. Solar Diamond, LLC.
18  Q   So, if it was A. Solar Diamond, why didn't you
19  use A. Solar Diamond as the name on this bill?
20  A   I did not want to do business through A. Solar
21  Diamond.  I wanted to do it through a separate
22  entity which I wanted designation as A. Solar, LLC.
23  Q   But that never happened; right?
24  A   That never happened.

---

Page 71

1   Q   And the money that was sent came to A. Solar
2   Diamond; correct?
3   A   Exactly.
4   Q   So tell me, this invoice, you're sure you sent
5   this to him on January 26th?
6   A   Absolutely sure.
7   Q   Well, look at the bottom.  How could you send
8   him an invoice dated January 26th where it says at
9   the bottom under notes and terms, payment of
10  $2,131,200 total, a deposit payment of 200 --
11  A   I see.
12  Q   Let me read it into the record.  A deposit
13  payment of $219,240 was made on February 1, 2022,
14  by Manfred Sternberg, Junior, attorney at law, SRF,
15  a balance of $1,911,940 payment required to ship.
16  The balance will be made to attorneys escrow
17  account Sokolski and Zekaria.  It lists a Broadway
18  Street address, account number, routing number and
19  everything else.  So how is it you sent Gary Weiss
20  an invoice dated January 26th and in here you put a
21  payment that's made?
22  A   I don't know.
23  Q   You don't know?
24  A   I don't know.  I see it.  I see it.

---

Page 72

1   Q   So, if you look at the bottom where it says
2   note and payment terms, did you get the deposit
3   wired to you of $219,240?
4   A   Yeah.
5   Q   That was made on February 1st?
6   A   On February 1st.
7   Q   And that was made by a wire from Manfred
8   Sternberg's attorney escrow account to the A. Solar
9   Diamond account at Wells Fargo; correct?
10  A   Correct.
11  Q   And how did that come into being?  Who
12  arranged for that?
13  A   Sam.
14  Q   Sam arranged for that.  Okay.  And let me go
15  back to this.  Before you paid for this -- strike
16  that.
17          Before Sam Gross wired you the
18  219,000, did he come and look at any of the test
19  kits?
20  A   No.
21  Q   Did he ever come and look at any of the test
22  kits?
23  A   No.
24  Q   Before the $219,604 and -- $240 was wired in

---

Page 73

1   to your A. Solar Diamond account at Wells Fargo,
2   did you look at the test kits you were buying,
3   other than that one time when you went and saw a
4   truck and picked one up?
5   A   I opened one box on that day.
6   Q   On January 24th?
7   A   Yeah.
8   Q   After that at any time did you see the test
9   kits?  Sorry.  Before you went up and actually took
10  possession of them, from the time you opened that
11  one box until the time February 6th when you went
12  and signed this and got the kits, did you look at
13  any of the test kits?
14  A   Yes.
15  Q   When did you do that?
16  A   The Friday before the --
17  Q   The Friday before February 6, 2022?
18  A   What?  Friday I think -- one second.
19  February.  February 6th was probably on a Sunday.
20  Q   Yes.
21  A   Was it?
22  Q   February 6, 2020, was a Sunday?
23  A   The Friday -- the Friday -- so what date it
24  is?

---

19 (Pages 70 to 73)

### Page 74

1  Q   February 4th?

2  **A   February 4th.**

3  Q   Is a Friday.

4  **A   I saw it.**

5  Q   So you went to 2 West 42nd --

6  **A   No.  They came to Elizabeth with the truck.**

7  Q   They came -- so Zadik and Levon came to

8  Elizabeth, New Jersey with a truck containing

9  365,790 COVID-19 test kits?

10  **A   Yes.**

11  Q   And when they came, they came on when?

12  February 6?

13  **A   On February 6, yes.**

14  Q   So, they came on February 6th with a truck.

15  They drove it to your house at -- on 1st Street?

16  **A   I met them on -- it's 5th -- 5th Street.**

17  Q   In Elizabeth?

18  **A   5th Street on the corner of 4th or 5th Avenue.**

19  **I'm trying to remember.  There is a little park**

20  **there on the corner.**

21  Q   In Elizabeth?

22  **A   In Elizabeth.**

23  Q   So did you come alone?

24  **A   Yes.**

### Page 75

1  Q   And it was just Zadik and Levon?

2  **A   Zadik and Levon in one car and the truck**

3  **separately.**

4  Q   Who drove the truck?

5  **A   I don't know.  Somebody drove it.**

6  Q   So tell me what happened.  You met them on

7  February 6th.

8  **A   I met them.  I looked.  They opened the truck.**

9  **I looked at the five or six boxes and they all**

10  **looked like full of this orange and white boxes**

11  **written --**

12  Q   Were they packaged in I-Health boxes?

13  **A   No.**

14  Q   How were they packaged?

15  **A   I don't remember the type of boxes they were**

16  **packaged.**

17  Q   Were they Home Depot boxes?

18  **A   Home Depot and others.**

19  Q   So Home Depot.

20  **A   I don't remember.  This size boxes.**

21  Q   Okay.  How big was the truck?

22  **A   I would say -- well, at least this room, the**

23  **length.**

24  Q   So a long truck, like a tractor-trailer truck;

### Page 76

1  right?

2  **A   A long truck.**

3  Q   And you don't know who was driving?

4  **A   No.**

5  Q   So you met them.  Right.  And then tell me

6  what happened at the meeting.  You look at five

7  boxes or so; right?

8  **A   I went through a few boxes and I think I**

9  **counted like how many boxes it was like about five**

10  **or six high.  I don't remember and how many --**

11  **estimated how much it is, you know.  And I believed**

12  **their numbers to be correct.**

13  Q   How were you able to go -- was the truck

14  filled with the boxes?

15  **A   No.  The truck had like in the middle like a**

16  **little island, so you could pass just about one**

17  **person and the boxes on both sides.**

18  Q   Did you go into the truck?

19  **A   Oh, I climbed up, and I went in the truck.  I**

20  **opened some boxes.**

21  Q   And you went in and counted the number and the

22  rows and the length and estimated?

23  **A   Yes.  It looked like it's correct.  Okay.**

24  Q   And then what happened?

### Page 77

1  **A   And then we finished the deal.**

2  Q   You signed this document at the time?

3  **A   No.**

4  Q   When was this document signed?

5  **A   This diamond -- this document was signed on**

6  **Sunday.**

7  Q   The 6th?

8  **A   On the 6th.  Yeah.  We are talking about**

9  **Friday.**

10  Q   The 4th?

11  **A   Friday, the 4th.**

12  Q   So Friday, the 4th, they delivered this truck

13  to you?

14  **A   Exactly.  They came again to show me the**

15  **truck.**

16  Q   And at that time, is that when you paid them

17  the cash and merchandise for the stuff?

18  **A   At that time I gave them a deposit.**

19  Q   How much did you give them?

20  **A   50,000.**

21  Q   And what did they do with the merchandise?

22  **A   They kept it.**

23  Q   So you looked at it.  You estimated it was

24  right?

20 (Pages 74 to 77)

Page 78

1    A   Right.
2    Q   You gave them 50,000 and then they drove away;
3    right?
4    A   Yes.
5    Q   And that was Friday, the 4th; right?
6    A   Friday, the 4th.
7    Q   And this document, this Gary Weiss-6, sale
8    document from Mask and Eldiven signed by you and
9    Zadik and Levon was signed on that Sunday, the 6th;
10   right?
11   A   Yes.  I asked them to give me a receipt for
12   what I'm paying.
13   Q   So they brought the truck and the merchandise
14   back down to you on the 6th?
15   A   They -- I met them on the 6th and I looked
16   again at the truck and we finished the transaction.
17   Q   So you signed this document; right?
18   A   Yes.
19   Q   Was it signed -- when they brought the truck
20   back on the 6th, was it the same park that they met
21   you at the first time?
22   A   Same.  Same.  Everything the same.
23   Q   So you gave them a $50,000 deposit.  Why not
24   just give them the cash and merchandise on the 4th

Page 79

1    when they brought the truck down?
2    A   Because I did not need it yet.
3    Q   You did not need it yet or you didn't have the
4    rest of the funds yet?
5    A   I didn't have the rest of the money from Sam.
6    Q   So Sam had made a $219,000 deposit to you on
7    February 1st through the wire transfer from Manfred
8    Sternberg to A. Solar Diamond?
9    A   Yes.
10   Q   Did you take 50,000 of that money out of your
11   A. Solar Diamond account to pay to these guys?
12   A   No.  I had 50,000 cash.
13   Q   Really.  Where did you get that 50,000 from?
14   A   I don't know what kind of questions you are
15   asking.  I said, I have $50,000.
16   Q   Where did you get the 50,000 from?
17   A   That's none of your business.  It's not.
18   Q   I'm asking the questions.  So you're claiming
19   that you appeared on Friday, the 4th.  Was it a
20   suitcase with 50,000 in cash?
21   A   Not suitcase.
22   Q   What was it?
23   A   Just an envelope.
24   Q   You had one envelope containing $50,000 cash.

Page 80

1    Hundred dollar bills?
2    A   Yeah.
3    Q   And did you withdraw that money from the A.
4    Solar Diamond account?
5    A   No.
6    Q   Did you have it in your -- at home under your
7    mattress?
8    A   No.
9    Q   Did you have it in a safe deposit box?
10   A   No.
11   Q   Where did you accumulate $50,000 to pay them?
12   A   I have it.
13   Q   Where?
14   A   In my drawer.
15   Q   In your home at -- on Elizabeth Avenue at 437
16   1st Avenue you had a drawer containing 50,000 in
17   cash?
18   A   Yes.
19   Q   Any more money in cash there?
20   A   Yeah.
21   Q   How much money was in the drawer when you took
22   50,000 out?
23   A   None of your business.
24   Q   More than 50,000?

Page 81

1    A   If it was money more, I took 50 and there is
2    money, so there is money more.
3    Q   More than half a million?
4    A   No.
5    Q   More than a hundred thousand?
6    A   I think it's none of your business at this
7    point.
8    Q   Where did you get the 50 -- the 50,000 that
9    you took, where did that money come in from?  Was
10   it from a bank?  Was it from jewelry transactions?
11   What was the 50,000 you gave them?
12   A   It's from sales of jewelry over the years.
13   Q   Did you pay taxes on those jewelry sales?
14   A   Did I tell you that it was earned income or
15   something?
16       MR. LAVER:  Before we go forward,
17   can I just clarify one point, Gary, before we
18   go forward?
19       THE WITNESS:  Yeah.
20       MR. LAVER:  You met on February 4th.
21   You met again on February 6; is that right?
22       THE WITNESS:  Correct.
23       MR. LAVER:  When did you hand over
24   the $50,000?  Was that the 4th or the 6th?

21 (Pages 78 to 81)

USDC, ED of PA      American Environmental Ent. v. Manfred Sternberg, Esq., et al.      Friday
No. 2:22-CV-0688 (JMY)            Deposition of Gary Weiss            February 16, 2024

## Page 82

1    THE WITNESS:  On the Friday.  On the
2    Friday.
3        MR. LAVER:  So that's the 4th.
4        THE WITNESS:  The 4th.
5    BY MR. LIGHTMAN:
6    Q   On the 6th you paid him the balance of the
7    million eight; right?
8    A   Yes.
9    Q   How much in cash did you give them?
10   A   I gave them altogether $400,000 in cash.
11       MR. HEALEY:  You paid the balance of
12   the -- what did you say?  The balance of a
13   million eight.
14   BY MR. LIGHTMAN:
15   Q   It says, the total paid cash and merchandise
16   $1,810,660.  So you gave them a total of 400,000
17   cash; right?  And you gave them merchandise of
18   $1,410,660; right?
19   A   Correct.
20   Q   What kind of merchandise?
21   A   Gold necklaces with diamonds.
22   Q   How many?
23   A   There were ten sets.
24   Q   What else was the merchandise?

## Page 83

1    A   That's -- that's what it was.
2    Q   And when you gave them -- you signed this
3    document then.  They gave you or you gave them a
4    total of 400.  You gave them another 350,000 in
5    cash; correct?
6    A   Correct.
7    Q   You didn't take the 350,000 in cash out of the
8    money that Sam or Manfred wired you.  You went in
9    to your drawer again and took 350,000 cash?
10   A   Correct.
11   Q   And you also gave them merchandise of a
12   million four; right?
13   A   Correct.
14   Q   How did they know the million and four
15   merchandise was real diamonds and jewels?
16   A   That's -- they're in business of jewelry for
17   over 30 years.
18   Q   How long have you known Zadik and Levon?
19   A   Probably over 25 years.
20   Q   Really.  Have you done business with them
21   before?
22   A   I have done business with them.
23   Q   And before January 24th you never had a cell
24   phone number with them?

## Page 84

1    A   No.
2    Q   How did you do business?  In a coffee shop?
3    A   Levon and Zadik, I did business with them
4    prior to the year 2015.
5    Q   And that would be through Mask and Eldiven?
6    A   No.
7    Q   What is Mask and Eldiven?
8    A   I don't know.  That's the name that they gave
9    me as their company.
10   Q   Okay.  And after you gave them this 400,000 in
11   cash and this merchandise, what happened next?
12   A   They left.
13   Q   They got in a car and left?
14   A   Yes.
15   Q   They left you the truck?
16   A   I stayed with the truck.
17   Q   So they brought a truck, tractor-trailer, and
18   they parked at it this park in Elizabeth, New
19   Jersey.  Was this document, this Gary Weiss-5
20   signed then?
21   A   No.
22   Q   When -- that document was signed on Sunday;
23   right?
24   A   On Sunday.

## Page 85

1    Q   Where was it signed?
2    A   Right there.
3    Q   At the truck; right?
4    A   In their car.
5    Q   In their car.  And then you got out of their
6    car and left and they just left you their
7    tractor-trailer?
8    A   Yes.
9    Q   And what happened after that?  You drove away
10   in their tractor-trailer?
11   A   No.
12   Q   What did you do?
13   A   I stayed there.
14   Q   And what happened?
15   A   I made an appointment with Available Movers
16   for Monday morning.
17   Q   That would be the 7th?
18   A   Correct.
19   Q   And what was the appointment for Available
20   Movers?
21   A   Take and deliver.
22   Q   Take the money from --
23   A   No.  Take the merchandise.
24   Q   Take the merchandise off of that truck?

22 (Pages 82 to 85)

USDC, ED of PA      American Environmental Ent. v. Manfred Sternberg, Esq., et al.      Friday
No. 2:22-CV-0688 (JMY)      Deposition of Gary Weiss      February 16, 2024

Page 86

1  **A   They came with their own truck.**
2  Q   On Monday, February 7th?
3  **A   Right.**
4  Q   And they took all the test kits and put it in
5  to their own truck and you gave them this list here
6  is where I want you to make these deliveries, the
7  one marked as Manfred-24?
8  **A   I don't know about this particular list.**
9  Q   This list, or lists similar to this?
10  **A   I really have to look what I gave them, you**
11  **know.**
12  Q   But you gave them a list?
13  **A   I don't think it looked like that.**
14  Q   Did it look something like this?
15  **A   Let me see.**
16       **MR. LAVER:** What is the witness
17  looking at?
18       **MR. LIGHTMAN:** It's a different --
19       THE WITNESS: It's a different list;
20  right?
21  BY MR. LIGHTMAN:
22  Q   Let me see something.
23  **A   Looks the same.**
24  Q   So you gave them a list similar to what you

Page 87

1  are holding in your hand; right?
2  **A   I don't think this is the list.**
3       **MR. LAVER:** This being what? This
4  being the exhibit that's been marked today?
5       THE WITNESS: This is not the final
6  list.
7  BY MR. LIGHTMAN:
8  Q   So there is another list?
9  **A   In my opinion, I have to look. I sent them**
10  **another invoice later on which was a correct**
11  **invoice with like a final invoice list because I**
12  **got from Sam several lists like that.**
13  Q   Okay.
14  **A   So this is a list, but it's not -- probably**
15  **not the list that I gave to the drivers. Okay.**
16  **I'm not sure. I have to check.**
17  Q   Did you get --
18  **A   I have documents for Available Mover. Can I**
19  **look at them to give an idea?**
20  Q   We will do it at the break. We will do it at
21  the break?
22  **A   I just want to reference to this one.**
23  Q   When we take the next break, you can find the
24  list that they --

Page 88

1  **A   Okay. And it's not this list for sure.**
2  Q   Wait, though. When you say "it's not this,"
3  meaning the Gary Weiss-6, this is not the final
4  invoice?
5  **A   This is not the invoice, no. It is an**
6  **invoice. I sent Sam probably ten invoices.**
7  Q   Okay. But, if this invoice was one that
8  Manfred Sternberg gave to the Texas Bar and said
9  this is the invoice that we paid and used, this is
10  the --
11  **A   I don't know what he gave to the Texas Bar.**
12  Q   If he gave this one, this Gary Weiss-6
13  invoice, the one for the $2,131,200 --
14  **A   Mr. Lightman, I don't know what he gave to the**
15  **Texas Bar as far as invoices. I didn't see that**
16  **invoice that he gave.**
17  Q   This invoice that I'm holding that's marked
18  Gary Weiss-6, this was not the final invoice from
19  you to Sam for the test kits; correct?
20  **A   I don't think so.**
21  Q   After they left, was there a way to lock the
22  truck up overnight or did you sleep on --
23  **A   No. I was behind the truck. That's it.**
24  Q   So you slept in the truck overnight?

Page 89

1  **A   Yeah.**
2  Q   In actual in the truck or in a car behind the
3  truck?
4  **A   In my car. In my truck. I had the SUV.**
5  Q   So you took your SUV. You parked it in back
6  of the truck and you slept there?
7  **A   Yeah. I didn't really sleep.**
8  Q   Well, you were looking at all the test kits?
9  **A   No. No. On my phone, you know, YouTube and**
10  **things like that.**
11  Q   When in the morning of the 7th did the
12  Available Movers people show up?
13  **A   I don't remember exactly. I estimate between**
14  **9:00 and 10:00. I estimate.**
15  Q   And then what happened?
16  **A   They backed into the back of the truck to**
17  **transfer from one truck to another. They had like**
18  **three people, I believe, or four with the driver.**
19  **I'm not sure exactly. I think three. They**
20  **unloaded all the boxes into the truck.**
21  Q   And then what happened?
22  **A   I gave them the list that I gave them where to**
23  **go. I got back into my truck.**
24  Q   Your SUV?

23 (Pages 86 to 89)

Page 90

1    A    They left.
2    Q    Your SUV?
3    A    My SUV.
4    Q    They left. Okay. And then what happened?
5    A    And they started to go except that they
6    stopped at the end of the street. I waited few
7    more minutes. I thought it's a stop sign or
8    whatever, but they are stopping there and they
9    don't move. I drove there to the back of the
10   truck. I came to the driver and asked him, que
11   pasa. He says, I need a bill of lading. I said, I
12   don't know what it is.
13   Q    You had not gotten any bill of lading from
14   Sam?
15   A    I never had a bill of lading.
16   Q    From anybody?
17   A    From anybody.
18   Q    At any time?
19   A    At any time. I don't know what it is. I
20   said, I gave you the list where you go. He says,
21   no. It has to be a form that says bill of lading.
22   Q    And then what did you do?
23   A    I said okay. Let me call Sam.
24   Q    And then what happened?

Page 91

1    A    Sam said, okay. I'll send it to you soon. We
2    wait there like an hour and I called Sam and Sam
3    said, soon, very soon. And the drivers told me,
4    listen, I spoke to my office, I cannot wait here.
5         MR. HEALEY:  That was Advanced
6    Movers?
7    BY MR. LIGHTMAN:
8    Q    Available Movers?
9    A    Available Movers, yes. And we have to take it
10   to the hub and when we get the bill of lading, we
11   continue with the delivery.
12   Q    The hub meaning Available Moving and Storage
13   warehouse?
14   A    That's what they said, the hub. The driver
15   said, I'm going to the hub and once I get the bill
16   of lading and everything else, we will continue
17   with the delivery. I said okay.
18   Q    Now, when the -- go back for a second. After
19   you -- these guys -- who was the driver? Do you
20   know? Was it Girard?
21   A    I don't think so.
22   Q    So, when they transferred everything in to
23   their own truck, did you talk to Levon and Zadik
24   and say, your truck is empty. Come get it. Or did

Page 92

1    you just leave it there?
2    A    No. The driver left.
3    Q    No. The driver on the Sunday after you paid
4    the cash and merchandise and they left you with the
5    merchandise, the driver -- you said you parked your
6    SUV and stayed overnight with the goods; right?
7    A    But the driver, also, in the cabby.
8    Q    Oh, the driver stayed, too?
9    A    Yeah.
10   Q    Do you know who that driver was?
11   A    No.
12   Q    So, when they transferred it, he then drove
13   the truck, the empty truck away?
14   A    Yeah.
15   Q    And when the goods were transferred to
16   Available Moving and taken away by them, was there
17   any documentation created? Did Available Movers
18   give you anything?
19   A    I don't remember.
20   Q    You are loading a million eight worth of goods
21   into Available Movers and they just drove away
22   without leaving you with any documents or receipts
23   that you got it?
24   A    Maybe. I just don't have it if they did.

Page 93

1    Q    You don't remember?
2    A    I don't remember.
3    Q    And to evidence that you owned these million
4    eight worth of test kits all you had to show for it
5    was this piece of paper, Gary Weiss-5? There was
6    no bill of sale that they gave you?
7    A    This what they gave me.
8    Q    The only thing they gave you was Gary Weiss-5;
9    right?
10   A    Yeah.
11   Q    And did you ever hear the name Mask and
12   Eldiven before?
13   A    No.
14   Q    2 West 47 Street?
15   A    Never.
16   Q    The New York, New York address?
17   A    I just checked it. The building does not
18   exist anymore.
19   Q    Right. The phone number (201) 575-0193?
20   A    There is a phone number, too.
21   Q    That's the phone number; right?
22   A    Yeah.
23   Q    Does that match the one in your phone?
24   A    Yeah. I tried to call several times. Nobody

USDC, ED of PA       American Environmental Ent. v. Manfred Sternberg, Esq., et al.       Friday
No. 2:22-CV-0688 (JMY)                   Deposition of Gary Weiss                February 16, 2024

Page 94

1  is answering and I don't know if this is really the
2  phone number.  I noted is their phone number, but
3  nobody answers me, so I'm not sure if this is the
4  one, you know.  That's what I have noted.  Okay.
5  That's the phone number here.
6  Q   The phone number I just typed in my phone, the
7  201 575 1 --
8  A   Yes.
9  Q   -- that's the number in your phone; right?
10 A   That's the number in my phone.
11 Q   That's the one in the purchase order; right?
12 A   Yes.
13 Q   Let's hit send and see what happens.
14 A   I don't even know if that's correct.
15           MR. LIGHTMAN:  Let the record
16      reflect, we called the number and got an
17      answering machine.  I left my name and phone
18      number.
19 BY MR. LIGHTMAN:
20 Q   So they went about a block away.  You don't
21 remember if they gave you any documents after you
22 gave them a million eight of your merchandise;
23 right?  They said we needed bills of lading and you
24 called Sam and said, I need a bill of lading;

Page 95

1  right?
2  A   Yes.
3  Q   Did you ever give a bill of lading to Sam?
4  A   Me?
5  Q   Yes.
6  A   I don't -- I don't have forms that said bill
7  of lading, nor did I know what bill of lading is.
8  Today I know.
9  Q   But at the time you didn't know?
10 A   No.
11 Q   Did Available Moving and Storage ever issue a
12 bill of lading to you for any of the goods of the
13 delivery addresses?
14 A   Why should they?
15 Q   So the answer is no; right?
16 A   No.
17 Q   So your understanding was that Sam was
18 supposed to give you a bill of lading for this
19 stuff; right?
20 A   Yeah.  They said that they need a bill of
21 lading.  I told Sam this, that these people need a
22 bill of lading.  And the way he answered he
23 understood what I'm telling him.  And he says,
24 yeah, I'll send it.

Page 96

1  Q   And the guy, the mover, after an hour they
2  never sent --
3  A   I'm not waiting here.
4  Q   And you said, take it back to your hub, the
5  warehouse?
6  A   No.  He said that he spoke to his boss and his
7  boss told him that he cannot wait here.  He has
8  to -- will be waiting in their hub.  I said, okay.
9  Q   So he took the truck load of these hundreds of
10 thousands of test kits to the Available Moving and
11 Storage warehouse; right?
12 A   I guess.
13 Q   Did you know where it was?
14 A   No.
15 Q   No?
16 A   I mean, the address of Available Movers was --
17 it is what it is, you know.
18 Q   So then --
19 A   And I was -- I don't know the place, you know.
20 Q   What happened then?  So the goods are at
21 Available Moving Storage.  Did Sam ever get you a
22 bill of lading?
23 A   Sam said he's going to send it directly to the
24 movers because they need it, not me.

Page 97

1  Q   Did he ever send the bill of lading to
2  Available Movers?
3  A   I don't think so.
4  Q   And how about Manfred?  Did Manfred ever send
5  the bill of lading?
6  A   I don't know what they did.
7  Q   And then how long -- there came a point in
8  time like a week or two later when Available Moving
9  and Storage said we haven't gotten a bill of
10 lading.  You have to take your goods back; right?
11 A   I don't remember that.  No.  They told me that
12 they will have to charge me storage.
13 Q   And you said, I'll pick up my goods?
14 A   No.  At this point I said okay.  I'll pay for
15 storage.  I asked him how much it is.  I don't
16 remember exactly the number that he said, you know,
17 but he said maybe $350 a week or something.  I
18 don't know the number.  He didn't give me a number
19 that I remember right now, but I said okay.
20 Whatever it is, I'll pay.
21 Q   And then what happened?
22 A   I asked Sam the next day when this bill of
23 lading is and what is the problem.  He said that he
24 mentioned that somebody canceled and he's trying to

25 (Pages 94 to 97)

Page 98

1  sell that portion of the goods to somebody else, so
2  it's going to take him another few days to get it
3  right. I said, okay. I did what you wanted. I
4  put it on the truck for you. Originally, he
5  supposed to do that, but he didn't have a credit
6  card to book the movers and I did it for him. And
7  I guess he never gave them a bill of lading, so
8  they will not continue with the deliveries without
9  a bill of lading. That's how I understand it
10  today.
11  Q  And at some point you went and picked up the
12  goods?
13  A  Yeah. At some point --
14  Q  Do you remember having this telephone
15  conversation with myself and Dan Scully on
16  July 27th?
17  A  I don't remember. I believe what you say, but
18  I don't remember it. Just tell me. Don't -- tell
19  me and I'm going to --
20  Q  I'm going to refresh your recollection.
21  A  Okay. You are showing me now an actual call?
22  Q  I'm showing you an e-mail from my computer
23  that's from Gary Weiss to Kim in the office dated
24  July 27 at 10:04 p.m. Do you see that? From Gary

Page 99

1  Weiss to Kim DiTomaso and me --
2  A  I don't see it because my lenses really -- it
3  doesn't go. Hi, Mr. Weiss. This is July 27?
4  Q  Yes.
5  A  We are now in --
6  Q  July --
7  A  -- February.
8  Q  July 27, 2003. You wrote me. Can you read
9  the first paragraph?
10  A  Hi, Mr. Weiss. Thank you for opportunity to
11  talk to you yesterday, July 27th. But you are
12  asking now about February.
13  Q  Please read this.
14  A  I read the first line.
15  Q  Hi, Mr. Lightman, thank you for the
16  opportunity to talk to you yesterday July 27, 2023.
17  I recognize your phone number so I answered you.
18  You also connected Daniel D. Scully of The Safety
19  House. We had a very good conversation which
20  lasted 28 minutes and 24 seconds from telephone
21  number 215-760-3000.
22  Does that refresh your recollection
23  that we had this phone conversation?
24  A  Hold on a second, Mr. Lightman. We are in

Page 100

1  2023. I am talking about 2022. And the month of
2  February. What are you talking about? What are
3  you mixing the times?
4  Q  Please. I'm asking whether you remember
5  having a telephone conversation with me and Daniel
6  Scully on July 27, 2023.
7  A  If I remember this phone call?
8  Q  No. You wrote to me that we had a telephone
9  conversation. You, me and Dan Scully on July 27,
10  2023?
11  A  Yeah. I wrote this letter.
12  Q  Which lasted 28 minutes and 24 seconds?
13  A  Okay.
14  Q  Do you remember telling Dan and I during that
15  telephone conversation that there came a point in
16  time when about two weeks after the AMS took the
17  goods to their hub on February 7th that AMS said,
18  you have to get your goods out of our warehouse?
19  A  I don't remember what I spoke to you about.
20  Q  You don't remember that?
21  A  No.
22  Q  Did there come a time later in February when
23  you went to take your goods out of the warehouse?
24  A  Okay. Just to answer the first question, I

Page 101

1  don't remember what I spoke to you in those
2  conversations that you called me and at that time a
3  lawyer. Do you mean still in July? Don't say that
4  my lawyer got dismissed on November --
5  Q  9th?
6  A  -- 9th of 2023. This conversation is while I
7  have a lawyer and you called me during the time
8  that I still had a lawyer and I ask you why you are
9  calling me and not my lawyer. But I don't remember
10  what I spoke to you about.
11  Q  Do you remember telling me you were acting pro
12  se at the time?
13  A  I don't remember.
14  Q  I have an e-mail from you saying that and also
15  clear up the record?
16  A  I didn't say the word no. Listen, I'm just
17  telling you what I remember. Don't worry about
18  what I say. I remember, I tell you. What I don't
19  remember, I don't tell you. You told me that in
20  the beginning.
21  Q  Do you remember telling us that about two
22  weeks later later in February --
23  A  I don't remember. I just said before I don't
24  remember that.

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                  Deposition of Gary Weiss                  February 16, 2024

---

Page 102

1  Q   Okay.  Did you go to AMS's facility to pick up
2  your goods?
3  A   Yes.
4  Q   That was later in February; correct?
5  A   No.
6  Q   When was that?
7  A   That was in March.
8  Q   And what happened when you went to your
9  facility?
10 A   I picked it up.
11 Q   And then what did you do?
12 A   And I took it away from them.
13 Q   So, when you got there, how did you get the
14 goods out of their warehouse?  Did they give you
15 their truck?
16 A   No.
17 Q   So you went there --
18 A   I brought my own truck.
19 Q   Okay.
20 A   And I was about to make the delivery myself.
21 Q   So you went there to pick up the goods from
22 AMS?
23 A   Exactly.
24 Q   You took all the boxes and loaded them on to

---

Page 103

1  your truck?
2  A   Right.
3  Q   Was there someone else there helping you?
4  A   Were three people.
5  Q   You -- you brought three people?
6  A   I brought three people with me.
7  Q   Who were the people that you brought?
8  A   I don't remember their names.
9  Q   You don't remember their names.  Did you pay
10 them?
11 A   Of course.
12 Q   How did you pay them?
13 A   In cash.
14 Q   How did you find these three people?
15 A   On Elizabeth Avenue there are people that mill
16 around every morning between 6:00 a.m. to
17 twelve o'clock and they are looking for a day job.
18 Q   Okay.  So what did you do?
19 A   I just went and I got somebody.  Some people.
20 Three.
21 Q   Three people?
22 A   Three people and a truck.
23 Q   How did you get the truck?
24 A   I told them I need a truck.  They called.

---

Page 104

1  Everyone has a cousin or somebody else, you know,
2  and the truck came.
3  Q   What kind of truck was it?
4  A   A big truck.
5  Q   So you went with these three people.  Did you
6  use your car or just the truck?
7  A   No.  I was in my truck, in my SUV truck.
8  Q   You were in your SUV.  These three people that
9  you hired off the street somehow located a truck;
10 right?
11 A   (Nods heads up and down.)
12 Q   And you and your SUV and the three people in
13 the truck went to AMS's hub.  Where was that?  In
14 New York or in New Jersey?
15 A   It's in New York.
16 Q   In New York.  And you pulled the truck in to
17 the yard and then what happened?
18 A   I remember was raining day that I remember and
19 they backed -- they backed into the back of their
20 truck.
21 Q   And then what happened?
22 A   And load it.
23 Q   The took the stuff from the truck that AMS had
24 and put it on the truck that one of the three

---

Page 105

1  people had located you for the day; right?
2  A   Right.
3  Q   And then what did you then do?  You drove away
4  with it?
5  A   Sure.
6  Q   Where did you go?
7  A   I went to Elizabeth.
8  Q   And what was your intent?  To deliver the
9  stuff yourself?
10 A   Yeah.
11 Q   Did you have --
12      MR. LAVER:  Wait a second.  Who
13 drove the truck?
14      THE WITNESS:  Driver.
15      MR. LAVER:  You did not drive the
16 truck?
17      THE WITNESS:  No.  I don't --
18 BY MR. LIGHTMAN:
19 Q   You were following or leading in the SUV?
20 A   I thought that they were driving behind me.  I
21 told them where he were going.
22 Q   Where did you tell them you were going?
23 A   That we were going in to the -- the name is
24 Warinanco Park.

---

27 (Pages 102 to 105)

Page 106

1  Q  How do you spell it?
2  A  W-a-r-r-i-n-i-c-o.
3  Q  Is that the park where you met --
4  A  I guess that's the name of the park.  I'm not
5  sure.  But, yes, I think Warinanco.
6  Q  But that's where you met --
7  A  Say.  Same -- same place.
8  Q  Levon and Zadik?
9  A  Yeah.
10 Q  And why were you going to this park again?
11 A  Check.
12 Q  Pardon me?
13 A  To check the boxes and make sure everything is
14 okay.
15 Q  And you got to this park.  And is that when
16 you discovered that they had all been -- all the
17 test kits had been taken out and rice had been put
18 in there?
19 A  Yeah.
20 Q  Tell me what happened.  You get in your SUV.
21 You go to this park.  You park the truck; right?
22 Tell me what happened.
23 A  And I open a box and another box and another
24 box and it's all with rice.

Page 107

1  Q  The test kits are gone?
2  A  No test kits.
3  Q  And instead these are boxes of rice?
4  A  Yeah.
5  Q  And do you remember telling Dan Scully and I
6  in your phone call in July that you checked every
7  one of the boxes?
8  A  Every one?
9  Q  Yes.
10 A  I check the boxes.
11 Q  Every one of the boxes?
12 A  I emptied the boxes.
13 Q  You emptied all the boxes?
14 A  I emptied all of the boxes.
15 Q  You ended up with this big pile of rice.
16 Where -- did you do this in the park?
17 A  Big pile of rice and big piles of empty boxes.
18 Q  And no test kits?
19 A  Not even one.
20 Q  So it's your sworn testimony you emptied all
21 of the boxes into this big pile of rice; right?
22 A  Right.  I made a big pile of rice, yes.
23 Q  I would like to show you Deposition Exhibit-16
24 which is Manfred Sternberg Exhibit-16.  Is this the

Page 108

1  truck that you're talking about?
2  A  No.
3  Q  This is a different truck?
4  A  Yeah.
5  Q  What is this truck?
6  A  This is -- this is the truck that Available
7  Movers came and emptied into their truck.
8  Q  So this is the truck that Levon and Zadik gave
9  to you with all these test kits; right?
10 A  Yes.
11 Q  And why did you take a picture of that?
12    MR. LAVER:  Objection to form.
13    You can answer it.
14 BY MR. LIGHTMAN:
15 Q  Did you take a picture of this?
16 A  Yeah.  I think I did.
17 Q  Why did you take a picture of this truck?
18 A  The lawyer Daphna Zekaria wanted me to take
19 pictures of the merchandise.
20 Q  Did you take any other pictures other than
21 this?
22 A  Yeah.  I took several.
23 Q  You took several pictures of it.  Where are
24 those pictures?

Page 109

1  A  I don't know.  You don't have them?
2  Q  No.  Could you please produce these pictures?
3  A  Yeah.  Yeah.  Yeah.
4  Q  So let's go back to this day you told Dan and
5  I this was the last week of February.  Why do you
6  say March now?
7  A  Because I went to Available Movers in the
8  beginning of March like 4th of March.
9  Q  Why did you tell Dan and I when we talked in
10 July that you went in the last week of February?
11 A  I don't remember what I told you.  That's one.
12 Okay.
13 Q  So you are saying it's March 4th?
14 A  Repeat again the question.  I want to
15 understand.
16 Q  When we spoke in July, you were telling us the
17 story about the boxes being switched to rice.  You
18 said it was the last week of February and now you
19 are saying --
20 A  No.  No.  No.  First of all, I did not tell
21 you that.  Okay.  So I disagree with what you are
22 saying.  Okay.  To say it gently.  I did not say
23 that.
24 Q  You did not say what?

Page 110

1   A   About anything picking up in February.
2   Q   Okay.  Well, the date you're saying -- you
3   dispute that you told us it was in February.  Your
4   testimony here today was March 4th?
5   A   Right.
6   Q   So you get to this park.  You open up the
7   truck.  You start looking at the test kits and
8   they're all rice?
9   A   Yes, sir.
10  Q   And you took all of the test kits off of the
11  truck and emptied them into a pile of rice in the
12  park.
13  A   Not in the park.
14  Q   Where?
15  A   In the truck.  We emptied the box.  We folded
16  it flat.  We put it.  We already realized after
17  two, three boxes that this is not going to be --
18  they really did not know what is happening.
19  Q   The driver and the guys you hired?
20  A   They did not know what is really happening.
21  Q   So after you emptied all these boxes in to
22  this big pile of rice, what did you do?  Did you
23  take any pictures of it?
24  A   Of the --

Page 111

1   Q   Of the rice?
2   A   Of the rice.
3   Q   You got a million eight in test kits and you
4   pick them up from Available Movers and Storage,
5   according to your testimony.  You bring them to
6   this park.  You open them up and you say, oh, my
7   God, these aren't test kits.  This is rice.  You
8   open up all the boxes.  You make a big pile of
9   rice.  You didn't take any pictures of that?
10  A   I don't think so.
11  Q   So you called Available Movers?
12  A   I have a check really, but I don't think I
13  took pictures.
14  Q   Did you call Daphna Zekaria and say, Daphna, I
15  picked up a million eight worth of merchandise.  I
16  thought they were test kits.  I drove it to the
17  park and it's all rice.  Did you tell Daphna that?
18  A   Wait.  Wait.  Wait.  Wait.  You are so
19  confused.  What does this stuff now have to do with
20  her getting involved in this transaction on
21  February 4, 5, 6, 7 and one month after that?
22  Q   She's your attorney in this deal; right?
23  A   No.
24  Q   What does she -- what's her role in this deal?

Page 112

1   A   I don't know.
2   Q   Manfred wired million -- over $2 million to
3   her; right?
4   A   Okay.  Okay.
5   Q   So what does she have -- why is Manfred
6   Sternberg taking the money from his attorney escrow
7   account.  The first deposit $219,240 he wired right
8   to you; right?
9   A   Right.
10  Q   The next one of a million nine and change he
11  didn't wire to you.  He wired it to Daphna Zekaria;
12  right?
13  A   Exactly.
14  Q   Why did he do that?
15  A   First of all, when me and Sam are making the
16  deal, there is no Daphna Zekaria.  I never heard
17  the name before.  I don't know a Ms. Zekaria.
18  Q   So you never did business with her?
19  A   Never.
20  Q   She never was your attorney?
21  A   No.
22  Q   You never met her before this deal?
23  A   No.
24  Q   So tell me how she got -- how did Daphna get

Page 113

1   interjected into this deal?
2   A   I don't know yet.
3   Q   Well, tell --
4   A   I'll tell you what I know.
5   Q   Tell me what you know.  That's all I want to
6   know.
7   A   So the $219,000 deposit I got directly in to
8   A. Solar Diamond.
9   Q   Right.
10  A   And after few days, Sam is telling me that it
11  is required by Manfred -- by Attorney Manfred that
12  the money will go to an escrow account of Zekaria
13  which I did not know at that time.
14  Q   So Manfred's the one who told you it's going
15  to go to Zekaria?
16  A   No.  Sam told me it's going to go to Zekaria.
17  Q   Sam told you it was going to go to Zekaria?
18  A   Yes.  And he put me in touch with Zekaria and
19  she made like an agreement, but I never met her
20  before.  So the agreement is that she's going to
21  get the money, the balance, and she's going to
22  verify the -- that it is on the truck and then I'm
23  going to get the balance.
24  Q   And this agreement with you and Zekaria, where

29 (Pages 110 to 113)

Page 114

1  is it?
2  A   I have to look.  I have it someplace.
3         MR. LIGHTMAN:  Both you, Mr. Weiss,
4  and you, Mr. Healey, I requested a copy of
5  this agreement.  Other than the one document
6  you gave us, I would like to see that.  Okay?
7         THE WITNESS:  Okay.
8         MR. HEALEY:  If it exists.
9         MR. LIGHTMAN:  By the way, any time
10 I make a request for documents, mark that
11 spot.
12        MR. LAVER:  Note that I join in that
13 request, please.
14 BY MR. LIGHTMAN:
15 Q   So it's a written agreement?
16 A   Yeah.
17 Q   Is it a retainer agreement?  Did you actually
18 retain her?
19 A   I have to look and find it.
20 Q   Do you have it in that bag of documents you
21 produced?
22 A   You know, I don't know.
23 Q   At the lunch break we will look through that
24 together.  So after the Zekaria.  So the agreement

Page 115

1  is --
2  A   You want the Zekaria agreement?
3  Q   Yes.
4         MR. LAVER:  We will make it easy.
5  We want all documents that pertain to this
6  transaction.
7         THE WITNESS:  That pertain to --
8  BY MR. LIGHTMAN:
9  Q   This transaction.  We want all documents
10 involving you, Sam Gross, Zekaria.  You produced
11 some of them and not all of them and Manfred.  So
12 wait.  The agreement, is it just between you and
13 Zekaria or --
14 A   You said I produced?
15 Q   You produced some, but not all of it?
16 A   I produced.  I want to be open between me and
17 you.  I produced.
18 Q   You did not produce this agreement?
19 A   Not this agreement, but I produced --
20 Q   You did not produce anything other than this
21 one picture, so you said there is a bunch of
22 pictures?
23 A   Yes.  And I said -- okay.  So pictures.
24 Q   I want all the pictures.  This is the written

Page 116

1  agreement just between --
2  A   Zekaria agreement.
3  Q   Zekaria and you.  Is Sam a party to this
4  agreement?
5  A   I don't think so.
6  Q   Is Manfred Sternberg a party to this
7  agreement?
8  A   I don't think so.
9  Q   There is only one agreement signed between you
10 and Zekaria; right?
11 A   Yeah.
12        MR. HEALEY:  I'd like to put on the
13 record, Mr. Scully, you keep nodding your
14 head at questions and things.  I think that's
15 inappropriate.  Don't direct the witness to
16 make a comment.  I'm not being an asshole
17 but --
18        MR. LIGHTMAN:  I would be a little
19 bit nodding my head, too, if someone took
20 two million from me and didn't give it back,
21 but let's go on.  Ready?
22 BY MR. LIGHTMAN:
23 Q   Did you retain Daphna Zekaria or her law firm
24 to act as your attorney?

Page 117

1  A   She insisted that we do the agreement.  I did
2  not want it, but the only way that I can get now
3  the balance of the money is through her.
4  Q   So you retained her as your attorney?
5  A   Yes.
6  Q   Is she still your attorney today?
7  A   No.  I told her she does not represent me any
8  more in April or May.
9  Q   Of 2023 or 2022?
10 A   2022.
11 Q   Do you authorize Daphna Zekaria to disclose
12 information relating to this transaction?
13 A   I have to think about it.
14 Q   I would like an answer?
15 A   We have discussed it once.  Right.  And I said
16 at the moment no, but I also said I want to think
17 about it and I didn't say definitely no.
18 Q   So you have been thinking about it for months
19 now.  Daphna says, I have information to provide to
20 you, but unless you get a court order or Gary Weiss
21 says I can disclose it, I can't disclose it.  Do
22 you authorize her to disclose that information?
23 A   Not at the moment.
24 Q   Why not?

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 118

1   A   Because I'm still looking for $2 million.
2   Q   Ready.  What do you mean you are still looking
3   for $2 million?  That she has?
4   A   That somebody has.
5   Q   So it's --
6   A   I gave collateral of over four million.
7   Q   That's the diamonds and gems?
8   A   Yes.
9   Q   Who did you give the collateral and gems to?
10  A   To Sam and to Zekaria.
11  Q   You gave some of it to Zekaria in a coffee
12  shop to give to Sam.  Did he get those diamonds
13  that you gave to Daphna in that coffee shop?
14  A   Excuse me?
15  Q   Did Sam end up getting those documents that
16  you gave the diamonds to in the Starbucks coffee
17  shop?
18  A   I don't know.
19  Q   You never asked Sam, hey, did you get the
20  diamonds I gave to Zekaria?
21  A   I don't know yet.
22  Q   So it's possible Zekaria should be holding on
23  to those diamonds?
24  A   I don't know.  Okay.

Page 119

1       MR. HEALEY:  Objection.
2       THE WITNESS:  You will ask Zekaria.
3   You have time to ask her.
4   BY MR. LIGHTMAN:
5   Q   Do you have pictures of Zekaria wearing the
6   collateral you gave?  I'm told that there are
7   compromising pictures of Daphna either naked or
8   without clothes or in compromising situations
9   wearing the collateral that eventually ended up
10  with Sam.  Do you have those pictures?
11  A   Well, we have to be correct about the
12  collateral.  But one of them depicts something that
13  looks like square stone between her tits.
14  Q   Do you have a picture of that?
15  A   Yeah, I do.
16  Q   In fact, that's one of the pictures I want you
17  to produce.
18  A   It's going to be juicy here.
19  Q   Well, did she retain that square diamond?
20  That's one of the ones you gave her?
21  A   I'm telling you, I don't know.
22  Q   Where was that picture taken?
23  A   I don't know.
24  Q   Did you take it?

Page 120

1   A   No.
2   Q   Was it in a hotel room?
3   A   I don't know where it was taken.
4   Q   Were you ever in a hotel room with Daphna
5   Zekaria?
6   A   No.
7   Q   No romantic or sexual encounter with Daphna
8   Zekaria?
9   A   No.
10  Q   You are positive about that?
11  A   Absolutely.
12  Q   And how about Sam?  Did Sam have a romantic or
13  a sexual relationship or encounter with Daphna?
14  A   You have to ask him all those questions.
15  Q   To your knowledge, did they ever have?
16  A   I believe, yes, but I don't have definite
17  proof.
18  Q   And you believe yes, because Daphna told you?
19  A   No, because Sam told me.
20  Q   Did you ever ask Daphna, hey, Sam just told me
21  you guys had sex in a hotel room?
22  A   I never asked.
23  Q   Why didn't you ask?  She's your attorney
24  having sex with your seller?

Page 121

1   A   Mr. Lightman, I didn't ask.  Don't ask why.  I
2   didn't ask.  Let put it this way.  I would never
3   ask.
4       MR. LAVER:  Pardon me, Gary.  How
5   did you receive the photograph that you
6   referenced?
7       THE WITNESS:  Sam sent it to me by
8   text.
9       MR. LAVER:  Sam sent you a text of
10  your attorney topless?
11      THE WITNESS:  More than that.
12  BY MR. LIGHTMAN:
13  Q   What other pictures did he send you?
14  A   Everything.
15  Q   How many pictures?
16  A   Must be more than five.
17  Q   Of her naked?
18  A   Yeah.
19  Q   Her having sex?
20  A   No.
21  Q   Her wearing anything other than the one
22  diamond between her tits?
23      MR. LAVER:  This is unreal.
24      THE WITNESS:  Very explicit

31 (Pages 118 to 121)

Page 122

1  pictures.
2          **MR. HEALEY:** Was her face in any of
3  them?
4          THE WITNESS:  What?
5          **MR. HEALEY:** Was her face in any of
6  them?
7          THE WITNESS:  I have to look and
8  I'll tell you.
9  BY MR. LIGHTMAN:
10  Q   So they're definitely --
11          **MR. HEALEY:** You don't remember?
12          THE WITNESS:  No.  No.
13  BY MR. LIGHTMAN:
14  Q   Wait.  Wait.  He said he texted them to you;
15  right?  Can you pull them up on your phone?
16  **A   Yeah.**
17  Q   Can I see one of them?
18  **A   If it's here.**
19  Q   Did you delete any texts or messages?
20  **A   No.  But I have to open my phone.  Hang on a**
21  **second.  Each time I open my phone, I don't know**
22  **what my phone will tell me.**
23          **MR. LAVER:** Why don't we go off the
24  record while you are doing that.

Page 123

1  BY MR. LIGHTMAN:
2  Q   Let me ask you one other question.  Did
3  Manfred, to your knowledge, ever have sex with
4  Daphna?
5  **A   No.**
6          **MR. LAVER:** We are off the record.
7                  - - -
8          (Discussion off the record.)
9                  - - -
10  BY MR. LIGHTMAN:
11  Q   Do you have another cell phone, other than
12  this one?
13  **A   Yeah.**
14  Q   What's that cell phone number?
15  **A   Same.**
16  Q   What?
17  **A   Same phone.**
18  Q   You can't have two cell phones with the same
19  cell phone number.
20  **A   It's not working.  Just the pictures are on**
21  **that.**
22  Q   Ready.  Listen.  You can't delete any texts.
23  **A   I don't delete any.**
24  Q   You can't delete any e-mails.  You can't

Page 124

1  delete any pictures.  Ready.  This all evidence and
2  you can't delete any of this.  Okay?
3  **A   Correct.  Correct.**
4  Q   So, if it's on your -- you don't have to --
5  stop looking.  Stop looking.  If it's on your other
6  phone, let us know.  If that phone is not working,
7  we will arrange for an IT person to go in to the
8  phone and get those pictures, but I request the
9  pictures.  So wait.  Ready.
10          Let's go back to the park where it's
11  now February -- it's now the end of February, as
12  you told Dan, or me March 4 as you stated it is
13  now, you discover that 355,760 boxes of I-COVID
14  test kits have all turned to rice; correct?
15  **A   Yeah.**
16  Q   What do you do?  What did you do?
17  **A   I told Shlomo.**
18  Q   I told Shlomo.  And what did you say to
19  Shlomo?
20  **A   I don't remember.  I told him.  I don't know**
21  **if I told him that moment.**
22  Q   Well, go back to that moment.  You take a
23  million eight worth of test kits away from
24  Available Movers.  You go to this park in

Page 125

1  Elizabeth, New Jersey.  You open a box.  It's rice.
2  You open all the boxes and you end up with 355,000
3  boxes of rice?  What do you do when you discover
4  that you have no test kits instead you have 355,000
5  boxes of rice.  What did you do?
6  **A   I tell you what I did with the rice.**
7  Q   What did you do with the rice?  What did you
8  do with the rice?
9  **A   Across from me there was a school and they**
10  **used to give out food once or twice a week.**
11  **Remember, this is COVID time.**
12  Q   You gave ten years supply worth of rice?
13  **A   No.  No.**
14  Q   What did you do?
15  **A   So the whole neighborhood used to come there**
16  **and take food.  You know, they used to have like on**
17  **the side of the school trucks coming loading**
18  **their -- the big refrigerator in the school, you**
19  **know, like few rooms refrigerator like probably for**
20  **lunches or whatever.  So now they bring food and**
21  **they open the doors on some days of the week and**
22  **people come and fill up bags of food.**
23  Q   On Sundays?
24  **A   What is Sundays?**

32 (Pages 122 to 125)

Page 126

1  Q   You said on Sundays?
2  **A   Some days.**
3  Q   Some days.  I apologize.  Go ahead.
4  **A   And I took the rice there.**
5  Q   You took 355 -- 365,790 boxes worth of rice to
6  the school across the street?
7  **A   No.  First I loaded it in my SUV.**
8  Q   Okay.  And you took all the rice.  How did you
9  load it?  Just stuck it in the back?
10 **A   Yeah.**
11         MR. LAVER:  In your SUV?
12         THE WITNESS:  I have a Trailblazer
13     where the back seats come down.  Okay.  And I
14     loaded everything food there and --
15 BY MR. LIGHTMAN:
16 Q   Go ahead, continue.
17 **A   And some I unloaded in front of the school
18 where they -- where they distribute the food right
19 there so people come and take.**
20 Q   What color is your SUV?  White?
21 **A   Black.  It's Trailblazer.**
22 Q   Okay.  So let's go back.  Before you loaded
23 the rice and gave it away --
24 **A   This is my truck right here.**

Page 127

1  Q   You're pointing to Manfred Deposition
2  Exhibit-16 right in front of the white car is a
3  black SUV.  That's your SUV.  Do you own that
4  today?
5  **A   Yes.**
6  Q   Did you drive that here?
7  **A   No.**
8  Q   What did you drive here?
9  **A   Another car.**
10 Q   What kind of car?
11 **A   A different car.**
12 Q   What car?
13 **A   Four-wheel drive.**
14 Q   A Ford?  A Chevy?  Catty?
15 **A   Why is it important right now?**
16 Q   I'd like to know what kind of car you drove
17 here?
18 **A   A black car.**
19 Q   What make and model car did you drive here
20 today?
21 **A   A Toyota Camry 2019.**
22 Q   Let's go back.
23 **A   The plate number, I don't remember.**
24 Q   Let's go back to this discovery that all of

Page 128

1  your -- the 365,790 boxes of I-COVID test kits have
2  been turned into rice.  Did you call Available
3  Moving and Storage and say, hey, guys the test kits
4  I just picked up from you are not the test kits I
5  gave you.  They are now all rice?
6  **A   I don't remember whom I called really.**
7  Q   Do you remember calling AMS?
8  **A   I don't remember.**
9  Q   Sitting here today, your testimony is I
10 delivered 365,790 boxes of I-COVID test kits to
11 Available Moving and Storage on February 7th that
12 they took to their hub; right?  Right?  You can't
13 nod.
14 **A   (Nods heads up and down.)**
15 Q   The witness nodded yes.  Yes.  That's correct?
16 **A   What is the question exactly?**
17 Q   You testified on February 7 you delivered
18 365,790 I-COVID test kits to Available Moving and
19 Storage; correct?
20 **A   They picked it up.**
21 Q   They picked it up.  You checked the boxes
22 before you delivered it to them and they weren't
23 rice at the time; right?
24 **A   Right.**

Page 129

1  Q   They were test kits; right?
2  **A   Right.**
3  Q   Available Movers and Storage took them to
4  their hub.  When you went to get them from
5  Available Movers and checked them when you got back
6  to New Jersey, they no longer were 365,790 boxes of
7  test kits.  They were 365,790 boxes of rice?
8  **A   Correct.**
9  Q   And you never -- you don't remember calling
10 AMS and saying, what happened to my test kits?
11 **A   No, I don't.**
12 Q   Well, certainly you made a police report.
13 Hey, police, I just had a million eight dollars
14 worth of test kits turned to rice.  You called the
15 police; right?
16 **A   Did I?**
17 Q   Did you?
18 **A   No.**
19 Q   Why didn't you call the police?
20 **A   I did not.**
21 Q   Why?  Someone just stole a million eight worth
22 of merchandise from you.  They took a million eight
23 worth of I-COVID test kits out of these boxes and
24 instead put rice in these boxes; right?

33 (Pages 126 to 129)

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 130

1   A   Right.
2   Q   You didn't call the police and say, I'm out a
3   million eight of test kits?
4   A   No. I didn't call the police.
5   Q   Why?
6   A   I just knew that I got screwed.
7   Q   You knew you got screwed?
8   A   Right.
9   Q   And you didn't do anything about it?
10  A   I don't remember what I did exactly.
11  Q   Really?
12  A   Yeah.
13  Q   So someone stole a million eight worth of
14  merchandise from me I would remember that day very
15  clearly?
16  A   I remember that day very clearly, but I don't
17  remember if I spoke to Available Movers about it,
18  you know.
19  Q   Is the reason why you didn't call the
20  police --
21  A   The police I didn't call. There is no reason.
22  That whenever -- Available Movers, I don't remember
23  I called them. It is possible that I did.
24  Q   Is the reason that you didn't call Available

Page 131

1   Movers and the reason you didn't call the police
2   because you just made up the story about the test
3   kits turning to rice is your fantasy or --
4   A   This is -- this is your fantasy or --
5   Q   So you are saying what you testified here
6   today about the test kits turning into rice is the
7   truth, the whole truth and nothing but the truth so
8   help you God?
9   A   It is.
10  Q   Who do you think took the test kits?
11  A   Until today, I don't know.
12  Q   When you opened the test kits to check, were
13  they sealed?
14          MR. LAVER: Objection to form.
15      When?
16          THE WITNESS: Yeah. When?
17  BY MR. LIGHTMAN:
18  Q   You picked the test kits up. When you went to
19  check them out on January 24th when --
20          MR. LAVER: There we go.
21          MR. HEALEY: You mean February 4?
22          MR. LIGHTMAN: No.
23  BY MR. LIGHTMAN:
24  Q   Back on January 24th, when Levon and Zadik

Page 132

1   took you to the truck and you opened up test kits,
2   they were sealed test kits. You had to cut a
3   plastic thing to open the boxes; right?
4   A   Which boxes are you talking about?
5   Q   Every time I took an I-COVID test I had to
6   un -- the boxes were sealed. They weren't opened
7   unless you broke a plastic seal on each end.
8          MR. LAVER: Gary, they are boxes
9      inside boxes.
10         THE WITNESS: I never said that I
11     opened those orange and white boxes.
12  BY MR. LIGHTMAN:
13  Q   Oh, okay. So you just saw the orange and
14  white boxes?
15  A   I open the box and there are boxes.
16  Q   So you never opened the boxes; right?
17  A   Each box itself.
18  Q   Yeah.
19  A   No.
20  Q   Did you open one box of -- one orange and
21  white box to see what was in it?
22  A   No.
23  Q   So the first time you did that was on either
24  late February, as you told Dan and I, or March 4th

Page 133

1   as you testified to today, that's the first time
2   you actually opened up one of these orange and
3   white boxes and discovered rice instead of a test
4   kit; right?
5   A   In March.
6   Q   March 4th?
7   A   4 or 5, I don't remember the date.
8   Q   But that's when you opened up one of these
9   orange and white boxes and found rice instead of
10  the test kits?
11  A   Not orange and white boxes. The big cartons
12  of boxes now did not contain any more boxes of
13  COVID tests. It contained one bag of rice in each.
14  Q   So there weren't individual boxes?
15  A   Yeah. There were like 365 boxes. Each one
16  had one bag of rice of 20 pounds.
17         MR. HEALEY: You mean a big box like
18     shown in the truck was full of rice?
19         THE WITNESS: Exactly. Not full of
20     rice. There was a plastic bag in each --
21     each box -- each those boxes that you see in
22     the picture here is about this big about this
23     tall about this wide. When you open it up,
24     there is one bag of rice in each one.

34 (Pages 130 to 133)

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)              Deposition of Gary Weiss              February 16, 2024

Page 134

1  BY MR. LIGHTMAN:
2  Q    And did you ever get your hands on any test
3  kits after that time?
4  A    After which time?
5  Q    March 4 or 5th, when you said you discovered
6  that they had turned to rice?
7  A    I never -- I never put my hand on --
8  Q    Any boxes of test kits; right?
9  A    No.
10          MR. LIGHTMAN:  Do you have anything
11  to ask on this subject before I end?
12          MR. LAVER:  I do.
13          MR. LIGHTMAN:  Do you want to ask
14  some questions then?
15          MR. LAVER:  Please.  Thank you.
16      Before the test kit transaction that
17  we are talking about today, how many deals did
18  you complete with Sam Gross?
19          MR. LIGHTMAN:  Regarding test kits?
20          MR. LAVER:  Anything?
21          THE WITNESS:  Okay.  So I remember
22  the first deal.  Can I tell you?
23          MR. LAVER:  Sure.
24          THE WITNESS:  The first deal was in

Page 135

1  the diamond exchange at 578 5th Avenue where
2  I used to have a store.  That was the first
3  deal when I met Sam Gross, that was the year
4  between 2000 and 2001, 2002.  I don't
5  remember the year.  But the first time I
6  bought from him was a package of diamonds of
7  about $20,000.  And thereafter, he would come
8  like every day, every other day and show me
9  merchandise.  I would buy from him once a
10  week at least.
11          MR. LAVER:  So dozens and dozens of
12  deals over the years?
13          THE WITNESS:  Many.
14          MR. LAVER:  Okay.  Okay.  Were all
15  of those deals exclusively in the jewelry
16  industry?
17          THE WITNESS:  Correct.
18          MR. LAVER:  Can you describe Zadik
19  for us?  What's he look like?
20          THE WITNESS:  Zadik is like skinny
21  guy.  I would say 55 to 60.
22          MR. LAVER:  Does he have an accent?
23          THE WITNESS:  No, not really.  I
24  know that he's Turkish, but there is no

Page 136

1  accent because I know him like close to 30
2  years, so there is no accent really.
3          MR. LAVER:  How about the other guy?
4          THE WITNESS:  Levon.
5          MR. LAVER:  Levon.  Thank you.
6          THE WITNESS:  Levon is a little bit
7  shorter.  I wouldn't say skinny.  Also, about
8  60 something and I don't know what else to
9  tell about him.
10          MR. LAVER:  That's fine.
11          THE WITNESS:  I don't have a
12  picture, so I don't know.
13          MR. LAVER:  But it's your testimony
14  that they provided to you valid COVID test
15  kits?
16          THE WITNESS:  Correct.
17          MR. LAVER:  Sometime during the time
18  when those test kits were being stored in the
19  storage warehouse those test kits went
20  missing?
21          THE WITNESS:  Yes.
22          MR. LAVER:  Okay.  Zadik and Levon
23  are in the jewelry business as well?
24          THE WITNESS:  They used to be both

Page 137

1  together.  They shared -- they shared an
2  office, a place of work, like they were like
3  three, four guys there.  One was a jeweler,
4  one was a sitter, one was a polisher and they
5  used to work there also making jewelry.  And
6  they used to be -- sometimes that I do
7  business with give them some jewelry to make
8  up.  I would buy the components of making a
9  ring, for example, the casting, then the
10  diamonds and then I have to give the metal to
11  be polished, cleaned before putting the gems
12  in and then polishing, so it takes several
13  people to make it up, and they were doing
14  that.  They were some of the people that I
15  use at the time when I had the store in the
16  diamond exchange.
17          MR. LAVER:  Did Levon and Zadik know
18  that you had stored the COVID test kits at
19  the warehouse?
20          THE WITNESS:  I don't believe so.
21          MR. LAVER:  Who knew that the test
22  kits were being stored there?
23          THE WITNESS:  Well, obviously, me.
24          MR. LAVER:  Yep.

35 (Pages 134 to 137)

Page 138

1    THE WITNESS:  And I think that Sam,
2 Mr. Mumfred. I don't know who else would be.
3        **MR. LAVER:**  Okay.
4        THE WITNESS:  Maybe the people
5 working the deliveries part, you know, but I
6 don't remember any other people.  This is the
7 only people -- I thought about this question
8 many times.
9        So it's basically the people that
10 picked it up, me, Sam, Manfred. I had a crazy
11 thought that Mr. Scully also knew about it,
12 that he knew that it's stored someplace. At
13 least maybe not in the beginning, but maybe
14 on. So this is the people that I think that.
15 BY MR. LIGHTMAN:
16 Q   Why do you think Scully knew? Why do you have
17 this crazy thought?
18 **A   You know, I was trying to figure out really**
19 **what happened.  Until today, I do not -- I do not**
20 **at this moment yet. And I was trying to figure out**
21 **who knew and who might have been able to do that**
22 **and there is a little group of people.**
23 Q   Why did you say you have a crazy thought about
24 Dan Scully now?

Page 139

1 **A   So you want the particular theory?**
2 Q   Tell me why.
3 **A   Because he knew that it's in a warehouse.**
4 Q   Did he know it was at Available Moving and
5 Storage?
6 **A   Yeah.  Yeah.  Yeah.**
7 Q   Did he know that before March 4th?
8 **A   Because Scully got the info that it's going to**
9 **the warehouse and he knew that it's going on a**
10 **carrier and he knew the name.**
11        **MR. LAVER:** Let me just finish real
12 quick.
13        THE WITNESS:  So I'm sorry.
14        **MR. LAVER:**  You are doing fine.
15 Thank you. And thanks for allowing me just
16 to --
17        THE WITNESS:  I do not suspect
18 Mr. Scully. Don't misunderstand me. I'm
19 just saying who is --
20        **MR. LIGHTMAN:**  The universe of
21 people.
22        THE WITNESS:  Who are the people.
23 So okay. I'm sorry.
24        **MR. LAVER:**  You are doing fine. Who

Page 140

1 loaded the box, the boxes from the warehouse
2 into the truck that you had.
3        THE WITNESS:  Three people that I
4 brought in the same manner.  The truck picked
5 up. It was raining so they just about
6 touched each other.  And Available Movers had
7 like two, three people also and I had three
8 people.
9        **MR. LAVER:**  Did you lift any boxes?
10        THE WITNESS:  No. I was standing on
11 the side.
12        **MR. LAVER:**  You supervised.
13        THE WITNESS:  Under a little awning.
14 It was raining like cats and dogs. I
15 remember that day very well. And they
16 absolutely touched trucks back-to-back and
17 they transferred everything to my truck.
18        **MR. LAVER:**  Box by box by hand.
19        THE WITNESS:  Yeah. Yeah.
20        **MR. LAVER:**  Box by box by hand you
21 said? Yes.
22        THE WITNESS:  Yes.
23        **MR. LAVER:**  But you were able to
24 visually inspect these boxes; correct?

Page 141

1        THE WITNESS:  At what point?
2        **MR. LAVER:**  On March 4th, when you
3 were --
4        THE WITNESS:  March 4th. They came
5 with the truck. I came. They came. Right.
6 It was in their warehouse in the big hub.
7        **MR. LAVER:**  You laid eyes on the
8 boxes when they were in --
9        THE WITNESS:  Right. When they came
10 --
11        **MR. LAVER:**  Just hear me out. Prior
12 to swapping the boxes on to the truck that
13 you brought that day, did you visually
14 inspect the boxes?
15        THE WITNESS:  No.
16        **MR. LAVER:**  You didn't see them at
17 all?
18        THE WITNESS:  I saw the boxes. I
19 did not open the boxes.
20        **MR. LAVER:**  That's what I'm saying.
21 You saw the outside of the boxes.
22        THE WITNESS:  Exactly.
23        **MR. LAVER:**  To the best of your
24 understanding, those were the same boxes that

Page 142

1   you brought.
2        THE WITNESS:  Looked to be the same.
3        MR. LAVER:  They did?
4        THE WITNESS:  Yeah.
5        MR. LAVER:  Did they look
6   undisturbed?  Unopened?
7        THE WITNESS:  I didn't observe
8   anything special really.
9        MR. LAVER:  Okay.  Okay.  That's all
10  I have for you.
11       MR. LIGHTMAN:  Let me just finish
12  this one.
13  BY MR. LIGHTMAN:
14  Q   You said you called Sam.  Did you tell Sam, my
15  boxes that I had to deliver to your customers are
16  now rice?
17  A   Yes.
18  Q   What did he say?
19  A   I don't remember what he said.
20  Q   Did he tell you, go make a police report?
21  A   I don't remember what I spoke to him on that
22  regard.
23  Q   Did you make my --
24  A   Sam -- Sam, for me at that moment was a person

Page 143

1   with a question mark.
2   Q   Why?
3   A   So I knew somebody did it.  I knew I didn't do
4   it, so everybody now becomes a mystery and a
5   suspect.  What should I do now?  So that -- the
6   same thing -- the same thing past my mind with Sam.
7        MR. HEALEY:  I have one question.
8        THE WITNESS:  Yes, sir.
9        MR. HEALEY:  When you had the boxes
10  delivered to the warehouse, did you get like
11  any kind of document showing like a receipt
12  like -- I don't know.  I just brought my dry
13  cleaning this morning and they gave me a tag.
14  I'm not trying to be facetious.  Something to
15  indicate that you brought them in and they
16  were being stored there?
17       THE WITNESS:  So, if you remember
18  what I said, Available Movers came, backed up
19  to my truck on the pickup day on
20  February 7th about 9:00, 10:00.  They backed
21  up.  They picked it up.  My truck was empty.
22  My driver's going away.  He finished.  He was
23  waiting all night.
24       MR. HEALEY:  Okay.

Page 144

1        THE WITNESS:  And the people are
2   closing the truck, Available Movers, I'm
3   still with my -- waiting there and I see them
4   driving away.  I'm going into my truck.  I
5   put on the radio.  I'm looking.  I'm waiting.
6   The truck is there not moving from the end of
7   the street.  I thought in the beginning it is
8   a stop sign, but that stop sign is going on
9   for five minutes.  I came to the guy and ask
10  que pasa.  That's exactly what I ask him
11  because they were speaking Spanish.  And he
12  said, I need a bill of lading.  I cannot
13  continue without a bill of lading.
14       MR. HEALEY:  I understand that.  I
15  know what you said.  What I'm saying is you
16  eventually testified that they brought the
17  boxes to their hub or to their storage --
18       THE WITNESS:  One second.  At this
19  point we are waiting for Sam to produce a
20  bill of lading.  Right.  After an hour the
21  driving is telling me, I spoke to my office.
22  I cannot wait here any longer.  When you have
23  the bill of lading, you send it to my boss.
24  He use the word my boss.  I told Sam, you

Page 145

1   have to send it to Available Movers because
2   if not, they cannot continue.  They need this
3   document that is called.  He said, okay.
4   I'll give it to them.
5        MR. HEALEY:  They can't continue to
6   deliver.  They can't deliver the products
7   without --
8   BY MR. LIGHTMAN:
9   Q   But his question was -- first of all, you said
10  it was your truck.  It wasn't your truck.  It was
11  Levon and Zadik's truck; right?
12  A   No.  Now it's my truck.  It's my truck.  They
13  left.  It's a sort of speech.  The truck that I
14  came with.
15  Q   So the truck that Levon and Zadik brought you
16  the stuff --
17  A   Exactly.
18  Q   -- the driver is still there and he left?
19  A   Exactly.  My truck.  Not Available Movers'
20  truck.
21  Q   When Available Movers got all the stuff on the
22  truck his question was, why didn't you get any
23  documents from them that says, I now have your
24  365,000 boxes of I-kits?  Why didn't you get a

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 39 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)              Deposition of Gary Weiss              February 16, 2024

Page 146

1  document?
2  A   I don't know if that guy didn't give me a
3  piece of paper or whatever.  I don't have it.
4  Q   I request that you produce that?
5  A   No.  I can tell you right now, I don't have
6  that.
7  Q   So you don't have it.  You don't have in your
8  possession a document from Available Movers that
9  says, we have taken 365,790 boxes of I-test kits
10  from Gary Weiss A. Solar Diamond; correct?  You
11  don't have the document?
12  A   I don't have the document, but we have
13  e-mails, correspondence with Available Movers
14  acknowledging that they picked up and he has it and
15  bla bla bla.  So I have a lot of e-mails.
16  Q   You got in your bag here?
17  A   I got it.
18  Q   Why don't we take a break, order lunch and
19  let's look -- you were asked to produce documents
20  today.  You brought a bag of documents.
21  A   Maybe it's here.
22  Q   We will look through the documents.
23        MR. LAVER:  Before we break, I just
24  want to clarify, and put a request on the

Page 147

1  record, too, please, that you provide us with
2  the last name of Levon and Zadik.
3        THE WITNESS:  It won't happen.
4  BY MR. LIGHTMAN:
5  Q   Why?
6  A   Because I don't know.
7  Q   How would you get in touch with them?
8  A   What do you mean how do I get?
9  Q   Today, if we wanted to get in touch with
10  them --
11  A   I can't.  I tried to.  Did you see on my phone
12  trying to call them?
13  Q   You call this phone number and they don't
14  answer?
15  A   I don't even know if it's the phone number.
16  Q   Other than the phone number that you have for
17  them in your phone is a number that matches this
18  number on the --
19  A   Exactly.
20  Q   Other than calling that and hoping they call
21  you back, is your testimony today you have no way
22  of getting in touch with them?
23  A   No way.
24        MR. LIGHTMAN:  Let's take a little

Page 148

1  lunch break here.
2        THE WITNESS:  We tried to get in
3  touch with them.  I try the same that you
4  tried.  I tried.
5        MR. LAVER:  We are off the record.
6              - - -
7    (Off the record from 12:27 until 12:37 p.m.)
8              - - -
9  BY MR. LIGHTMAN:
10  Q   I want to go back to this picture.
11  A   I found those pictures.
12  Q   Let me see them?
13        MR. LIGHTMAN:  We have asked him to
14  find the pictures of the compromising
15  pictures of Daphna and you are showing me --
16  BY MR. LIGHTMAN:
17  Q   What's the date of the picture?
18  A   Okay.  You'll have my phone.  Don't worry.
19  Okay.  This is Daphna.  I never met, but this is
20  her picture.  This is not one of the gems that I
21  gave but --
22        MR. LAVER:  How do you know?
23        THE WITNESS:  Because I don't know
24  this gem.

Page 149

1        MR. LIGHTMAN:  Hold on.  Let me take
2  a picture of that.
3  BY MR. LIGHTMAN:
4  Q   So the next picture.  That was the picture
5  that Sam Gross texted to you?
6  A   This is all from Sam.  Okay.  You can --
7        MR. HEALEY:  Is that pictures or is
8  that a screen shot?
9        THE WITNESS:  I don't know.  This is
10  my phone here.
11        MR. HEALEY:  What I'm saying is, did
12  he send you pictures or --
13        THE WITNESS:  He send me this
14  pictures.
15        MR. HEALEY:  But when it says, plus
16  11, is it 11 pictures or he just sent you --
17  there is more pictures.
18  BY MR. LIGHTMAN:
19  Q   Click on that 11.  Just click and hold it.
20  Now hold it.  You will have to print them out.
21  There is at least --
22        MR. HEALEY:  Wait one second.
23  BY MR. LIGHTMAN:
24  Q   You will print all this out and send it to us?

38 (Pages 146 to 149)

Page 150

1   **A   I open them already before so I know.**
2   Q   You will print all of them out and send them
3   to us.  So let's go back to this --
4            **MR. HEALEY:**  One more thing, was
5       that September 22, 2023 date, is that the
6       date they were sent to you?
7            THE WITNESS:  They were sent to me.
8            **MR. HEALEY:**  So you don't know when
9       they were taken?
10           THE WITNESS:  No.
11  BY MR. LIGHTMAN:
12  Q   Go back to this picture.  What does this
13  picture show?  This Manfred Exhibit-16?  It shows
14  your black SUV on the right.
15  **A   This is what exhibit you say?**
16  Q   Manfred Exhibit-16, this is marked as
17  Deposition-16 in Sternberg's deposition.
18  **A   Oh, okay.  Who gave it to you, if I may ask?**
19  Q   That's a good question.
20           **MR. HEALEY:**  It wasn't me.
21  BY MR. LIGHTMAN:
22  Q   You produced it?
23  **A   I have three, four more pictures.**
24  Q   What is this a picture of?

Page 151

1   **A   That's I'm waiting for Available Movers.**
2   Q   So this is what you bought from Levon and
3   Zadik; right?
4   **A   Yes.**
5   Q   Is this all the merchandise you bought from
6   them?
7   **A   Yeah.**
8   Q   Why is the -- why did you put a jacket over
9   the license plate?
10  **A   I don't know.  I just put it there.  I don't**
11  **know if it was a license plate there.**
12  Q   Well, if there is no license plate anywhere
13  else.
14  **A   Nowhere.  I don't think there was a license**
15  **plate.**
16  Q   So this is the truck that Levon and Zadik
17  delivered to you and you are saying this is a
18  picture of 365,790 boxes of test kits?
19  **A   Correct.**
20  Q   When you picked them up from -- well, how were
21  these packaged?  They are in Home Depot boxes.
22  They are not in I-Health Kit boxes.  Why are they
23  in Home Depot boxes?
24  **A   I don't know.  Don't ask me.**

Page 152

1   Q   I thought off the record you told us they put
2   them in a thousand box lots?
3   **A   Yes.**
4   Q   Explain to me what you meant by that.
5   **A   A thousand kits.**
6   Q   Right.
7   **A   Per box?**
8   Q   Per box.  And how many boxes?  So you would
9   have had 355 boxes of kits; right?
10  **A   Yes.**
11  Q   And when you opened each box, you said there
12  was an 18 pound -- a bag when you got them out from
13  Available Movers and Storage and opened the box,
14  instead of being a thousand test kits in there,
15  there was a bag of rice?
16  **A   Correct.**
17  Q   And the bag of rice weighed about 18 pounds,
18  you said?
19  **A   No.  It was marked 20.**
20  Q   So it was --
21  **A   I think.**
22  Q   -- a 20-pound bag of rice in each of these 365
23  boxes?
24  **A   Yeah.**

Page 153

1   Q   And your testimony is you took all of these
2   bags of rice and fit them in the back of this black
3   SUV shown in this picture?
4   **A   No.  I put over 200 or 250 and I ask them to**
5   **drop it in front of the school where they**
6   **distribute the food to put it right there.**
7   Q   So how many --
8   **A   Two blocks away from there.**
9   Q   I would like to show you what's been marked as
10  Sternberg Deposition-15.  This was marked as
11  Manfred Sternberg Deposition-15.  Do you recognize
12  this as an e-mail exchange between you and Manfred?
13  **A   I'm not sure I have WiFi.  That's why it**
14  **doesn't offer.**
15  Q   We'll come back to that.  Let's look at
16  Manfred Sternberg-15.  This is an e-mail exchange
17  between you and Manfred regarding a declaration he
18  wanted you to sign.  Do you recognize that?
19  **A   Yes.**
20  Q   At the very bottom on April 4 you write to
21  him, okay.  I did pay for the merchandise with
22  diamonds and jewelry.  Do you see that?
23  **A   Let me get -- this is small field for**
24  **anything.  Let me get a bigger feel.  No.  No.  I**

39 (Pages 150 to 153)

Page 154

1 have another glass, you know. This has a small
2 field. This is bigger field.
3 Q   Look at the very bottom e-mail from you to
4 Manfred dated April 4th?
5 A   Okay. I did pay for the merchandise with
6 diamonds and jewelry.
7 Q   They did switch the merchandise in that
8 morning of the pickup of the boxes; right?
9 A   Yes. That's what I wrote.
10 Q   So you told Manfred and -- you told Manfred in
11 your e-mail April 4th that they did switch the
12 merchandise in the morning of the pickup of the
13 boxes; correct?
14 A   That's probably what I told, but -- I was not
15 sure.
16 Q   The "they" was American -- Available Moving
17 and Storage; right?  The "they," when you say they
18 did switch the merchandise, you are referring to
19 Available Moving and Storage?
20 A   That's what I think.
21 Q   But you never went back to Available Moving
22 and Storage and confronted them?
23 A   No.
24 Q   Why?

Page 155

1 A   I didn't think they could answer me anything.
2 Q   Well, what you wrote --
3 A   Nor did I want to give them a clue at this
4 point.
5 Q   You never went back and questioned them, did
6 you?
7 A   Questioned who?
8 Q   You never went back to them and said, hey, you
9 switched my merchandise?
10 A   I don't know if they switch.
11 Q   But why did you write to Manfred, they did
12 switch the merchandise?
13 A   Yeah.
14 Q   So, if you told Manfred --
15 A   Who is they?  Who is they?  Who is they?
16 Q   They did switch the merchandise when I went?
17 A   Who is "they"?
18 Q   They did switch the merchandise in that
19 morning of the pickup of the box?
20 A   They.
21 Q   Who is "they"?
22 A   Somebody there in the warehouse.
23 Q   So you thought somebody from Available Moving
24 and Storage switched the merchandise?

Page 156

1 A   No. Somebody in the warehouse, not they. I
2 never -- until today I don't have any judgment
3 about Available Movers. Okay.
4 Q   You didn't tell the Court that's what happened
5 to the merchandise; right?  In the case -- in this
6 case you didn't tell the Court, I picked up the
7 merchandise from Available Movers. I got to New
8 Jersey and someone switched it to rice, did you?
9 A   When was I in the court?
10 Q   Did you tell the Court the same story that you
11 are telling --
12 A   When was I in the court?  Please?  What date
13 are you talking about?
14 Q   Let me rephrase the question.
15 A   Okay. Good. Thank you.
16 Q   Did you at any time represent to the Court,
17 did you or your attorney represent to the Court
18 that when I -- after I picked up the merchandise
19 from Available Moving and Storage and got back to
20 New Jersey, I discovered that my kits had been
21 switched to rice?
22 A   I would have to check all the --
23 Q   What's your recollection?
24 A   I don't remember. I have to go back in to the

Page 157

1 papers with all the filings --
2 Q   I'm going to short circuit this.
3 A   Yeah. Yeah. That's okay.
4     MR. LIGHTMAN:  Mark this as
5 Deposition Exhibit-7 is what we're up to?
6     THE WITNESS:  We are not in the
7 trial yet. Just to remind you, Mr. Lightman,
8 the story will come out of the court. Don't
9 push it. Slowly we will get there. We will
10 get there. I understand you. You are okay.
11 As though I have to be telling the Court
12 anything there comes the trial, we will
13 discuss it. Okay.
14 BY MR. LIGHTMAN:
15 Q   No. We will discuss it now.
16 A   We will discuss it also now. We have
17 discussed it already.
18     MR. HEALEY:  Mr. Weiss, I know I'm
19 not your attorney, but this is the
20 equivalent -- you took an oath. This is the
21 equivalent of a court proceeding, so you do
22 have to tell him the truth.
23     THE WITNESS:  And I am doing that.
24     MR. HEALEY:  I understand, but you

40 (Pages 154 to 157)

Page 158

1  seem to think that -- I know you don't have
2  to tell us now.  You do.
3      THE WITNESS:  No.  No.  I am telling
4  you now.
5      MR. HEALEY:  No.  I understand, but
6  it's not like --
7      THE WITNESS:  With all my respect to
8  you, I am doing the opposite.  I am telling
9  everything now.  Okay.
10     MR. HEALEY:  I understand.  I'm just
11  letting you know that's the rules, the way
12  you are saying it is that it will come out at
13  trial.  He's asking you now.
14     THE WITNESS:  He means in court.  I
15  was not in trial yet.  There is nothing --
16     MR. LIGHTMAN:  Both of you stop.
17  Stop.  Please let's proceed.
18         (Twenty-one-page photocopy, front and
19         back, of answer to first amended complaint
20         marked GW-7, for identification.)
21  BY MR. LIGHTMAN:
22  Q    Let me show you a document labeled GW-7.  I
23  will represent to you that this is the answer to
24  the first amended complaint and the first line

Page 159

1  says, Gary Weiss, and A. Solar, LLC, answering
2  defendants or Weiss defendants through their
3  attorneys hereby filed this answer to plaintiff's
4  first amended complaint.
5      Do you see that?
6  A    I'm reading it.  Sure.
7  Q    You already testified that when your attorney
8  was filing pleadings she would send you the
9  document.  You'd look it over.  If there was any
10  corrections to be made, you'd correct it and,
11  otherwise, you would tell her, go ahead and file
12  it; right?
13  A    Yeah.
14  Q    Now, if you look at the first page of this --
15  I'm sorry.  If you go to page 25 of 42 of this
16  pleading --
17  A    You want me to go where?
18  Q    Page 25 at the top see where it says 25 of 42?
19  It starts at, facts supporting affirmative defenses
20  and counterclaims paragraph 168.  Go to 168.  I'm
21  sorry.  Before we do that, go to page 32 of 42.
22  Here.  Give me this.  I'll make it easy for you.
23  On page 32 of 42 of this proceeding of this
24  document which bears ECF document 105 filed

Page 160

1  September 12, there is a verification here; right,
2  Mr. Weiss?
3  A    Okay.
4  Q    And that's your signature; right?
5  A    It says, I true to the best of my personal
6  knowledge.
7  Q    And it says -- that's your signature; right?
8  A    And that's my signature.
9  Q    To the right of the date where it says,
10  9/12/2023; right?
11  A    I think it's correct.
12  Q    And it says, you're verifying on behalf of
13  yourself and A. Solar, LLC.  How can you verify
14  something on behalf of A. Solar, LLC when that does
15  not exist?
16  A    Because that's how it's addressed.
17  Q    But you didn't --
18  A    No.  No.  No.  No.  No.  This is how it's
19  addressed.  Then I answer on the address.  I'm not
20  verifying that it exists.  The opposite.  Through
21  my lawyer, we denied that this entity is in
22  business about the COVID tests.
23  Q    You didn't say, but it's not in business in
24  the COVID test.  You never formed A. Solar, LLC;

Page 161

1  correct?
2  A    I never did.
3  Q    But you verify here, Gary Weiss on behalf of
4  myself at A. Solar, LLC; right?
5  A    It's addressed to A. Solar, so here I'm
6  addressing this complaint and to reference to what
7  I am doing.  Not confirming this particular
8  company.
9  Q    Okay.  But you say Gary Weiss verified that
10  the statements made in the foregoing answer to
11  plaintiff's amended complaint affirmative defenses
12  and cross-claims are true; right?
13  A    To the best of my personal knowledge.
14  Q    Right.  And you say I understand that this
15  verification is made subject to the penalties of 18
16  PACS Section 4904, relating to unsworn
17  falsification to authorities.  Do you see that?
18  A    I see.
19  Q    Let's now turn to page 25 of this verified
20  pleading where you say everything in here is true.
21  And there is a heading that says, facts supporting
22  affirmative defenses and cross-claims.  Do you see
23  that?
24  A    Okay.

Page 162

1  Q   Paragraph 171 or -- excuse me.  On 169, you
2  write, in or around January 2022 the Weiss
3  defendants agreed to provide COVID-19 test kits to
4  the Gross/Sternberg defendants.  Do you see that?
5  169?
6  A   I'm reading.
7  Q   Is that correct?  Did I read it correctly,
8  sir?  In paragraph 169 you write --
9  A   I'm try to understand the paragraph.
10 Q   Quote, in or around January 2022 the Weiss
11 defendants agreed to provide COVID-19 test kits to
12 the Gross/Sternberg defendants, end quote.  Did I
13 read that correctly?
14 A   Yeah.
15 Q   And then you write in paragraph 171, at the
16 direction of the Gross and Sternberg defendants the
17 Weiss defendants were to make arrangements for the
18 test kits to be transported directly to the end
19 user; correct?  That's what you write in paragraph
20 171; correct?
21 A   At the direction of the Gross and Sternberg
22 defendants were to make arrangements for the test
23 kits to be transported directly to the end user.
24 Q   That's what you wrote?

Page 163

1  A   Which I did.
2  Q   You claim that's true; right?
3  A   I did, yeah.
4  Q   So the Sternberg defendants were part of the
5  direction that you received.  You received
6  direction from the Gross and Sternberg defendants;
7  correct?  That's what you wrote in here; right?
8  A   I didn't write it.
9  Q   That's what is written in here; correct?
10 A   That's what is written.
11 Q   And you verified as true; correct?
12 A   I may not have understood exactly what it is,
13 but I do not deny that this was how it's written
14 and I do not deny that I signed it.
15 Q   And then on paragraph 172 you write, on
16 February 7, 2022, the Weiss defendants provided
17 photograph evidence of the test kits on the
18 transport vehicle to the Gross and Sternberg
19 defendants.  Do you see that?
20 A   Correct.
21 Q   Would that be a reference to this picture
22 that's marked as Sternberg-16?
23 A   One of them, yes.
24 Q   So this is one of the pictures?

Page 164

1  A   Yes.
2  Q   You provided them with other photographic
3  evidence?
4  A   Yes.
5        MR. LIGHTMAN:  Mr. Laver, we haven't
6  received those pictures.  Please produce
7  them.  Mark that request.
8  BY MR. LIGHTMAN:
9  Q   Then you write, thereupon -- in number 173 you
10 wrote, thereafter on information and belief, the
11 Sternberg -- the Gross and Sternberg defendants
12 provided a partial payment for the test kits to the
13 Weiss defendants via electronic wire; correct?
14 A   Correct.
15 Q   That's referring to a wire that occurred on or
16 about February 7th; right?
17 A   That's what it says.
18 Q   What partial payment are you referring to?  Is
19 that the $219,000 deposit?  That was made
20 February 1st; right?
21 A   Okay.  Okay.  I don't want to get confused,
22 sir.  Let me think a little bit and you will get
23 exactly.
24 Q   I will even make it easy.

Page 165

1  A   I don't need it.  I don't need it.  Mr.
2  Lightman, I don't need it.
3  Q   We are going to make it easy.
4  A   You can produce it later when you want to
5  catch me.  Okay.  One second.  Let me go to the
6  payments.  I know it by heart.  219 was done on
7  February 1st.  Right.
8  Q   Right.
9  A   Now we are talking about February 7 that means
10 the balance, supposedly the balance.  However,
11 Zekaria did not send me the balance.  She sent only
12 1.2 million, so there is balance.  That's why it
13 says partial.
14 Q   I would like to show you -- stop right there.
15 I would like to show you what's been marked as
16 Sternberg Deposition Exhibit-22.  That's your
17 handwriting; correct?
18 A   Correct.
19 Q   That's a list of the payments that you claim
20 you received from Daphna Zekaria; correct?
21 A   Correct.
22 Q   Are these all the payments that Daphna Zekaria
23 made to you in connection with the test kits?
24 A   Yes, sir.

42 (Pages 162 to 165)

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                Deposition of Gary Weiss                February 16, 2024

Page 166

1  Q   These four payments.  February 1, February 7,
2  February 15, February 28; correct?
3  A   Yes, sir.
4  Q   She made no other wire transfers, other
5  payments other than these four payments; correct?
6  A   No.  No.
7  Q   No, that's correct?
8  A   No other payments.  Yes, it is correct.
9  Q   So the partial payment you are referring to in
10  paragraph 173 of your answer Gary Weiss-7, refers
11  to the $1,246,906 payment that Daphna wired to you
12  on February 7th; correct?
13  A   Correct.
14  Q   Then you write in paragraph 174, thereafter,
15  the transport vehicle left its location around
16  eleven o'clock a.m.; right?  174?
17  A   174.
18  Q   Right?  The transport vehicle left its
19  location at 11:00 a.m.  That's the place in the
20  park in Elizabeth, New Jersey where your people --
21  A   No.  No.  No.  Wait.  Wait.  Wait.  Please.
22  On -- on February 7th Available Movers are picking
23  up the merchandise.
24  Q   From the --

Page 167

1  A   No park.  No park here.
2  Q   Where is the street that they parked it?
3  A   Urbinovich Street.
4  Q   Spell that, please.
5  A   Oh, that's a tough one.
6  Q   O-r-b-i-n-o-v-i-c-h?
7  A   Starts with U.  U-R.
8  Q   Urbinovich Street.  We'll figure it out later.
9  The phonetic spelling is U-r-b-i-n-o-v-i-c-h,
10  Urbinovich?
11  A   Something like that, yes.
12  Q   So that's where Levon and Zadik delivered the
13  truck with the test kits to you?
14  A   No.  No.
15  Q   That's where you slept that night?
16  A   No.
17  Q   Where did they deliver the kits to you?
18  A   They delivered it -- they delivered it on
19  another street and we moved from there to this
20  street because of the space that --
21  Q   So they delivered it to you at the park and
22  then you moved it to Urbinovich Street?
23  A   We moved to Urbinovich where we can park and
24  another truck can come.

Page 168

1  Q   So it was on Urbinovich Street?
2  A   Urbinovich, yeah.
3  Q   And that was -- is this picture?
4  A   On Urbinovich Street.
5  Q   So Manfred Exhibit-17 is a picture of the
6  truck on Urbinovich Street?
7  A   On Urbinovich Street.
8  Q   And this is before this was loaded from the
9  truck that Levon and Zadik delivered to you on to
10  the Available Movers truck; right?
11  A   This is -- yes.  The merchandise that came
12  from Levon and Zadik.
13  Q   So this picture, Manfred Sternberg-16, is on
14  Urbanovich Street; right?
15  A   Right.
16  Q   And when you refer to the transport vehicle
17  left its location around 11:00 a.m.  It left this
18  location where the picture was taken; right?
19  A   Yeah.  But not with this truck.
20  Q   Right.  There was another truck that backed up
21  to it.  You loaded all the goods and you left
22  around 11:00 a.m.?
23  A   Right.
24  Q   Then you write, shortly after -- in 175,

Page 169

1  shortly after the transport vehicle left its
2  location the transport company advised that it
3  required a bill of lading in order to complete the
4  transfer?
5  A   Correct.
6  Q   That's Available Movers is the transport
7  company; right?
8  A   Correct.
9  Q   And they are telling you we need bills of
10  lading for each of these deliveries; right?
11  A   Correct.
12  Q   And then turn to the next page, 176, the
13  transport company requested from the Weiss
14  defendants a bill of lading for each destination;
15  correct?
16  A   Yes.
17  Q   So on February 7th you did not have any bill
18  of lading; correct?
19  A   No.
20  Q   And Available Movers didn't have any bill of
21  lading; correct?
22  A   Correct.
23  Q   And neither Sam Gross nor the Sternberg
24  defendants gave you a bill of lading; correct?

43 (Pages 166 to 169)

Page 170

1    A    Correct.
2    Q    You wrote, in 177, quote, the Weiss defendants
3    did not have the requests bill of lading, nor did
4    they have the requisite information to complete a
5    bill of lading, end quote; right?
6    A    Correct.
7    Q    And then you wrote, the Weiss defendants
8    accordingly requested a bill of lading from
9    third-party plaintiffs and the Sternberg
10   defendants; right?
11   A    Correct.
12   Q    And the third-party plaintiffs are Gross and
13   his company CHG; right?
14   A    Right.
15   Q    So number 179, as neither the Gross nor
16   Sternberg defendants provided a bill of lading the
17   transport company, Available Movers, transported
18   the test kits to its own storage facility to hold
19   them there until such time as a bill of lading
20   could be procured.  Do you see that?
21   A    Yes, sir.
22   Q    And then this is February 7th; right?
23   A    7.
24   Q    So then paragraph 180 you write, over the

Page 171

1    course of the next few weeks, the Weiss defendants
2    repeatedly requested bill of -- the bill of lading
3    and requisite details from the Gross and the
4    Sternberg defendants; right?
5    A    Correct.
6    Q    So you are making a request not only to Sam
7    Gross, but to Sternberg.  Give me a bill of lading;
8    correct?
9    A    That's his lawyer.
10   Q    So the answer is yes?
11   A    So both of them through Sam, yes.
12          MR. LAVER:  What was the last part
13       of what you just said?
14          THE WITNESS:  Through Sam.
15   BY MR. LIGHTMAN:
16   Q    You never spoke with Sam Sternberg directly?
17   A    No.
18   Q    Then why did you say Gross and Sternberg
19   defendants?
20   A    Because they are one.
21   Q    They are one.  Okay.
22   A    It's his lawyer.
23   Q    181, after approximately two weeks, so from
24   February 7th now it would be February 21st; right?

Page 172

1    A    I will make a correction.  They are one for me
2    in my eyes.
3    Q    I hear what you are saying.
4    A    Thank you.
5    Q    So after approximately two weeks, that's two
6    weeks from February 7th; right?
7    A    Correct, sir.
8    Q    So it would be approximately February 21st the
9    transport company notified the Weiss defendants
10   that the test kits needed to be treated as it would
11   no longer store them at its facility; correct?
12   A    Correct.
13   Q    I thought you said they agreed to store them
14   for like $350 a day?
15   A    Yeah.
16   Q    But here you are saying, Available Moving is
17   telling you they don't want to store them any
18   longer; right?
19   A    No.  They don't want any longer, no.
20   Q    So they didn't say, we'll keep them there for
21   $350 a day; right?
22   A    They said already before.
23   Q    But now they are telling you around
24   February 21st get them out of there; right?

Page 173

1    A    Yeah.  Get them out.
2    Q    182, you write in this verified answer, the
3    facts to support your defense, quote, still having
4    not received the bill of lading, the Weiss
5    defendants made arrangements to retrieve the test
6    kits from the transport facility, correct, in 182?
7    A    Correct.
8    Q    So that's when you went to the park and hired
9    these three guys and they got this --
10   A    No. No.
11   Q    What arrangements are you talking about?  I
12   made arrangements to retrieve them?
13   A    The arrangements were made in the beginning of
14   March.
15   Q    When it says, the Weiss defendants made
16   arrangements to retrieve the test kits from the
17   transport facility.  Do you see that?
18   A    Which part?
19   Q    182.
20   A    Okay.
21   Q    It says, you said you made arrangements to
22   retrieve the test kits; right?
23   A    I did.
24   Q    The arrangements you made were to go to the

44 (Pages 170 to 173)

---

Page 174

1  park, hire three movers, get a truck?
2  **A   No.**
3  Q   What arrangements did you make?
4  **A   No. You are on 182?**
5  Q   182 you said you made arrangements to retrieve
6  the test kits. What arrangements are you talking
7  about?
8  **A   Listen, still not receive the bill of lading,**
9  **the Weiss defendants made arrangements to retrieve.**
10 **They made the arrangements in the beginning of**
11 **March.**
12 Q   What arrangements? I didn't say when. You
13 said, we made arrangements. I want to know what
14 arrangements did you make?
15 **A   I have to go and pick up the boxes with the**
16 **COVID test kits.**
17 Q   Right. So that --
18 **A   From Available Movers.**
19 Q   So the arrangements you are talking about is
20 going to the park, getting three guys in a truck?
21 **A   Not in the park. I said, it's Elizabeth**
22 **Avenue. Please.**
23 Q   I apologize. The arrangements you are talking
24 about are you went to the street in Elizabeth where

---

Page 175

1  these --
2  **A   That was on March 4th.**
3  Q   Please. I'm not asking you when they made.
4  I'm asking you what arrangements. That's when you
5  went?
6  **A   That's the arrangement.**
7  Q   Hired the three people and one of them got a
8  truck for you; right?
9  **A   Right.**
10 Q   Then you write, 183, quote, upon arrival at
11 the transport facility -- that's when you went to
12 Available Movers; right? Right? Upon arrival at
13 the transport facility, that's when you got to --
14 arrive at Available Movers; right? That's what 183
15 starts out?
16 **A   Uh-hum. Yes.**
17 Q   So upon arrival at the transport facility,
18 meaning AMS, the Weiss defendants learned that the
19 test kits were no longer on the truck and they
20 could not be located; correct?
21 **A   Correct.**
22 Q   So in this pleading that you filed in court on
23 September 12th, verified subject to the penalties
24 for unsworn verification, you told -- represented

---

Page 176

1  to the Court, to me and my client, to Seth and his
2  client, that the test kits when you got there to
3  get them, were no longer on the truck; correct?
4  That's what this said; correct?
5  **A   It's a mistake.**
6  Q   That's what this says; correct?
7  **A   It is -- can be interpreted like this, but I**
8  **interpreted it wrong and did not correct the**
9  **lawyer's writing, but that's not what I meant.**
10 Q   What you wrote and what you submitted to the
11 Court was that when you got to Available Movers --
12 **A   Correct.**
13 Q   -- the defendants learned that -- please. You
14 didn't write, I took the test kits and they turned
15 to rice; right? Right?
16 **A   Made a mistake. I made a mistake.**
17 Q   You wrote, the Weiss defendants learned the
18 test kits were no longer on the truck. Do you see
19 that?
20 **A   Okay. Yes. Yes. Yes.**
21 Q   And then you wrote, upon learning of the
22 foregoing you -- quote. 184. Upon learning of --
23 upon learning the foregoing the Weiss defendants
24 offered to provide a full refund to the Gross

---

Page 177

1  defendants. Do you see that?
2  **A   Yes.**
3  Q   And then you write, a true and correct copy of
4  e-mailed correspondence dated March 1, 2022,
5  offering a refund is attached hereto and marked as
6  Exhibit-3. Do you see that?
7  **A   Yeah.**
8  Q   So you didn't go pick up the trucks on
9  March 4th, as you testified to earlier; right? You
10 did it before March 1st?
11 **A   No.**
12 Q   You say in 184 you offered -- you sent him
13 and -- when you learned that the trucks were no
14 longer there, according to this pleading --
15 **A   No. No. No.**
16 Q   Excuse me. I'll start over. According to the
17 pleading you filed in court, when you arrived at
18 the AMS facility and learned that the test kits
19 were no longer on the truck and couldn't be
20 located, that's -- upon learning that, you offered
21 to provide a full refund to the Gross defendants.
22 That's what you wrote in this pleading that you
23 verified and filed in the court; correct? That's
24 what you wrote in this pleading; right?

---

45 (Pages 174 to 177)

Page 178

1    A   Upon arrival.
2    Q   Upon arrival at the facility?
3    A   I did not check anything at the facility.
4    Q   You claimed earlier you took the test kits
5    away; right?
6    A   I took the boxes away.
7    Q   But here you didn't say that; right?  You
8    didn't say in this pleading --
9    A   It's not -- it's not expanded enough detail to
10   say that I took the boxes and then when I open them
11   up, which happened already in a different place,
12   and not at the hub, that's when I discovered.  So
13   here it has to be corrected to be in more details
14   where and what happened exactly.  So upon arrival
15   that day that I arrived, wherever it was that the
16   4th or the 5th of March, at that day on the
17   arrival, after I took the boxes and put them on the
18   truck that I brought and took them away and drove
19   it away back to Elizabeth, and then when I started
20   to examine the boxes, then I discovered that they
21   have rice in them.
22   Q   None of what you just said is put in this
23   document; right?  Correct?  Isn't it true, Mr.
24   Weiss?

Page 179

1    A   It's not here.
2    Q   It's not here?
3    A   Okay.
4    Q   Let's --
5    A   But that's what happened.
6    Q   Let's go through what you did say.  You claim
7    several times under oath that it was March 4 that
8    you went to pick up --
9    A   No.  I don't remember March 4th or 5th or 6th
10   but --
11   Q   Somewhere after March 1st?
12   A   After -- after March 4th.
13   Q   On or after March 4th is when you say you went
14   to AMS?
15   A   After March 4th, but it can be a few days
16   after that.  I just remember.
17   Q   It is not earlier than March 4th; right?
18   A   No.
19   Q   No, that's correct?  That's correct; right?
20   It's not earlier than March 4th; correct?
21   A   I think so.  I'm not sure.
22   Q   If you went on March 4th or 5th or 6th to get
23   the vehicles, how could you offer a refund to the
24   Gross defendants on March 1st?

Page 180

1    A   Where is March 1st I see offer them.
2    Q   Paragraph 184.  That's what it says, right, on
3    March 1st?
4    A   Maybe there is some mistakes here.  Let's find
5    out.  Where is March 1st?
6    Q   Look at Exhibit-3?
7    A   Where is it?
8    Q   Exhibit-3, turn to the next page.
9    A   Okay.  Okay.
10   Q   On March 1, you write, if you like a refund,
11   you have no questions asked.  Do you see that?
12   A   Okay.
13   Q   And you underlined the word refund in green?
14   A   Yeah.
15   Q   Right?
16   A   Yeah.
17   Q   So on March 1 you were offering a refund?
18   A   Right.
19   Q   So go back to paragraph 184.
20   A   Let me read.  Of course.  As I said many times
21   before, if you like a refund, you have no questions
22   asked.
23   Q   That's what your March 1st e-mail to Manfred
24   and Sam says; right?

Page 181

1    A   Right.
2    Q   But go back to -- go back to --
3    A   Right.  So I read it.
4    Q   184.  Excuse me.  184 says, after you learned
5    that the test kits were no longer on the truck and
6    could not be located, upon learning that, then you
7    offered to provide a full refund to the Gross
8    defendants, a true and correct copy of e-mail
9    correspondence dated March 1, 2022, offering a
10   refund is attached and marked as Exhibit-3; right?
11   A   Okay.
12   Q   Your pleading that you filed in the court --
13   A   No.  That's --
14   Q   Please let me finish my question.  When you
15   filed this pleading on September 12, you
16   represented to the Court and to the plaintiff and
17   to me and to Seth and his client and to Zekaria
18   and --
19           MR. HEALEY:  Maybe not.
20           MR. LIGHTMAN:  What?
21           MR. HEALEY:  Maybe not.  I don't
22      know.
23   BY MR. LIGHTMAN:
24   Q   I don't know if you are in or not.  But the

46 (Pages 178 to 181)

---

Page 182

1  people who are in a case, you represented to them
2  when you got to AMS the product couldn't be located
3  and upon learning that, that's when you offered a
4  refund and you attached your March 1st e-mail as
5  proof of that, right, according to this pleading
6  that you filed; right?
7  A   No. No.
8  Q   What?
9  A   No.
10  Q   Where it says that in this pleading; correct?
11  A   No, it doesn't.
12  Q   It says, you arrived -- 183, you arrived at
13  the transport facility, AMS; right?  It says, you
14  learned that test kits were no longer on the truck.
15  That's what this says; right?  Right, Mr. Weiss?
16  A   This is not what I meant.
17  Q   You can explain it --
18  A   No. No. No. No.  Of course.
19  Q   It says, you arrived at the AMS facility in
20  paragraph 183; right?  Upon arriving at the
21  transport center, it says, you learned the test
22  kits were no longer in the truck; correct?
23  A   It's the wrong --
24  Q   It says that; correct?

Page 183

1  A   Yes, it does.
2  Q   It says, they could not be located; correct?
3  A   Yes.
4  Q   It says, upon learning that, you offered a
5  full refund; correct?
6  A   Yes.
7  Q   It says, a copy of my correspondence dated
8  March 1 offering a refund is attached as Exhibit-3;
9  correct?
10  A   Correct.
11  Q   So how could you notify them on March 1st,
12  when you didn't -- by your own testimony you didn't
13  get there until March 4?
14  A   Okay.
15  Q   That's not possible, is it?
16  A   No.
17  Q   Let's go to the next page?
18  A   Absolutely not.
19  Q   Wait a minute.  Ready?
20  A   This is a mistake.
21  Q   There is mistake after mistake after mistake,
22  according to your testimony.  This version that you
23  filed in court verified is different than the
24  version you testified to; correct?

Page 184

1  A   Absolutely.
2  Q   So the version set forth in this pleading, 105
3  filed, September 12th is false; correct?
4  A   No, it's not.  It's a mistake.
5  Q   It's not true; correct?
6  A   It's a mistake.
7  Q   You could call it a mistake --
8  A   It's mistake.
9  Q   Mr. Weiss, what you wrote in here is not true;
10  right?
11  A   It's a mistake.
12  Q   Mr. Weiss, what you wrote in here is not true;
13  correct?
14  A   I did not read it, interpret it correctly and
15  put it in the right context of timing.
16  Q   So when you verified this --
17  A   It's mistake.
18  Q   -- when you executed -- excuse me.  Excuse me.
19  When you wrote at the end of this pleading, when
20  your verification you signed that says I, Gary
21  Weiss, hereby verify the statements made in the
22  foregoing answer, affirmative defense are true,
23  that is not correct, is it?  These statements that
24  you verified as true are not true?

Page 185

1  A   It's not correct.  This is not correct.
2  Q   It's not correct.  And let's continue.  Let's
3  continue.  Go back to 18 -- go back to the bottom
4  of 185.  After you said I want a refund in 185, you
5  wrote the Weiss defendants were notified by the
6  Gross defendants that they would not accept a
7  refund; right?
8  A   Right.
9  Q   Instead, if you go to 186, the Gross
10  defendants requested collateral from the Weiss
11  defendants; right?  Right?
12  A   186 says the Gross defendants requested
13  collateral from the Weiss defendants.
14  Q   And you say -- go down to 191, on or around
15  March 1 when it appeared that the test kits were
16  irretrievably lost.
17  A   Again, it's wrong date.
18  Q   Excuse me.  It says here, on or about March 1
19  when it appeared the test kits were irretrievably
20  lost; correct?  That's what it says; right?
21  A   That's what it says.
22  Q   And that's what you verified, so it was true
23  to the best of your knowledge subject to penalties;
24  right?

47 (Pages 182 to 185)

Page 186

1    **A   Correct.**
2    Q   And in here you are claiming now that the
3    March 1 date is a mistake -- it's not correct?
4    It's false?
5    **A   It's a mistake.**
6    Q   But it also says, it appeared the test kits
7    were irretrievably lost.  Is that a mistake as
8    well?
9    **A   It's a mistake.**
10   Q   That's not true, is it, what you wrote in
11   here; right?
12   **A   Well, I did not read it correctly when it**
13   **represented to me.**
14   Q   But you verified it as correct?
15   **A   No.  I did not verify it.**
16   Q   You verified that the statements made in the
17   foregoing are true and correct subject to penalties
18   for unsworn falsification?
19   **A   I said, to the best of my knowledge, I guess I**
20   **did not.  I am sure I did not read carefully the**
21   **wording to correct it.**
22   Q   So on version number one, what you wrote to
23   the Court and represented to us on September 12,
24   your story that you put in court was you got to the

Page 187

1    facility and the test kits were gone; right?
2    **A   No.**
3    Q   That's what you wrote in here; right?
4    **A   No.  It's not written correctly.**
5    Q   Stop.  Whether or not the dates correct --
6    whether or not that date is correct -- forget the
7    dates for a second, because it's inconsistent
8    there.  But the story that you put in this pleading
9    is I went to pick up the test kits and they were
10   gone.  That's what you wrote in here; right?
11   **A   Not at that -- I did not find out that it's at**
12   **the facility that it was lost.  I found out when I**
13   **took it away from there and took it to the park,**
14   **which I told you, and then I wanted to repack and**
15   **redivide to where it's going at.**
16   Q   That's the version you gave here this morning?
17   **A   That's the version I am giving you right now.**
18   **Yes.**
19   Q   But the version you gave in court on
20   September 12th was you did not even pick them up
21   because when you went to pick them up, they were --
22   the test kits were no longer in the truck and they
23   couldn't be located.  That's the version you said
24   in September; right?

Page 188

1    **A   It's not worded correctly.**
2    Q   That's the version you said in September?
3    **A   Okay.  It is.  It is.**
4    Q   And then you read it here, the version you
5    wrote in court is that on March 1 it appeared the
6    test kits were irretrievably lost; right?  That's
7    what you wrote?
8    **A   If that's what it says, I verbally did not**
9    **read it correctly.**
10   Q   And isn't it true nowhere in this pleading do
11   you mention the word rice?
12   **A   No.**
13          MR. LIGHTMAN:  It's a good time for
14   a break.  Let's break for lunch.
15                - - -
16       (Recess taken from 1:19 until 1:51 p.m.)
17                - - -
18   BY MR. LIGHTMAN:
19   Q   So let's go back to look at this document
20   right here.  Sternberg-22.  That's a list that you
21   prepared and sent me that shows the four payments
22   you got there; right?
23   **A   Correct.**
24   Q   I'd like to show you a series of three

Page 189

1    documents.  This is Sternberg-17 and 17A.  That's
2    17.  Here is 17A.  You have 17A; right?
3    **A   This is 17.**
4    Q   Right.  Here is 17A.  And then a new page I'm
5    going to call this -- label this Gary Weiss -- I
6    want you to label this 17B.
7          (One-page list of wire transfers
8       marked GW-17B, for identification.)
9    BY MR. LIGHTMAN:
10   Q   So on 17, the first line on 17 is The Safety
11   House on January 21, 2022, made a wire $1,965,600
12   to Manfred.
13   **A   Seventeen.**
14   Q   Seventeen we're looking at.  So see the first
15   line on there?
16   **A   I see it.**
17   Q   The price that you charge on your --
18   **A   $6.**
19   Q   $6.  If you look at that invoice you sent them
20   January 26th?
21   **A   $6.**
22   Q   So, if you take -- they charged my client
23   $1,965,600 because that was $13 a kit?
24   **A   I see it.**

Page 190

1  Q   Times 151,000.  If you take the price that you
2  charged Sam and CHG, that was $6 a kit, so it's a
3  total of 907,200; right?
4  A   Okay.
5  Q   So from the 1965 that my client wired in to
6  Manfred he paid you out 900 -- you charged them
7  907, so the balance kept, I know that Mr. Laver
8  disputes that's Manfred's and Sam's product, but
9  they retained 1,058,400?
10  A   I didn't get this 900,000.
11  Q   I know that.  Well, we will talk about that.
12  A   Okay.
13  Q   Let's talk about your wires.  Okay.  See where
14  it says MS total wires out at the bottom of 17.  MS
15  total wires out.  MS total wires out.  Do you see
16  that?
17  A   Yes.
18  Q   On February 1st you were wired 219,240; right?
19  A   Correct.
20  Q   So I'm going to put a check mark next to that.
21  On February 4th there was $1,911,960.  Are you
22  aware of that wire?
23  A   I know how much I got.
24  Q   So, if you go back to this page, this what you

Page 191

1  got on February 4th and February 7th you only got
2  $1,246,960; right?
3  A   Correct.
4  Q   So I'm going to put on -- so that's -- then,
5  if you take -- if you look at your Sternberg-22 you
6  wrote there should be 1,911,960.  Do you see that?
7  And if you turn to --
8  A   Yeah.  Yeah.
9  Q   What's been marked as Sternberg-19, this is a
10  record from Sternberg's escrow account that shows
11  on February 4th he wired $1,911,960 to Sokolski's
12  escrow account.  Do you see that?  These are from
13  Manfred's records?
14  A   Yes.
15  Q   So I'm going to take this 1,911,000 put a
16  check mark next to that because that number has
17  been verified; correct?
18  A   What do you mean been verified?
19  Q   From Sternberg's escrow records it shows he
20  wired $1,911,960, but your records 22 shows she
21  only gave you from that 1,246,960?
22  A   Right.
23  Q   Then the next wire from Sternberg's records
24  show 250,000 that he wired to Sokolski's escrow

Page 192

1  account on February 15.  Do you see that?  Now, on
2  this page on Sternberg-19 it shows on February 15
3  Sternberg wired another 250,000 to Sokolski;
4  correct?  And if you look at your records,
5  Sternberg-22, the paper that you prepared, you show
6  February 15th, of that money she only gave you
7  130,000; correct?
8  A   Correct.
9  Q   And next to that you wrote should be 250,000
10  with a question mark; right?
11  A   Correct.
12  Q   So this 250 has been verified from --
13  A   Sternberg.
14  Q   Sternberg-19.  And then if you look at the
15  last entry from Sternberg's escrow records, it
16  shows February 25, 190,000 went from Sternberg
17  again to Sokolski and Zekaria's escrow account.  Do
18  you see that on Sternberg-19?
19  A   Correct.
20  Q   And if you look at your records, you claim you
21  only got 70,000 of that; right?
22  A   Right.
23  Q   So the 190 has been verified.  Why did you
24  write should be 130, question mark.  If you know it

Page 193

1  was 190 or you thought it was only 130; right?
2  A   No.  I thought 190.
3  Q   So that number you wrote should be 130, that
4  should actually be 190?
5  A   It should be 130.  See I write 130 here.
6  Q   You wrote it should be 130, but actually it
7  was 190,000; right?
8  A   So I made a mistake.
9      MR. HEALEY:  What's actually 190?
10      MR. LIGHTMAN:  The actual wire that
11  went out from Sternberg to Zekaria on
12  February 25 is $190,000.
13      MR. HEALEY:  Okay.
14      MR. LIGHTMAN:  On Gary Weiss' record
15  of payments he only got 70,000 of that.  So
16  he wrote here should be 130.  I think he
17  really -- there really should be -- I don't
18  know why he wrote 130 because the actual
19  number was 190.  All your other numbers on
20  this chart what you got and what you think
21  she got what you got -- what you got on
22  February 7th and what --
23      THE WITNESS:  Do I have another
24  list?

49 (Pages 190 to 193)

Page 194

1  BY MR. LIGHTMAN:
2  Q  No.  This is the only list you sent me?
3  A  **What is here?  Seventy, 130.**
4  Q  That green sticker that you just read from is
5  your numbers there; right?
6  A  **Okay.  Yeah.  Yeah.**
7  Q  So you got --
8  A  **I thought it's 130.  I don't know about 190.**
9  Q  Exactly.  You thought it was 130, but it was
10 actually 190?
11 A  **Shipped and I -- exactly.**
12 Q  So ready.  Go to your green sticker.  You got
13 1,246,960 which is the February 7th wire; right?
14 A  **Yeah.**
15 Q  You got 130,000 February 15th, which is the
16 figure underneath the --
17 A  **It looks like a mistake here.**
18 Q  Right.  In the adding it up, it should be
19 1,241,446,960; right?
20         MR. LAVER:  Say that again.
21 BY MR. LIGHTMAN:
22 Q  If you take the three numbers you put here,
23 the one on the green sticker -- ignore the top 219,
24 240 because you got that directly; right?

Page 195

1  A  **Yes.**
2  Q  You added up the three numbers from the
3  Zekaria wires to you?
4  A  **That's the mistake here.  Yeah.**
5  Q  You wrote $1,447,200.  Do you see that?
6  A  **It's three payments.**
7  Q  But if you add up those three payments, it's
8  $1,246,960, plus another 200,000; right?
9  A  **Correct.**
10 Q  So it's 1,446,960; right, not 1,447,200?
11 A  **There is a mistake again.**
12 Q  So what I did was --
13 A  **You are making right now mistake unless you**
14 **are correcting because it looks like one six**
15 **something.  I'm just adding quickly, but I need a**
16 **calculator.**
17 Q  That's the 219.  What I'm going to do is look
18 at GW-17B, the one that's added there.  All right.
19 On your green sticker you wrote the total
20 payments on your green sticker that you got from
21 that was $1,447,200.  Do you see that?
22 A  **Yeah.  But it's a mistake.**
23 Q  It's actually $1,446,960; right?
24 A  **You think so?**

Page 196

1  Q  Take those three numbers.  It's 200 plus --
2  A  **It's four numbers.  It should be four.**
3  Q  Forget the top right there?
4  A  **Forget the top.  You added it, I take your**
5  **number.**
6  Q  If you take 1,246,960 and add 200 to that, you
7  get 1,446,960; right.  Right?
8  A  **Yeah.**
9  Q  So right here on 17-B I put your number in
10 green in the first column and then I put another
11 column 1,446,960 is the actual number you got.  Do
12 you see that from Daphna?  Total payments to Gary
13 Weiss from Daphna is $1,446,960; right?
14 A  **I see it's a mistake.**
15 Q  So that I'm going to put a check mark next to
16 that because that's the actual.  Then underneath
17 that --
18 A  **Is one four.**
19 Q  46,960.  And that's just due to a math error.
20 The numbers are correct, but you added them wrong;
21 correct?
22 A  **What is your correct number?  I don't see it.**
23 **That's the correct number.**
24 Q  That's the correct one.  So where I wrote

Page 197

1  $1,446,960 is actual, that's where you actually got
2  those three wires; correct?
3  A  **Three paid.**
4  Q  And then the next line was -- this is wrong.
5  The addition -- I should have added that.  So let's
6  go.  I'm going to correct 17.  Do you see 17-B?
7  A  **I don't see any mathematicians here.**
8  Q  Yeah.  Really.  The total payments made to
9  Gary Weiss from Daphna Zekaria is $1,446,960.  Do
10 you see that; right?
11 A  **Which piece of paper?**
12 Q  On 17-B far right side it says, the total
13 payments to Gary Weiss from Daphna 1,446,960.
14 Right there.
15 A  **Okay.**
16 Q  Got that?
17 A  **Yeah.**
18 Q  So go back to 17.  If you add up these wires
19 that are shown in Sternberg's escrow records, the
20 total payments made from Sternberg to Daphna was
21 the 19, the 250, the 190 and equals a total of
22 2,351,960.  Do you see that?  I'm going to circle
23 those numbers.  If you add up these numbers on
24 deposition 17, you take the 19 that he sent her on

Page 198

1  February 1st, the 250,000 -- or excuse me -- the 19
2  you sent on February 4th, the 250,000 you sent her
3  on February 15th, and the 190,000 he sent her on
4  February 25th, those three payments add up to
5  2,351,960. Do you see that? The total payments on
6  the next page 17-B, that she sent you the actual
7  payment she sent you is 1,446,960. Do you see
8  that? I'm going to circle that. That's actually
9  what she sent you. That's adding up those three
10 wires there; right?
11         MR. HEALEY: I think your math is
12 off here.
13         MR. LIGHTMAN: You add up the three
14 wires that Daphna sent to Gary Weiss shown on
15 --
16         MR. HEALEY: Yeah. 1,446,960. Why
17 would you take off the 219?
18         MR. LIGHTMAN: Ready. You will see
19 why I'm saying.
20         THE WITNESS: A second. He's saying
21 Daphna sent it.
22         MR. HEALEY: I understand that,
23 but --
24 BY MR. LIGHTMAN:

Page 199

1  Q  So Daphna received the total of $2,571,200.
2  That's from Manfred.
3         MR. HEALEY: 2,351,960.
4  BY MR. LIGHTMAN:
5  Q  2,571,200?
6         MR. HEALEY: And that's from where?
7         MR. LIGHTMAN: That's from total
8  wires from Manfred to Daphna. It's a million
9  nine --$1,911,960.
10        MR. HEALEY: That's just total wires
11 out.
12        MR. LIGHTMAN: Total wires out.
13        MR. HEALEY: But that's not directly
14 to Daphna.
15        MR. LIGHTMAN: Yes, it is.
16        MR. HEALEY: No.
17        MR. LIGHTMAN: On February 1st.
18        MR. HEALEY: He did a GW wire that
19 was directly to him.
20        MR. LIGHTMAN: I'm not counting
21 that.
22        MR. HEALEY: Yeah. I know you are
23 in this -- it's the -- the wires to Daphna,
24 according to your math, are 2,351,960.

Page 200

1         MR. LIGHTMAN: You are right.
2         MR. HEALEY: Not 25.
3         MR. LIGHTMAN: 2,351. Right.
4  Exactly.
5         MR. LAVER: I'm losing track of who
6  is testifying.
7  BY MR. LIGHTMAN:
8  Q  Ready? I'm going to start over again. Total
9  wires from Manfred to Daphna, these three numbers
10 add up to $2,351,960. Are we all in agreement of
11 that?
12 A  Okay.
13 Q  Total wires that Daphna made to you is
14 $1,446,960. Do you see that? So, if you take
15 $2,351,960 and subtract from that $1,446,960, you
16 end up with $905,000 that Daphna got in wires from
17 Manfred that she didn't give to you; correct?
18 Right?
19 A  Yeah. Yeah.
20 Q  What did she do with that money?
21 A  I don't know.
22 Q  Did you ever ask her for it?
23 A  If I ask her for it -- I didn't ask her. It
24 was Sam -- Sam told me that she is going to give me

Page 201

1  **less right now because he has some other people**
2  **that he has to give commissions and settle with and**
3  **he will pay me in the next few weeks.**
4  Q  So Sam told you not to have Zekaria give you
5  the money?
6  A  **No. Listen. Essentially, yes. Okay. So 219**
7  **was wired first; right?**
8  Q  Right?
9  A  **And then supposed to be 1.9, the balance**
10 **second.**
11 Q  Right. So, if you take -- let's stop right
12 here a second. If you take 219, 240 and you add to
13 it 1,911,960?
14 A  **That's what I sold the kits to Sam Gross.**
15 Q  Exactly. That number adds up to -- that adds
16 up to $2,131,200 which is the exact amount on your
17 purchase order to him; right?
18 A  **Yes.**
19 Q  Or your bill to him?
20 A  **Yes.**
21 Q  So those first two payments adding up to
22 2,131,200 fully paid for the bill that you sent him
23 in January or the test kits; correct?
24 A  **But they were not paid to me always.**

Page 202

1    Q   But paid to Zekaria?
2    A   Yes.  No.  Paid one to me.
3    Q   One went to me --
4    A   The 219 and the second one went to Zekaria.
5    Q   Two million nine?  And together those two
6    wires --
7    A   Is my invoice.
8    Q   -- equaled your invoice?
9    A   Exactly.
10   Q   So why are they paying an extra -- well, first
11   of all, why didn't you get all that money?
12   A   Okay.  So after the wire of the 219, Sam told
13   me that he has to pay some monies some people that
14   he's doing a deal with to give them commissions or
15   whatever.  And if I can wait for the balance
16   another week or two, and he told me that I have
17   over $4 million by Sternberg and I suppose to get
18   them and I will give you the balance.  I said okay.
19   Q   Sam told you his -- Manfred Sternberg has over
20   $4 million in his escrow?
21   A   That's what he said.
22   Q   And you said okay.  I don't have a problem
23   with that?
24   A   Yeah.  He give me credit in the past when we

Page 203

1    did business, so I give him the same courtesy.  Do
2    you understand?
3    Q   So then -- do you know who he paid that -- how
4    did -- so Zekaria took some of that money and sent
5    it to people that Sam told her to send it to?
6    A   I don't know what Zekaria did, but he asked me
7    to make two payments to one, two --
8    Q   Taylor?
9    A   One to Taylor, his stepdaughter.
10   Q   How much was that payment?
11   A   Twenty, 25,000.
12   Q   So Zekaria took 20 or $25,000 out of her
13   attorney escrow account?
14   A   No.  No.  No.  I.  I.  I gave to.
15   Q   You.  So, out of the 219 you got, you took 20
16   or 25 and paid it to Taylor?
17   A   No.  At the end.  Later on.  After I got the
18   1.2 million.  After Available Movers already picked
19   up.
20   Q   So you got --
21   A   Not Zekaria.  I did the 25,000 to Taylor.
22   Q   After she wired you a total of 1,227,720, then
23   you took 20 or 25,000 out of that and paid it to
24   Taylor?

Page 204

1    A   He asked me to pay to Taylor 25,000.
2    Q   Why?
3    A   She does for him services.
4    Q   It's money that's supposed to be used to buy
5    test kits.  Instead Sam is using it to pay Taylor.
6    Why?
7    A   Don't ask me why.
8    Q   You don't know why?
9    A   I do with Sam 20 years business.  He told me
10   he's going to pay me the balance later.  Okay.  You
11   understand?
12   Q   So you took 20 and paid it to her; right?
13   A   Twenty-five.
14   Q   Twenty-five.  That would show in the A Solar
15   Diamond escrow bank account; right?
16   A   Of course.
17   Q   We had asked you to produce those bank
18   records.  Will you produce those bank records?
19   A   I gave it to you before.
20   Q   No.  No.  No.  The only thing you gave me is
21   this one page that's been marked as Sternberg-22.
22   A   Where's my bag.  I gave you a whole bag.
23   Q   No.  There is no bag.  I looked through that.
24   That's one of the things I was looking for.  There

Page 205

1    are no bank statements from Wells Fargo?
2    A   Are you now saying that you are making a
3    mistake?
4    Q   No.  I'm saying I never saw any bank records
5    to support this stuff.
6    A   Are you kidding me?  Wait until you get all
7    your records back.  I hope so.  I gave it to you.
8    Q   They are making copies of stuff.
9    A   One second.  One second.  One second.  There
10   no such thing.  I brought it with me.  I'm insane,
11   but not that much, you know.  So, you know what?
12   When it comes back, we will find out those papers.
13   Q   Okay.  When it comes back.  I'm telling you
14   they are not there and if you don't have them --
15   A   I can get them.
16   Q   I can go subpoena them from Wells Fargo?
17   A   I have them for --
18   Q   We will see when the documents come back?
19   A   Whom did you give it to?
20   Q   What?
21   A   To whom did you give it?
22   Q   I gave it to Tony, the guy that's been waiting
23   on us, he's going to make a copy of the stuff, take
24   it out and bring it all back.

Page 206

1    **A   So you don't know what you gave me.  You just**
2    **gave me bunch of --**
3    Q   I'm telling you, I looked through all the
4    documents you gave me and I did not see bank
5    statements from Wells Fargo.  We will put that
6    aside?
7    **A   So you are claiming that Mr. Lightman can make**
8    **a mistake; right?  Mistakes can happen, so remember**
9    **that.**
10   Q   This isn't a standard bank statement.  This
11   is --
12   **A   Doesn't matter.  Look at that, the numbers**
13   **they are not fabricated.**
14   Q   Where does it show 20 or 25,000 to Taylor?
15   **A   I don't know, but you'll get that, too, if it**
16   **didn't show here.  Okay.**
17          MR. LAVER:  Can I see a copy when
18   you are done with it?
19          MR. LIGHTMAN:  Why don't we mark
20   that as a deposition exhibit and we will make
21   copies of it.  What's the next deposition
22   exhibit?
23          THE WITNESS:  So this one shows the
24   payments.  You understand?

Page 207

1    BY MR. LIGHTMAN:
2    Q   That shows the 1.6 million you totally
3    received; right?
4    **A   Whatever.  I didn't sum it up because this is**
5    **screwed up.  So we have the 70 Zekaria on**
6    **February 28th I wrote, but I'm not sure what does**
7    **it say by you?  Let's look again.**
8    Q   70,000?
9    **A   On what date is it?**
10   Q   February 28?
11   **A   So I did make a mistake here.  And you have**
12   **130,000 on February 15?**
13   Q   Yes.
14   **A   1,246,960 on February 7th?**
15   Q   Yes.  And the last one is 219,240 first page.
16   **A   219.  So I did pay for that lady.  Okay.**
17   Q   It's not on there?
18   **A   I find it.**
19          MR. LAVER:  Paid for what lady?
20          MR. LIGHTMAN:  Taylor.
21          THE WITNESS:  Taylor.
22   BY MR. LIGHTMAN:
23   Q   Give me this.  I'm going to mark it.  I'm
24   going to make you a copy.

Page 208

1    **A   See here I did total payments different than**
2    **the total is 166.  Maybe it's mistake.**
3    Q   No, it isn't because if you take -- ready.  If
4    you take the total wires to you of $1,227,720 --
5    no.  No.  I'm sorry.  Excuse me.  Total wires from
6    Daphna to you is $1,446,960 and you add to that the
7    219,240 that Manfred wired you directly, you end up
8    with $1,666,200 which is the same number you put on
9    the first page of this Wells Fargo statement.
10         Do you see that?
11   **A   Uh-hum.**
12   Q   So that's the total money you received from
13   Daphna and Sternberg directly for this test kit
14   purchase; correct?
15   **A   Correct.**
16          MR. LIGHTMAN:  Let's mark this a
17   Gary Weiss-8.
18          (Four-page photocopy of A. Solar
19   Diamond Wells Fargo record excerpts marked
20   GW-8, for identification.)
21   BY MR. LIGHTMAN:
22   Q   We will call that A Solar Diamond Wells Fargo
23   bank records excerpts.  And you are saying
24   somewhere in there in the page that you haven't

Page 209

1    produced today will show a wire --
2    **A   I will find it.**
3    Q   It's a wire or check?
4    **A   I don't remember now.**
5    Q   But either a wire or check from you to Taylor?
6    **A   I will check.**
7    Q   And you don't know why, but because Sam told
8    you to send the money?
9    **A   Exactly.**
10   Q   And did Sam ever give you back that 30,000 or
11   that 20, 25,000?
12   **A   No.**
13   Q   That's what you get for trusting people;
14   right?
15          MR. LAVER:  Real quick.  Who's --
16          THE WITNESS:  Not yet.  Not yet.
17          MR. LIGHTMAN:  Okay.
18          MR. LAVER:  Excuse me.  Who is
19   Alberto Herrara?
20          MR. LIGHTMAN:  That's the landlord.
21          THE WITNESS:  Alberto Herrara.
22          MR. LAVER:  Do you know?
23          THE WITNESS:  Yeah.  He's a friend
24   of mine.

53 (Pages 206 to 209)

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 55 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)        Deposition of Gary Weiss        February 16, 2024

Page 210

1    **MR. LIGHTMAN:** He testified earlier
2    that was his landlord.
3        Let's go on.
4    BY MR. LIGHTMAN:
5    Q   So what happened to the 905,000 Daphna didn't
6    pay you that she got from Manfred?
7    **A   I don't know.**
8    Q   Did you ever ask her about that?
9    **A   I just told her, in other words, Sam asked me**
10   **if -- is it okay to pay less now and he will make**
11   **payments later and he sent some other payments in**
12   **the future.**
13   Q   Right.
14   **A   Which they took also out some, so my thought**
15   **there is bla, bla, whatever you said.  But what**
16   **they did with the balance you have to ask Sam.  You**
17   **have to ask Daphna.  I don't know.**
18   Q   On page four of their bank records there is
19   white -- a redaction of this $200,000.  Who is that
20   from or to?
21   **A   It's not from Daphna.**
22   Q   Who is it?
23   **A   I have to check.**
24   Q   Okay.  You don't know sitting here today;

Page 211

1    right?  I'm going to put this right over here, so I
2    remember to make a copy of it.
3    **A   Okay.**
4    Q   You got a $1,666,200.  Daphna got a total
5    of --
6    **A   Twenty-five.**
7    Q   2,571,200.  Why didn't you ever get the
8    balance from her?  I mean, irrespective of Sam
9    saying, I'll give you later.
10   **A   It's not her.  It's Sam that owes me the**
11   **money.**
12   Q   They sent a total of 2.5 to Daphna.  Daphna --
13       **MR. HEALEY:** 2.3.
14       **MR. LIGHTMAN:** Excuse me.  Yes.
15       THE WITNESS:  2.3.
16   BY MR. LIGHTMAN:
17   Q   Sam wired a total to Daphna of $2,351,960.
18   Okay?
19   **A   Okay.**
20   Q   Daphna only gave you a total of --
21   **A   1,446,960.**
22   Q   Right.  So where is the $905,000 that she
23   didn't give you that she got from Manfred?
24   **A   I don't know who she gave it.**

Page 212

1    Q   Why didn't you ever ask her for it?  That's
2    not her money, is it?  Was she entitled to keep
3    that money?
4    **A   No.**
5    Q   That was money that Manfred paid to you
6    through her as an escrow agent; right?
7    **A   Yeah.  Yeah.**
8    Q   So you never got the money.  Why didn't you
9    ever ask her for the money?
10   **A   Because I just told you, Sam asked me if he**
11   **can keep some money so I guess she gave it to Sam;**
12   **right?**
13   Q   That's 20 or 25,000 that he asked you -- other
14   than the 20 or 25,000 --
15   **A   I don't know about the rest.  I don't know**
16   **what she did.**
17   Q   So you don't know what she did; right?
18   **A   I don't know what she did.**
19   Q   And that money, who controls -- the agreement
20   that you made with Zekaria was just between you and
21   Zekaria; right?
22   **A   Right.**
23   Q   It wasn't with Sam; right?
24   **A   No.**

Page 213

1    Q   Sam had no -- what authority did Sam have to
2    tell Daphna don't pay Gary the money?
3    **A   I don't know what happened between them.**
4    Q   All you know is that you got a total of 166
5    of --
6    **A   I see -- like I said in the beginning, the**
7    **first 219 came to me directly from Mr. Manfred.  I**
8    **thought the balance would come also, but it was in**
9    **a sudden, an escrow that has to be done through**
10   **Daphna Zekaria, which I said okay.  What can I say**
11   **anyhow?  I wasn't -- I wasn't the one to suggest**
12   **Daphna Zekaria nor did I know her.  Okay.**
13   Q   One of the documents that you produced today I
14   had copies made.  Let's mark this as Deposition
15   Exhibit-9.
16       (One-page photocopy of email dated
17       7/19/23 marked GW-9, for identification.)
18   BY MR. LIGHTMAN:
19   Q   This is one of the documents you produced
20   today; correct?
21   **A   Yes.**
22   Q   It's a text or an e-mail, rather, from you to
23   Rebecca Price dated Wednesday July 19; correct?
24   **A   Correct.**

54 (Pages 210 to 213)

Page 214

1   Q   You wrote, hi, Rebecca and William, we spoke
2   on July 13, 2023, on the phone.  At the conclusion
3   of that call, I felt that you were not representing
4   me with all the facts I provided to you provide to
5   the Court.  Do you see that?
6   A   You see.  That's what I was talking about.
7   Q   It says, I also was pleading with you to
8   answer the Court to dismiss my case based upon the
9   refund I gave to Sam and Manfred which they have
10  already over one year and never complained about
11  the value of the collateral, refund I gave them and
12  advised me at the end of March that they begin to
13  sell it rather than just argue to dismiss the case
14  on three technicalities and once you did not
15  prevail in the dismissal request, you were
16  surprised with Judge Young's decision.  Do you see
17  that?
18  A   Yeah.  Yeah.
19  Q   I provided you with e-mails that confirmed
20  that Manfred and Sam received the collateral;
21  right?
22  A   Right.
23  Q   You write, Manfred and Sam received the
24  collateral; right?

Page 215

1   A   Correct.
2   Q   And they advise me that they will start
3   selling it?
4   A   Right.
5   Q   Not Sam, but they will start selling it?
6   A   Right.
7   Q   And then you write, I will attach to you the
8   testimony Manfred gave the lawyer of the Texas Bar
9   on March 31, '22, whereby Manfred testified that he
10  executed legally verified that the sale and
11  purchase agreements, SPA in parenthesis, was signed
12  by Daniel J. Scully, the buyer of The Safety House,
13  prior to Scully sending the funds to lawyer Manfred
14  to his escrow IOLTA account to be released once the
15  merchandise is on the truck en route verified which
16  at that point the title of the merchandise is
17  transferred to Safety House.
18          Do you see that?
19  A   Yep.
20  Q   And then you write, please read Manfred's
21  testimony.  Therefore, the agreement is binding
22  according to him and by him and all parties and no
23  agents or other parties can become part of a
24  lawsuit.  In this case, me, Gary Weiss, for any

Page 216

1   reason at all.  See paragraph 11.
2          You are referring to paragraph 11 of
3   the SPA; right?
4   A   Uh-hum.
5   Q   And then you write --
6          MR. LIGHTMAN:  Pay attention
7   Mr. Laver.
8   BY MR. LIGHTMAN:
9   Q   Also in his testimony to the Bar Texas he is
10  hiding the fact that he already received a
11  collateral refund from Gary Weiss; right?
12  A   Correct.
13  Q   The same goes for the proceedings in PA Court
14  in front of Judge Young lying that the agreement
15  which Manfred authored and verified prevents him to
16  initiate a lawsuit against me to hold me
17  responsible for the loss of the merchandise once
18  title of the merchandise was in the hands of Safety
19  House.
20          Do you see that?
21  A   Yeah.
22  Q   Nor does his attorney Lightman disclose that
23  he knows I gave a refund to Manfred and Sam Gross,
24  nor was I present when I was named third-party

Page 217

1   defendant to object and explain.
2          Do you see that?
3   A   Yeah.
4   Q   I'll tell you, by the way, I didn't know that
5   you gave a refund until it was disclosed in
6   discovery or we would have had a different
7   complaint, but that's here nor there.  Ready?
8          You write down two paragraphs below
9   that, do you see where it says based on the lies?
10  Based on the lies of Manfred, Sam and Lightman?  Do
11  you see where you write that?
12  A   Yeah.
13  Q   Based on the lies of Manfred, Sam and Lightman
14  by not disclosing the refund, the case should be
15  dismissed altogether; correct?
16  A   Correct.
17  Q   So neither -- Manfred never disclosed to the
18  Texas Bar that you gave a full refund; correct?
19          MR. LAVER:  Objection to form.  And
20  while I have the floor --
21          MR. LIGHTMAN:  Pardon me?
22          MR. LAVER:  I'm speaking.  I object
23  to the use of this exhibit.  This is not the
24  first time that you've requested testimony

Page 218

1  from a witness without providing a copy ahead
2  of time.
3       MR. LIGHTMAN:  I saw this document
4  for the first time at lunch when he produced
5  his bag of documents and I went through it,
6  so this is --
7       MR. LAVER:  This was produced today?
8       MR. LIGHTMAN:  Yeah.  Today at
9  lunch.
10      MR. LAVER:  Noted.  Still note my
11 objection.
12      MR. LIGHTMAN:  Okay.  Note your
13 objection.
14      MR. LAVER:  Let me speak.  And I
15 object to the use as an exhibit moving
16 forward giving that we only saw it today for
17 the first time.
18      MR. LIGHTMAN:  I understand you
19 would.
20      MR. LAVER:  Moreover, it's clearly
21 privileged, but the witness doesn't know to
22 even assert that.
23      But with that go ahead.
24 BY MR. LIGHTMAN:

Page 219

1  Q   You wrote, based on the lies of Manfred and
2  Sam, right, by not disclosing the refund?
3       MR. LAVER:  Objection.  That's not
4  what it says.
5  BY MR. LIGHTMAN:
6  Q   Of Lightman and Lightman.  Assume for purposes
7  of my questions that I didn't know about the refund
8  so after --
9  A   Okay.  Okay.
10      MR. LAVER:  Objection.  We don't
11 have to make that assumption.
12 BY MR. LIGHTMAN:
13 Q   Manfred knew that you had given him a refund
14 before he wrote to the Texas Bar; correct?
15      MR. LAVER:  Objection.  How does he
16 know what Manfred knows?
17 BY MR. LIGHTMAN:
18 Q   You told Manfred he was getting collateral.
19 Diamonds and gems as collateral; right?
20 A   Yes.
21 Q   And you gave him diamonds and gems in
22 collateral back in March of 2022; right?
23      MR. LAVER:  Objection.  That is not
24 the testimony.  You are testifying now.  He

Page 220

1  didn't give them to my client.
2  BY MR. LIGHTMAN:
3  Q   Did you give collateral consisting of diamonds
4  and gemstones worth, in your opinion, approximately
5  $4 million to the Gross defendants and the
6  Sternberg defendants back in February, March of
7  2022?
8  A   Correct.
9  Q   Did Sternberg know before April '22, when he
10 wrote to the bar, that you had tendered a refund in
11 excess of the money --
12      MR. LAVER:  Objection.
13 BY MR. LIGHTMAN:
14 Q   -- that he had wired?
15      MR. LAVER:  Objection.
16      THE WITNESS:  Yes.
17 BY MR. LIGHTMAN:
18 Q   And did Manfred disclose that, that you had
19 given him a refund of diamonds and gems to the
20 Texas Bar?
21 A   I did not see it any place.
22 Q   The letter that he sent you, he sent you a
23 copy of what he wrote to the Texas bar; right?
24 A   Yes.

Page 221

1  Q   Was that anywhere in there?
2  A   No.
3       MR. HEALEY:  I have to say on the
4  record, Gary, I mean, if this is from his
5  attorney, Mr. Weiss, do you know that you
6  don't have to produce documents between you
7  and your attorney?  Do you know that?
8       MR. LAVER:  It's totally
9  inappropriate.
10      MR. HEALEY:  I can't --
11      MR. LIGHTMAN:  He produced it.
12      MR. LAVER:  It's totally
13 inappropriate.
14      MR. HEALEY:  He produced it, but
15 does he know not to produce it.  I'm not
16 sure -- I just can't sit here as an officer
17 of the court and --
18      THE WITNESS:  I cannot argue about
19 little things, so I cannot -- whatever you
20 say is accepted by me.
21 BY MR. LIGHTMAN:
22 Q   Let me ask you this.
23      MR. HEALEY:  Let me go.  What I'm --
24      MR. LIGHTMAN:  Put your statement on

Page 222

1    the record.
2         MR. HEALEY:  What I'm telling you
3    is --
4         MR. LIGHTMAN:  Are you acting as his
5    attorney?
6         MR. HEALEY:  I'm not acting as his
7    attorney --
8         MR. LIGHTMAN:  Then just make a
9    statement on the record so I can go forward.
10        MR. HEALEY:  You get to grandstand a
11   little.  I'm just trying to tell --
12        MR. LIGHTMAN:  I'm not
13   grandstanding.  He knows key information.
14        MR. HEALEY:  But he gave you a bag
15   of documents and you looked through it and
16   this is --
17        MR. LIGHTMAN:  And I asked him, can
18   I look through these documents and he said
19   yes.  If he didn't want me to know anything,
20   he had every right to pull it out.  He has
21   every right to get an attorney.  Judge Young
22   gave him 90 days from when she filed a motion
23   to withdraw and another 30 days and he didn't
24   get an attorney.

Page 223

1         MR. HEALEY:  I understand that.  But
2    I'm just trying to state on the record
3    whether the witness knows communications
4    between you and your attorney are privileged
5    and you don't have to produce them.  I'm just
6    saying that on the record.
7         MR. LIGHTMAN:  Okay.  Thank you.
8    Are you finished?
9         MR. HEALEY:  I'm finished.
10        THE WITNESS:  Is that a question for
11   me?
12        MR. HEALEY:  I'm telling you on the
13   record.
14   BY MR. LIGHTMAN:
15   Q   Here's my question:  Here's my question:
16   Gary Weiss-9, six lines from the bottom where it
17   starts out, fraudulent intentions.  Do you see
18   that?
19   A   One, two, three, four, five, six.
20   Q   You write, on July 19, 2023, fraudulent
21   intentions as there are no five buyers as they told
22   me.  With the detail, they instructed me to make
23   the invoice.  They are trying to lay the blame on
24   me for The Safety House transaction which is

Page 224

1    similar in dollar amount to the whole invoice where
2    they actually sent to lawyer Zekaria but Zekaria
3    and Sam did further to defraud me as part of the
4    invoice amount.  And the collateral they took from
5    me, but I'll leave that for another day.
6         What do you mean by that?
7    A   What?  I didn't get paid.  We went through the
8    numbers.  I'm still short for my $2.1 million.  Is
9    it correct or not by the numbers.
10   Q   Listen, you paid out 2.1 million.  You only
11   got in 1.6 million.  I agree --
12   A   Correct.
13   Q   -- that they never gave you all the money?
14   A   Did they find -- did they file in court that I
15   have something to do with this case and they
16   mention that I gave them already a refund?
17   Q   He filed initially all four defendants -- I'm
18   not supposed to answer questions that was asked,
19   but initially all four defendants Gross and his
20   company, Sternberg and his law firm filed a claim
21   against you saying you are the one responsible?
22   A   Right.  But I already gave them back the money
23   at the time.
24   Q   They didn't put that in their claim against

Page 225

1    you?
2    A   What do you want me to call it?  Not fraud?
3    Q   That's the fraud you are referring to?
4    A   Yeah.
5    Q   And it says, enclosed invoices that are e-mail
6    proof of receiving e-mail and Manfred testimony
7    parenthesis lie, to the Bar of Texas.
8         Do you see that?  Last line right
9    before you wrote thanks, Gary Weiss.  See where it
10   says, enclosed invoice.  Right above where it says,
11   thanks, Gary Weiss, you write, enclose invoice.
12   Their e-mail proof of receiving e-mail.  I think
13   you meant collateral there, didn't you?  And
14   Manfred testimony, lie to the Bar of Texas.
15        Do you see that?
16   A   I see it.
17   Q   So you believe that the letter dated April 22,
18   2022, that Manfred Sternberg submitted to the Bar
19   of Texas contained lies?
20   A   Well, it didn't say anything about already I'm
21   giving collateral at this time and they have
22   already something back.  No.
23   Q   So just for the record, you don't know what
24   Zekaria did with the money over and above what she

Page 226

1   paid you --
2   **A   No.**
3   Q   -- from the money that Sternberg sent her;
4   right?
5   **A   No, I don't.**
6           MR. LAVER:  When do we get a copy of
7   whatever you --
8           MR. LIGHTMAN:  They are making it
9   right now.
10          MR. LAVER:  Where did this come
11  from?
12          MR. LIGHTMAN:  This was so -- jumped
13  out at me, I ran and made five copies of it.
14          Your guy's not getting out on summary
15  judgment.
16          MR. LAVER:  Watch it.  Watch it.
17          MR. LIGHTMAN:  You got a lunch bet.
18          MR. LAVER:  What?
19          MR. LIGHTMAN:  You got a dinner bet.
20  Excuse me.
21  BY MR. LIGHTMAN:
22  Q   I'm going to show you Manfred Sternberg
23  Deposition Exhibit-15.  Do you remember that?
24  That's your exchanges April 4.  This is Manfred

Page 227

1   Sternberg sent you, if you go back, turn to page
2   two of this.  He's asking you to sign a declaration
3   that he wants to submit to the Texas Bar; correct?
4   **A   Correct.**
5   Q   And on page two of Sternberg-15 he writes --
6   you write, hi, Manfred.  As soon as I get from you
7   a declaration that you do not have any grievances
8   regarding the shipment of COVID-19 test kits and
9   will not attempt any lawsuit against me or A. Solar
10  Diamond, LLC nor any claim against me, I will grant
11  you the declaration that you want; right?
12  **A   Right.**
13  Q   You write in here, A. Solar Diamond, LLC?
14  **A   Right.**
15  Q   So they did have some involvement in these
16  test kits transactions because you are asking him
17  to write an e-mail or some statement from you, a
18  declaration that you -- that he doesn't have any
19  grievance against you or A. Solar Diamond, LLC;
20  right?
21  **A   Correct.**
22  Q   And then you write -- then he writes back
23  above that, you wrote that Monday, April 4 at 6:58
24  from you to Manfred at 6:58 a.m. and then he writes

Page 228

1   back to you on April 4th at 1:42 p.m., Dear Gary,
2   you have asked that I make the following statement
3   which is mutually agreed.  As along as no one files
4   a grievance or lawsuit against me, I do not have
5   any grievances against you regarding the shipment
6   of COVID-19 test kits by you and I will not file
7   any lawsuit against Gary Weiss and/or A. Solar
8   Diamond concerning the transaction less I am
9   required by law to join you in any lawsuit against
10  me for claims of contribution or indemnity as a
11  result of this transaction.
12          Do you see that?
13  **A   I'm reading what you read.**
14  Q   That's what he wrote to you, but you weren't
15  satisfied with the qualification he put on that.
16  You wanted an absolute I'm not going to sue you and
17  he didn't give you that; right?
18  **A   No, he did not.**
19  Q   He didn't.  Right.  So then you wrote, on --
20  10:49, okay.  I did pay for the merchandise with
21  diamonds and jewelry.  They did switch the
22  merchandise in that morning of the pickup of the
23  boxes.  I found out when I picked up from the
24  warehouses that the boxes containing these $10

Page 229

1   values, so I paid once.  I did give collateral, so
2   I am paying a second time.  I have nothing left for
3   a third time.  I want to avoid a lawsuit which will
4   cost money more.  Do you see that?
5   **A   What page are you now?**
6   Q   I'm right above that e-mail that you wrote to
7   him; right?  You are telling him they switched the
8   merchandise and you paid for it.  You gave him
9   collateral and you don't want to pay a third time.
10  Do you see that on April 4?
11  **A   You are looking here.  Page two, second page?**
12  Q   I'm sorry.  Bottom of the first page.
13  **A   Okay.**
14  Q   So you write back to him and he writes back to
15  you, hi, Gary, what would you like me to do with
16  this information?  Can you sign the declaration I
17  sent to you; right?  And the next e-mail above
18  that.
19  **A   Okay.  Show me because you are moving ahead of
20  me and I don't know that I'm moving.**
21  Q   Right there.  The response saying, hi, Gary.
22  What would you like me to do with this information?
23  Can you sign the declaration; right?
24  **A   Okay.**

58 (Pages 226 to 229)

---

Page 230

1    Q   So you said earlier you never spoke with
2    Manfred, but you had numerous e-mail exchanges with
3    him?
4    **A   E-mail, yes.**
5    Q   How about texts?  You had texts with him, too;
6    right?  We will get to this.
7    **A   I don't remember right now.**
8    Q   Okay.  I'll show you.
9    **A   Talking physically, no.**
10   Q   You never talked -- did you ever talk to him
11   on the phone?
12   **A   I don't think so.**
13   Q   You don't remember?
14   **A   I don't think so.  No.**
15   Q   Okay.
16   **A   I would say no.  I would say no.**
17   Q   But you had numerous exchanges with him by
18   e-mail and text?  Maybe text we will get to that.
19   Let's go to that.  Ready.  After you write -- after
20   he writes, what would you like me to do with this
21   information, then you write to him, on April 6 at
22   5:42 a.m., well, the declaration is far from the
23   truth as I know it.  Do you see that?
24   **A   Where are you?  I'm sorry.  I'm a little bit**

---

Page 231

1    **dizzy, so I'm not as quick as you so...**
2    Q   Okay.
3    **A   Well, the declaration is far from the truth as**
4    **I know it.**
5    Q   That's the declaration that he drafted to you
6    for you to sign; right?
7    **A   Exactly.**
8    Q   You reviewed it and you said it's far from the
9    truth; right?
10   **A   Yes.**
11   Q   I asked you to bring that with you.  Did you
12   bring that with you today?
13   **A   I don't know.  I brought some papers.  I don't**
14   **know what's inside.**
15   Q   No matter because when I was preparing for
16   this deposition, I found it.
17         MR. LIGHTMAN:  Let's mark this as
18   Gary Weiss-10.
19         THE WITNESS:  You found it.  It may
20   be also here.  I put everything that I have
21   there inside.
22         (Three-page photocopy of declaration
23   of Gary Weiss marked GW-10, for
24   identification.)

---

Page 232

1    BY MR. LIGHTMAN:
2    Q   Gary Weiss-10.  Yes.  Here is Gary Weiss-10.
3    Gary Weiss-10, do you recognize that as the
4    declaration that Sam -- that Manfred Sternberg
5    drafted that he wanted you to sign to submit to the
6    State Bar of Texas?  Do you recognize that?
7    **A   I have seen this before.**
8    Q   And it has Weiss document number 311 and 312
9    and 313; right, at the top of it?
10   **A   Oh, okay.  I see it.**
11   Q   Here is what I would like you to do.  This is
12   the declaration that he sent you to sign that you
13   said was far from the truth, as I know it; right?
14   **A   Of course.**
15   Q   I would like you to take a pen and go through
16   the declaration and underline everything in this
17   declaration that he wrote that you don't think is
18   true.  Okay.  And while you are doing that, I will
19   look through this stuff.  In this declaration draft
20   declaration, underline everything that you believe
21   is not true.  Just underline it.
22              - - -
23         (Recess taken from 2:43 until 2:54 p.m.)
24              - - -

---

Page 233

1    BY MR. LIGHTMAN:
2    Q   You have now -- I hand you back Deposition
3    Exhibit GW-4 with underlines on.  The underlines
4    are what you underlined that is not shown here;
5    right?
6    **A   It looks not right.**
7    Q   So now Deposition Exhibit GW-10 contains
8    underlines of stuff that is in here that's not
9    true; correct?
10   **A   Yes.**
11   Q   Let's go on the record for a second.  Are you
12   ready?
13         MR. LIGHTMAN:  During the lunch
14   break, Mr. Weiss let me look through a bag of
15   his documents and I made one copy of the
16   documents sticking out of each of these
17   folders and I will represent to counsel, all
18   of the documents sticking out have been
19   copied and I'm going to put this paperclip,
20   put a little clip on it and I will get these
21   documents copied and I will find the last
22   Weiss document number and add them to that
23   and send you a copy, Mr. Laver, and you a
24   copy, Mr. Healey?  Healey.  Right.  Sorry.

---

59 (Pages 230 to 233)

Page 234

1   Sorry.  Getting old sucks.  There is one
2   additional set here that I'm going to get
3   copied at the break.  I don't think they were
4   copied.
5   BY MR. LIGHTMAN:
6   Q   But other than that, here are your documents,
7   Mr. Weiss.
8   A   This is all?
9   Q   The ones I did not copy are in your folder.
10  The only other thing that's missing, here is
11  another copy of -- here is your bank records which
12  have been marked as eight.  Here is your bank
13  records?
14  A   Mine was color.
15  Q   Right here.  Let me do this.  Take this right
16  now.  I'm going to make a color copy and I will
17  send you back the color copy.  Do you understand
18  what I'm saying?  Take this so you have it?
19  A   I need the color copy.
20  Q   I'm going to my office, make a color copy and
21  send you back the original color copy.  Okay?
22  A   Yes.
23         MR. LIGHTMAN:  So Deposition Exhibit
24  GW-8, here is a black and white copy for

Page 235

1   counsel, Mr. Healey, and Mr. Laver, I gave it
2   to you.
3   BY MR. LIGHTMAN:
4   Q   And I will take the color copy that you gave
5   me, Mr. Weiss, and send it back to you after I make
6   a color copy of it.
7   A   You think they can make color copies.  They
8   can.  Really?  You know for sure?
9   Q   No.  But I'll make it.  I know I can.
10  A   No problem.
11  Q   Look at Gary Weiss-10, the declaration that
12  Mr. Sternberg drafted and sent to you.  Do you have
13  that in front of you?
14  A   Okay.
15  Q   In paragraph -- you testified earlier that
16  this was the first time that you Zekaria and you
17  met her; right?
18         MR. LAVER:  Wait.  Say that again.
19  So I'm sorry.
20  BY MR. LIGHTMAN:
21  Q   This morning when I asked you, is this the
22  first time you used Daphna Zekaria, you says yes.
23  And you said you didn't know her and that Sam Gross
24  found her for you?

Page 236

1   A   Right.
2   Q   So in paragraph 17 or paragraph seven you
3   underline that, that Zekaria had been a lawyer I
4   used for many years; right?
5   A   Right.
6   Q   So when Manfred Sternberg wrote that in your
7   draft, that wasn't a true statement; correct?
8   A   Correct.
9   Q   And in paragraph ten you wrote, when Manfred
10  wrote, on or about February 8th, a manifest or bill
11  of lading was created by Available Movers and
12  Storage was provided by Charlton A. Solar, you
13  underlined that because that's not true; right?
14  A   No.
15  Q   No, that's correct?
16  A   That's not true.
17  Q   That's not true.  You never got any bill of
18  lading?
19  A   I didn't see -- let me put it this way.
20  Q   You never got any bill of lading from AMS;
21  right?
22  A   No.
23  Q   You never provided any bill of lading or
24  manifest to Sam Gross; correct?

Page 237

1   A   No.
2   Q   You never provided any bill of lading or
3   manifest to Charlton; correct?
4   A   Correct.
5   Q   You never provided any bill of lading or
6   manifest to Sternberg or his law firm; correct?
7   A   Correct.
8   Q   And in 11 --
9   A   I would like to -- you are going too fast.
10  You are saying manifest and bill of lading, is this
11  one form?
12  Q   Do you know what a manifest is?
13  A   It's like a list; right?  But bill of lading
14  is a legal document, isn't it?
15  Q   Let's break it up.  You never got a bill of
16  lading from everybody from --
17  A   Correct.
18  Q   -- from Available Moving and Storage or Sam
19  Gross or Charlton or Sternberg or his law firm;
20  correct?
21  A   Yes.  Why do I ask?  Because you provided me
22  with a manifest before.  Do you remember?
23  Q   They are lists.  Okay?
24  A   That's a manifest.

Page 238

1   Q   But it's not a bill of lading?
2   A   Exactly.
3   Q   Paragraph 11, it says in here, paragraph 11,
4   Sternberg writes, I personally assured Sam and his
5   Attorney Manfred by e-mail, text and telephone
6   conversation.  Do you see that?
7   A   You are on 11 right now?
8   Q   Yes.  So you didn't underline by telephone.
9   You claim that -- strike that.
10          Does this refresh your recollection
11  as to whether you had telephone conversations with
12  Manfred?
13  A   I don't remember ever speaking to him.
14  Q   So you don't know whether Manfred writing that
15  you assured him by telephone is a true statement or
16  not; correct?
17  A   I don't remember.  I don't know if I ever
18  spoke to Mr. Manfred.
19  Q   Okay.
20  A   So I didn't underline it, you know.
21  Q   But you underlined --
22  A   But I am saying, again, I don't think I ever
23  spoke to Mr. Manfred.
24  Q   But you underlined here the word immediately

Page 239

1   because you said you never personally assured Sam
2   and his attorney that the product would be
3   delivered immediately; correct?
4   A   I delivered it immediately.
5   Q   He wrote that you told him the product would
6   be delivered immediately.  That's not true; right?
7   A   I don't know what they said to their
8   customers.
9   Q   Right.  But he's saying in paragraph 11 -- he
10  prepared a declaration and he wants you to tell the
11  Texas Bar that you told Sam and Manfred that the
12  product was en route and being delivered
13  immediately.  That's what --
14  A   But it was stopped on the truck.
15  Q   So it never was being delivered immediately?
16  A   No.
17  Q   So that's a lie that Manfred Sternberg put in
18  his --
19  A   Well, it's not correct.  Right.
20          MR. LAVER:  Objection.
21  BY MR. LIGHTMAN:
22  Q   And then he says, he writes in here, that is
23  what my team at A Solar told me.  Do you see that?
24  A   There's no A. Solar.

Page 240

1   Q   There's no A. Solar.  There's no team at A.
2   Solar; correct?
3   A   Yes.
4   Q   And then in number 12 he writes, I honestly
5   believe that trucks with product to deliver
6   product.  That's not true; right?
7   A   No.
8   Q   That's not true.  Because the trucks --
9   A   It's in the warehouse.
10  Q   It's in the warehouse and they never gave you
11  bills of lading?
12  A   Exactly.
13  Q   And then you wrote in 13, through no fault of
14  Charlton due to an unforeseen personnel and
15  logistics problem within A. Solar, we have to date
16  been unable to deliver the product as we
17  represented and agreed.  You underlined through no
18  fault of Charlton; right?
19  A   Right.
20  Q   Why is that not true?
21  A   No bill of lading.
22  Q   Okay.  And --
23  A   I asked him from that delivery point where I
24  gave it to the Available Movers to move forward the

Page 241

1   ball.  You know, otherwise it's not going to be
2   moving.  These guys do not deliver without bill of
3   lading.
4   Q   And Mr. Sternberg writes, he wants you to say,
5   due to an unforeseen personnel and logistics
6   problem within A. Solar; is that accurate?
7          MR. LAVER:  Objection to form.
8   BY MR. LIGHTMAN:
9   Q   Is that a true statement that Mr. Sternberg
10  put in his --
11  A   Of course not.  I delivered the merchandise to
12  Sam.  Right?  I put it on the truck.  That's how
13  they requested it.  To put it on the truck and
14  Zekaria was verified that it's on the truck and
15  then I get the money which happened.  Then I got
16  the money.
17  Q   What's the -- is there an unforeseen personnel
18  and logistics problem within A. Solar that
19  prevented the delivery?
20  A   There's no A. Solar.
21  Q   So when Sternberg wrote that he wanted you to
22  say to the Texas Bar due to an unforeseen personnel
23  and logistics problem within A. Solar, that's not
24  true?

61 (Pages 238 to 241)

Page 242

1  A   That's not true.  I put it on the truck.
2  Q   And then it says in 14, it's A. Solar's
3  responsibility to Charlton to fill their order and
4  you wrote A. Solar, that's not true; right?
5  A   Correct.
6  Q   And then he wants you to write in April A.
7  Solar is still as of this date attempting to fill
8  the order and stands behind it.  That's not true?
9  A   Which number are you on?
10 Q   Fourteen.
11 A   Fourteen.
12 Q   A. Solar is still and as of this date
13 attempting to fill the order and stands behind this
14 transaction.  That's not true; correct?
15 A   What date was this written?
16 Q   He wants you to sign this in April which is
17 after either the stuff disappeared from the
18 warehouse or turned to rice?
19 A   I already gave refund by then.
20 Q   So that 14 is not true?
21 A   Yes.
22 Q   By the way, is there anywhere in this
23 declaration that Manfred Sternberg drafted for you
24 to sign, is there anything in here about you giving

Page 243

1  them control?
2  A   Here?
3  Q   Yes.
4  A   I didn't see.
5  Q   Is anything about Sam agreeing to release from
6  you any further responsibility once you gave them
7  the collateral that they accepted?
8  A   Can you rephrase?
9  Q   Is there anything in the draft declaration?
10 A   I don't see anything.  I must stop you.  I
11 must stop you.  I need my coffee.  No.  I'm a
12 little bit cold.  I don't know why.  Maybe this
13 will warm me up.  I'm sorry.  We were at 14?
14 Q   Yes.  You weren't in April attempting to fill
15 the order and standing behind the transaction?
16 A   Oh, no.  Of course not.
17 Q   That's not a true statement that Sternberg put
18 in this draft declaration; correct?
19 A   You're on 14?
20 Q   Yes.
21 A   Yeah.
22 Q   And 15?
23 A   Are you sure this was written 14?
24 Q   Fourteen says, it is A. Solar's responsibility

Page 244

1  to Charlton to fill their order.  A. Solar is still
2  as of this date attempting to fill the order.  You
3  weren't in April attempting to fill the order;
4  right?
5  A   No.  My question is, was this sent to me in
6  April?
7  Q   Yes.
8  A   For sure?
9  Q   Uh-hum.
10 A   Okay.
11 Q   It was sent to you to sign after you gave them
12 collateral and they accepted that?
13 A   That I know, but I just don't know the date of
14 this thing.
15 Q   It's in the -- I'll get to it.  Then in 16, he
16 wants you to state to the Texas Bar, I have read
17 Manfred Sternberg's response to the Office of the
18 Texas Disciplinary Counsel and confirm that all the
19 facts stated therein about me are consistent with
20 this declaration and true and correct.  Do you see
21 that?
22 A   Yes.
23        MR. LAVER:  Objection to form.  You
24 are misstating.

Page 245

1        You may proceed.
2  BY MR. LIGHTMAN:
3  Q   Well, I'll start again.  Because I apologize
4  if I did.  Sixteen says, I have read Manfred
5  Sternberg's response to the Office of the Texas
6  Disciplinary Counsel and confirm that all of the
7  facts stated therein about me are consistent with
8  this declaration and are true and correct.  Is that
9  what it says?
10 A   Yeah.
11 Q   But that's a false?
12 A   Well, I marked all this down so...
13 Q   You underlined, so that's false.  You believe
14 that to be false?
15 A   It's not true.
16 Q   And then number 17 where he writes all of
17 these delays are commercially reasonable in light
18 of the global supply chain disruption due to COVID.
19 You underlined that; right?
20 A   Yeah.
21 Q   You don't think that's true; right?
22 A   I put 365,000 COVID-19 test kits on a truck,
23 so I don't know what is the global supply, but I
24 know what I did.

Page 246

1    MR. LIGHTMAN:  Can we mark this as
2  11; right?
3    (Two-page photocopy of declaration of
4  Sam Gross marked GW-11, for identification.)
5  BY MR. LIGHTMAN:
6  Q   I will represent to you, Mr. Weiss, that Gary
7  Weiss-11, is a true and correct copy of the
8  declaration signed -- actually signed by Sam Gross
9  that Manfred Sternberg drafted from that was
10  submitted to the Texas Bar and is part of Mr.
11  Sternberg's response.
12    Did you see this before?
13  A   No.  This is the first time I see it.
14  Q   Okay.
15  A   When was this drafted?
16  Q   By the way, for the record, it bears Sternberg
17  document number 1278 through 1279.  I don't know
18  when it was drafted, but it says that it was signed
19  in April -- on April 24, 2022.  And based upon what
20  I know, after you refused to sign the declaration
21  or at the same time he was drafting the declaration
22  for you, Mr. Sternberg was drafting this for Mr.
23  Weiss, so I --
24  A   I get the picture.  I know what it is.

Page 247

1  Q   Take your pen and go through, Mr. Weiss's,
2  declaration -- Mr. Gross's declaration and same
3  thing.  Underline everything in there that you do
4  not believe is true.
5  A   Mr. Lightman, on paragraph -- on second
6  paragraph, I confirm and agree with all facts
7  stated.  Where are those facts?  Can I see them?
8  Q   That's in -- I can show you the declaration?
9  A   Am I asking too much?  Do you want me to
10  underline what I think is not correct?
11  Q   Yes.  Did you go through that?
12  A   I gave it to you.
13    MR. LIGHTMAN:  I'll make a copy of
14  this when we take a break.
15    MR. LAVER:  Can I just see it?
16    MR. LIGHTMAN:  Sure.
17    MR. LAVER:  Okay.  I'm with you.
18  BY MR. LIGHTMAN:
19  Q   All right.  Let's do -- I'd like to show you
20  now what's been previously marked as Manfred
21  Sternberg Deposition Exhibit-31.  Look through
22  those, please.
23  A   Oh, okay.  Looks like I introduced these
24  things.

Page 248

1  Q   You did.  When I marked that Manfred Sternberg
2  Deposition on February 7.  I showed it to him.  He
3  claimed that those documents are fabricated, not
4  accurate documents?
5    MR. LAVER:  Objection to form.
6  BY MR. LIGHTMAN:
7  Q   Do you agree that -- did you make up those
8  documents, or did you just produce them in the form
9  that they were in?
10  A   Okay.  This is screenshots?
11  Q   Yes.
12  A   Of messages from Sam Gross to me.
13  Q   Okay.  So you didn't fabricate those
14  documents?
15  A   No.
16  Q   Did you fabricate any of those documents?
17  A   None.
18  Q   Did you falsify any of the information in
19  those documents?
20  A   None.  And they do exist on my phone by the
21  way, still.
22  Q   Excellent.
23  A   So this is not just a piece of copy paper.
24  The original is right here on the phone.

Page 249

1  Q   Each of these documents bears a Weiss document
2  number at the top of each page; right?
3  A   Weiss, yeah.
4  Q   You produced these during discovery in this
5  case; correct?
6  A   I don't remember when I did produce these.
7  Q   Did you fabricate any documents you produced
8  in discovery?
9  A   None.
10  Q   And one of the reasons he claims that you
11  fabricated these documents is if you look at the
12  first where it says Sam Gross, it's spelled with
13  three S's instead of two.  Do you see that?
14  A   Yes.
15  Q   Why is that?  Do you know?
16  A   That's how I have his name in my phone.
17  Q   You have G-r-o-s-s-s in your phone?
18  A   Yeah.
19  Q   Let's look at the first page.  Okay.  This is
20  Weiss document six.  Sam Gross wrote this text to
21  you; right?
22  A   Yeah.
23  Q   In the white part?
24  A   In white part, yes.

63 (Pages 246 to 249)

---

Page 250

1  Q   He writes, this text is to confirm I never
2  wanted your collateral.  Manfred Sternberg had
3  requested it and he had confirmed through our
4  lawyer as well.  Per his request, I obtained it
5  from you.  Do you see that?
6  A   I see.
7  Q   Now, Manfred Sternberg testified on February 7
8  that it wasn't his idea to give collateral.  Did
9  you agree with that?
10  **A   I don't know what went between the two of**
11  **them.**
12  Q   The idea came -- of collateral came up after
13  you said I'll give you guys a refund; right?
14  **A   I don't think so.**
15  Q   Why not?
16  **A   On February 20 or 21 Sam told me that he will**
17  **need the refund because of the delays he will need**
18  **the collateral in form of the diamonds, which I did**
19  **not want to give.  But he said, listen, this is not**
20  **being delivered and I have to do what my lawyer's**
21  **advising me or telling me to do.  So I agreed.**
22  Q   Okay.  Let's look at the second page of this
23  Manfred Exhibit-30.  It's labeled Weiss-8.  Do you
24  see that?

---

Page 251

1  **A   Uh-hum.**
2  Q   And this is an e-mail exchange between Sam
3  Gross and Manfred that Sam Gross sent to you?
4  **A   You are on second page?**
5  Q   Second page.  Yes.  It is saying, what do you
6  -- on the blue it says, Sam Gross is at the top of
7  this page; right?
8  **A   Right.**
9  Q   And in the blue it says, what do you think as
10  I'm on hold again.  Sucks for me, too.  And then on
11  the black and white writes back, don't want refund
12  as we will lose.  Do you see that?
13  **A   Yeah.**
14  Q   And that's from Manfred to Sam?
15  **A   He is sending me screenshot.**
16  Q   Of what -- of the text between him and
17  Manfred?
18  **A   I assumed.**
19  Q   And then Sam Gross writes, okay.  So what time
20  line do I give him to perform in a way that
21  protects you, me and the business.  Do you see
22  that?
23  **A   Yeah.**
24  Q   And then Manfred writes back, next lie from

---

Page 252

1  him we are done.  Do you see that?
2  **A   Yeah.**
3  Q   And then if you go to the next page Weiss-10
4  at the top it says, Manfred Sternberg, Esquire.  Do
5  you see that?
6  **A   I see.**
7  Q   And, again, how did you get this document?
8  **A   This was a screenshot that Sam sent me of**
9  **communication between the two of them.**
10  Q   Between Manfred and Sam?
11  **A   Yeah.**
12  Q   So Sam's writing, what do you think, as I'm on
13  hold again.  Sucks for me, too.  And then Manfred
14  writes back, don't want refund as we will lose.  Do
15  you see that?
16  **A   Yeah.**
17  Q   What is -- do you know what Manfred means by
18  that.
19  **A   (Shakes head from side to side.)**
20  Q   No.  Okay.  So then go to the next page again,
21  Weiss-11, is this another screenshot of text
22  between Sam Gross and Manfred that have --
23  **A   That's what it looks to me, yeah.**
24  Q   And Manfred is writing, next lie from him, we

---

Page 253

1  are done.  I don't think they can deliver that is
2  the problem.  See that, Manfred writing that?
3  **A   Yes.**
4  Q   And then Sam is writing you back because Sam
5  writes back, because my feeling is no matter what
6  issues he has, he will deliver and I don't want to
7  lose.  And then Manfred replies yes to that.  Do
8  you see that?
9  **A   Yes.**
10  Q   Next page of this Exhibit Weiss-12 again it
11  shows Manfred Sternberg's cell phone at the top.
12  How did you get this page?  Another screenshot that
13  Sam Gross sent you?
14  **A   He shows me their conversations.**
15  Q   You should have these screenshots in your cell
16  phone; right?
17  **A   I do.**
18  Q   And Manfred should also have them in his
19  phone; right?
20          MR. LAVER:  Objection.
21  BY MR. LIGHTMAN:
22  Q   They're from Manfred's cell phone; right?
23  **A   Yes.**
24  Q   And they are from Sam Gross's cell phone?

---

Page 254

1    A   Yeah.
2            MR. LIGHTMAN:  So why haven't I
3    gotten any of these documents produced,
4    Mr. --
5            MR. LAVER:  You are asking me?
6            MR. LIGHTMAN:  Yes.
7            MR. LAVER:  Well, my objection is
8    because he's not a tech wizard.  He has no
9    idea what's on Manfred's phone.  As I have
10   already stated to you and I'll state on the
11   record, my client retained a forensic guy
12   that is going to go through everything and we
13   will have a supplement.
14   BY MR. LIGHTMAN:
15   Q   And the next page, Weiss-14, again, says
16   photo.  The next page says, photo at the top.  Is
17   that because that's a photo of a screenshot that
18   was sent to you?
19   A   Yes.
20   Q   And this is Manfred writing, wrong text.
21   Here's the right one.  Dear Manfred, I am the one
22   to blame.  You and Sam did not know about the
23   problems with the shipping, nor did I.  I am sure
24   you guys want it delivered to your customers, but

Page 255

1    the delays were on my side.  Again, I apologize.
2    Until I find out the truth, I'm upping the
3    collateral, four million with Sam.  In the
4    meantime, sorry for creating this delivery problem.
5    Gary.
6            Is that something you wrote to
7    Manfred?
8    A   This is something that Manfred wrote to Sam,
9    so I write and they have a record that that's what
10   I said.
11   Q   So did you actually say this or this is what
12   Manfred wanted you to write to him?
13           MR. LAVER:  Objection.
14           THE WITNESS:  That's what I think is
15       the whole idea that they want to have certain
16       text from me to show that I'm the bad guy.
17   BY MR. LIGHTMAN:
18   Q   So Manfred wants you to send him this text?
19   A   This is coming from Sam, not from Manfred.
20   Okay.
21   Q   Okay.
22   A   Sam is sending me this screenshot.
23   Q   Right.
24   A   And you can tell that this is between Manfred

Page 256

1    and Sam.
2    Q   And Sam is sending this to you because he
3    wants you to write this to them; right?
4    A   He send this to me because he made a mistake.
5    He should have never sent it.
6    Q   Sam shouldn't have sent it to you?
7    A   Exactly.
8    Q   You never wrote this text to Manfred; right?
9    A   No.
10   Q   Look at the next page.  This is another
11   screenshot of a text exchange between Manfred and
12   Sam that Sam e-mailed to you or sent to you; right?
13   A   Correct.
14   Q   And Manfred is saying to Sam, he is buying
15   himself and his lawyer a bunch of bad PR and claims
16   of fraud and wire fraud.  Do you see that?
17   A   Yes.
18   Q   Do you know why he said that to you?
19   A   Same reason like the page before.
20   Q   It says, especially last Friday when he said
21   less than 45 minutes away and I scrambled to send
22   him another 190,000.  Do you see that?
23   A   Yeah.
24   Q   So the $190,000 was wired to you?

Page 257

1    A   Not to me.  February 15 maybe.
2    Q   February 15.  Thank you.  2022.  And according
3    to my calendar here, February -- no.  Hold on.  You
4    got a wire -- Manfred wired to Zekaria 190,000 on
5    February 25, 2022.
6            Do you agree with that?
7    A   I don't know when -- when Manfred wired that
8    money.  I'm not sure.  I know about the monies that
9    I got, you know.
10   Q   But you have -- we look at -- if you look at
11   Manfred Sternberg Deposition-26 which is his IOLTA
12   records for February, on February 25 it shows
13   $190,000 wire from Manfred's escrow account to
14   Zekaria.  Do you see that?
15   A   Okay.
16   Q   So if Manfred wired 190,000 to Zekaria on
17   February 25th that's a Friday, according to my
18   calendar on my phone?
19   A   And there on the 28th which is probably Monday
20   Zekaria sends me 70,000.
21   Q   Right.  But she got 190 and Manfred is telling
22   Sam in this text, especially last Friday -- that's
23   February 25 -- when he said less than 45 minutes
24   away -- that's you telling these guys the delivery

Page 258

1  is less than 45 minutes away.  And I scrambled to
2  send him another 190,000?
3  **A    So there is many parts to your question.  What**
4  **Manfred sent to Zekaria and when exactly, I don't**
5  **know.**
6  Q    February 25, 190,000?
7  **A    No, but I don't know.  You are telling me and**
8  **you are showing me.**
9  Q    I showed you the record.
10  **A    But that's not in my records.**
11  Q    I understand that.
12  **A    But Manfred is saying you told him that the**
13  **delivery is 45 minutes away.  I need you to send me**
14  **another $190,000 which he on Friday scrambled and**
15  **sent to Zekaria; right?**
16          MR. LAVER:  Objection to form.
17      That's not at all what he's saying.
18  BY MR. LIGHTMAN:
19  Q    Tell me.
20  **A    I guess, yes.**
21  Q    Correct?  Right?
22  **A    Correct.  He probably sent her 190,000.**
23  Q    Because you said, he said less than 45 minutes
24  away.  That's Manfred saying you were telling him

Page 260

1  Q    You didn't circle that?
2  **A    No, sir.**
3  Q    So Sam did that?
4  **A    This is a screenshot that I'm getting from Sam**
5  **Gross.  I'm getting it with this red circle.  Okay.**
6  Q    You got it with the red circle on it; right?
7  **A    I got it the way you see it.**
8  Q    Got it.  Okay.  And then turn to this page,
9  page Weiss -- it's Weiss document 22 in Manfred
10  Sternberg's Deposition Exhibit-31 here this is Sam
11  writing to you; right?
12  **A    Right.**
13  Q    And Sam writes, Gary, I would had been haiku,
14  h-a-i-k-u, to return the collateral?
15  **A    I would be probably happy he meant and it came**
16  **out --**
17  Q    Haiku?
18  **A    Haiku is what?  Happy, in my opinion.**
19  Q    Okay.  Hold on.
20          MR. LAVER:  Off the record.
21              - - -
22          (Discussion off the record.)
23              - - -
24  BY MR. LIGHTMAN:

Page 259

1  the delivery is less than 45 minutes away, but I
2  need another 190,000; right?
3  **A    Correct.**
4  Q    And then he writes, that is classic fraud in
5  the inducement and can only be cured by delivery or
6  return of all money.  Do you see that?
7  **A    I see.  I see.**
8  Q    So Manfred is telling Sam that you said
9  delivery is imminent.  Send me 190,000, but you
10  never delivered and Sam and Manfred is saying
11  that's classic fraud in the inducement and can only
12  be cured by delivery or return of all money;
13  correct?
14  **A    Correct.**
15  Q    And then Sam says, should we request refund in
16  your mind or should I try to close it.  Do you see
17  that?
18  **A    I see.**
19  Q    And then on the next page it says, don't want
20  refund, as we will lose.  Do you see that and it's
21  circled in red?
22  **A    Right.**
23  Q    Who circled that in red?
24  **A    Sam.**

Page 261

1  Q    So he said, I would had been happy to -- it
2  says haiku, but you think he meant happy; right?
3  **A    For me, yes.**
4  Q    But then they write, but Manfred won't let me?
5  **A    Yeah.**
6  Q    So Gary -- excuse me -- Sam Gross is telling
7  you Manfred won't let Sam return the collateral to
8  you; right?
9  **A    Looks like.**
10  Q    And then also Sam writes to you, I would have
11  never takes the collateral unless Manfred asked for
12  it.  So Manfred, since he asked for it, is the one
13  you should talk with about it; right?
14  **A    Yeah.**
15  Q    So you are trying to say, well, what about
16  giving me my collateral back?
17  **A    Exactly.**
18  Q    And he's saying, I can't help you.  You have
19  to talk to Manfred?
20  **A    Yeah.  Talk to him.**
21  Q    So Sam is telling you go to Manfred?
22  **A    Yeah.**
23  Q    So Sam didn't have the ability to return the
24  collateral to you; right?

Page 262

1   A   Excuse me?  What is the question?
2   Q   Sam did not have the ability to control the
3   collateral; correct?
4        MR. LAVER:  Objection to form.
5   BY MR. LIGHTMAN:
6   Q   I will rephrase it.  Manfred is controlling
7   the return of the collateral to you; correct?
8        MR. LAVER:  Objection.
9        THE WITNESS:  No.  What he -- no.
10  That's not true, Mr. Lightman.  What he's
11  telling me now that is not going to give it
12  back to me and I should go to Manfred.  Do
13  you understand?
14  BY MR. LIGHTMAN:
15  Q   Right.
16  A   That's what he's saying.  He's not saying
17  anything else.  Do you know what I mean?  He may
18  have it and he's saying go to Manfred.
19  Q   He's also saying, Manfred won't let him, Sam,
20  return the collateral?
21  A   Right.  Not sure or not.
22  Q   Go to the next page.  Skip two pages.  That's
23  then.  At the bottom of the next page it says, so
24  you confirm that I gave you the collateral that

Page 263

1   Manfred asked for.  Do you see that at the bottom
2   of the page Weiss-23, at the top of page Weiss-24?
3   A   Yeah.  So that's probably me.  No?
4   Q   So you are saying.  Yes.  And then you are
5   writing to Sam, so you confirm that I gave you the
6   collateral Manford asked for; right?
7   A   I think so.  I don't see the continuation.
8   Yeah.  Yeah.
9   Q   It says that; right?
10  A   Yeah.
11  Q   So Manfred is the one that asked for this
12  collateral; right?
13  A   That's what Sam told me.
14  Q   And then you write -- Sam writes back, of
15  course, why not.  You gave me collateral.  I didn't
16  wish for it, but I took it because Manfred pushed
17  it.  Do you see that?
18  A   It looks like a nice poem.
19  Q   And then he writes, and here we are.  I would
20  like to add, Manfred asked for collateral on
21  President's Day Weekend.  Turn to next page.  Next
22  page.  It says, Manfred asked for collateral on
23  President's Day Weekend.  He had his son with him
24  and they both came up with this idea; correct?

Page 264

1   A   Yes.
2   Q   Did you know that Manfred's son was involved
3   in the decision to take collateral?
4   A   I never know Manfred has a son.  This was
5   first time see that Manfred has a son, you know, in
6   this -- in this text here.  Are you done with this?
7   Q   Yeah.  You can put that away.
8        MR. LIGHTMAN:  Can we mark this as
9        --
10        (One-page photocopy, front and back,
11        of emails marked GW-12, for identification.)
12  BY MR. LIGHTMAN:
13  Q   Do you remember e-mailing this to me on
14  August 16, 2023?
15  A   From monipair?
16  Q   From Gary Weiss to Mr. Gary Lightman on
17  August 16; right?
18  A   Correct.  2023.
19  Q   And it is an e-mail dated March 14, 2022?
20  A   Okay.
21  Q   Sam Gross sent to you.  Do you see that?
22  A   Yeah.
23  Q   And it says, good morning.  Read this.  Then
24  call me back.  Thanks?

Page 265

1   A   Right.
2   Q   And he forwarded you an e-mail that on
3   March 13 Manfred writes -- and then below that is
4   March 13 e-mail from Randolph Adler to Manfred.
5   Copy William Berman, subject to follow up.
6        Do you see that?
7   A   Uh-hum.
8   Q   In this e-mail it says, hi, Manfred.  It was a
9   pleasure speaking with you last week.  As a follow
10  up to our conversation, I wanted you to know that I
11  spoke with the civil litigation counsel, Bill
12  Berman, who is CC'd, and the client.  Based upon
13  what I conveyed from our conversation, everyone is
14  cautiously optimistic.  Did I read that right?
15  A   Yes.
16  Q   If you turn to the last page it says, so we
17  don't have to bother you, Bill is sending an
18  agreement that would memorialize our discussion
19  that if delivery of the product doesn't occur to
20  your client by say Thursday --
21  A   Tuesday.
22  Q   -- by say Tuesday, that Sam will agree to
23  liquidate the diamonds in his possession and repay
24  the full balance by Thursday or Friday of this

Page 266

1  upcoming week.
2        Do you see that?
3  A   Yes, sir.
4  Q   Thank you again for taking the time to speak
5  with me and Bill will be in touch with a simple
6  one-page agreement.  I appreciate your constant
7  professionalism.  Please let me know if you want to
8  discuss any further -- anything further.  Kindest
9  regards, Randy; right?
10 A   Right.
11 Q   So Manfred told Randy Adler shortly before
12 this March 13 e-mail was sent by Randolph to
13 Manfred following up their conversation that if his
14 client does not get the product, Sam is going to
15 liquidate the collateral and give him a full
16 refund; right?
17 A   Black and white says.
18 Q   That's what this says.  What are these yellow
19 stickums on here?
20 A   That's me making just notes just studying
21 correspondence and things like that.
22 Q   I'm sorry.  Are you finished?
23 A   Yeah.
24 Q   The top yellow stickum says, Ran -- Ralph

Page 267

1  Adler, attorney for VRC paid 2.2 million to Manfred
2  and Sam.  Do you see that?
3  A   Correct.
4  Q   How did you figure that out?
5  A   There is some other e-mails referencing to
6  that.  This is more correspondence between Rick
7  Adler and Manfred where he's -- he mentions that
8  VRC gave $2.2 million to Manfred.
9  Q   And your second yellow stickum that says
10 March 13, 2022, you write, Randolph Adler to
11 Manfred telling Manfred to sell diamonds he
12 received as collateral; right?
13 A   Correct.
14 Q   What do you mean by that?
15 A   At this point on March 13 Mr. Manfred,
16 Attorney Manfred, knows that I gave diamonds as
17 collateral which turned into a refund, and now
18 they can sell them and recover money and buy new
19 kits to deliver to their customers.  This is why
20 they took the money -- the escrow money so they
21 have some form of monetary value in their hands.
22 Q   This doesn't say -- look at the back of this.
23 This does not say liquidate the diamonds and buy
24 new kits.  It says, liquidate the diamonds and

Page 268

1  repay the full balance.  Do you see that?
2  A   Okay.  What is between them is correct, you
3  know, if they want to get a refund or, you know, I
4  don't know the terms of the deal.
5  Q   So Manfred is telling him you are going to get
6  your product or we are going to liquidate the
7  diamonds that we have and give you a refund?
8        MR. LAVER:  Objection to form.
9        THE WITNESS:  That is correct.  That
10 Gary Weiss gave to Sam.
11 BY MR. LIGHTMAN:
12 Q   There was the diamonds that they are talking
13 about?
14 A   He doesn't say they have.  That Sam later on
15 here refers to that Sam has in his possession and
16 will start to sell.  Not that Manfred will sell.
17 Do you understand?
18 Q   So you are saying, Manfred is telling Randy if
19 you don't get your product Sam will --
20 A   I will tell Sam to sell.  Am I correct in
21 this?
22 Q   You don't have to ask questions.  You answer
23 questions.  And then you write in your third
24 stickum, Manfred told Randolph Adler about the

Page 269

1  collateral days before 3/13/2022.
2        What do you mean by that?
3  A   Okay.  I don't remember what was my state of
4  mind at the time, but if we put on a big wall all
5  the e-mails with dates and we stick that in between
6  them, we will see inconsistency of things happening
7  and being done which you can only do vet.  Do you
8  understand what I mean?
9  Q   Yes, I do.  That's exactly what I saw.  That
10 this date with the declarations with the bar with
11 not knowing he's doing that I'm doing and they
12 already have a refund in their hand, you know, it
13 is just -- which was a lie in this letter here.
14 Whatever.  I have to put this in front of me and
15 find out.  All those papers, but that's the notes
16 that I'm making there.
17        MR. LIGHTMAN:  Can we mark these as
18 Gary Weiss-12 and Gary Weiss-13 -- 12 is the
19 e-mail exchange.  Gary Weiss-13 and 14.
20        (One-page color photocopy of text
21     message marked GW-13, for identification.)
22        (One-page color photocopy of text
23     message marked GW-14, for identification.)
24 BY MR. LIGHTMAN:

Page 270

1    Q   So Gary Weiss-13 and Gary Weiss-14 are
2  screenshots of text messages between you and Daphna
3  Zekaria; correct?
4    A   No.  This is a screenshot from Sam to me
5  showing what he is texting with her.
6    Q   So this 13 and 14 are screenshots of text
7  exchanges between Daphna Zekaria and Sam Gross?
8    A   Correct.
9    Q   And Daphna's writing shows at the top here and
10  Sam is writing, you took my escrow and are blaming
11  me now or who is writing that?  I'm sorry.  Let me
12  strike that.
13        Daphna is writing to Sam, you took my
14  escrow and are blaming me now.  Excuse my language.
15  Fuck this and remember I will always love you, but
16  not being treated this way.  I deserve more than
17  this.  You are wrong and I expect an apology, a
18  really big one.
19        Do you see that?
20    A   Yeah.
21    Q   So Daphna is writing to Sam remember I will
22  always love you?
23        MR. HEALEY:  Objection.  We don't
24    know who that is.

Page 271

1  BY MR. LIGHTMAN:
2    Q   Is that what this text is?  Appears to be?
3    A   I read what you read.  I cannot interpret it
4  any other way.  Just look at it.
5    Q   Do you know why Daphna is telling Sam Gross I
6  love you -- I will always love you?
7    A   I don't want to speculate, Mr. Lightman.
8    Q   And then Sam writes back, before you say house
9  of cards, think about the street money Vig your
10  clients and even you have been collecting and
11  benefiting from me for almost six months now.
12        Do you see that?
13    A   Okay.
14    Q   What does Sam mean when he's writing that to
15  Daphna?
16    A   Your guess is as good as mine.
17    Q   Do you have a guess?  I know I asked you not
18  to guess, but do you know what they're talking
19  about when they say Vig -- about street money and
20  Vig?
21    A   Mr. Lightman, please talk to Sam about this.
22  What I think about it --
23    Q   What do you think about it?
24    A   At this point living like this.  I want you to

Page 272

1  work on the two parties here which is --
2    Q   Zekaria and Gross?
3    A   You can call me again later on.  I come any
4  time.
5    Q   And next page, she writes, after she writes,
6  think about the street money, Vig your clients and
7  even you have been collecting and benefiting --
8  when he writes for almost six months, he then
9  continues and still collecting as of yesterday.
10  The house of cards cannot make these payments and
11  this is one nasty allegation.  I'm really angry and
12  insulted now.  The fact that you will benefit from
13  our mutual work, yet you say this to me is highly
14  offensive to me and you cannot use our meeting
15  me -- and you cannot use meeting me at the hotel as
16  a tool, too.
17        Do you understand why -- what he
18  means when he writes this to Daphna?
19    A   Mr. Lightman, your guess as good as mine.
20    Q   Okay.
21    A   Okay.
22    Q   Do you want to guess?  What do you think about
23  it?
24    A   I don't want to guess at this point.  I think

Page 273

1  that you know and I know, but I will not guess.
2  It's not necessary.
3    Q   Is there a romantic and/or sexual relationship
4  between Sam Gross and Daphna Zekaria?
5        MR. HEALEY:  Objection.
6  BY MR. LIGHTMAN:
7    Q   Correct?  Is there any other explanation for
8  this kind of stuff?
9    A   Well, we have some pictures and things like
10  this later on that you already have.
11    Q   And you are going to produce them?
12    A   So, if you want to connect the two, don't ask
13  me those questions.  I just brought this and you do
14  the rest.
15    A   Can I say something on the record?
16    Q   Sure.
17    A   You are the professional to ask the question
18  and not me.  Okay.  So, if you ask and you do
19  whatever you want, I'm just here.  I'm going to
20  answer.
21    Q   I'm going to take it up with Zekaria and
22  Gross, if I ever see Gross.
23        How many COVID or PPE deals did you
24  ever engage in?

69 (Pages 270 to 273)

Page 274

1   A   Me?
2   Q   Yes.
3   A   One.
4   Q   The one involving Sam Gross and these masks;
5   right?
6   A   Yes.
7   Q   And your suppliers were Levon and Zadik and no
8   one else; right?
9   A   Zadik.
10  Q   Did you ever owe Gross money?
11         MR. LAVER:  Objection to form.
12         THE WITNESS:  No.
13  BY MR. LIGHTMAN:
14  Q   You never did.  Do you know Gross's criminal
15  defense attorneys?
16  A   I know that it is Daphna Zekaria and I know
17  that she called Ron Kuby in, attorney Ron Kuby in
18  to help.  That's all I know.  Yeah.
19  Q   That would be K-u-b-y, Ron Kuby?
20  A   How you spell, I'm not sure.
21  Q   K-u-b-i.  That's Ron Kubi.  How about Stacey
22  Richmond?
23  A   I heard her name, but I don't know in what
24  capacity she does work she does for Sam, you know.

Page 275

1   Q   And Zekaria?  Do you know who attorney Zekaria
2   is, Z-a-k-a-r-i-a?
3   A   Yeah.  We are talking about Daphna Zekaria.
4   Q   I got you.  And the only reason you sent money
5   to Taylor Panagakos is because Sam asked you to?
6   A   Sam asked me to.
7   Q   Did you ever send her anything other than that
8   one 20 or $25,000?
9   A   No.
10  Q   What's your -- do you have any relationship
11  with Taylor?
12  A   No.  She's 22 years old and she has a
13  boyfriend.
14  Q   You were never romantically involved with
15  Daphna?
16  A   Never.
17  Q   Why did you give her the four diamonds as
18  collateral?
19  A   That's what he asked.
20  Q   So the diamonds you gave to Daphna were
21  intended to go to Sam Gross; right?
22  A   Yes.
23  Q   Did you ever give Daphna diamonds as
24  collateral for her to keep?

Page 276

1   A   No.
2   Q   Do you know what Daphna's relationship is with
3   Sam?
4   A   She's his lawyer, we know, representing.
5   Q   Daphna is Sam's lawyer?
6   A   Daphna is Sam's lawyer, yes.
7   Q   Daphna is your escrow -- there is one escrow
8   between you and Daphna; correct?
9   A   Correct.
10  Q   But you didn't retain her as your lawyer;
11  correct?
12  A   Well, she made some agreement, which I agreed
13  to, so we can get the money, and gets it in escrow
14  and she gives it to me.
15  Q   Why were their Home Depot boxes used?  Why
16  didn't you just leave them in the I-COVID boxes?
17  A   I don't know the answer to your question.
18  That's how I got them.
19  Q   And you gave all the rice to the school across
20  the street?
21  A   No.
22  Q   What did you do?
23  A   I drop parts of the rice to the school.  Okay.
24  The rest I kept in my truck and I gave away.

Page 277

1         MR. LIGHTMAN:  It's four o'clock.
2   Here is what we have agreed to do and I will
3   put it on the record.
4         We have agreed to conclude this
5   deposition at 4:00.  I'm going to make copies
6   of the documents that you produced today and
7   distribute them to Mr. Healey and Mr. Laver.
8   You are going to go through your phone and
9   print out all those pictures and any other
10  pictures you have and any other e-mails you
11  have and go through your bank records and
12  produce the additional bank records and
13  documents and then you are getting operated on
14  on January -- or February 29, the end of this
15  year.  It's knee surgery.
16  BY MR. LIGHTMAN:
17  Q   After about a month recuperation you will
18  agree to come back sometime in April?
19  A   Yeah.  I will ask you for the documents that
20  you want from me, please send to me in an e-mail.
21  Q   Would --
22         MR. LIGHTMAN:  Can you send me a
23  list?
24         MR. LAVER:  I will.

70 (Pages 274 to 277)

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                February 16, 2024

Page 278

1       **MR. HEALEY:** And I will let you know
2   --
3       **MR. LIGHTMAN:** Why don't you do
4   this?  If you guys can get to me within a
5   week your list of the documents, I will put
6   together a global list circulated and once
7   all three of us reach agreement, I'll send it
8   to Mr. Weiss.
9       **MR. LAVER:** And I just want to add
10  and make clear the deposition is paused.
11  It's not concluded.
12      **MR. LIGHTMAN:** No.  The deposition
13  is concluded because I want to be able to use
14  this if he doesn't show up.  But we are going
15  to have it -- agree to on a second day.  I'm
16  not going to keep it open so I can't use it
17  at trial.  He's concluded and he's agreed to
18  come back for a second deposition.
19      **MR. LAVER:** So long as we have the
20  opportunity to ask questions, that's fine.
21  Okay.
22      THE WITNESS:  Right.  I will be back
23  tomorrow.
24      **MR. LIGHTMAN:** Lastly, I wish you

Page 279

1   well in your knee operation.
2       **COURT REPORTER:** Mr. Laver, do you
3   want a copy of the transcript?
4       **MR. LAVER:** Yes.  Please.
5       **COURT REPORTER:** Pat, you want a copy
6   of the transcript?
7       **MR. HEALEY:** Can I let you know?
8       **MR. LAVER:** With exhibits.
9       (At four o'clock proceedings were
10  concluded.)
11                  - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 280

1          C E R T I F I C A T E
2
3
4       I, KIMBERLY A. BURSNER, Registered
5   Professional Reporter, do hereby certify that
6   the foregoing is an accurate transcript of the
7   proceedings, as reported by me, in the
8   case herein stated, and that I am neither
9   counsel nor kin to any party or participant in
10  said action, nor interested in the outcome
11  thereof.
12
13
14      _____
15      /s/ Kimberly A. Bursner
        Registered Professional
        Reporter
16
17
18
19
20
21
22
23
24

(856) 983-8484                    Tate & Tate, Inc.                    (800) 636-8283
                        825 Route 73 North, Suite G, Marlton, New Jersey 08053

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 73 of 98

USDC, ED of PA      American Environmental Ent. v. Manfred Sternberg, Esq., et al.      Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                February 16, 2024

Page 281

**A**

**a.m** 1:15 103:16
166:16,19 168:17
168:22 227:24
230:22
**A.SOLAR** 41:4,5,8
**ability** 8:11,16
261:23 262:2
**able** 76:13 138:21
140:23 278:13
**absolute** 7:17
228:16
**absolutely** 71:6
120:11 140:16
183:18 184:1
**accent** 135:22 136:1
136:2
**accept** 185:6
**acceptable** 7:8
**accepted** 221:20
243:7 244:12
**account** 32:9,11,20
33:5,11,14,17
70:13,15 71:17,18
72:8,9 73:1 79:11
80:4 112:7 113:12
191:10,12 192:1
192:17 203:13
204:15 215:14
257:13
**accountant** 34:14
34:16,18
**accumulate** 80:11
**accurate** 241:6
248:4 280:6
**accusing** 44:20
**acknowledging**
146:14
**act** 116:24
**acting** 101:11 222:4
222:6
**action** 280:10
**actual** 56:3 89:2
98:21 193:10,18
196:11,16 197:1
198:6
**add** 35:8 195:7
196:6 197:18,23
198:4,13 200:10
201:12 208:6
233:22 263:20
278:9
**added** 37:13 195:2
195:18 196:4,20
197:5

**adding** 194:18
195:15 198:9
201:21
**addition** 197:5
**additional** 234:2
277:12
**address** 12:11 17:21
17:24 18:18 21:7
21:15,16 22:18
23:23 24:12 27:20
34:9 58:4 68:6
71:18 93:16 96:16
160:19
**addressed** 160:16
160:19 161:5
**addresses** 18:3,7
29:10 65:16 95:13
**addressing** 161:6
**adds** 201:15,15
**Adler** 265:4 266:11
267:1,7,10 268:24
**admitted** 69:9
**Advanced** 91:5
**adverse** 7:24
**advise** 215:2
**advised** 169:2
214:12
**advising** 250:21
**affect** 8:11,16
**affirmative** 159:19
161:11,22 184:22
**agent** 28:3 29:23
212:6
**agents** 215:23
**ago** 10:7 69:9
**agree** 13:3 14:3,20
53:16 68:14
224:11 247:6
248:7 250:9 257:6
265:22 277:18
278:15
**agreed** 51:15,16
52:9 53:5,6 54:15
55:4 56:22 58:10
68:12 162:3,11
172:13 228:3
240:17 250:21
276:12 277:2,4
278:17
**agreeing** 243:5
**agreement** 113:19
113:20,24 114:5
114:15,17,24
115:2,12,18,19
116:1,2,4,7,9

117:1 200:10
212:19 215:21
216:14 265:18
266:6 276:12
278:7
**agreements** 215:11
**ahead** 126:3,16
159:11 218:1,23
229:19
**al** 1:7
**Alberto** 24:6 209:19
209:21
**allegation** 272:11
**allowing** 3:16 39:3
139:15
**altogether** 60:19
82:10 217:15
**amend** 3:17 39:3
**amended** 3:22
158:19,24 159:4
161:11
**amendment** 7:18,23
27:17 34:22 35:3
35:4 37:22
**American** 1:4 6:15
154:16
**amount** 70:5 201:16
224:1,4
**AMS** 100:16,17
102:22 104:23
128:7 129:10
175:18 177:18
179:14 182:2,13
182:19 236:20
**AMS's** 102:1
104:13
**and/or** 14:13 60:1
228:7 273:3
**angry** 272:11
**answer** 3:21 7:1,5,7
7:19,24 9:21
19:10 38:7,21
63:12,23 95:15
100:24 108:13
117:14 147:14
155:1 158:19,23
159:3 160:19
161:10 166:10
171:10 173:2
184:22 214:8
224:18 268:22
273:20 276:17
**answered** 9:22
95:22 99:17
**answering** 94:1,17

159:1
**answers** 7:1 94:3
**anybody** 13:18
37:10 42:20 90:16
90:17
**anymore** 93:18
**AOL** 18:11
**apart** 38:3,16
**apologies** 39:6
**apologize** 126:3
174:23 245:3
255:1
**apology** 270:17
**appeared** 2:1 79:19
185:15,19 186:6
188:5
**appearing** 39:7
**Appears** 271:2
**appointment** 85:15
85:19
**appreciate** 11:1
266:6
**approximately**
171:23 172:5,8
220:4
**April** 117:8 153:20
154:4,11 220:9
225:17 226:24
227:23 228:1
229:10 230:21
242:6,16 243:14
244:3,6 246:19,19
277:18
**argue** 214:13
221:18
**arrange** 124:7
**arranged** 72:12,14
**arrangement** 175:6
**arrangements** 61:2
61:5,18,19,21
63:9 162:17,22
173:5,11,12,13,16
173:21,24 174:3,5
174:6,9,10,12,13
174:14,19,23
175:4
**arranging** 63:3
**arrival** 175:10,12
175:17 178:1,2,14
178:17
**arrive** 175:14
**arrived** 177:17
178:15 182:12,12
182:19
**arriving** 182:20

**aside** 206:6
**asked** 10:18 12:7,9
50:10 51:19 59:7
59:20 68:20 70:1
78:11 90:10 97:15
97:22 118:19
120:22 146:19
148:13 180:11,22
203:6 204:1,17
210:9 212:10,13
222:17 224:18
228:2 231:11
235:21 240:23
261:11,12 263:1,6
263:11,20,22
271:17 275:5,6,19
**asking** 6:19 11:20
79:15,18 99:12
100:4 158:13
175:3,4 227:2,16
247:9 254:5
**aspect** 33:19
**assert** 218:22
**asshole** 116:16
**Associates** 2:9
**assume** 9:21 219:6
**assumed** 251:18
**assumption** 219:11
**assured** 238:4,15
239:1
**attach** 215:7
**attached** 12:4 177:5
181:10 182:4
183:8
**attempt** 227:9
**attempting** 242:7
242:13 243:14
244:2,3
**attention** 216:6
**attorney** 6:14 14:5
39:12,13,15 40:5
71:14 72:8 111:22
112:6,20 113:11
116:24 117:4,6
120:23 121:10
156:17 157:19
159:7 203:13
216:22 221:5,7
222:5,7,21,24
223:4 238:5 239:2
267:1,16 274:17
275:1
**attorneys** 15:9
36:16,20 71:16
159:3 274:15

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 74 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                        Deposition of Gary Weiss                        February 16, 2024

Page 282

**August** 34:24 35:5
  37:14 49:11
  264:14,17
**authored** 216:15
**authorities** 161:17
**authority** 213:1
**authorize** 117:11,22
**authorized** 30:4
  32:24 33:1 37:23
**available** 10:23
  85:15,19 87:18
  89:12 91:8,9,12
  92:16,17,21 95:11
  96:10,16,21 97:2
  97:8 108:6 109:7
  111:4,11 124:24
  128:2,11,18 129:3
  129:5 130:17,22
  130:24 139:4
  140:6 143:18
  144:2 145:1,19,21
  146:8,13 151:1
  152:13 154:16,19
  154:21 155:23
  156:3,7,19 166:22
  168:10 169:6,20
  170:17 172:16
  174:18 175:12,14
  176:11 203:18
  236:11 237:18
  240:24
**Avenue** 16:24 23:24
  24:19 35:13 46:1
  52:12,12 74:18
  80:15,16 103:15
  135:1 174:22
**avoid** 229:3
**aware** 6:13 7:12,15
  17:4,7 19:13,22
  20:3,10 69:20
  190:22
**awning** 140:13

_____

**B**

**B** 3:7
**back** 3:10,12,15,21
  4:6 10:15 12:21
  14:22 15:6 24:13
  27:10 39:1 52:11
  54:17 72:15 78:14
  78:20 89:5,16,23
  90:9 91:18 96:4
  97:10 104:19
  109:4 116:20
  124:10,22 126:9

126:13,22 127:22
127:24 129:5
131:24 147:21
148:10 150:3,12
153:2,15 154:21
155:5,8 156:19,24
158:19 178:19
180:19 181:2,2
185:3,3 188:19
190:24 197:18
205:7,12,13,18,24
209:10 219:22
220:6 224:22
225:22 227:1,22
228:1 229:14,14
233:2 234:17,21
235:5 251:11,24
252:14 253:4,5
261:16 262:12
263:14 264:10,24
267:22 271:8
277:18 278:18,22
**back-to-back**
  140:16
**backed** 89:16
  104:19,19 143:18
  143:20 168:20
**bad** 37:3 255:16
  256:15
**bag** 114:20 133:13
  133:16,20,24
  146:16,20 152:12
  152:15,17,22
  204:22,22,23
  218:5 222:14
  233:14
**bags** 125:22 153:2
**balance** 71:15,16
  82:6,11,12 113:21
  113:23 117:3
  165:10,10,11,12
  190:7 201:9
  202:15,18 204:10
  210:16 211:8
  213:8 265:24
  268:1
**ball** 241:1
**ballpark** 50:19
**bank** 32:6,9,11,17
  32:19 33:5,11
  70:16 81:10
  204:15,17,18
  205:1,4 206:4,10
  208:23 210:18
  234:11,12 277:11

277:12
**bar** 88:8,11,15
  215:8 216:9
  217:18 219:14
  220:10,20,23
  225:7,14,18 227:3
  232:6 239:11
  241:22 244:16
  246:10 269:10
**based** 29:11 63:17
  214:8 217:9,10,13
  219:1 246:19
  265:12
**basically** 18:12
  138:9
**basis** 58:9
**bears** 159:24
  246:16 249:1
**beginning** 101:20
  109:8 138:13
  144:7 173:13
  174:10 213:6
**behalf** 12:19 13:4
  14:9,11,15,16,21
  160:12,14 161:3
**belief** 164:10
**believe** 25:6 41:20
  42:18 43:15 46:3
  53:15 89:18 98:17
  120:16,18 137:20
  225:17 232:20
  240:5 245:13
  247:4
**believed** 76:11
**Bell** 1:14 2:12
**benefit** 272:12
**benefiting** 271:11
  272:7
**Berman** 265:5,12
**best** 141:23 160:5
  161:13 185:23
  186:19
**bet** 226:17,19
**beyond** 68:10
**big** 52:15,16 75:21
  104:4 107:15,17
  107:17,21,22
  110:22 111:8
  125:18 133:11,17
  133:22 141:6
  269:4 270:18
**bigger** 153:24 154:2
**bill** 66:1 67:3,3,5,6
  67:6,12,14 69:12
  70:19 90:11,13,15

90:21 91:10,15
93:6 94:24 95:3,6
95:7,12,18,20,22
96:22 97:1,5,9,22
98:7,9 144:12,13
144:20,23 169:3
169:14,17,20,24
170:3,5,8,16,19
171:2,2,7 173:4
174:8 201:19,22
236:10,17,20,23
237:2,5,10,13,15
238:1 240:21
241:2 265:11,17
266:5
**billing** 67:15
**bills** 80:1 94:23
  169:9 240:11
**binding** 215:21
**birth** 16:12,14,15
**birthday** 59:4,6
**bit** 24:10 53:8
  116:19 136:6
  164:22 230:24
  243:12
**bla** 146:15,15,15
  210:15,15
**black** 68:5 126:21
  127:3,18 150:14
  153:2 234:24
  251:11 266:17
**blame** 223:23
  254:22
**blaming** 270:10,14
**block** 35:1 94:20
**blocks** 153:8
**blood** 8:13,14,19,20
**blue** 1:14 2:12
  251:6,9
**Bluestone** 1:13
**Boehms** 1:13
**bones** 8:24
**book** 98:6
**boss** 96:6,7 144:23
  144:24
**bother** 36:21
  265:17
**bottle** 7:22 8:2
**bottom** 37:21 62:12
  66:17 71:7,9 72:1
  153:20 154:3
  185:3 190:14
  223:16 229:12
  262:23 263:1
**bought** 62:19 135:6

151:2,5
**box** 52:5,8,21 54:18
  55:4 56:22 73:5
  73:11 80:9 106:23
  106:23,24 110:15
  125:1 132:15,17
  132:20,21 133:17
  133:21 140:1,18
  140:18,20,20
  152:2,7,8,11,13
  155:19
**boxes** 52:1,2,4 56:2
  56:23 75:9,10,12
  75:15,17,20 76:7
  76:8,9,14,17,20
  89:20 102:24
  106:13 107:3,7,10
  107:11,12,13,14
  107:17,21 109:17
  110:17,21 111:8
  124:13 125:2,3,5
  126:5 128:1,10,21
  129:6,7,23,24
  132:3,4,6,8,9,11
  132:14,15,16
  133:3,9,11,12,12
  133:14,15,21
  134:8 140:1,9,24
  141:8,12,14,18,19
  141:21,24 142:15
  143:9 144:17
  145:24 146:9
  151:18,21,22,23
  152:8,9,23 154:8
  154:13 174:15
  178:6,10,17,20
  228:23,24 276:15
  276:16
**boyfriend** 275:13
**break** 87:20,21,23
  114:23 146:18,23
  148:1 188:14,14
  233:14 234:3
  237:15 247:14
**bring** 12:21 14:22
  59:22 111:5
  125:20 205:24
  231:11,12
**Broadway** 71:17
**broke** 132:7
**brought** 13:12
  78:13,19 79:1
  84:17 102:18
  103:5,6,7 140:4
  141:13 142:1

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 75 of 98

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.                Friday
No. 2:22-CV-0688 (JMY)                        Deposition of Gary Weiss                       February 16, 2024

Page 283

143:12,15 144:16
145:15 146:20
178:18 205:10
231:13 273:13
**building** 93:17
**bunch** 115:21 206:2
256:15
**Bursner** 1:16 280:4
280:14
**business** 6:16 20:8
20:14,18 30:20
43:5 45:10 49:16
70:20 79:17 80:23
81:6 83:16,20,22
84:2,3 112:18
136:23 137:7
160:22,23 203:1
204:9 251:21
**buy** 53:20 55:3
58:11 61:22 62:20
62:21 63:1 135:9
137:8 204:4
267:18,23
**buyer** 215:12
**buyers** 223:21
**buying** 43:19 49:17
50:2 54:19 59:23
61:4 73:2 256:14

---

**C**

**C** 280:1,1
**cabby** 92:7
**calculate** 28:21
**calculator** 195:16
**calendar** 257:3,18
**call** 6:17 9:4 43:14
43:15 44:5,8,24
45:15,19 46:5,8
46:20 49:8,14,19
51:6,11 69:19
90:23 93:24 98:21
100:7 107:6
111:14 128:2
129:19 130:2,4,19
130:21,24 131:1
147:12,13,20
184:7 189:5
208:22 214:3
225:2 264:24
272:3
**called** 17:6 44:4,6
45:8,23 46:7,19
47:24 48:6,7,11
51:2 54:17 56:5
91:2 94:16,24

101:2,7 103:24
111:11 128:6
129:14 130:23
142:14 145:3
274:17
**calling** 101:9 128:7
129:9 147:20
**Camry** 127:21
**canceled** 97:24
**capacity** 19:4 31:2
43:17 274:24
**caption** 3:17 39:3
**car** 75:2 84:13 85:4
85:5,6 89:2,4
104:6 127:2,9,10
127:11,12,16,18
127:19
**card** 98:6
**cards** 271:9 272:10
**care** 14:24 16:4
**carefully** 186:20
**carrier** 139:10
**cart** 61:12
**cartons** 133:11
**case** 6:15 7:14 8:4,5
10:6,8 11:5 13:6
44:18,22 156:5,6
182:1 214:8,13
215:24 217:14
224:15 249:5
280:8
**cases** 19:24 20:1
44:16,19
**cash** 58:16 61:7
77:17 78:24 79:12
79:20,24 80:17,19
82:9,10,15,17
83:5,7,9 84:11
92:4 103:13
**casting** 137:9
**catch** 165:5
**cats** 140:14
**Catty** 127:14
**cautiously** 265:14
**CC'd** 265:12
**cell** 17:2 48:17
83:23 123:11,14
123:18,19 253:11
253:15,22,24
**center** 182:21
**certain** 255:15
**certainly** 129:12
**certificate** 3:12
27:11,16,17 34:21
35:3 37:21

**certification** 6:3
**Certified** 1:22
**certify** 280:5
**chain** 245:18
**change** 39:24,24
112:10
**changed** 23:23
**changing** 64:1,2,6
**charge** 97:12
189:17
**charged** 20:10
189:22 190:2,6
**Charlton** 67:3,13
236:12 237:3,19
240:14,18 242:3
244:1
**chart** 193:20
**check** 87:16 106:11
106:13 107:10
111:12 131:12,19
156:22 178:3
190:20 191:16
196:15 209:3,5,6
210:23
**checked** 93:17
107:6 128:21
129:5
**Chevy** 127:14
**CHG** 170:13 190:2
**children** 25:20,22
**choose** 14:10
**church** 1:13 37:18
**circle** 197:22 198:8
260:1,5,6
**circled** 259:21,23
**circuit** 157:2
**circulated** 278:6
**civil** 7:24 8:2,5
265:11
**claim** 163:2 165:19
179:6 192:20
224:20,24 227:10
238:9
**claimed** 178:4 248:3
**claiming** 79:18
186:2 206:7
**claims** 228:10
249:10 256:15
**clarify** 81:17 146:24
**clashing** 9:1
**classic** 259:4,11
**cleaned** 137:11
**cleaning** 143:13
**clear** 6:23 14:8
40:17 101:15

278:10
**clearly** 8:11,17
130:15,16 218:20
**click** 149:19,19
**client** 176:1,2
181:17 189:22
190:5 220:1
254:11 265:12,20
266:14
**clients** 271:10 272:6
**climbed** 76:19
**clip** 233:20
**close** 65:22,23
136:1 259:16
**closed** 13:22 56:9
**closing** 144:2
**clothes** 119:8
**Club** 1:13
**clue** 155:3
**coffee** 45:23 46:4,6
46:8,9,15,22 47:2
47:10,11,15 48:6
48:7,9,12 49:13
58:10 84:2 118:11
118:13,16 243:11
**cold** 243:12
**collateral** 118:6,9
119:6,9,12 185:10
185:13 214:11,20
214:24 216:11
219:18,19,22
220:3 224:4
225:13,21 229:1,9
243:7 244:12
250:2,8,12,18
255:3 260:14
261:7,11,16,24
262:3,7,20,24
263:6,12,15,20,22
264:3 266:15
267:12,17 269:1
275:18,24
**collecting** 271:10
272:7,9
**color** 3:14 4:7,9
35:22 52:5 126:20
234:14,16,17,19
234:20,21 235:4,6
235:7 269:20,22
**column** 196:10,11
**come** 44:12 55:18
72:11,18,21 74:23
81:9 91:24 100:22
125:15,22 126:13
126:19 135:7

153:15 157:8
158:12 167:24
205:18 213:8
226:10 272:3
277:18 278:18
**comes** 157:12
205:12,13
**coming** 125:17
255:19
**commencing** 1:15
**comment** 116:16
**commercially**
245:17
**commissions** 201:2
202:14
**communication**
252:9
**communications**
223:3
**company** 41:7 42:8
84:9 161:8 169:2
169:7,13 170:13
170:17 172:9
224:20
**complained** 214:10
**complaint** 3:17,22
33:21 39:4 158:19
158:24 159:4
161:6,11 217:7
**complete** 63:11
134:18 169:3
170:4
**completely** 7:6
**complies** 49:1
**components** 137:8
**compromising**
119:7,8 148:14
**computer** 12:2
98:22
**concept** 15:10
**concerning** 228:8
**conclude** 277:4
**concluded** 278:11
278:13,17 279:10
**conclusion** 68:9
214:2
**confirm** 244:18
245:6 247:6 250:1
262:24 263:5
**confirmed** 214:19
250:3
**confirming** 161:7
**confronted** 154:22
**confuse** 66:8
**confused** 68:18

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 76 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)              Deposition of Gary Weiss              February 16, 2024

Page 284

111:19 164:21
**connect** 273:12
**connected** 99:18
**connection** 20:10
  165:23
**consistent** 244:19
  245:7
**consisting** 220:3
**constant** 266:6
**contact** 42:17 43:23
  47:8
**contacted** 41:18,21
  42:9,10 53:21
**contain** 133:12
**contained** 133:13
  225:19
**containing** 74:8
  79:24 80:16
  228:24
**contains** 233:7
**contention** 38:2
  68:1
**context** 7:20 184:15
**continuation** 263:7
**continue** 13:16
  91:11,16 98:8
  126:16 144:13
  145:2,5 185:2,3
**continues** 272:9
**contribution** 228:10
**control** 243:1 262:2
**controlling** 262:6
**controls** 212:19
**conversation** 44:13
  51:1 59:24 98:15
  99:19,23 100:5,9
  100:15 101:6
  238:6 265:10,13
  266:13
**conversations** 56:1
  60:1,10,11 101:2
  238:11 253:14
**conveyed** 265:13
**convicted** 19:6,13
  19:22
**copied** 11:4 233:19
  233:21 234:3,4
**copies** 39:19 205:8
  206:21 213:14
  226:13 235:7
  277:5
**copy** 10:19 11:2
  19:17 36:4 114:4
  177:3 181:8 183:7
  205:23 206:17

207:24 211:2
218:1 220:23
226:6 233:15,23
233:24 234:9,11
234:16,17,19,20
234:21,24 235:4,6
246:7 247:13
248:23 265:5
279:3,5
**corner** 74:18,20
**corporation** 13:10
**correct** 11:7 15:13
  17:17 18:2 22:11
  28:4,7,8 33:6,8,13
  34:1,2 35:1,5,13
  35:14,15 39:16,17
  39:21 40:1,6,7,11
  40:12,19,22 48:13
  54:20 58:7,23
  65:18 66:19,20
  67:1,4,7,8,10,11
  67:12,14,22 68:8
  69:4 71:2 72:9,10
  76:12,23 81:22
  82:19 83:5,6,10
  83:13 85:18 87:10
  88:19 94:14 102:4
  119:11 124:3,3,14
  128:15,19 129:8
  135:17 136:16
  140:24 146:10
  151:19 152:16
  154:13 159:10
  160:11 161:1
  162:7,19,20 163:7
  163:9,11,20
  164:13,14 165:17
  165:18,20,21
  166:2,5,7,8,12,13
  169:5,8,11,15,18
  169:21,22,24
  170:1,6,11 171:5
  171:8 172:7,11,12
  173:6,7 175:20,21
  176:3,4,6,8,12
  177:3,23 178:23
  179:19,19,20
  181:8 182:10,22
  182:24 183:2,5,9
  183:10,24 184:3,5
  184:13,23 185:1,1
  185:2,20 186:1,3
  186:14,17,21
  187:5,6 188:23
  190:19 191:3,17

192:4,7,8,11,19
195:9 196:20,21
196:22,23,24
197:2,6 200:17
201:23 208:14,15
213:20,23,24
215:1 216:12
217:15,16,18
219:14 220:8
224:9,12 227:3,4
227:21 233:9
236:7,8,15,24
237:3,4,6,7,17,20
238:16 239:3,19
240:2 242:5,14
243:18 244:20
245:8 246:7
247:10 249:5
256:13 258:21,22
259:3,13,14 262:3
262:7 263:24
264:18 267:3,13
268:2,9,20 270:3
270:8 273:7 276:8
276:9,11
**corrected** 178:13
**correcting** 195:14
**correction** 172:1
**corrections** 159:10
**correctly** 67:24
  68:23 162:7,13
  184:14 186:12
  187:4 188:1,9
**correspondence**
  146:13 177:4
  181:9 183:7
  266:21 267:6
**cost** 229:4
**counsel** 2:1 6:2 39:7
  233:17 235:1
  244:18 245:6
  265:11 280:9
**counted** 76:9,21
**counterclaims**
  159:20
**counting** 199:20
**Country** 1:13
**course** 7:10 25:11
  49:17 103:11
  171:1 180:20
  182:18 204:16
  232:14 241:11
  243:16 263:15
**court** 1:1,22 7:2,24
  10:23 14:5 38:10

44:16 117:20
156:4,6,9,10,12
156:16,17 157:8
157:11,21 158:14
175:22 176:1,11
177:17,23 181:12
181:16 183:23
186:23,24 187:19
188:5 214:5,8
216:13 221:17
224:14 279:2,5
**Court's** 3:16 39:2
**courtesy** 203:1
**cousin** 104:1
**COVID** 42:18
  43:10,12 125:11
  133:13 136:14
  137:18 160:22,24
  174:16 245:18
  273:23
**COVID-19** 41:15
  56:3 58:11 74:9
  162:3,11 227:8
  228:6 245:22
**crazy** 138:10,17,23
**create** 69:14,16
**created** 92:17
  236:11
**creating** 255:4
**credit** 98:5 202:24
**crime** 19:6
**criminal** 7:20 8:3,4
  19:11 44:22
  274:14
**cross-claims** 161:12
  161:22
**cured** 259:5,12
**customer** 20:8
**customers** 49:21
  142:15 239:8
  254:24 267:19
**cut** 9:9 132:2

_____
      **D**
_____
**D** 3:1 21:22 99:18
**d/b/a** 1:4
**daily** 8:22
**Dan** 17:6 98:15
  100:9,14 107:5
  109:4,9 124:12
  132:24 138:24
**Daniel** 99:18 100:5
  215:12
**Daphna** 2:13 33:9
  108:18 111:14,14

111:17 112:11,16
112:24 116:23
117:11,19 118:13
119:7 120:4,7,13
120:18,20 123:4
148:15,19 165:20
165:22 166:11
196:12,13 197:9
197:13,20 198:14
198:21 199:1,8,14
199:23 200:9,13
200:16 208:6,13
210:5,17,21 211:4
211:12,12,17,20
213:2,10,12
235:22 270:2,7,13
270:21 271:5,15
272:18 273:4
274:16 275:3,15
275:20,23 276:5,6
276:7,8
**Daphna's** 270:9
  276:2
**date** 16:12,14,15
  55:16 68:15,16
  73:23 110:2 133:7
  148:17 150:5,6
  156:12 160:9
  185:17 186:3
  187:6 207:9
  240:15 242:7,12
  242:15 244:2,13
  269:10
**dated** 3:19 4:1 12:3
  57:14 71:8,20
  98:23 154:4 177:4
  181:9 183:7
  213:16,23 225:17
  264:19
**dates** 187:5,7 269:5
**day** 8:13 9:2 53:6
  53:23,24 54:1
  55:23 56:10 61:24
  73:5 97:22 103:17
  104:18 105:1
  109:4 130:14,16
  135:8,8 140:15
  141:13 143:19
  172:14,21 178:15
  178:16 224:5
  263:21,23 278:15
**days** 55:17 61:18
  68:19 98:2 113:10
  125:21 126:2,3
  179:15 222:22,23

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 77 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 285

269:1
**deal** 50:14 62:21
 77:1 111:22,24
 112:16,22 113:1
 134:22,24 135:3
 202:14 268:4
**dealing** 42:18,22,23
**deals** 42:20 134:17
 135:12,15 273:23
**Dear** 228:1 254:21
**December** 44:1,3,8
 44:13,24 49:8
**decision** 214:16
 264:3
**declaration** 4:3,5
 153:17 227:2,7,11
 227:18 229:16,23
 230:22 231:3,5,22
 232:4,12,16,17,19
 232:20 235:11
 239:10 242:23
 243:9,18 244:20
 245:8 246:3,8,20
 246:21 247:2,2,8
**declarations** 269:10
**defend** 13:18
**defendant** 10:10
 217:1
**defendants** 2:8,13
 159:2,2 162:3,4
 162:11,12,16,17
 162:22 163:4,6,16
 163:19 164:11,13
 169:14,24 170:2,7
 170:10,16 171:1,4
 171:19 172:9
 173:5,15 174:9
 175:18 176:13,17
 176:23 177:1,21
 179:24 181:8
 185:5,6,10,11,12
 185:13 220:5,6
 224:17,19
**defense** 173:3
 184:22 274:15
**defenses** 159:19
 161:11,22
**definite** 120:16
**definitely** 117:17
 122:10
**defraud** 224:3
**delays** 245:17
 250:17 255:1
**delete** 122:19
 123:22,23,24

124:1,2
**deliver** 85:21 105:8
 142:15 145:6,6
 167:17 240:5,16
 241:2 253:1,6
 267:19
**delivered** 77:12
 128:10,17,22
 143:10 151:17
 167:12,18,18,21
 168:9 239:3,4,6
 239:12,15 241:11
 250:20 254:24
 259:10
**deliveries** 86:6 98:8
 138:5 169:10
**delivery** 61:17
 65:16 68:6 91:11
 91:17 95:13
 102:20 240:23
 241:19 255:4
 257:24 258:13
 259:1,5,9,12
 265:19
**denied** 160:21
**deny** 163:13,14
**depicts** 119:12
**deposed** 10:2
**deposit** 70:2,3,7,8
 70:10,14 71:10,12
 72:2 77:18 78:23
 79:6 80:9 112:7
 113:7 164:19
**deposition** 1:12 3:9
 10:15,19 11:2,3,4
 11:11,17 12:5
 13:6 14:7,9,12,23
 15:22 16:2,4
 41:11 62:5 65:14
 107:23 127:1
 150:17 157:5
 165:16 197:24
 206:20,21 213:14
 226:23 231:16
 233:2,7 234:23
 247:21 248:2
 260:10 277:5
 278:10,12,18
**Deposition-15**
 153:10,11
**Deposition-16**
 150:17
**Deposition-26**
 257:11
**Depot** 75:17,18,19

151:21,23 276:15
**describe** 135:18
**deserve** 270:16
**designated** 11:13
 70:13,14,17
**designation** 70:22
**destination** 169:14
**detail** 178:9 223:22
**details** 171:3 178:13
**diamond** 3:23 12:6
 12:19,23 13:14,15
 13:17,17,23 14:4
 14:6,13 18:24
 27:6,7,16,18,21
 27:23 29:10,11,15
 29:18,21 30:7,9
 30:15,19,22 31:7
 31:18 32:6,16,23
 33:5,11,19 34:3,7
 34:14,22 36:11
 37:14 38:4,14,17
 40:10,15,20,21
 41:11,12 44:21
 70:15,17,18,19,21
 71:2 72:9 73:1
 77:5 79:8,11 80:4
 113:8 119:19
 121:22 135:1
 137:16 146:10
 204:15 208:19,22
 227:10,13,19
 228:8
**diamonds** 20:7,11
 82:21 83:15 118:7
 118:12,16,20,23
 135:6 137:10
 153:22 154:6
 219:19,21 220:3
 220:19 228:21
 250:18 265:23
 267:11,16,23,24
 268:7,12 275:17
 275:20,23
**difference** 8:2 15:10
**different** 18:6 63:22
 63:24 86:18,19
 108:3 127:11
 178:11 183:23
 208:1 217:6
**dinner** 226:19
**direct** 116:15
**direction** 162:16,21
 163:5,6
**directly** 96:23 113:7
 162:18,23 171:16

194:24 199:13,19
 208:7,13 213:7
**director** 27:3
**disability** 8:10
**disagree** 13:24 14:2
 109:21
**disappeared** 242:17
**Disciplinary** 244:18
 245:6
**disclose** 117:11,21
 117:21,22 216:22
 220:18
**disclosed** 217:5,17
**disclosing** 217:14
 219:2
**discover** 124:13
 125:3
**discovered** 106:16
 133:3 134:5
 156:20 178:12,20
**discovery** 127:24
 217:6 249:4,8
**discuss** 157:13,15
 157:16 266:8
**discussed** 47:1
 56:20 117:15
 157:17
**discussion** 15:4
 65:11 123:8
 260:22 265:18
**dismiss** 214:8,13
**dismissal** 214:15
**dismissed** 101:4
 217:15
**dispute** 110:3
**disputes** 190:8
**disruption** 245:18
**distribute** 126:18
 153:6 277:7
**DISTRICT** 1:1,2
**DiTomaso** 99:1
**dizzy** 231:1
**document** 11:21
 27:15,22 39:11
 40:9 57:17 59:14
 65:2 66:2,3,9 77:2
 77:4,5 78:7,8,17
 83:3 84:19,22
 114:5 143:11
 145:3 146:1,8,11
 146:12 158:22
 159:9,24,24
 178:23 188:19
 218:3 232:8
 233:22 237:14

246:17 249:1,20
 252:7 260:9
**documentation**
 92:17
**documents** 3:11
 10:16 11:6 38:12
 38:13 41:6 87:18
 92:22 94:21
 114:10,20 115:5,9
 118:15 145:23
 146:19,20,22
 189:1 205:18
 206:4 213:13,19
 218:5 221:6
 222:15,18 233:15
 233:16,18,21
 234:6 248:3,4,8
 248:14,16,19
 249:1,7,11 254:3
 277:6,13,19 278:5
**dogs** 140:14
**doing** 6:16 20:8
 43:5 122:24
 137:13 139:14,24
 157:23 158:8
 161:7 202:14
 232:18 269:11,11
**dollar** 80:1 224:1
**dollars** 58:17
 129:13
**door** 35:15
**doors** 125:21
**downtown** 19:24
**dozens** 135:11,11
**draft** 232:19 236:7
 243:9,18
**drafted** 231:5 232:5
 235:12 242:23
 246:9,15,18
**drafting** 246:21,22
**drafts** 39:19 40:4
**drawer** 80:14,16,21
 83:9
**drive** 21:9 22:2
 23:22 24:1,11
 105:15 127:6,8,13
 127:19
**driver** 89:18 90:10
 91:14,19 92:2,3,5
 92:7,8,10 105:14
 110:19 145:18
**driver's** 16:18,19,22
 16:23 17:8,12,20
 19:17 143:22
**drivers** 87:15 91:3

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.                    Friday
No. 2:22-CV-0688 (JMY)                              Deposition of Gary Weiss                        February 16, 2024

Page 286

**driving** 76:3 105:20
144:4,21
**drop** 153:5 276:23
**drove** 74:15 75:4,5
78:2 85:9 90:9
92:12,21 105:3,13
111:16 127:16
178:18
**drug** 8:22
**drugs** 8:8
**dry** 143:12
**due** 8:23 196:19
240:14 241:5,22
245:18
**duly** 6:8 27:23

_____

**E**

**E** 3:1,7 280:1,1
**E-d-m-o-n-d** 26:2
**E-f-r-a-t** 26:6
**e-mail** 11:10,24
12:3,11 17:21,24
18:3,6 48:3 58:2
62:1 98:22 101:14
153:12,16 154:3
154:11 180:23
181:8 182:4
213:22 225:5,6,12
225:12 227:17
229:6,17 230:2,4
230:18 238:5
251:2 264:19
265:2,4,8 266:12
269:19 277:20
**e-mailed** 177:4
256:12
**e-mailing** 264:13
**e-mails** 123:24
146:13,15 214:19
267:5 269:5
277:10
**earlier** 177:9 178:4
179:17,20 210:1
230:1 235:15
**earned** 81:14
**easier** 57:10
**EASTERN** 1:2
**easy** 19:8 115:4
159:22 164:24
165:3
**ECF** 39:13 159:24
**Edmond** 26:1,13
**Efrat** 26:5,7,9,10
**eight** 20:16 61:7
82:7,13 92:20

93:4 94:22 111:3
111:15 124:23
129:13,21,22
130:3,13 234:12
**either** 13:3 27:2
37:6 40:5 119:7
132:23 209:5
242:17
**Eldiven** 62:15 78:8
84:5,7 93:12
**electronic** 164:13
**eleven** 166:16
**Elizabeth** 16:24
23:24 28:7 59:15
74:6,8,17,21,22
80:15 84:18
103:15 105:7
125:1 166:20
174:21,24 178:19
**email** 4:1 213:16
**emails** 4:6 264:11
**embezzlement**
20:11
**embroiled** 19:24
**employee** 27:3 31:3
34:11
**employees** 31:19
32:1
**emptied** 107:12,13
107:14,20 108:7
110:11,15,21
**empty** 91:24 92:13
107:17 143:21
**en** 215:15 239:12
**enclose** 225:11
**enclosed** 225:5,10
**enclosing** 11:11
**encounter** 120:7,13
**ended** 48:1 61:15
107:15 119:9
**engage** 273:24
**Enterprises** 1:4
6:16
**entitled** 16:11 212:2
**entity** 13:10 14:10
29:23 38:3,13,14
38:16 40:11,19,21
41:3 42:8 69:9,14
69:16,19 70:22
160:21
**entry** 192:15
**envelope** 79:23,24
**Environmental** 1:4
6:15
**equaled** 202:8

**equals** 197:21
**equipment** 43:11
**equivalent** 157:20
157:21
**error** 196:19
**escrow** 71:16 72:8
112:6 113:12
191:10,12,19,24
192:15,17 197:19
202:20 203:13
204:15 212:6
213:9 215:14
257:13 267:20
270:10,14 276:7,7
276:13
**especially** 256:20
257:22
**Esquire** 1:7 2:2,6,8
2:11 252:4
**Essentially** 201:6
**estimate** 89:13,14
**estimated** 76:11,22
77:23
**et** 1:7
**events** 8:12,17
**eventually** 51:16
119:9 144:16
**everybody** 143:4
237:16
**evidence** 93:3 124:1
163:17 164:3
**Ex-wife** 10:11
**exact** 201:16
**exactly** 13:20 15:14
23:10 28:20 36:23
47:6,18 62:6 69:2
69:11 71:3 77:14
89:13,19 97:16
102:23 112:13
128:16 130:10
133:19 141:22
144:10 145:17,19
147:19 163:12
164:23 178:14
194:9,11 200:4
201:15 202:9
209:9 231:7 238:2
240:12 256:7
258:4 261:17
269:9
**examine** 178:20
**examined** 6:9
**example** 137:9
**Excellent** 248:22
**excerpts** 3:24

208:19,23
**excess** 220:11
**exchange** 135:1
137:16 153:12,16
251:2 256:11
269:19
**exchanges** 226:24
230:2,17 270:7
**exclusively** 135:15
**excuse** 26:8 54:5
65:1 118:14 162:1
177:16 181:4
184:18,18 185:18
198:1 208:5
209:18 211:14
226:20 261:6
262:1 270:14
**executed** 184:18
215:10
**exercise** 9:8
**exhibit** 11:2 36:5
65:14 87:4 150:15
206:20,22 217:23
218:15 233:3,7
234:23 253:10
**Exhibit-15** 226:23
**Exhibit-16** 107:23
107:24 127:2
150:13,16
**Exhibit-17** 168:5
**Exhibit-22** 165:16
**Exhibit-24** 62:5
65:21 66:6,17
**Exhibit-3** 177:6
180:6,8 181:10
183:8
**Exhibit-30** 250:23
**Exhibit-31** 247:21
260:10
**Exhibit-7** 157:5
**Exhibit-9** 213:15
**exhibits** 279:8
**exist** 40:24 41:1,7,9
69:10,13 93:18
160:15 248:20
**exists** 114:8 160:20
**expanded** 178:9
**expect** 270:17
**explain** 38:5 152:4
182:17 217:1
**explained** 15:10
**explanation** 273:7
**explicit** 121:24
**extra** 62:18,20
66:24 68:7 202:10

**eyes** 141:7 172:2

_____

**F**

**F** 280:1
**fabricate** 248:13,16
249:7
**fabricated** 206:13
248:3 249:11
**face** 122:2,5
**Facebook** 36:3
**facetious** 143:14
**facility** 102:1,9
170:18 172:11
173:6,17 175:11
175:13,17 177:18
178:2,3 182:13,19
187:1,12
**fact** 8:1 119:16
216:10 272:12
**facts** 159:19 161:21
173:3 214:4
244:19 245:7
247:6,7
**Fairway** 21:9 23:22
23:24 24:11
**false** 184:3 186:4
245:11,13,14
**falsification** 161:17
186:18
**falsify** 248:18
**fantasy** 131:4
**far** 13:14 63:3
88:15 197:12
230:22 231:3,8
232:13
**Fargo** 3:23 32:8,9
32:11 33:5,12,14
70:15 72:9 73:1
205:1,16 206:5
208:9,19,22
**fast** 237:9
**fault** 240:13,18
**February** 1:15 33:4
59:16,17 60:5,21
61:16,17 71:13
72:5,6 73:11,17
73:19,19,22 74:1
74:2,12,13,14
75:7 79:7 81:20
81:21 86:2 99:7
99:12 100:2,17,22
101:22 102:4
109:5,10,18 110:1
110:3 111:21
124:11,11 128:11

128:17 131:21 132:24 143:20 163:16 164:16,20 165:7,9 166:1,1,2 166:2,12,22 169:17 170:22 171:24,24 172:6,8 172:24 190:18,21 191:1,1,11 192:1 192:2,6,16 193:12 193:22 194:13,15 198:1,2,3,4 199:17 207:6,10 207:12,14 220:6 236:10 248:2 250:7,16 257:1,2 257:3,5,12,12,17 257:23 258:6 277:14
**feel** 153:24
**feeling** 253:5
**felon** 19:14,22
**felt** 214:3
**field** 153:23 154:2,2
**fifth** 7:18,22
**figure** 50:19 138:18 138:20 167:8 194:16 267:4
**figuring** 61:8
**file** 29:8,15 35:1 159:11 224:14 228:6
**filed** 29:18,20 34:23 35:4 39:13,14,21 40:1,4 159:3,24 175:22 177:17,23 181:12,15 182:6 183:23 184:3 222:22 224:17,20
**files** 228:3
**filing** 39:12 159:8
**filings** 39:18 157:1
**fill** 29:7 125:22 242:3,7,13 243:14 244:1,2,3
**filled** 56:2 76:14
**final** 58:19,21 63:20 63:21 64:6,8,10 87:5,11 88:3,18
**finally** 53:5
**find** 19:8 20:14 38:12 87:23 103:14 114:19 148:14 180:4 187:11 205:12 207:18 209:2 224:14 233:21 255:2 269:15
**fine** 16:5 40:6 136:10 139:14,24 278:20
**finish** 139:11 142:11 181:14
**finished** 41:17 77:1 78:16 143:22 223:8,9 266:22
**firm** 116:23 224:20 237:6,19
**first** 3:22 9:21 11:12 12:9,17 20:7 23:11,13 28:1 41:14,18 45:4 51:17 53:17 55:13,24 60:13 63:18,22 65:21 78:21 99:9,14 100:24 109:20 112:7,15 126:7 132:23 133:1 134:22,24 135:2,5 145:9 158:19,24 158:24 159:4,14 189:10,14 196:10 201:7,21 202:10 207:15 208:9 213:7 217:24 218:4,17 229:12 235:16,22 246:13 249:12,19 264:5
**fit** 153:2
**five** 30:16 34:23 35:6,7,7 57:13 64:3,4 75:9 76:6,9 121:16 144:9 223:19,21 226:13
**flat** 110:16
**floor** 217:20
**fog** 9:18
**folded** 110:15
**folder** 234:9
**folders** 233:17
**follow** 265:5,9
**following** 105:19 228:2 266:13
**follows** 2:1 6:10
**food** 125:10,16,20 125:22 126:14,18 153:6
**force** 10:1
**Ford** 127:14
**foregoing** 161:10 176:22,23 184:22 186:17 280:6
**forensic** 254:11
**forget** 187:6 196:3 196:4
**form** 6:4 36:13 56:12 60:4 69:19 90:21 108:12 131:14 217:19 237:11 241:7 244:23 248:5,8 250:18 258:16 262:4 267:21 268:8 274:11
**formation** 3:13 27:11,16 29:5 35:2 37:24 41:6
**formed** 27:5,23 30:15 160:24
**forms** 95:6
**forth** 65:17 184:2
**forward** 81:16,18 218:16 222:9 240:24
**forwarded** 265:2
**found** 20:13,16 38:13 133:9 148:11 187:12 228:23 231:16,19 235:24
**four** 25:23 64:3,4 83:12,14 89:18 118:6 137:3 150:23 166:1,5 188:21 196:2,2,18 210:18 223:19 224:17,19 255:3 275:17 277:1 279:9
**Four-page** 3:23 208:18
**Four-wheel** 127:13
**Fourteen** 11:15 242:10,11 243:24
**Frank** 25:2
**fraud** 20:2,3,11 225:2,3 256:16,16 259:4,11
**fraudulent** 223:17 223:20
**Friday** 1:14 73:16 73:17,18,23,23 74:3 77:9,11,12 78:5,6 79:19 82:1 82:2 256:20 257:17,22 258:14 265:24
**friend** 35:10,11 36:23 209:23
**friends** 37:18
**front** 3:10,12,15,21 4:6 10:15 13:12 15:17 27:10 38:10 39:1 126:17 127:2 153:5 158:18 216:14 235:13 264:10 269:14
**Fuck** 270:15
**full** 24:17 45:24 52:1 75:10 133:18 133:19 176:24 177:21 181:7 183:5 217:18 265:24 266:15 268:1
**fully** 7:6 201:22
**funds** 70:12 79:4 215:13
**further** 224:3 243:6 266:8,8
**future** 210:12

**G**

**G** 1:22 27:15
**G-a-l-a-t** 26:4
**G-a-l-i-t** 26:5
**g-mail** 18:11
**G-r-o-s-s-s** 249:17
**Galit** 26:3,16,18
**Gary** 1:12 2:2 3:4 4:3 6:8,14 10:13 11:12 12:3,3,5,12 17:11 27:9,15 34:21 35:20 37:21 38:24 39:11,12 57:17 64:19,23 65:2,8,15 66:19 67:1 68:13,24 69:13 70:14 71:19 78:7 81:17 84:19 88:3,12,18 93:5,8 98:23,24 117:20 121:4 132:8 146:10 159:1 161:3,9 166:10 184:20 189:5 193:14 196:12 197:9,13 198:14 208:17 213:2 215:24 216:11 221:4 223:16 225:9,11 228:1,7 229:15,21 231:18 231:23 232:2,2,3 235:11 246:6 255:5 260:13 261:6 264:16,16 268:10 269:18,18 269:19 270:1,1
**gem** 148:24
**gems** 118:7,9 137:11 148:20 219:19,21 220:19
**gemstones** 220:4
**general** 40:3
**gentlemen** 57:5
**gently** 109:22
**Germantown** 2:3
**getting** 111:20 118:15 147:22 174:20 219:18 226:14 234:1 260:4,5 277:13
**Girard** 91:20
**give** 9:20 14:7,9,11 14:17,20 15:11 17:12 48:2,18 50:19 64:11 77:19 78:11,24 82:9 87:19 92:18 95:3 95:18 97:18 102:14 116:20 118:9,12 125:10 137:7,10 145:4 146:2 155:3 159:22 171:7 200:17,24 201:2,4 202:14,18,24 203:1 205:19,21 207:23 209:10 211:9,23 220:1,3 228:17 229:1 250:8,13,19 251:20 262:11 266:15 268:7 275:17,23
**given** 219:13 220:19
**gives** 276:14
**giving** 13:4 14:15 187:17 218:16 225:21 242:24 261:16
**glass** 154:1
**global** 245:18,23

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 80 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 288

278:6
gloves 43:19
go 15:1,6 21:1 23:3
  23:14 33:4 34:20
  44:16 52:11 65:7
  72:14 76:13,18
  81:16,18 89:23
  90:5,20 91:18
  99:3 102:1 105:6
  106:21 109:4
  113:12,15,16,17
  116:21 122:23
  124:7,10,22,24
  126:3,16,22
  127:22,24 131:20
  142:20 148:10
  150:3,12 156:24
  159:11,15,17,20
  159:21 165:5
  173:24 174:15
  177:8 179:6
  180:19 181:2,2
  183:17 185:3,3,9
  185:14 188:19
  190:24 194:12
  197:6,18 205:16
  210:3 218:23
  221:23 222:9
  227:1 230:19
  232:15 233:11
  247:1,11 252:3,20
  254:12 261:21
  262:12,18,22
  275:21 277:8,11
God 111:7 131:8
goes 8:20 216:13
going 6:19 9:21
  12:21 15:15 16:12
  19:18 21:19 24:13
  24:16 60:2 61:8
  61:22 63:6,7,8,14
  63:16,23 69:24
  70:10 91:15 96:23
  98:2,19,20 105:21
  105:22,23 106:10
  110:17 113:14,16
  113:17,20,21,23
  119:18 139:8,9
  143:22 144:4,8
  157:2 165:3
  174:20 187:15
  189:5 190:20
  191:4,15 195:17
  196:15 197:6,22
  198:8 200:8,24

204:10 205:23
207:23,24 211:1
226:22 228:16
233:19 234:2,16
234:20 237:9
241:1 254:12
262:11 266:14
268:5,6 273:11,19
273:21 277:5,8
278:14,16
Gold 82:21
Goldberg 2:5
good 6:13 53:19
  59:3 99:19 150:19
  156:15 188:13
  264:23 271:16
  272:19
goods 92:6,15,20
  95:12 96:20 97:10
  97:13 98:1,12
  100:17,18,23
  102:2,14,21
  168:21
Google 19:23
gotten 90:13 97:9
  254:3
grandstand 222:10
grandstanding
  222:13
grant 227:10
green 180:13 194:4
  194:12,23 195:19
  195:20 196:10
grievance 227:19
  228:4
grievances 227:7
  228:5
Gross 4:5 19:13,22
  20:6 42:22,23
  43:2,23 45:4
  46:17 48:12 49:14
  49:24 60:1 67:1
  68:20 72:17
  115:10 134:18
  135:3 149:5
  162:16,21 163:6
  163:18 164:11
  169:23 170:12,15
  171:3,7,18 176:24
  177:21 179:24
  181:7 185:6,9,12
  201:14 216:23
  220:5 224:19
  235:23 236:24
  237:19 246:4,8

248:12 249:12,20
251:3,3,6,19
252:22 253:13
260:5 261:6
264:21 270:7
271:5 272:2 273:4
273:22,22 274:4
274:10 275:21
Gross's 247:2
  253:24 274:14
Gross/Sternberg
  162:4,12
group 67:4,13
  138:22
guess 7:7 16:13 59:3
  59:10 96:12 98:7
  106:4 186:19
  212:11 258:20
  271:16,17,18
  272:19,22,24
  273:1
guy 50:2 96:1
  135:21 136:3
  144:9 146:2
  205:22 254:11
  255:16
guy's 226:14
guys 56:9 79:11
  91:19 110:19
  120:21 128:3
  137:3 173:9
  174:20 241:2
  250:13 254:24
  257:24 278:4
GW 199:18
GW-1 3:9 10:13,16
  11:2
GW-10 4:2 231:23
  233:7
GW-11 4:4 246:4
GW-12 4:6 264:11
GW-13 4:7 269:21
GW-14 4:9 269:23
GW-17B 4:10 189:8
  195:18
GW-2 3:12 27:11
GW-3 3:14 35:23
GW-4 3:15 39:4
  233:3
GW-5 3:18 57:15
GW-6 3:20 64:21
GW-7 3:21 158:20
  158:22
GW-8 3:23 208:20
  234:24

GW-9 4:1 213:17

_____

H

H 3:7
h-a-i-k-u 260:14
haiku 260:13,17,18
  261:2
half 22:23,24 23:11
  23:12,13,24 81:9
hand 15:15 81:23
  87:1 134:7 140:18
  140:20 233:2
  269:12
hands 134:2 216:18
  267:21
handwriting 165:17
hang 47:14 122:20
happen 147:3 206:8
happened 44:7
  47:22 49:18 50:8
  51:5 52:22 70:23
  70:24 75:6 76:6
  76:24 84:11 85:9
  85:14 89:15,21
  90:4,24 96:20
  97:21 102:8
  104:17,21 106:20
  106:22 129:10
  138:19 156:4
  178:11,14 179:5
  210:5 213:3
  241:15
happening 110:18
  110:20 269:6
happens 51:13
  94:13
happy 260:15,18
  261:1,2
head 54:23,24
  116:14,19 252:19
header 39:7
heading 161:21
heads 11:8 104:11
  128:14
Healey 2:11 82:11
  91:5 114:4,8
  116:12 119:1
  122:2,5,11 131:21
  133:17 143:7,9,24
  144:14 145:5
  149:7,11,15,22
  150:4,8,20 157:18
  157:24 158:5,10
  181:19,21 193:9
  193:13 198:11,16

198:22 199:3,6,10
199:13,16,18,22
200:2 211:13
221:3,10,14,23
222:2,6,10,14
223:1,9,12 233:24
233:24 235:1
270:23 273:5
277:7 278:1 279:7
hear 13:24 14:2
  43:24 93:11
  141:11 172:3
heard 56:14 112:16
  274:23
heart 165:6
help 19:18 30:20
  31:3,9 131:8
  261:18 274:18
helped 29:9 31:2
helping 103:3
helps 8:19
hereto 177:5
Herrara 209:19,21
Herrera 24:6
hey 118:19 120:20
  128:3 129:13
  155:8
hi 99:3,10,15 214:1
  227:6 229:15,21
  265:8
hiding 216:10
high 8:20 76:10
highly 272:13
hire 174:1
hired 104:9 110:19
  173:8 175:7
hit 94:13
hold 8:4,5 11:23
  36:19 64:18 99:24
  149:1,19,20
  170:18 216:16
  251:10 252:13
  257:3 260:19
holding 67:4,13
  87:1 88:17 118:22
home 75:17,18,19
  80:6,15 151:21,23
  276:15
honestly 240:4
hope 205:7
hoping 147:20
horse 61:12
hotel 120:2,4,21
  272:15
hour 51:23,24 91:2

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 81 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.                    Friday
No. 2:22-CV-0688 (JMY)                          Deposition of Gary Weiss                        February 16, 2024

Page 289

96:1 144:20
**house** 6:17,17 33:21
    74:15 99:19
    189:11 215:12,17
    216:19 223:24
    271:8 272:10
**hu** 33:7 59:4
**hub** 91:10,12,14,15
    96:4,8 100:17
    104:13 128:12
    129:4 141:6
    144:17 178:12
**hundred** 49:23,24
    50:3,4 80:1 81:5
**hundreds** 96:9

_____
                 **I**

**I-COVID** 43:7 47:4
    47:4 124:13 128:1
    128:10,18 129:23
    132:5 276:16
**I-Health** 41:15 47:4
    56:3 58:11 75:12
    151:22
**I-kits** 145:24
**I-m-e-l-d-a** 37:22
**I-r-a-t-e** 25:17
**I-test** 146:9
**idea** 30:5,6 87:19
    250:8,12 254:9
    255:15 263:24
**identification** 10:17
    27:12 34:11 35:23
    39:5 57:15 64:21
    158:20 189:8
    208:20 213:17
    231:24 246:4
    264:11 269:21,23
**identified** 17:5
**ignore** 194:23
**Imelda** 37:20
**immediately** 238:24
    239:3,4,6,13,15
**imminent** 259:9
**important** 127:15
**inappropriate**
    116:15 221:9,13
**income** 81:14
**inconsistency** 269:6
**inconsistent** 187:7
**incorrect** 39:23
    40:2
**incrimination** 7:23
**indemnity** 228:10
**indicate** 143:15

**individual** 133:14
**individually** 11:12
    12:18 14:11,16,21
    42:9,11,12 57:6,7
    57:9
**individuals** 37:6
**Indocin** 8:21
**Indomethacin** 8:21
    8:22
**inducement** 259:5
    259:11
**industry** 135:16
**inference** 8:1
**inflammation** 8:23
**influence** 8:8
**info** 139:8
**information** 14:17
    16:11 40:1 117:12
    117:19,22 164:10
    170:4 222:13
    229:16,22 230:21
    248:18
**initial** 70:3
**initially** 53:10
    224:17,19
**initiate** 216:16
**insane** 205:10
**inside** 132:9 231:14
    231:21
**insisted** 117:1
**inspect** 140:24
    141:14
**instructed** 223:22
**instructions** 9:23
**insulted** 272:12
**intended** 275:21
**intent** 105:8
**intentions** 223:17
    223:21
**interest** 27:1
**interested** 11:5
    48:10,11 50:2
    280:10
**interjected** 113:1
**interpose** 36:20
**interpret** 184:14
    271:3
**interpretation** 14:3
**interpreted** 176:7,8
**intoxicants** 8:9
**introduced** 247:23
**inventing** 38:21
**invest** 43:18
**invoice** 3:20 63:10
    64:11,15,17,20,23

65:3,4,17 67:8,8
    67:11,16,17,18,20
    68:8,12,15,15,20
    68:21,24 69:5,7
    70:1 71:4,8,20
    87:10,11,11 88:4
    88:5,6,7,9,13,16
    88:17,18 189:19
    202:7,8 223:23
    224:1,4 225:10,11
**invoices** 88:6,15
    225:5
**invoke** 7:18,22
**involved** 20:4 33:19
    34:3 41:19 43:2
    43:17 111:20
    264:2 275:14
**involvement** 41:14
    227:15
**involving** 20:5,11
    20:15 41:16 45:4
    115:10 274:4
**IOLTA** 215:14
    257:11
**Irate** 25:17
**irrespective** 211:8
**irretrievably**
    185:16,19 186:7
    188:6
**island** 76:16
**issue** 95:11
**issues** 44:9 253:6
**item** 65:20,21,24
    66:6

_____
                 **J**

**J** 215:12
**jacket** 151:8
**jail** 20:12
**January** 11:9 12:3
    23:19 41:20 45:7
    46:11,12,18 54:6
    56:6 60:9,16
    68:17,21 69:1
    71:5,8,20 73:6
    83:23 131:19,24
    162:2,10 189:11
    189:20 201:23
    277:14
**Jersey** 1:23 17:19
    17:20 21:9 27:24
    28:7 29:8 59:15
    74:8 84:19 104:14
    125:1 129:6 156:8
    156:20 166:20

**Jew** 20:23
**jeweler** 137:3
**Jewelformeblue.c...**
    18:19,20
**jewelry** 31:6,7,9,12
    31:14,16 37:16
    81:10,12,13 83:16
    135:15 136:23
    137:5,7 153:22
    154:6 228:21
**jewels** 83:15
**Jewish** 20:22
**JMY** 1:4
**job** 103:17
**join** 114:12 228:9
**judge** 13:13,21 14:4
    38:11,11,15 40:14
    40:18,20 214:16
    216:14 222:21
**judgment** 156:2
    226:15
**juicy** 119:18
**July** 98:16,24 99:3
    99:6,8,11,16
    100:6,9 101:3
    107:6 109:10,16
    213:23 214:2
    223:20
**jumped** 226:12
**June** 27:24
**Junior** 71:14

_____
                 **K**

**K-u-b-i** 274:21
**K-u-b-y** 274:19
**keep** 21:3 63:14,16
    63:23 116:13
    172:20 212:2,11
    275:24 278:16
**Kelly** 2:10
**kept** 64:1,2,6 77:22
    190:7 276:24
**key** 222:13
**kidding** 205:6
**Kim** 98:23 99:1
**Kimberly** 1:16
    280:4,14
**kin** 280:9
**kind** 8:14 44:18,19
    79:14 82:20 104:3
    127:10,16 143:11
    273:8
**Kindest** 266:8
**kit** 33:20 34:5 41:15
    51:4 52:8 56:3

65:16 133:4
    134:16 151:22
    189:23 190:2
    208:13
**kits** 20:5,15,19 43:7
    43:20 44:11 45:1
    45:5,11 47:3,4,5,7
    47:20 48:10 51:20
    52:4,20 54:18
    55:6 56:23 57:4,8
    58:11 60:3 61:3,8
    61:23 62:2,12
    63:19 64:13 66:7
    66:24 67:23 68:7
    69:3 72:19,22
    73:2,9,12,13 74:9
    86:4 88:19 89:8
    93:4 96:10 106:17
    107:1,2,18 108:9
    110:7,10 111:3,7
    111:16 124:14,23
    125:4 128:1,3,4
    128:10,18 129:1,7
    129:10,14,23
    130:3 131:3,6,10
    131:12,18 132:1,2
    133:10 134:3,8,19
    136:15,18,19
    137:18,22 146:9
    151:18 152:5,9,14
    156:20 162:3,11
    162:18,23 163:17
    164:12 165:23
    167:13,17 170:18
    172:10 173:6,16
    173:22 174:6,16
    175:19 176:2,14
    176:18 177:18
    178:4 181:5
    182:14,22 185:15
    185:19 186:6
    187:1,9,22 188:6
    201:14,23 204:5
    227:8,16 228:6
    245:22 267:19,24
**knee** 8:24 9:3,7
    23:20 277:15
    279:1
**knew** 42:21 130:6,7
    137:21 138:11,12
    138:16,21 139:3,9
    139:10 143:3,3
    219:13
**know** 6:21 7:8,9
    8:18,18 9:4 11:18

Case 2:22-cv-00688-JMY    Document 196-27    Filed 09/30/24    Page 82 of 98

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 290

14:1 15:12 18:9
29:22 30:2 36:23
37:5,10,24 38:1
39:8 40:23 41:5
42:14,16,20 47:21
48:10 52:3,18
53:18 55:2,3,20
56:8 57:22,24
61:5 62:10 63:8
64:1 71:22,23,24
75:5 76:3,11
79:14 83:14 84:8
86:8,11 88:11,14
89:9 90:12,19
91:20 92:10 94:1
94:4,14 95:7,8,9
96:13,17,19,19
97:6,16,18 104:1
109:1 110:18,20
112:1,17 113:2,4
113:5,6,13 114:22
114:22 118:18,21
118:24 119:21,23
120:3 122:21
124:6,20 125:16
125:19 127:16
130:18 131:11
135:24 136:1,8,12
137:17 138:2,5,18
139:4,7 143:12
144:15 146:2
147:6,15 148:22
148:23 149:9
150:1,8 151:10,11
151:24 154:1
155:10 157:18
158:1,11 165:6
174:13 181:22,24
190:7,11,23
192:24 193:18
194:8 199:22
200:21 203:3,6
204:8 205:11,11
206:1,15 209:7,22
210:7,17,24
211:24 212:15,15
212:17,18 213:3,4
213:12 217:4
218:21 219:7,16
220:9 221:5,7,15
222:19 225:23
229:20 230:23
231:4,13,14
232:13 235:8,9,23
237:12 238:14,17

238:20 239:7
241:1 243:12
244:13,13 245:23
245:24 246:17,20
246:24 249:15
250:10 252:17
254:22 256:18
257:7,8,9 258:5,7
262:17 264:2,4,5
265:10 266:7
268:3,3,4 269:12
270:24 271:5,17
271:18 273:1,1
274:14,16,16,18
274:23,24 275:1
276:2,4,17 278:1
279:7
**knowing** 269:11
**knowledge** 41:2,9
120:15 123:3
160:6 161:13
185:23 186:19
**known** 41:3 83:18
**knows** 216:23
219:16 222:13
223:3 267:16
**Kosher** 21:3
**Kubi** 274:21
**Kuby** 274:17,17,19

_____
**L**

**L** 59:11
**L-e-v-o-n** 42:5
**label** 189:5,6
**labeled** 158:22
250:23
**ladies** 36:22
**lading** 90:11,13,15
90:21 91:10,16
94:23,24 95:3,7,7
95:12,18,21,22
96:22 97:1,5,10
97:23 98:7,9
144:12,13,20,23
169:3,10,14,18,21
169:24 170:3,5,8
170:16,19 171:2,7
173:4 174:8
236:11,18,20,23
237:2,5,10,13,16
238:1 240:11,21
241:3
**lady** 207:16,19
**laid** 141:7
**landlord** 209:20

210:2
**language** 47:7
270:14
**lasted** 99:20 100:12
**Lastly** 278:24
**late** 132:24
**Laver** 2:6 9:11,14
15:1 21:23 36:13
37:5,8 45:12 54:5
54:8 56:12 60:4
63:11 65:7 81:16
81:20,23 82:3
86:16 87:3 105:12
105:15 108:12
114:12 115:4
121:4,9,23 122:23
123:6 126:11
131:14,20 132:8
134:12,15,20,23
135:11,14,18,22
136:3,5,10,13,17
136:22 137:17,21
137:24 138:3
139:11,14,24
140:9,12,18,20,23
141:2,7,11,16,20
141:23 142:3,5,9
146:23 148:5,22
164:5 171:12
190:7 194:20
200:5 206:17
207:19 209:15,18
209:22 216:7
217:19,22 218:7
218:10,14,20
219:3,10,15,23
220:12,15 221:8
221:12 226:6,10
226:16,18 233:23
235:1,18 239:20
241:7 244:23
247:15,17 248:5
253:20 254:5,7
255:13 258:16
260:20 262:4,8
268:8 274:11
277:7,24 278:9,19
279:2,4,8
**law** 27:24 71:14
116:23 224:20
228:9 237:6,19
**lawsuit** 215:24
216:16 227:9
228:4,7,9 229:3
**lawyer** 13:11,12,19

14:6 56:19 70:13
101:3,4,7,8,9
108:18 160:21
171:9,22 215:8,13
224:2 236:3 250:4
256:15 276:4,5,6
276:10
**lawyer's** 176:9
250:20
**lay** 223:23
**leading** 105:19
**learned** 175:18
176:13,17 177:13
177:18 181:4
182:14,21
**learning** 176:21,22
176:23 177:20
181:6 182:3 183:4
**leave** 92:1 224:5
276:16
**leaving** 92:22
**left** 84:12,13,15
85:6,6 88:21 90:1
90:4 92:2,4 94:17
145:13,18 166:15
166:18 168:17,17
168:21 169:1
229:2
**legal** 237:14
**legally** 215:10
**length** 75:23 76:22
**lenses** 99:2
**let's** 15:1,6 27:19
34:20,20 38:1
41:14 63:5 64:18
64:18 65:7 66:13
67:7 68:18,23
94:13 109:4
116:21 124:10
126:22 127:22,24
146:19 147:24
150:3 153:15
158:17 161:19
179:4,6 180:4
183:17 185:2,2
188:14,19 190:13
197:5 201:11
207:7 208:16
210:3 213:14
230:19 231:17
233:11 237:15
247:19 249:19
250:22
**letter** 3:19 57:14
100:11 220:22

225:17 269:13
**letting** 158:11
**Levon** 42:1,5 43:2
45:16,19,21 46:10
46:22 47:8 48:2,8
48:12 49:2,2 50:1
50:11 55:6 56:1,4
57:21 58:6 59:12
68:19 74:7 75:1,2
78:9 83:18 84:3
91:23 106:8 108:8
131:24 136:4,5,6
136:22 137:17
145:11,15 147:2
151:2,16 167:12
168:9,12 274:7
**Levon's** 42:15
48:15 57:24
**license** 16:18,20,22
16:23 17:8,12,20
19:18 23:23 151:9
151:11,12,14
**lie** 225:7,14 239:17
251:24 252:24
269:13
**lies** 217:9,10,13
219:1 225:19
**lift** 140:9
**light** 245:17
**Lightman** 2:2,2 3:5
6:12,14 9:16
10:12,18,21 12:7
15:6,8 19:10 22:1
27:8,13 35:20,24
36:15 37:12 38:23
39:6,10 45:14
54:9 56:15 57:12
57:16 60:6 63:13
64:22 65:13 66:8
82:5,14 86:18,21
87:7 88:14 91:7
94:15,19 99:15,24
105:18 108:14
114:3,9,14 115:8
116:18,22 119:4
121:1,12 122:9,13
123:1,10 126:15
131:17,22,23
132:12 134:1,10
134:13,19 138:15
139:20 142:11,13
145:8 147:4,24
148:9,13,16 149:1
149:3,18,23
150:11,21 157:4,7

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 83 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                 February 16, 2024

Page 291

157:14 158:16,21
164:5,8 165:2
171:15 181:20,23
188:13,18 189:9
193:10,14 194:1
194:21 198:13,18
198:24 199:4,7,12
199:15,17,20
200:1,3,7 206:7
206:19 207:1,20
207:22 208:16,21
209:17,20 210:1,4
211:14,16 213:18
216:6,8,22 217:10
217:13,21 218:3,8
218:12,18,24
219:5,6,6,12,17
220:2,13,17
221:11,21,24
222:4,8,12,17
223:7,14 226:8,12
226:17,19,21
231:17 232:1
233:1,13 234:5,23
235:3,20 239:21
241:8 245:2 246:1
246:5 247:5,13,16
247:18 248:6
253:21 254:2,6,14
255:17 258:18
260:24 262:5,10
262:14 264:8,12
264:16 268:11
269:17,24 271:1,7
271:21 272:19
273:6 274:13
277:1,16,22 278:3
278:12,24
**Lima** 22:5,13
**line** 65:20,24 99:14
158:24 189:10,15
197:4 225:8
251:20
**lines** 5:2 223:16
**liquidate** 265:23
266:15 267:23,24
268:6
**list** 4:10 61:24 62:1
62:7 64:6,8,10,11
64:13 68:6 86:5,8
86:9,12,19,24
87:2,6,8,11,14,15
87:24 88:1 89:22
90:20 165:19
188:20 189:7

193:24 194:2
237:13 277:23
278:5,6
**listen** 91:4 101:16
123:22 174:8
201:6 224:10
250:19
**lists** 71:17 86:9
87:12 237:23
**litigation** 265:11
**little** 24:9 51:7,12
53:8,11 69:9
74:19 76:16
116:18 136:6
138:22 140:13
147:24 164:22
221:19 222:11
230:24 233:20
243:12
**live** 16:23 21:8,9
22:20,23 24:2,7,9
24:11,17,20,21
28:10,11,13,14,15
**lived** 21:11,12 25:9
28:16,17
**lives** 24:19 35:13
**living** 271:24
**LLC** 13:4 14:4,6,13
14:13,16,21 15:12
18:24 27:2,4,5,6,6
27:7,16,18,21,23
29:5 30:7,10,19
30:22 32:23 38:2
38:3,4,12,14,15
38:17 40:10,10,16
40:16,19,20,21,23
41:2,3,4,5,8,12
69:8 70:15,17,22
159:1 160:13,14
160:24 161:4
227:10,13,19
**load** 96:9 104:22
126:9
**loaded** 102:24
126:7,14,22 140:1
168:8,21
**loading** 92:20
125:17
**located** 104:9 105:1
175:20 177:20
181:6 182:2 183:2
187:23
**location** 166:15,19
168:17,18 169:2
**lock** 88:21

**logically** 8:11,17
**logistics** 240:15
241:5,18,23
**long** 11:21 21:11,11
22:6,12 24:2,8
25:5 75:24 76:2
83:18 97:7 278:19
**longer** 129:6 144:22
172:11,18,19
175:19 176:3,18
177:14,19 181:5
182:14,22 187:22
**look** 11:11,21 13:20
17:9 23:10 34:22
34:23 37:20 40:8
57:1 62:11,12,15
64:10 65:18 66:6
66:13,16,17,18
69:6 71:7 72:1,18
72:21 73:2,12
76:6 86:10,14
87:9,19 114:2,19
114:23 122:7
135:19 142:5
146:19,22 153:15
154:3 159:9,14
180:6 188:19
189:19 191:5
192:4,14,20
195:17 206:12
207:7 222:18
232:19 233:14
235:11 247:21
249:11,19 250:22
256:10 257:10,10
267:22 271:4
**looked** 36:3 75:8,9
75:10 76:23 77:23
78:15 86:13 142:2
204:23 206:3
222:15
**looking** 48:23 86:17
89:8 103:17 110:7
118:1,2 124:5,5
144:5 189:14
204:24 229:11
**looks** 36:24 86:23
119:13 194:17
195:14 233:6
247:23 252:23
261:9 263:18
**lose** 251:12 252:14
253:7 259:20
**losing** 200:5
**loss** 216:17

**lost** 185:16,20 186:7
187:12 188:6
**lot** 49:21 60:10
62:23,24 63:1
146:15
**lots** 152:2
**love** 270:15,22
271:6,6
**lunch** 114:23
146:18 148:1
188:14 218:4,9
226:17 233:13
**lunches** 125:20
**lying** 216:14

_____

**M**

**M-a-n-g-e-r** 46:3
**M-i-r-t-h-a** 22:10
25:15
**machine** 94:17
**maiden** 25:18,19
**mail** 11:10
**maintain** 19:3
**making** 112:15
137:5,8 171:6
195:13 205:2,8
226:8 266:20
269:16
**manager** 30:15
**managers** 30:18
**Manford** 263:6
**Manfred** 1:7 2:8,9
10:19 16:2 33:3
55:13 56:11,14,14
56:18,19 60:2,14
60:19,23 62:5
71:14 72:7 79:7
83:8 88:8 97:4,4
107:24 112:2,5
113:11,11 115:11
116:6 123:3 127:1
138:10 150:13,16
153:11,12,16,17
154:4,10,10
155:11,14 168:5
168:13 180:23
189:12 190:6
199:2,8 200:9,17
202:19 208:7
210:6 211:23
212:5 213:7 214:9
214:20,23 215:8,9
215:13 216:15,23
217:10,13,17
219:1,13,16,18

220:18 225:6,14
225:18 226:22,24
227:6,24 230:2
232:4 236:6,9
238:5,12,14,18,23
239:11,17 242:23
244:17 245:4
246:9 247:20
248:1 250:2,7,23
251:3,14,17,24
252:4,10,13,17,22
252:24 253:2,7,11
253:18 254:20,21
255:7,8,12,18,19
255:24 256:8,11
256:14 257:4,7,11
257:16,21 258:4
258:12,24 259:8
259:10 260:9
261:4,7,11,12,19
261:21 262:6,12
262:18,19 263:1
263:11,16,20,22
264:4,5 265:3,4,8
266:11,13 267:1,7
267:8,11,11,15,16
268:5,16,18,24
**Manfred's** 113:14
190:8 191:13
215:20 253:22
254:9 257:13
264:2
**Manfred-24** 65:15
86:7
**Manger** 46:2,3
**Manhattan** 46:1
**manifest** 236:10,24
237:3,6,10,12,22
237:24
**manner** 140:4
**Manochi** 2:2
**March** 102:7 109:6
109:8,8,13 110:4
124:12 132:24
133:5,6 134:5
139:7 141:2,4
173:14 174:11
175:2 177:4,9,10
178:16 179:7,9,11
179:12,13,15,17
179:20,22,24
180:1,3,5,10,17
180:23 181:9
182:4 183:8,11,13
185:15,18 186:3

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 84 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 292

188:5 214:12
215:9 219:22
220:6 264:19
265:3,4 266:12
267:10,15
**mark** 10:12 35:20
64:18 114:10
143:1 157:4 164:7
190:20 191:16
192:10,24 196:15
206:19 207:23
208:16 213:14
231:17 246:1
264:8 269:17
**marked** 5:1 10:16
27:9,11,15 35:22
38:24 39:4,11
57:13,15,17 62:5
64:20 65:2 86:7
87:4 88:17 150:16
152:19 153:9,10
158:20 163:22
165:15 177:5
181:10 189:8
191:9 204:21
208:19 213:17
231:23 234:12
245:12 246:4
247:20 248:1
264:11 269:21,23
**Market** 2:6
**Marlton** 1:23
**married** 22:14,15
**Mask** 62:15 78:8
84:5,7 93:11
**masks** 41:16 43:9
274:4
**match** 65:16 66:9
66:21,22 68:2,11
93:23
**matches** 147:17
**material** 11:20
43:19
**math** 196:19 198:11
199:24
**mathematicians**
197:7
**matter** 33:20 68:11
206:12 231:15
253:5
**mattress** 80:7
**mean** 14:1 16:7
30:23 57:7 96:16
101:3 118:2
131:21 133:17

147:8 191:18
211:8 221:4 224:6
262:17 267:14
269:2,8 271:14
**meaning** 43:7 62:9
88:3 91:12 175:18
**means** 158:14 165:9
252:17 272:18
**meant** 152:4 176:9
182:16 225:13
260:15 261:2
**medical** 65:19
**medication** 8:13,14
**medications** 8:9
9:17,18
**meeting** 2:3 43:14
45:21,22 46:4,9
46:12,14,20,21
47:1,12,16,23
48:1,8 58:9 76:6
272:14,15
**member** 27:2 30:14
30:22,23 31:1
35:8 36:10 37:13
**members** 30:18
31:18 37:18
**memorialize** 265:18
**memory** 57:1
**Menjibar** 35:8,9,10
36:3,6,22,23 37:1
37:13,15
**mental** 8:10
**mention** 45:1
188:11 224:16
**mentioned** 51:4
97:24
**mentions** 267:7
**merchandise** 43:6
58:17 61:7 77:17
77:21 78:13,24
82:15,17,20,24
83:11,15 84:11
85:23,24 92:4,5
94:22 108:19
111:15 129:22
130:14 135:9
151:5 153:21
154:5,7,12,18
155:9,12,16,18,24
156:5,7,18 166:23
168:11 215:15,16
216:17,18 228:20
228:22 229:8
241:11
**message** 4:8,9

269:21,23
**messages** 122:19
248:12 270:2
**met** 20:6 42:19 46:8
46:22 47:10,17
68:19 74:16 75:6
75:8 76:5 78:15
78:20 81:20,21
106:3,6 112:22
113:19 135:3
148:19 235:17
**metal** 137:10
**mid-2020** 43:3,4
**middle** 9:6 42:24
43:1 76:15
**Miguel** 29:1,1
**Mike** 30:1,3
**mill** 103:15
**million** 61:7 81:3
82:7,13 83:12,14
92:20 93:3 94:22
111:3,15 112:2,2
112:10 116:20
118:1,3,6 124:23
129:13,21,22
130:3,13 165:12
199:8 202:5,17,20
203:18 207:2
220:5 224:8,10,11
255:3 267:1,8
**mind** 9:18 143:6
259:16 269:4
**mine** 209:24 234:14
271:16 272:19
**minute** 65:9 183:19
**minutes** 90:7 99:20
100:12 144:9
256:21 257:23
258:1,13,23 259:1
**Miquel** 22:5,13
**Mirtha** 22:9 25:14
28:3 29:22 30:14
31:12 37:15
**Mirtha's** 30:8,9
**missing** 136:20
234:10
**misstating** 244:24
**mistake** 176:5,16,16
183:20,21,21,21
184:4,6,7,8,11,17
186:3,5,7,9 193:8
194:17 195:4,11
195:13,22 196:14
205:3 206:8
207:11 208:2

256:4
**mistakes** 180:4
206:8
**misunderstand**
139:18
**mixing** 100:3
**model** 127:19
**moment** 117:16,23
124:21,22 138:20
142:24
**Monday** 85:16 86:2
227:23 257:19
**monetary** 267:21
**money** 33:9,16
43:18 69:24 71:1
79:5,10 80:3,19
80:21 81:1,2,2,9
83:8 85:22 112:6
113:12,21 117:3
192:6 200:20
201:5 202:11
203:4 204:4
208:12 209:8
211:11 212:2,3,5
212:8,9,11,19
213:2 220:11
224:13,22 225:24
226:3 229:4
241:15,16 257:8
259:6,12 267:18
267:20,20 271:9
271:19 272:6
274:10 275:4
276:13
**monies** 202:13
257:8
**monipair** 18:14
264:15
**monipair@aol.com**
12:12 18:1
**month** 9:14 23:9
100:1 111:21
277:17
**months** 9:10,10
20:16,16 44:1
117:18 271:11
272:8
**Morena** 35:8,8,10
36:3,6,22,23 37:1
37:13,15,17
**morning** 6:13 85:16
89:11 103:16
143:13 154:8,12
155:19 187:16
228:22 235:21

264:23
**motion** 3:15 39:2
222:22
**move** 28:19 90:9
240:24
**moved** 23:22
167:19,22,23
**mover** 87:18 96:1
**movers** 85:15,20
89:12 91:6,8,9
92:17,21 96:16,24
97:2 98:6 108:7
109:7 111:4,11
124:24 129:3,5
130:17,22 131:1
140:6 143:18
144:2 145:1,21
146:8,13 151:1
152:13 156:3,7
166:22 168:10
169:6,20 170:17
174:1,18 175:12
175:14 176:11
203:18 236:11
240:24
**Movers'** 145:19
**moving** 91:12 92:16
95:11 96:10,21
97:8 128:3,11,18
139:4 144:6
154:16,19,21
155:23 156:19
172:16 218:15
229:19,20 237:18
241:2
**Mumfred** 138:2
**Munger** 46:2
**mutual** 272:13
**mutually** 228:3
**mystery** 143:4

————————
N
————————

**N** 3:1
**naked** 119:7 121:17
**name** 6:14 17:8,11
19:4,23 22:8 25:2
25:3,14,18,18,19
26:20 27:5 29:2
30:8 32:21 37:22
41:24,24 42:4,13
42:15 45:24 55:18
56:14 57:22,24
69:12 70:19 84:8
93:11 94:17
105:23 106:4

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 85 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 293

112:17 139:10
147:2 249:16
274:23
**named** 216:24
**names** 25:24 64:2
103:8,9
**nasty** 272:11
**nationwide** 65:19
**necessary** 6:22
14:22 16:7 273:2
**necklaces** 82:21
**need** 16:21 49:23
62:3 65:8 79:2,3
90:11 94:24 95:20
95:21 96:24
103:24 144:12
145:2 165:1,1,2
169:9 195:15
234:19 243:11
250:17,17 258:13
259:2
**needed** 39:24 94:23
172:10
**needs** 49:24 64:13
**negotiate** 51:18
52:23 53:18
**negotiated** 56:4,5,8
**negotiator** 53:19
**neighborhood**
125:15
**neither** 169:23
170:15 217:17
280:8
**never** 32:1 69:16
70:23,24 83:23
90:15 93:15 96:2
98:7 112:16,18,19
112:20,22 113:19
118:19 120:22
121:2 129:9
132:10,16 134:7,7
148:19 154:21
155:5,8 156:2
160:24 161:2
171:16 205:4
212:8 214:10
217:17 224:13
230:1,10 236:17
236:20,23 237:2,5
237:15 239:1,15
240:10 250:1
256:5,8 259:10
261:11 264:4
274:14 275:14,16
**new** 1:23 17:19,20

19:24 21:9 27:24
28:7 29:8 44:22
59:15 74:8 84:18
93:16,16 104:14
104:14,15,16
125:1 129:6 156:7
156:20 166:20
189:4 267:18,24
**nice** 263:18
**night** 143:23 167:15
**nine** 112:10 199:9
202:5
**Nine-page** 3:15
39:1
**nod** 128:13
**nodded** 128:15
**nodding** 116:13,19
**Nods** 11:8 104:11
128:14
**Nope** 11:24
**Norristown** 2:11
**North** 1:22
**Notary** 1:17
**note** 72:2 114:12
218:10,12
**noted** 53:3 94:2,4
218:10
**notes** 71:9 266:20
269:15
**notice** 3:9 10:14
11:3,11,17 12:5
**notified** 172:9 185:5
**notify** 183:11
**November** 38:10
40:18 44:3,8,13
44:24 101:4
**number** 3:8 15:18
15:20,23 16:6,13
16:16 17:2,4,12
30:16 34:7,12,23
35:6,7,7 48:3,21
52:24 53:1,4 58:7
58:10 62:22 63:18
63:19,20,21,22
65:20,23,24 66:16
66:17,19 67:8,9
67:11 68:10 71:18
71:18 76:21 83:24
93:19,20,21 94:2
94:2,5,6,9,10,16
94:18 97:16,18,18
99:17,21 123:14
123:19 127:23
147:13,15,16,17
147:18 164:9

170:15 186:22
191:16 193:3,19
196:5,9,11,22,23
201:15 208:8
232:8 233:22
240:4 242:9
245:16 246:17
249:2
**numbers** 47:9 48:15
58:24 62:2 63:17
63:24 65:17 66:21
76:12 193:19
194:5,22 195:2
196:1,2,20 197:23
197:23 200:9
206:12 224:8,9
**numerous** 230:2,17

_____

# O

**o'clock** 103:17
166:16 277:1
279:9
**O-r-b-i-n-o-v-i-c-h**
167:6
**oath** 7:12,15 19:8
38:15,19 157:20
179:7
**object** 36:17 217:1
217:22 218:15
**objection** 36:13,20
56:12 60:4 108:12
119:1 131:14
217:19 218:11,13
219:3,10,15,23
220:12,15 239:20
241:7 244:23
248:5 253:20
254:7 255:13
258:16 262:4,8
268:8 270:23
273:5 274:11
**objections** 6:4
**observe** 21:5 142:7
**obtained** 250:4
**obviously** 137:23
**occur** 265:19
**occurred** 164:15
**offended** 20:21
**offensive** 272:14
**offer** 153:14 179:23
180:1
**offered** 176:24
177:12,20 181:7
182:3 183:4
**offering** 177:5

180:17 181:9
183:8
**office** 28:6 91:4
98:23 137:2
144:21 234:20
244:17 245:5
**officer** 27:3 221:16
**official** 32:15
**oh** 31:17 35:6 45:22
76:19 92:8 111:6
132:13 150:18
167:5 232:10
243:16 247:23
**okay** 6:18,24 7:11
12:24 13:2,9,24
15:15 17:10 20:3
20:6 21:20 24:5
32:23 36:14,21
37:3,4,10 38:22
41:10,12 42:21
48:22 51:21 52:8
54:8 55:18,24
57:3,11 61:22
62:6 63:6,7,22
64:9,14 65:6
68:10,12,22 70:10
72:14 75:21 76:23
84:10 87:13,15
88:1,7 90:4,23
91:1,17 94:4 96:8
97:14,19 98:3,21
100:13,24 102:1
102:19 103:18
106:14 109:12,21
109:22 110:2
112:4,4 114:6,7
115:23 118:24
124:2 126:8,13,22
132:13 134:21
135:14,14 136:22
138:3 139:23
142:9,9 143:24
145:3 148:18,19
149:6 150:18
153:21 154:5
156:3,15 157:3,10
157:13 158:9
160:3 161:9,24
164:21,21 165:5
171:21 173:20
176:20 179:3
180:9,9,12 181:11
183:14 188:3
190:4,12,13
193:13 194:6

197:15 200:12
201:6 202:12,18
202:22 204:10
205:13 206:16
207:16 209:17
210:10,24 211:3
211:18,19 213:10
213:12 218:12
219:9,9 223:7
228:20 229:13,19
229:24 230:8,15
231:2 232:10,18
234:21 235:14
237:23 238:19
240:22 244:10
246:14 247:17,23
248:10,13 249:19
250:22 251:19
252:20 255:20,21
257:15 260:5,8,19
264:20 268:2
269:3 271:13
272:20,21 273:18
276:23 278:21
**old** 26:11,15,18
35:17 234:1
275:12
**oldest** 26:13,16,17
**Olmesartan** 8:15
**once** 10:5 91:15
117:15 125:10
135:9 214:14
215:14 216:17
229:1 243:6 278:6
**one-page** 3:14,18
3:20 4:1,6,7,9,10
35:22 57:14 64:20
189:7 213:16
264:10 266:6
269:20,22
**ones** 119:20 234:9
**open** 52:8 106:23
110:6 111:6,8
115:16 122:20,21
125:1,2,21 132:3
132:15,20 133:23
141:19 150:1
178:10 278:16
**opened** 32:21,23
52:3,19,20,21
73:5,10 75:8
76:20 131:12
132:1,6,11,16
133:2,8 152:11,13
**operate** 29:12

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 86 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.                Friday
No. 2:22-CV-0688 (JMY)                       Deposition of Gary Weiss                        February 16, 2024

Page 294

**operated** 277:13
**operating** 29:13
  32:7
**operation** 23:15,19
  279:1
**opinion** 87:9 220:4
  260:18
**opportunity** 99:10
  99:16 278:20
**opposing** 11:4
**opposite** 158:8
  160:20
**optimistic** 265:14
**oral** 12:5
**orange** 52:6 75:10
  132:11,13,20
  133:2,9,11
**order** 3:16 13:15,17
  13:21 14:7 39:2
  47:24 62:3 66:23
  67:2 70:8 94:11
  117:20 146:18
  169:3 201:17
  242:3,8,13 243:15
  244:1,2,3
**original** 234:21
  248:24
**Originally** 98:4
**outcome** 280:10
**outside** 7:13 141:21
**overnight** 88:22,24
  92:6
**owe** 274:10
**owes** 211:10
**owned** 22:12,15,17
  25:5 28:24 93:3
**owner** 27:2 30:9
**owners** 30:6,12
**owns** 22:7,12 25:1

———————
          **P**
———————
**P** 2:2
**P-a-n-t-o-j-a** 22:10
  25:15
**P-r-e-t** 46:2
**P.C** 2:9,13
**p.m** 98:24 148:7
  188:16 228:1
  232:23
**PA** 2:3,7,12 216:13
**package** 135:6
**packaged** 75:12,14
  75:16 151:21
**PACS** 161:16
**page** 3:3,8 5:2 11:12

12:17 34:21 35:2
  36:3 159:14,15,18
  159:21,23 161:19
  169:12 180:8
  183:17 189:4
  190:24 192:2
  198:6 204:21
  207:15 208:9,24
  210:18 227:1,5
  229:5,11,11,12
  249:2,19 250:22
  251:4,5,7 252:3
  252:20 253:10,12
  254:15,16 256:10
  256:19 259:19
  260:8,9 262:22,23
  263:2,2,21,22
  265:16 272:5
**pages** 11:14,15,16
  262:22
**paid** 29:3 58:16
  61:6,9,20 69:24
  72:15 77:16 82:6
  82:11,15 88:9
  92:3 190:6 197:3
  201:22,24 202:1,2
  203:3,16,23
  204:12 207:19
  212:5 224:7,10
  226:1 229:1,8
  267:1
**pain** 8:23
**Panagakos** 275:5
**Pantoja** 22:9 25:15
  28:4 37:15
**paper** 15:15,19 68:2
  93:5 146:3 192:5
  197:11 248:23
**paperclip** 233:19
**papers** 31:1 157:1
  205:12 231:13
  269:15
**paperwork** 29:7
**paragraph** 28:1
  40:8 99:9 159:20
  162:1,8,9,15,19
  163:15 166:10,14
  170:24 180:2,19
  182:20 216:1,2
  235:15 236:2,2,9
  238:3,3 239:9
  247:5,6
**paragraphs** 217:8
**Pardon** 9:11 37:5
  106:12 121:4

217:21
**parenthesis** 215:11
  225:7
**park** 74:19 78:20
  84:18 105:24
  106:3,4,10,15,21
  106:21 107:16
  110:6,12,13 111:6
  111:17 124:10,24
  166:20 167:1,1,21
  167:23 173:8
  174:1,20,21
  187:13
**parked** 84:18 89:5
  92:5 167:2
**part** 15:16,22 16:1
  16:4 22:21 138:5
  163:4 171:12
  173:18 215:23
  224:3 246:10
  249:23,24
**partial** 9:3 164:12
  164:18 165:13
  166:9
**participant** 280:9
**particular** 86:8
  139:1 161:7
**parties** 11:5,5
  215:22,23 272:1
**partner** 27:3
**parts** 258:3 276:23
**party** 10:8 116:3,6
  280:9
**pasa** 90:11 144:10
**pass** 76:16
**Pat** 279:5
**PATRICK** 2:11
**paused** 278:10
**pay** 25:9 51:3 60:3
  61:3 63:6 67:21
  68:12 79:11 80:11
  81:13 97:14,20
  103:9,12 153:21
  154:5 201:3
  202:13 204:1,5,10
  207:16 210:6,10
  213:2 216:6
  228:20 229:9
**paying** 44:21 78:12
  202:10 229:2
**payment** 61:15 70:7
  71:9,10,13,15,21
  72:2 164:12,18
  166:9,11 198:7
  203:10

**payments** 63:3
  165:6,19,22 166:1
  166:5,5,8 188:21
  193:15 195:6,7,20
  196:12 197:8,13
  197:20 198:4,5
  201:21 203:7
  206:24 208:1
  210:11,11 272:10
**pen** 15:17 232:15
  247:1
**penalties** 161:15
  175:23 185:23
  186:17
**pending** 44:22
**Pennsylvania** 1:2
  1:14
**people** 36:8 46:14
  89:12,18 95:21
  103:4,5,6,7,14,15
  103:19,21,22
  104:5,8,12 105:1
  125:22 126:19
  137:13,14 138:4,6
  138:7,9,14,22
  139:21,22 140:3,7
  140:8 144:1
  166:20 175:7
  182:1 201:1
  202:13 203:5
  209:13
**percent** 70:5
**perfectly** 7:8
**perform** 251:20
**person** 20:22 35:17
  35:17 49:5 69:6
  76:17 124:7
  142:24
**person's** 42:4
**personal** 33:14,17
  43:11 44:4 45:21
  45:22 160:5
  161:13
**personally** 13:5
  238:4 239:1
**personnel** 31:19
  32:3 240:14 241:5
  241:17,22
**persons** 41:22
**pertain** 115:5,7
**Peru** 22:5,13,23
  23:2,3,5,14 24:16
**Philadelphia** 2:7
**phone** 17:2 34:7
  43:14,15 44:5,8

44:24 45:15,19
  46:5 47:9 48:2,15
  48:17,21 49:8,18
  50:24 51:5 52:24
  53:1,4 58:7,10
  60:19 69:19 83:24
  89:9 93:19,20,21
  93:23 94:2,2,5,6,6
  94:9,10,17 99:17
  99:23 100:7 107:6
  122:15,20,21,22
  123:11,14,17,19
  124:6,6,8 147:11
  147:13,15,16,17
  148:18 149:10
  214:2 230:11
  248:20,24 249:16
  249:17 253:11,16
  253:19,22,24
  254:9 257:18
  277:8
**phones** 123:18
**phonetic** 167:9
**photo** 37:6 254:16
  254:16,17
**photocopy** 3:9,12
  3:15,18,20,21,23
  4:1,2,4,6,7,9
  10:14 27:10 39:1
  57:14 64:20
  158:18 208:18
  213:16 231:22
  246:3 264:10
  269:20,22
**photograph** 3:14
  35:22 121:5
  163:17
**photographic** 164:2
**physical** 8:10
**physically** 230:9
**pick** 69:18 97:13
  102:1,21 111:4
  174:15 177:8
  179:8 187:9,20,21
**picked** 73:4 98:11
  102:10 111:15
  128:4,20,21
  131:18 138:10
  140:4 143:21
  146:14 151:20
  156:6,18 203:18
  228:23
**picking** 110:1
  166:22
**pickup** 143:19

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 87 of 98

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)                      Deposition of Gary Weiss                February 16, 2024

Page 295

154:8,12 155:19
228:22
**picture** 36:2,12
108:11,15,17
115:21 119:14,22
133:22 136:12
148:10,17,20
149:2,4,4 150:12
150:13,24 151:18
153:3 163:21
168:3,5,13,18
246:24
**pictures** 37:1
108:19,20,23,24
109:2 110:23
111:9,13 115:22
115:23,24 119:5,7
119:10,16 121:13
121:15 122:1
123:20 124:1,8,9
148:11,14,15
149:7,12,14,16,17
150:23 163:24
164:6 273:9 277:9
277:10
**piece** 15:15,19 93:5
146:3 197:11
248:23
**Pike** 2:3
**pile** 107:15,17,21,22
110:11,22 111:8
**piles** 107:17
**place** 47:14 96:19
106:7 137:2
166:19 178:11
220:21
**plaintiff** 2:4 3:16
6:15 10:10 39:3
181:16
**plaintiff's** 159:3
161:11
**plaintiffs** 170:9,12
**plan** 24:9
**planning** 23:14
**plans** 23:16
**plastic** 132:3,7
133:20
**plate** 127:23 151:9
151:11,12,15
**pleading** 40:13
159:16 161:20
175:22 177:14,17
177:22,24 178:8
181:12,15 182:5
182:10 184:2,19

187:8 188:10
214:7
**pleadings** 40:4
159:8
**please** 6:20 7:1,5,5
10:13 21:18 35:21
38:5,24 48:24
66:15 67:6,7,12
99:13 100:4 109:2
114:13 134:15
147:1 156:12
158:17 164:6
166:21 167:4
174:22 175:3
176:13 181:14
215:20 247:22
266:7 271:21
277:20 279:4
**pleasure** 265:9
**plus** 149:15 195:8
196:1
**Plymouth** 2:3
**poem** 263:18
**point** 16:21 68:14
81:7,17 97:7,14
98:11,13 100:15
141:1 144:19
155:4 215:16
240:23 267:15
271:24 272:24
**pointing** 127:1
**police** 129:12,13,15
129:19 130:2,4,20
130:21 131:1
142:20
**polished** 137:11
**polisher** 137:4
**polishing** 137:12
**portion** 98:1
**position** 32:16
**positive** 120:10
**possession** 73:10
146:8 265:23
268:15
**possible** 7:6 118:22
130:23 183:15
**posting** 36:2
**pound** 152:12
**pounds** 133:16
152:17
**PPE** 43:11 273:23
**PR** 256:15
**practice** 40:3
**practicing** 20:22
**prearranged** 47:12

47:16
**prepared** 188:21
192:5 239:10
**preparing** 231:15
**present** 216:24
**presented** 40:14
59:18 64:14
**President's** 263:21
263:23
**pressure** 8:13,14,19
**Pret** 45:23
**pretty** 59:3
**prevail** 214:15
**prevented** 241:19
**prevents** 216:15
**previously** 62:4
247:20
**price** 39:15 50:17
50:18 51:15 52:9
52:23 53:5,7,12
53:14,16 55:2
56:4,5,8 58:14
189:17 190:1
213:23
**print** 149:20,24
150:2 277:9
**prior** 84:4 141:11
215:13
**privileged** 218:21
223:4
**pro** 101:11
**probably** 23:13
24:18 29:9 37:24
73:19 83:19 87:14
88:6 125:19
154:14 257:19
258:22 260:15
263:3
**problem** 97:23
202:22 235:10
240:15 241:6,18
241:23 253:2
255:4
**problems** 254:23
**procedure** 9:12
**proceed** 13:1 70:9
158:17 245:1
**proceeding** 157:21
159:23
**proceedings** 8:3
13:22 16:8 216:13
279:9 280:7
**procured** 170:20
**produce** 109:2
115:18,20 119:17

144:19 146:4,19
164:6 165:4
204:17,18 221:6
221:15 223:5
248:8 249:6
273:11 277:12
**produced** 114:21
115:10,14,15,16
115:17,19 150:22
209:1 213:13,19
218:4,7 221:11,14
249:4,7 254:3
277:6
**product** 182:2
190:8 239:2,5,12
240:5,6,16 265:19
266:14 268:6,19
**production** 3:10
10:16 11:6
**products** 145:6
**professional** 1:17
273:17 280:5,15
**professionalism**
266:7
**proof** 120:17 182:5
225:6,12
**property** 22:13 25:1
25:5 28:12
**proposal** 69:5 70:1
**protection** 43:11
**protects** 251:21
**provide** 117:19
147:1 162:3,11
176:24 177:21
181:7 214:4
**provided** 62:7
136:14 163:16
164:2,12 170:16
214:4,19 236:12
236:23 237:2,5,21
**providing** 218:1
**public** 1:17 15:16
16:1
**pull** 122:15 222:20
**pulled** 104:16
**purchase** 66:23
70:9 94:11 201:17
208:14 215:11
**purchasing** 57:3
**purpose** 18:13
**purposes** 219:6
**push** 157:9
**pushed** 263:16
**put** 9:5 19:20,21
37:4,11 40:9 59:6

59:7 65:15 71:20
86:4 98:4 104:24
106:17 110:16
113:18 116:12
121:2 129:24
134:7 144:5
146:24 151:8,10
152:1 153:4,6
178:17,22 184:15
186:24 187:8
190:20 191:4,15
194:22 196:9,10
196:15 206:5
208:8 211:1
221:24 224:24
228:15 231:20
233:19,20 236:19
239:17 241:10,12
241:13 242:1
243:17 245:22
264:7 269:4,14
277:3 278:5
**putting** 61:11,12
137:11

───────────────

**Q**

**qualification**
228:15
**quantity** 50:17
**que** 90:10 144:10
**question** 6:5,21,23
7:6,8,18 9:20 34:4
38:5,7 63:3
100:24 109:14
123:2 128:16
138:7 143:1,7
145:9,22 150:19
156:14 181:14
192:10,24 223:10
223:15,15 244:5
258:3 262:1
273:17 276:17
**questioned** 155:5,7
**questions** 6:20
20:21 79:14,18
116:14 120:14
134:14 180:11,21
219:7 224:18
268:22,23 273:13
278:20
**quick** 139:12
209:15 231:1
**quickly** 195:15
**quote** 40:9 162:10
162:12 170:2,5

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 88 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                      Deposition of Gary Weiss                    February 16, 2024

Page 296

173:3 175:10
176:22

---

**R**

**R** 280:1
**radio** 144:5
**raining** 104:18
  140:5,14
**Ralph** 266:24
**ran** 47:11,13 226:13
  266:24
**Randolph** 265:4
  266:12 267:10
  268:24
**Randy** 266:9,11
  268:18
**range** 50:20 51:16
**reach** 278:7
**read** 11:16,19,20,20
  12:7,17 66:13
  67:24 71:12 99:8
  99:13,14 162:7,13
  180:20 181:3
  184:14 186:12,20
  188:4,9 194:4
  215:20 228:13
  244:16 245:4
  264:23 265:14
  271:3,3
**reading** 12:14 159:6
  162:6 228:13
**ready** 116:21 118:2
  123:22 124:1,9
  183:19 194:12
  198:18 200:8
  208:3 217:7
  230:19 233:12
**real** 83:15 139:11
  209:15
**realized** 110:16
**really** 8:18 11:19
  14:23 54:21 60:24
  61:1 79:13 83:20
  86:10 89:7 94:1
  99:2 110:18,20
  111:12 128:6
  130:11 135:23
  136:2 138:18
  142:8 193:17,17
  197:8 235:8
  270:18 272:11
**reason** 39:8 130:19
  130:21,24 131:1
  216:1 256:19
  275:4

**reasonable** 245:17
**reasons** 249:10
**Rebar** 2:10
**Rebecca** 39:7
  213:23 214:1
**recall** 8:12,17
**receipt** 57:19 59:21
  59:22,22 62:16
  78:11 143:11
**receipts** 92:22
**receive** 121:5 174:8
**received** 11:6,10
  12:9 163:5,5
  164:6 165:20
  173:4 199:1 207:3
  208:12 214:20,23
  216:10 267:12
**receiving** 225:6,12
**Recess** 188:16
  232:23
**recognize** 36:6,11
  99:17 153:11,18
  232:3,6
**recollection** 98:20
  99:22 156:23
  238:10
**reconsider** 3:16
  39:2
**record** 3:24 15:1,4
  15:7,9,17,22
  19:11 65:7,11
  71:12 94:15
  101:15 116:13
  122:24 123:6,8
  147:1 148:5,7
  152:1 191:10
  193:14 208:19
  221:4 222:1,9
  223:2,6,13 225:23
  233:11 246:16
  254:11 255:9
  258:9 260:20,22
  273:15 277:3
**records** 191:13,19
  191:20,23 192:4
  192:15,20 197:19
  204:18,18 205:4,7
  208:23 210:18
  234:11,13 257:12
  258:10 277:11,12
**recover** 267:18
**recovery** 9:9
**recuperation**
  277:17
**red** 259:21,23 260:5

260:6
**redaction** 210:19
**redivide** 187:15
**reduces** 8:23
**refer** 41:10 168:16
**reference** 87:22
  161:6 163:21
**referenced** 121:6
**referencing** 267:5
**referring** 41:12
  50:16 154:18
  164:15,18 166:9
  216:2 225:3
**refers** 166:10
  268:15
**reflect** 94:16
**refresh** 98:20 99:22
  238:10
**refrigerator** 125:18
  125:19
**refund** 176:24
  177:5,21 179:23
  180:10,13,17,21
  181:7,10 182:4
  183:5,8 185:4,7
  214:9,11 216:11
  216:23 217:5,14
  217:18 219:2,7,13
  220:10,19 224:16
  242:19 250:13,17
  251:11 252:14
  259:15,20 266:16
  267:17 268:3,7
  269:12
**refuse** 7:19,23
**refused** 246:20
**regard** 142:22
**regarding** 13:23
  60:2 134:19
  153:17 227:8
  228:5
**regards** 266:9
**registered** 1:16 28:3
  28:6 29:23 30:8
  31:1 280:4,15
**rehab** 9:8
**relating** 117:12
  161:16
**relation** 60:16
**relationship** 120:13
  273:3 275:10
  276:2
**release** 243:5
**released** 215:14
**remember** 7:7,9

11:19 12:1,10,14
  25:2,3,4 28:20
  29:17,18,20 38:18
  45:24 47:6 52:10
  53:2,2,3 54:4
  55:10,12,15 56:7
  57:1 60:22 74:19
  75:15,20 76:10
  89:13 92:19 93:1
  93:2 94:21 97:11
  97:16,19 98:14,17
  98:18 100:4,7,14
  100:19,20 101:1,9
  101:11,13,17,18
  101:19,21,23,24
  103:8,9 104:18,18
  107:5 109:11
  122:11 124:20
  125:11 127:23
  128:6,7,8 129:9
  130:10,14,16,17
  130:22 133:7
  134:21 135:5
  138:6 140:15
  142:19,21 143:17
  156:24 179:9,16
  206:8 209:4 211:2
  226:23 230:7,13
  237:22 238:13,17
  249:6 264:13
  269:3 270:15,21
**remind** 157:7
**rent** 24:3,4,5,5,22
  25:10,12 29:3
**repack** 187:14
**repay** 265:23 268:1
**Repeat** 109:14
**repeatedly** 171:2
**repeating** 41:8
**repercussions** 7:13
**rephrase** 156:14
  243:8 262:6
**replacement** 8:24
  9:3,7
**replacements** 23:20
**replies** 253:7
**report** 129:12
  142:20
**reported** 280:7
**reporter** 1:17 7:2
  10:24 279:2,5
  280:5,15
**Reporters** 1:22
**represent** 13:18
  27:14 36:1 117:7

156:16,17 158:23
  233:12 246:6
**representative**
  11:13 30:4 37:23
**represented** 13:11
  175:24 181:16
  182:1 186:13,23
  240:17
**representing** 14:7
  214:3 276:4
**request** 3:10 10:15
  49:1 114:10,13
  124:8 146:4,24
  164:7 171:6
  214:15 250:4
  259:15
**requested** 64:24
  114:4 169:13
  170:8 171:2
  185:10,12 217:24
  241:13 250:3
**requests** 5:1 170:3
**required** 71:15
  113:11 169:3
  228:9
**requisite** 170:4
  171:3
**reschedule** 13:6
**reserved** 6:5
**residence** 21:7
**respect** 158:7
**response** 7:17
  229:21 244:17
  245:5 246:11
**responsibility** 242:3
  243:6,24
**responsible** 216:17
  224:21
**rest** 79:4,5 212:15
  273:14 276:24
**result** 228:11
**retain** 114:18
  116:23 119:19
  276:10
**retained** 117:4
  190:9 254:11
**retainer** 114:17
**retrieve** 173:5,12
  173:16,22 174:5,9
**return** 259:6,12
  260:14 261:7,23
  262:7,20
**returns** 29:16,19
**review** 39:20 40:4
**reviewed** 231:8

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 89 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                        Deposition of Gary Weiss                        February 16, 2024

Page 297

**rice** 106:17,24
  107:3,15,17,21,22
  109:17 110:8,11
  110:22 111:1,2,7
  111:9,17 124:14
  125:1,3,5,6,7,8,12
  126:4,5,8,23
  128:2,5,23 129:7
  129:14,24 131:3,6
  133:3,9,13,16,18
  133:20,24 134:6
  142:16 152:15,17
  152:22 153:2
  156:8,21 176:15
  178:21 188:11
  242:18 276:19,23
**Richmond** 274:22
**Rick** 267:6
**right** 7:17,18,23
  11:17 12:11 13:22
  14:9,12 23:2,20
  23:21 24:21,22
  25:3 29:12 32:5
  35:1,2 40:1,6,15
  41:7 46:23 47:17
  48:6,20 49:3,4,10
  49:12 50:3,22,23
  51:9 52:13 54:22
  55:4 58:17,19,22
  59:8,9 60:7,21
  61:14 63:4 64:12
  64:16 65:24 66:2
  66:18,21 67:13,24
  68:18 69:5 70:7
  70:23 76:1,5,7
  77:24 78:1,3,5,10
  78:17 81:21 82:7
  82:17,18 83:12
  84:23 85:2,3 86:3
  86:20 87:1 92:6
  93:9,19,21 94:9
  94:11,23 95:1,15
  95:19 96:11 97:10
  97:19 98:3 103:2
  104:10 105:1,2
  106:21 107:21,22
  108:9 110:5
  111:22 112:3,7,8
  112:9,12 113:9
  116:10 117:15
  122:15 126:18,24
  127:2,15 128:12
  128:12,23,24
  129:1,2,15,24
  130:1,8 132:3,16

133:4 134:8 141:5
  141:9 144:20
  145:11 146:5
  150:14 151:3
  152:6,9 153:6
  154:8,17 156:5
  159:12 160:1,4,7
  160:9,10 161:4,12
  161:14 163:2,7
  164:16,20 165:7,8
  165:14 166:16,18
  168:10,14,15,18
  168:20,23 169:7
  169:10 170:5,10
  170:13,14,22
  171:4,24 172:6,18
  172:21,24 173:22
  174:17 175:8,9,12
  175:12,14 176:15
  176:15 177:9,24
  178:5,7,23 179:17
  179:19 180:2,15
  180:18,24 181:1,3
  181:10 182:5,6,13
  182:15,15,20
  184:10,15 185:7,8
  185:11,11,20,24
  186:11 187:1,3,10
  187:17,24 188:6
  188:20,22 189:2,4
  190:3,18 191:2,22
  192:10,21,22
  193:1,7 194:5,13
  194:18,19,24
  195:8,10,13,18,23
  196:3,7,7,9,13
  197:10,12,14
  198:10 200:1,3,18
  201:1,7,8,11,11
  201:17 204:12,15
  206:8 207:3
  209:14 210:13
  211:1,1,22 212:6
  212:12,17,21,22
  212:23 214:21,22
  214:24 215:4,6
  216:3,11 219:2,19
  219:22 220:23
  222:20,21 224:22
  225:8,10 226:4,9
  227:11,12,14,20
  228:17,19 229:6,7
  229:17,21,23
  230:6,7 231:6,9
  232:9,13 233:5,6

233:24 234:15,15
  235:17 236:1,4,5
  236:13,21 237:13
  238:7 239:6,9,19
  240:6,18,19
  241:12 242:4
  244:4 245:19,21
  246:2 247:19
  248:24 249:2,21
  250:13 251:7,8
  253:16,19,22
  254:21 255:23
  256:3,8,12 257:21
  258:15,21 259:2
  259:22 260:6,11
  260:12 261:2,8,13
  261:24 262:15,21
  263:6,9,12 264:17
  265:1,14 266:9,10
  266:16 267:12
  274:5,8 275:21
  278:22
**ring** 137:9
**Road** 1:14 2:11
**role** 111:24
**rolling** 69:23
**romantic** 120:7,12
  273:3
**romantically**
  275:14
**Ron** 274:17,17,19
  274:21
**room** 75:22 120:2,4
  120:21
**rooms** 125:19
**route** 1:22 215:15
  239:12
**routing** 71:18
**rows** 76:22
**ruled** 13:13
**rules** 158:11

_____

**        S       **

**S** 3:7
**S's** 249:13
**s/** 280:14
**Sabbath** 21:5
**safe** 80:9
**safety** 6:16,17 33:21
  41:16 99:18
  189:10 215:12,17
  216:18 223:24
**sale** 58:19,21 78:7
  93:6 215:10
**sales** 31:10 45:4

81:12,13
**Sam** 4:5 19:13,22
  20:6 42:21,23
  43:2,13,23 45:4
  46:5,10,17 47:24
  48:6,7,11 49:14
  49:15,16,24 50:24
  51:3,9,11,12,17
  53:10,21 54:2,10
  54:12,14,17 55:4
  55:9,11 56:1,5,5,8
  56:16,17,18,22,24
  60:1,8 61:2,9,18
  62:9 63:6 64:7,11
  64:24 65:3,16
  67:1,17,18 68:6
  68:12,19 72:13,14
  72:17 79:5,6 83:8
  87:12 88:6,19
  90:14,23 91:1,2,2
  94:24 95:3,17,21
  96:21,23 97:22
  112:15 113:10,16
  113:17 115:10
  116:3 118:10,12
  118:15,19 119:10
  120:12,12,19,20
  121:7,9 134:18
  135:3 138:1,10
  142:14,14,24,24
  143:6 144:19,24
  149:5,6 169:23
  171:6,11,14,16
  180:24 190:2
  200:24,24 201:4
  201:14 202:12,19
  203:5 204:5,9
  209:7,10 210:9,16
  211:8,10,17
  212:10,11,23
  213:1,1 214:9,20
  214:23 215:5
  216:23 217:10,13
  219:2 224:3 232:4
  235:23 236:24
  237:18 238:4
  239:1,11 241:12
  243:5 246:4,8
  248:12 249:12,20
  250:16 251:2,3,6
  251:14,19 252:8
  252:10,22 253:4,4
  253:13,24 254:22
  255:3,8,19,22
  256:1,2,6,12,12

256:14 257:22
  259:8,10,15,24
  260:3,4,10,13
  261:6,7,10,21,23
  262:2,19 263:5,13
  263:14 264:21
  265:22 266:14
  267:2 268:10,14
  268:15,19,20
  270:4,7,10,13,21
  271:5,8,14,21
  273:4 274:4,24
  275:5,6,21 276:3
**Sam's** 190:8 252:12
  276:5,6
**San** 22:5,13
**satisfied** 228:15
**saw** 48:7 52:8 56:2
  56:2 73:3 74:4
  132:13 141:18,21
  205:4 218:3,16
  269:9
**saying** 14:2 38:18
  66:23 67:20
  101:14 109:13,19
  109:22 110:2
  129:10 131:5
  139:19 141:20
  144:15 149:11
  151:17 158:12
  172:3,16 198:19
  198:20 205:2,4
  208:23 211:9
  223:6 224:21
  229:21 234:18
  237:10 238:22
  239:9 251:5
  256:14 258:12,17
  258:24 259:10
  261:18 262:16,16
  262:18,19 263:4
  268:18
**says** 11:12 17:11
  30:3 34:23 35:7
  37:22 40:9 49:20
  49:21 51:12 58:16
  58:19 59:10 62:12
  65:18 66:11,16,18
  66:19 67:3,8,13
  67:22 69:8 71:8
  72:1 82:15 90:11
  90:20,21 95:23
  117:19,21 145:23
  146:9 149:15
  159:1,18 160:5,7

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 298

160:9,12 161:21
164:17 165:13
173:15,21 176:6
180:2,24 181:4
182:10,12,13,15
182:19,21,24
183:2,4,7 184:20
185:12,18,20,21
186:6 188:8
190:14 197:12
214:7 217:9 219:4
225:5,10,10 238:3
239:22 242:2
243:24 245:4,9
246:18 249:12
251:6,9 252:4
254:15,16 256:20
259:15,19 261:2
262:23 263:9,22
264:23 265:8,16
266:17,18,24
267:9,24
**schedule** 14:12
**scheduling** 11:3
**school** 125:9,17,18
126:6,17 153:5
276:19,23
**scrambled** 256:21
258:1,14
**screen** 48:23 149:8
**screenshot** 251:15
252:8,21 253:12
254:17 255:22
256:11 260:4
270:4
**screenshots** 248:10
253:15 270:2,6
**screwed** 130:6,7
207:5
**Scully** 17:6 98:15
99:18 100:6,9
107:5 116:13
138:11,16,24
139:8,18 215:12
215:13
**se** 101:12
**seal** 132:7
**sealed** 131:13 132:2
132:6
**sealing** 6:2
**seats** 126:13
**second** 9:22 11:23
12:22 14:22 15:2
17:24 22:18 34:20
35:2 36:19 42:4

65:8,24 66:6
73:18 91:18 99:24
105:12 122:21
144:18 149:22
165:5 187:7
198:20 201:10,12
202:4 205:9,9,9
229:2,11 233:11
247:5 250:22
251:4,5 267:9
278:15,18
**seconds** 99:20
100:12
**Section** 161:16
**Security** 15:18,20
15:23 16:6,13,16
**see** 12:6 16:18,19
28:1 30:16 35:6
48:17,23 49:9
51:19,22,22 59:1
62:16 65:20 66:3
67:6 69:24 71:11
71:24,24 73:8
86:15,22 88:15
94:13 98:24 99:2
114:6 122:17
132:21 133:21
141:16 144:3
147:11 148:12
153:22 159:5,18
161:17,18,22
162:4 163:19
170:20 173:17
176:18 177:1,6
180:1,11 189:14
189:16,24 190:13
190:15 191:6,12
192:1,18 193:5
195:5,21 196:12
196:14,22 197:6,7
197:10,22 198:5,7
198:18 200:14
205:18 206:4,17
208:1,10 213:6
214:5,6,16 215:18
216:1,20 217:2,9
217:11 220:21
223:17 225:8,9,15
225:16 228:12
229:4,10 230:23
232:10 236:19
238:6 239:23
243:4,10 244:20
246:12,13 247:7
247:15 249:13

250:5,6,24 251:12
251:21 252:1,5,6
252:15 253:2,8
256:16,22 257:14
259:6,7,7,16,18
259:20 260:7
263:1,7,17 264:5
264:21 265:6
266:2 267:2 268:1
269:6 270:19
271:12 273:22
**seen** 47:13 232:7
**Segalla** 2:5
**self-incrimination**
7:19
**sell** 31:6,7,12,14
37:16 53:20 57:8
63:2 98:1 214:13
267:11,18 268:16
268:16,20
**seller** 120:24
**selling** 20:7 60:3
62:22 69:3 215:3
215:5
**send** 11:14 12:14
39:19 63:9 64:15
64:17 65:3 67:18
70:1 71:7 91:1
94:13 95:24 96:23
97:1,4 121:13
144:23 145:1
149:12,13,24
150:2 159:8
165:11 203:5
209:8 233:23
234:17,21 235:5
255:18 256:4,21
258:2,13 259:9
275:7 277:20,22
278:7
**sending** 69:7 215:13
251:15 255:22
256:2 265:17
**sends** 257:20
**sent** 11:7,9,24 62:1
62:8 64:23 65:3
65:18 67:1,17,20
68:21,24 70:12
71:1,4,19 87:9
88:6 96:2 121:7,9
149:16 150:6,7
165:11 177:12
188:21 189:19
194:2 197:24
198:2,2,3,6,7,9,14

198:21 201:22
203:4 210:11
211:12 220:22,22
224:2 226:3 227:1
229:17 232:12
235:12 244:5,11
251:3 252:8
253:13 254:18
256:5,6,12 258:4
258:15,22 264:21
266:12 275:4
**separate** 38:3,16,16
40:19,21 70:21
**separately** 29:20
75:3
**September** 39:14
150:5 160:1
175:23 181:15
184:3 186:23
187:20,24 188:2
**series** 6:19 188:24
**served** 11:3 12:4
**services** 21:1 65:19
204:3
**set** 65:17 184:2
234:2
**Seth** 2:6 176:1
181:17
**sets** 82:23
**settle** 201:2
**seven** 54:14 236:2
**Seven-page** 3:9
10:14
**Seventeen** 189:13
189:14
**Seventy** 194:3
**sex** 120:21,24
121:19 123:3
**sexual** 120:7,13
273:3
**shake** 54:24
**Shakes** 54:23
252:19
**shared** 137:1,1
**shareholder** 27:3
**shave** 9:5
**ship** 71:15
**shipment** 227:8
228:5
**Shipped** 194:11
**shipping** 254:23
**Shlomo** 124:17,18
124:19
**shop** 45:23 46:4,6,8
46:9,15,23 47:2

47:10,11 48:6,7,9
48:12 49:13 58:10
84:2 118:12,13,17
**short** 157:2 224:8
**shorter** 136:7
**shortly** 168:24
169:1 266:11
**shot** 149:8
**shoulder** 18:10
**show** 16:23 51:20
62:4 77:14 89:12
93:4 107:23 135:8
150:13 153:9
158:22 165:14,15
188:24 191:24
192:5 204:14
206:14,16 209:1
226:22 229:19
230:8 247:8,19
255:16 278:14
**showed** 52:19 248:2
258:9
**showing** 12:2 38:12
38:13 98:21,22
143:11 148:15
258:8 270:5
**shown** 133:18 153:3
197:19 198:14
233:4
**shows** 27:20,22
49:7,7 150:13
188:21 191:10,19
191:20 192:2,16
206:23 207:2
253:11,14 257:12
270:9
**Shraga** 17:5
**shrug** 18:9,10
**Shrugs** 18:8
**side** 52:13,13 54:23
54:23 70:9 125:17
140:11 197:12
252:19,19 255:1
**sides** 76:17
**sign** 90:7 144:8,8
153:18 227:2
229:16,23 231:6
232:5,12 242:16
242:24 244:11
246:20
**signatory** 32:10,10
32:16,19,24 33:1
**signature** 37:22
58:22 160:4,7,8
**signatures** 30:3

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 91 of 98

USDC, ED of PA       American Environmental Ent. v. Manfred Sternberg, Esq., et al.                Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                        February 16, 2024

Page 299

signed 59:14,15
73:12 77:2,4,5
78:8,9,17,19 83:2
84:20,22 85:1
116:9 163:14
184:20 215:11
246:8,8,18
signing 6:2
similar 86:9,24
224:1
simple 266:5
simply 40:9
sir 110:9 143:8
162:8 164:22
165:24 166:3
170:21 172:7
260:2 266:3
sit 221:16
sitter 137:4
sitting 7:2 48:5
128:9 210:24
situations 119:8
six 9:10 20:16 54:15
54:15 64:3,4 66:2
66:3 75:9 76:10
195:14 223:16,19
249:20 271:11
272:8
Sixteen 245:4
size 75:20
skinny 135:20
136:7
Skip 262:22
sleep 88:22 89:7
slept 88:24 89:6
167:15
Slowly 157:9
small 153:23 154:1
Social 15:18,20,23
16:6,13,16
Sokolski 2:13 71:17
192:3,17
Sokolski's 191:11
191:24
Solar 3:23 12:6,19
12:22,22 13:14,15
13:17,17,23 14:4
14:5,13,13 18:24
18:24 27:2,4,6,6,7
27:16,17,20,23
29:10,11,15,18,21
30:7,9,15,19,22
31:7,18 32:6,16
32:23 33:5,11,19
34:3,7,14,22

36:11 37:14 38:2
38:3,4,12,14,15
38:17 39:15 40:9
40:10,15,16,19,20
40:21,23 41:2,3
41:11,11,12 69:8
69:12,13 70:15,17
70:18,19,20,22
71:1 72:8 73:1
79:8,11 80:4
113:8 146:10
159:1 160:13,14
160:24 161:4,5
204:14 208:18,22
227:9,13,19 228:7
236:12 239:23,24
240:1,2,15 241:6
241:18,20,23
242:4,7,12 244:1
Solar's 242:2
243:24
sold 31:16 201:14
somebody 44:20
47:21 75:5 97:24
98:1 103:19 104:1
118:4 143:3
155:22,23 156:1
someplace 114:2
138:12
son 263:23 264:2,4
264:5
soon 10:22 23:14
51:22 60:16 91:1
91:3,3 227:6
sorry 36:14 66:23
73:9 139:13,23
159:15,21 208:5
229:12 230:24
233:24 234:1
235:19 243:13
255:4 266:22
270:11
sort 145:13
south 52:13
SPA 215:11 216:3
space 167:20
Spanish 144:11
speak 56:13 60:17
218:14 266:4
speaking 60:23
144:11 217:22
238:13 265:9
special 18:13 142:8
speculate 271:7
speech 145:13

spell 21:18 106:1
167:4 274:20
spelled 249:12
spelling 167:9
spoke 45:4 46:10,17
55:24 56:10 60:14
60:18 91:4 96:6
100:19 101:1,10
109:16 130:17
142:21 144:21
171:16 214:1
230:1 238:18,23
265:11
spot 114:11
square 119:13,19
SRF 71:14
Stacey 274:21
stamp 34:24
standard 206:10
standing 140:10
243:15
stands 242:8,13
Starbucks 118:16
start 21:22 61:13
110:7 177:16
200:8 215:2,5
245:3 268:16
started 51:18 54:14
60:8 90:5 178:19
starts 159:19 167:7
175:15 223:17
state 27:24 29:8
34:24 35:4 223:2
232:6 244:16
254:10 269:3
stated 124:12
244:19 245:7
247:7 254:10
280:8
statement 38:18
206:10 208:9
221:24 222:9
227:17 228:2
236:7 238:15
241:9 243:17
statements 161:10
184:21,23 186:16
205:1 206:5
states 1:1 27:23
30:14
stayed 84:16 85:13
92:6,8
steal 7:21 8:1
stepdaughter 203:9
Sternberg 1:7 2:8,9

16:3 33:3 55:14
60:2,14 62:5
71:14 79:8 88:8
107:24 112:6
116:6 153:10,11
162:16,21 163:4,6
163:18 164:11,11
165:16 169:23
170:9,16 171:4,7
171:16,18 192:3
192:13,16 193:11
197:20 202:17,19
208:13 220:6,9
224:20 225:18
226:3,22 227:1
232:4 235:12
236:6 237:6,19
238:4 239:17
241:4,9,21 242:23
243:17 246:9,16
246:22 247:21
248:1 250:2,7
252:4 257:11
Sternberg's 72:8
150:17 191:10,19
191:23 192:15
197:19 244:17
245:5 246:11
253:11 260:10
Sternberg-15
153:16 227:5
Sternberg-16
163:22 168:13
Sternberg-17 189:1
Sternberg-19 191:9
192:2,14,18
Sternberg-22
188:20 191:5
192:5 204:21
stick 269:5
sticker 194:4,12,23
195:19,20
sticking 233:16,18
stickum 266:24
267:9 268:24
stickums 266:19
stipulated 6:1
stole 129:21 130:13
stone 119:13
stood 38:14
stop 29:13 48:1
64:18 90:7 124:5
124:5 144:8,8
158:16,17 165:14
187:5 201:11

243:10,11
stopped 90:6
239:14
stopping 90:8
storage 91:12 95:11
96:11,21 97:9,12
97:15 111:4 128:3
128:11,19 129:3
136:19 139:5
144:17 152:13
154:17,19,22
155:24 156:19
170:18 236:12
237:18
store 46:1 135:2
137:15 172:11,13
172:17
stored 136:18
137:18,22 138:12
143:16
stores 46:1
stories 44:9
story 37:11 109:17
131:2 156:10
157:8 186:24
187:8
street 2:6 28:6,9,19
28:22 52:12,13,14
71:18 74:15,16,18
90:6 93:14 104:9
126:6 144:7 167:2
167:3,8,19,20,22
168:1,4,6,7,14
174:24 271:9,19
272:6 276:20
strike 27:21 72:15
238:9 270:12
stuck 126:9
studying 266:20
stuff 42:19,20 77:17
95:19 104:23
105:9 111:19
145:16,21 205:5,8
205:23 232:19
233:8 242:17
273:8
stupid 46:7
subject 33:20 44:11
134:11 161:15
175:23 185:23
186:17 265:5
submit 227:3 232:5
submitted 176:10
225:18 246:10
subpoena 205:16

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 92 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 300

subtract 200:15
sucks 234:1 251:10
    252:13
sudden 213:9
sue 228:16
sued 10:11
suffering 8:9
suggest 213:11
suitcase 79:20,21
Suite 1:22 2:3,6,11
sum 207:4
summary 226:14
Sunday 73:19,22
    77:6 78:9 84:22
    84:24 92:3
Sundays 125:23,24
    126:1
supervised 140:12
supplement 254:13
suppliers 274:7
supply 125:12
    245:18,23
support 10:11
    173:3 205:5
supporting 159:19
    161:21
suppose 202:17
supposed 70:3,6,8
    95:18 98:5 201:9
    204:4 224:18
supposedly 165:10
sure 6:20 11:18
    38:9,20 48:21
    64:1,8 69:23 71:4
    71:6 87:16 88:1
    89:19 94:3 105:5
    106:5,13 134:23
    153:13 154:15
    159:6 179:21
    186:20 207:6
    221:16 235:8
    243:23 244:8
    247:16 254:23
    257:8 262:21
    273:16 274:20
surfaced 55:14
surgery 8:24 277:15
surprised 214:16
suspect 139:17
    143:5
SUV 89:4,5,24 90:2
    90:3 92:6 104:7,8
    104:12 105:19
    106:20 126:7,11
    126:20 127:3,3

150:14 153:3
swapping 141:12
switch 154:7,11,18
    155:10,12,16,18
    228:21
switched 109:17
    155:9,24 156:8,21
    229:7
swore 38:15
sworn 6:9 107:20

—— T ——

T 3:7 21:22,23,24
    21:24 280:1,1
T-a-q-u-i-t-a-h-u-...
    21:21 22:2
T-i-x-i 29:2
tag 143:13
take 8:13,21,22
    15:17 16:18 17:9
    19:17 48:17 55:11
    65:14 79:10 83:7
    85:21,22,23,24
    87:23 91:9 96:4
    97:10 98:2 100:23
    108:11,15,17,18
    108:20 110:23
    111:9 119:24
    124:22 125:16
    126:19 146:18
    147:24 149:1
    189:22 190:1
    191:5,15 194:22
    196:1,4,6 197:24
    198:17 200:14
    201:11,12 205:23
    208:3,4 232:15
    234:15,18 235:4
    247:1,14 264:3
    273:21
taken 1:12 92:16
    106:17 119:22
    120:3 146:9 150:9
    168:18 188:16
    232:23
takes 69:18 137:12
    261:11
talk 13:19 34:20
    38:1 41:14 51:17
    54:10 63:5 65:8
    91:23 99:11,16
    190:11,13 230:10
    261:13,19,20
    271:21
talked 54:2 56:3

109:9 230:10
talking 51:8 77:8
    100:1,2 108:1
    132:4 134:17
    156:13 165:9
    173:11 174:6,19
    174:23 214:6
    230:9 268:12
    271:18 275:3
tall 133:23
Taquitahauna
    21:17
TATE 1:21,21
tax 29:15,19
taxes 81:13
Taylor 203:8,9,16
    203:21,24 204:1,5
    206:14 207:20,21
    209:5 275:5,11
team 239:23 240:1
tech 254:8
technicalities
    214:14
telephone 98:14
    99:20 100:5,8,15
    238:5,8,11,15
tell 7:5 9:8 13:7,21
    15:20 16:10 20:1
    25:4 40:2,5 43:3
    49:18,22 54:12,12
    54:19,22 55:1,9
    56:18 57:17 60:11
    60:12 61:9 71:4
    75:6 76:5 81:14
    98:18,18 101:18
    101:19 105:22
    106:20,22 109:9
    109:20 111:17
    112:24 113:3,4,5
    122:8,22 125:6
    134:22 136:9
    139:2 142:14,20
    146:5 156:4,6,10
    157:22 158:2
    159:11 213:2
    217:4 222:11
    239:10 255:24
    258:19 268:20
telling 7:14 12:13
    44:9 49:13 95:23
    100:14 101:11,17
    101:21 107:5
    109:16 113:10
    119:21 144:21
    156:11 157:11

158:3,8 169:9
    172:17,23 205:13
    206:3 222:2
    223:12 229:7
    250:21 257:21,24
    258:7,24 259:8
    261:6,21 262:11
    267:11 268:5,18
    271:5
tells 49:24
ten 70:5 82:23 88:6
    125:12 236:9
tendered 220:10
terms 36:4 71:9
    72:2 268:4
test 20:5,15,19
    33:20 34:5 41:15
    43:7,19 44:11
    45:1,5,10 47:4,4,7
    47:19 48:10 51:4
    51:19 52:4,8,20
    54:18 55:6 56:3
    56:23 57:3,8
    58:11 61:8,23
    62:2 65:16 66:7
    67:23 68:7 69:3
    72:18,21 73:2,8
    73:13 74:9 86:4
    88:19 89:8 93:4
    96:10 106:17
    107:1,2,18 108:9
    110:7,10 111:3,7
    111:16 124:14,23
    125:4 128:1,3,4
    128:10,18 129:1,7
    129:10,14,23
    130:3 131:2,6,10
    131:12,18 132:1,2
    132:5 133:3,10
    134:2,8,16,19
    136:14,18,19
    137:18,21 151:18
    152:14 160:24
    162:3,11,18,22
    163:17 164:12
    165:23 167:13
    170:18 172:10
    173:5,16,22 174:6
    174:16 175:19
    176:2,14,18
    177:18 178:4
    181:5 182:14,21
    185:15,19 186:6
    187:1,9,22 188:6
    201:23 204:5

208:13 227:8,16
    228:6 245:22
testified 6:9 128:17
    131:5 133:1
    144:16 159:7
    177:9 183:24
    210:1 215:9
    235:15 250:7
testify 12:22 13:5
testifying 200:6
    219:24
testimony 13:3,13
    13:16 14:7,9,15
    14:20 15:11 19:9
    61:6 107:20 110:4
    111:5 128:9
    136:13 147:21
    153:1 183:12,22
    215:8,21 216:9
    217:24 219:24
    225:6,14
tests 133:13 160:22
Texas 88:8,11,15
    215:8 216:9
    217:18 219:14
    220:20,23 225:7
    225:14,19 227:3
    232:6 239:11
    241:22 244:16,18
    245:5 246:10
text 4:8,9 62:1
    121:8,9 213:22
    230:18,18 238:5
    249:20 250:1
    251:16 252:21
    254:20 255:16,18
    256:8,11 257:22
    264:6 269:20,22
    270:2,6 271:2
texted 122:14 149:5
texting 270:5
texts 122:19 123:22
    230:5,5
thank 54:8 99:10,15
    134:15 136:5
    139:15 156:15
    172:4 223:7 257:2
    266:4
thanks 19:19 43:22
    139:15 225:9,11
    264:24
theory 139:1
thereof 280:11
THESAFETYHO...
    1:5

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                       Deposition of Gary Weiss                   February 16, 2024

Page 301

**thing** 12:8 16:7
40:15 93:8 132:3
143:6,6 150:4
204:20 205:10
234:10 244:14
247:3
**things** 14:5 44:10
44:17 69:23 89:10
116:14 204:24
221:19 247:24
266:21 269:6
273:9
**think** 8:11,16 9:19
9:19 10:1 16:21
20:6 25:19 29:24
31:15 44:1,3
48:16 51:2 52:6,6
53:6,8,9 54:15
55:16,22 59:5,7
60:18 63:17,24
73:18 76:8 81:6
86:13 87:2 88:20
89:19 91:21 97:3
106:5 108:16
111:10,12 116:5,8
116:14 117:13,16
131:10 138:1,14
138:16 151:14
152:21 154:20
155:1 158:1
160:11 164:22
179:21 193:16,20
195:24 198:11
225:12 230:12,14
232:17 234:3
235:7 238:22
245:21 247:10
250:14 251:9
252:12 253:1
255:14 261:2
263:7 271:9,22,23
272:6,22,24
**thinking** 117:18
**third** 229:3,9
268:23
**third-party** 170:9
170:12 216:24
**Thirty** 25:7 26:16
**Thirty-five** 26:19
**Thomas** 21:24
**thought** 90:7
105:20 111:16
138:7,11,17,23
144:7 152:1
155:23 172:13

193:1,2 194:8,9
210:14 213:8
**thousand** 49:23
50:1,3,5 81:5
152:2,5,14
**thousands** 96:10
**three** 9:9,10 15:9
33:10 64:3,4
67:11 89:18,19
103:4,5,6,14,20
103:21,22 104:5,8
104:12,24 110:17
137:3 140:3,7,7
150:23 173:9
174:1,20 175:7
188:24 194:22
195:2,6,7 196:1
197:2,3 198:4,9
198:13 200:9
214:14 223:19
249:13 278:7
**Three-page** 4:2
231:22
**Thursday** 265:20
265:24
**tickets** 23:16
**time** 6:5 9:9 12:22
22:21 23:5 24:17
31:16,22 36:16,16
36:19,19 43:16
45:3,4 53:21
55:13 56:7 60:13
60:22 69:17,18,22
73:3,8,10,11 77:2
77:16,18 78:21
90:18,19 95:9
97:8 100:16,22
101:2,7,12 113:13
114:9 119:3
122:21 125:11
128:23 132:5,23
133:1 134:3,4
135:5 136:17
137:15 156:16
170:19 188:13
217:24 218:2,4,17
224:23 225:21
229:2,3,9 235:16
235:22 246:13,21
251:19 264:5
266:4 269:4 272:4
**times** 10:4 64:1
93:24 100:3 138:8
179:7 180:20
190:1

**timing** 184:15
**title** 215:16 216:18
**tits** 119:13 121:22
**Tixi** 29:1,1
**today** 6:17,20 7:12
11:4 14:15 15:11
87:4 95:8 98:10
110:4 117:6 127:4
127:20 128:9
131:6,11 133:1
134:17 138:19
146:20 147:9,21
156:2 209:1
210:24 213:13,20
218:7,8,16 231:12
277:6
**told** 13:10 19:23
38:11 40:18,19
42:23 43:3,5,13
44:15,20 50:4
51:7,17 52:23
53:17 55:2,10
56:24 61:22 63:6
63:8 70:12 91:3
95:21 96:7 97:11
101:19 103:24
105:21 109:4,11
110:3 113:14,16
113:17 117:7
119:6 120:18,19
120:20 124:12,17
124:18,20,21
132:24 144:24
152:1 154:10,10
154:14 155:14
175:24 187:14
200:24 201:4
202:12,16,19
203:5 204:9 209:7
210:9 212:10
219:18 223:21
239:5,11,23
250:16 258:12
263:13 266:11
268:24
**tomorrow** 278:23
**Tony** 205:22
**tool** 272:16
**top** 35:1 39:8 66:16
66:18 69:6 159:18
194:23 196:3,4
232:9 249:2 251:6
252:4 253:11
254:16 263:2
266:24 270:9

**topless** 121:10
**total** 9:3,7 58:16
62:12 71:10 82:15
82:16 83:4 190:3
190:14,15,15
195:19 196:12
197:8,12,20,21
198:5 199:1,7,10
199:12 200:8,13
203:22 208:1,2,4
208:5,12 211:4,12
211:17,20 213:4
**totally** 207:2 221:8
221:12
**touch** 10:23 48:3
113:18 147:7,9,22
148:3 266:5
**touched** 140:6,16
**tough** 167:5
**Toyota** 127:21
**track** 200:5
**tractor-trailer**
75:24 84:17 85:7
85:10
**Trailblazer** 126:12
126:21
**transaction** 61:10
69:15 78:16
111:20 115:6,9
117:12 134:16
223:24 228:8,11
242:14 243:15
**transactions** 20:5
33:20 34:5 41:15
41:19 81:10
227:16
**transcribe** 7:3
**transcribed** 10:22
**transcript** 16:2,5
279:3,6 280:6
**transfer** 79:7 89:17
169:4
**transferred** 33:3
91:22 92:12,15
140:17 215:17
**transfers** 4:11
166:4 189:7
**transport** 163:18
166:15,18 168:16
169:1,2,6,13
170:17 172:9
173:6,17 175:11
175:13,17 182:13
182:21
**transported** 162:18

162:23 170:17
**travel** 23:16
**treasurer** 34:24
35:4
**treated** 172:10
270:16
**trial** 6:6 13:23
157:7,12 158:13
158:15 278:17
**tried** 93:24 147:11
148:2,4,4
**truck** 51:23,24
52:11,15,17,19
56:2 73:4 74:6,8
74:14 75:2,4,8,21
75:24,24 76:2,13
76:15,18,19 77:12
77:15 78:13,16,19
79:1 84:15,16,17
85:3,24 86:1,5
88:22,23,24 89:2
89:3,4,6,16,17,20
89:23 90:10 91:23
91:24 92:13,13
96:9 98:4 102:15
102:18 103:1,22
103:23,24 104:2,3
104:4,6,7,7,9,13
104:16,20,23,24
105:13,16 106:21
108:1,3,5,6,7,8,17
110:7,11,15
113:22 126:24
132:1 133:18
140:2,4,17 141:5
141:12 143:19,21
144:2,4,6 145:10
145:10,11,12,12
145:13,15,19,20
145:22 151:15
167:13,24 168:6,9
168:10,19,20
174:1,20 175:8,19
176:3,18 177:19
178:18 181:5
182:14,22 187:22
215:15 239:14
241:12,13,14
242:1 245:22
276:24
**trucks** 125:17
140:16 177:8,13
240:5,8
**true** 55:1 160:5
161:12,20 163:2

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 94 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                  February 16, 2024

Page 302

163:11 177:3
178:23 181:8
184:5,9,12,22,24
184:24 185:22
186:10,17 188:10
232:18,21 233:9
236:7,13,16,17
238:15 239:6
240:6,8,20 241:9
241:24 242:1,4,8
242:14,20 243:17
244:20 245:8,15
245:21 246:7
247:4 262:10
**trusting** 209:13
**truth** 7:5,14 11:22
15:11 131:7,7,7
157:22 230:23
231:3,9 232:13
255:2
**try** 148:3 162:9
259:16
**trying** 25:2 28:20
52:10 55:16,22
60:18 66:9 68:3
74:19 97:24
138:18,20 143:14
147:12 222:11
223:2,23 261:15
**TSH** 6:17
**Tuesday** 265:21,22
**Turkish** 135:24
**turn** 161:19 169:12
180:8 191:7 227:1
260:8 263:21
265:16
**turned** 53:11
124:14 128:2
129:14 134:6
176:14 242:18
267:17
**turning** 131:3,6
**twelve** 103:17
**Twenty** 26:12
203:11
**Twenty-five** 204:13
204:14 211:6
**Twenty-one-page**
3:21 158:18
**twice** 125:10
**two** 8:24 9:5 13:1
18:6 19:24 36:8
37:6 41:22 55:23
56:9,10 57:5 64:3
64:4 65:20 68:19

97:8 100:16
101:21 110:17
116:20 123:18
140:7 153:8
171:23 172:5,5
201:21 202:5,5,16
203:7,7 217:8
223:19 227:2,5
229:11 249:13
250:10 252:9
262:22 272:1
273:12
**Two-page** 3:12 4:4
27:10 246:3
**type** 43:6 75:15
**typed** 94:6

_____

**U**

**U** 167:7
**U-R** 167:7
**U-r-b-i-n-o-v-i-c-h**
167:9
**U.S** 58:17
**Uh-hum** 175:16
208:11 216:4
244:9 251:1 265:7
**un** 132:6
**unable** 240:16
**underline** 232:16
232:20,21 236:3
238:8,20 247:3,10
**underlined** 180:13
233:4 236:13
238:21,24 240:17
245:13,19
**underlines** 233:3,3
233:8
**underneath** 194:16
196:16
**understand** 6:21
7:4,16 8:6 9:24
12:15 13:8 14:18
14:19 41:13 68:4
68:5 98:9 109:15
144:14 157:10,24
158:5,10 161:14
162:9 198:22
203:2 204:11
206:24 218:18
223:1 234:17
258:11 262:13
268:17 269:8
272:17
**understanding**
14:14 95:17

141:24
**understood** 9:22
95:23 163:12
**undisturbed** 142:6
**unforeseen** 240:14
241:5,17,22
**Union** 21:9
**UNITED** 1:1
**universe** 139:20
**unloaded** 89:20
126:17
**Unopened** 142:6
**unreal** 121:23
**unsworn** 161:16
175:24 186:18
**upcoming** 266:1
**upping** 255:2
**Urbanovich** 168:14
**Urbinovich** 167:3,8
167:10,22,23
168:1,2,4,6,7
**use** 7:20 18:4,13
47:21 49:20 50:4
70:19 104:6
137:15 144:24
217:23 218:15
272:14,15 278:13
278:16
**user** 162:19,23

_____

**V**

**V-a-s-q-u-e-z** 37:23
**vacation** 22:18
**valid** 136:14
**value** 214:11 267:21
**values** 229:1
**Vasquez** 37:20,23
**vehicle** 163:18
166:15,18 168:16
169:1
**vehicles** 179:23
**verbalize** 7:1
**verbally** 60:15,19
188:8
**verification** 160:1
161:15 175:24
184:20
**verified** 161:9,19
163:11 173:2
175:23 177:23
183:23 184:16,24
185:22 186:14,16
191:17,18 192:12
192:23 215:10,15
216:15 241:14

**verify** 113:22
160:13 161:3
184:21 186:15
**verifying** 160:12,20
**version** 183:22,24
184:2 186:22
187:16,17,19,23
188:2,4
**vet** 269:7
**Vig** 271:9,19,20
272:6
**Vine** 28:6,9,19,22
**visit** 44:4
**visually** 140:24
141:13
**VRC** 267:1,8
**vs** 1:6

_____

**W**

**W-2** 27:15
**W-a-r-r-i-n-i-c-o**
106:2
**W231127400** 17:14
**W23112740002514**
17:17
**wait** 48:1 88:2 91:2
91:4 96:7 105:12
111:18,18,18,18
115:12 122:14,14
124:9 144:22
149:22 166:21,21
166:21 183:19
202:15 205:6
235:18
**waited** 90:6
**waiting** 96:3,8
143:23 144:3,5,19
151:1 205:22
**waived** 6:3
**wall** 269:4
**wallet** 16:19
**want** 13:5 15:16,21
15:21,24 16:4
19:17 43:18 51:3
51:22 56:24 63:2
67:20 70:20 86:6
87:22 109:14
113:5 115:2,5,9
115:16,24 117:2
117:16 119:16
134:13 139:1
146:24 148:10
155:3 159:17
164:21 165:4
172:17,19 174:13

185:4 189:6
222:19 225:2
227:11 229:3,9
247:9 250:19
251:11 252:14
253:6 254:24
255:15 259:19
266:7 268:3 271:7
271:24 272:22,24
273:12,19 277:20
278:9,13 279:3,5
**wanted** 51:14 53:20
53:20 56:23 63:1
64:7 69:14 70:21
70:22 98:3 108:18
147:9 153:18
187:14 228:16
232:5 241:21
250:2 255:12
265:10
**wants** 63:19 227:3
239:10 241:4
244:16 246:16
255:18 256:3
**warehouse** 91:13
96:5,11 100:18,23
102:14 136:19
137:19 139:3,9
140:1 141:6
143:10 155:22
156:1 240:9,10
242:18
**warehouses** 228:24
**Warinanco** 105:24
106:5
**warm** 243:13
**warmer** 24:9
**wasn't** 47:16 145:10
150:20 212:23
213:11,11 236:7
250:8
**Watch** 226:16,16
**water** 7:22 8:1
**way** 22:14 88:21
95:22 114:9 117:2
121:2 147:21,23
158:11 217:4
236:19 242:22
246:16 248:21
251:20 260:7
270:16 271:4
**ways** 13:1
**we'll** 153:15 167:8
172:20
**we're** 157:5 189:14

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 95 of 98

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.                Friday
No. 2:22-CV-0688 (JMY)                        Deposition of Gary Weiss                        February 16, 2024

Page 303

**wearing** 119:5,9
121:21
**weather** 24:9
**website** 18:16,17,18
18:20 19:1 34:9
**websites** 18:22 19:3
**Wednesday** 213:23
**week** 97:8,17 109:5
109:10,18 125:10
125:21 135:10
202:16 265:9
266:1 278:5
**Weekend** 263:21,23
**weeks** 21:13 100:16
101:22 171:1,23
172:5,6 201:3
**weighed** 152:17
**Weiss** 1:12 3:4 4:3
6:8,13 11:12 12:3
12:4,5,12 17:11
26:21 27:14 36:1
39:11,11 69:13
70:15 71:19 98:23
99:1,3,10 114:3
117:20 146:10
157:18 159:1,2
160:2 161:3,9
162:2,10,17
163:16 164:13
169:13 170:2,7
171:1 172:9 173:4
173:15 174:9
175:18 176:17,23
178:24 182:15
184:9,12,21 185:5
185:10,13 189:5
196:13 197:9,13
198:14 215:24
216:11 221:5
225:9,11 228:7
231:23 232:8
233:14,22 234:7
235:5 246:6,23
249:1,3,20 260:9
260:9 264:16
268:10 278:8
**Weiss'** 193:14
**Weiss's** 247:1
**Weiss-1** 10:13
**Weiss-10** 231:18
232:2,2,3 235:11
252:3
**Weiss-11** 246:7
252:21
**Weiss-12** 253:10

269:18
**Weiss-13** 269:18,19
270:1
**Weiss-14** 254:15
270:1
**Weiss-2** 27:9,15
34:21 37:21
**Weiss-23** 263:2
**Weiss-24** 263:2
**Weiss-3** 35:21
**Weiss-4** 38:24
39:12
**Weiss-5** 57:18
84:19 93:5,8
**Weiss-6** 64:19,23
65:2,15 66:19
68:13,24 78:7
88:3,12,18
**Weiss-7** 166:10
**Weiss-8** 208:17
250:23
**Weiss-9** 223:16
**Wells** 3:23 32:8,9
32:11 33:5,11,14
70:15 72:9 73:1
205:1,16 206:5
208:9,19,22
**went** 20:11 23:2
33:10 54:14 61:6
73:3,9,11 74:5
76:8,19,21 83:8
94:20 98:11
100:23 102:8,17
102:21 103:19
104:5,13 105:7
109:7,10 129:4
131:18 136:19
154:21 155:5,8,16
173:8 174:24
175:5,11 179:8,13
179:22 187:9,21
192:16 193:11
202:3,4 218:5
224:7 250:10
**weren't** 128:22
132:6 133:14
228:14 243:14
244:3
**West** 74:5 93:14
**Wgary4109@gm...**
17:22
**When's** 23:5
**white** 68:5 75:10
126:20 127:2
132:11,14,21

133:3,9,11 210:19
234:24 249:23,24
251:11 266:17
**wide** 133:23
**wife** 10:11 22:7,8
24:11 27:1 28:3
29:6,22 31:20,23
32:4,19 34:18
35:10 37:17 44:10
44:14,15
**wife's** 25:14
**WiFi** 153:13
**William** 214:1
265:5
**willing** 15:11
**Wilson** 30:1,3
**wire** 4:10 72:7 79:7
112:11 164:13,15
166:4 189:7,11
190:22 191:23
193:10 194:13
199:18 202:12
209:1,3,5 256:16
257:4,13
**wired** 33:4,9,16
72:3,17,24 83:8
112:2,7,11 166:11
190:5,18 191:11
191:20,24 192:3
201:7 203:22
208:7 211:17
220:14 256:24
257:4,7,16
**wires** 33:10 190:13
190:14,15,15
195:3 197:2,18
198:10,14 199:8
199:10,12,23
200:9,13,16 202:6
208:4,5
**wish** 263:16 278:24
**withdraw** 80:3
222:23
**witness** 3:3 9:13,15
10:18 21:24 36:14
37:7,9 45:13 49:1
54:7 56:13 60:5
81:19,22 82:1,4
86:16,19 87:5
105:14,17 114:7
115:7 116:15
119:2 121:7,11,24
122:4,7,12 126:12
128:15 131:16
132:10 133:19

134:21,24 135:13
135:17,20,23
136:4,6,11,16,21
136:24 137:20,23
138:1,4 139:13,17
139:22 140:3,10
140:13,19,22
141:1,4,9,15,18
141:22 142:2,4,7
143:8,17 144:1,18
147:3 148:2,23
149:9,13 150:7,10
157:6,23 158:3,7
158:14 171:14
193:23 198:20
206:23 207:21
209:16,21,23
211:15 218:1,21
220:16 221:18
223:3,10 231:19
255:14 262:9
268:9 274:12
278:22
**wizard** 254:8
**word** 58:21 67:6
101:16 144:24
180:13 188:11
238:24
**worded** 188:1
**wording** 186:21
**words** 210:9
**work** 50:14,22,23
51:11,18 63:7
137:2,5 272:1,13
274:24
**working** 123:20
124:6 138:5
**worry** 101:17
148:18
**worth** 92:20 93:4
111:15 124:23
125:12 126:5
129:14,21,23
130:13 220:4
**wouldn't** 136:7
**write** 15:18,24
40:13 153:20
155:11 162:2,8,15
162:19 163:8,15
164:9 166:14
168:24 170:24
173:2 175:10
176:14 177:3
180:10 192:24
193:5 214:23

215:7,20 216:5
217:8,11 223:20
225:11 227:6,13
227:17,22 229:14
230:19,21 242:6
255:9,12 256:3
261:4 263:14
267:10 268:23
**writes** 5:22,24
229:14 230:20
238:4 239:22
240:4 241:4
245:16 250:1
251:11,19,24
252:14 253:5
259:4 260:13
261:10 263:14,19
265:3 271:8 272:5
272:5,8,18
**writing** 59:8 176:9
238:14 252:12,24
253:2,4 254:20
260:11 263:5
270:9,10,11,13,21
271:14
**written** 68:1 75:11
114:15 115:24
163:9,10,13 187:4
242:15 243:23
**wrong** 176:8 182:23
185:17 196:20
197:4 254:20
270:17
**wrote** 16:3 40:15
99:8 100:8,11
154:9 155:2
162:24 163:7
164:10 170:2,7
176:10,17,21
177:22,24 184:9
184:12,19 185:5
186:10,22 187:3
187:10 188:5,7
191:6 192:9 193:3
193:6,16,18 195:5
195:19 196:24
207:6 214:1 219:1
219:14 220:10,23
225:9 227:23
228:14,19 229:6
232:17 236:6,9,10
239:5 240:13
241:21 242:4
249:20 255:6,8
256:8

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 96 of 98

USDC, ED of PA     American Environmental Ent. v. Manfred Sternberg, Esq., et al.     Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 304

**www.tate-tate.com**
1:24

_____
**X**
_____
**X** 3:1,7

_____
**Y**
_____
**Y-a-e-l** 26:5
**Yael** 26:5
**yard** 104:17
**yeah** 9:15 10:9
  17:14 18:21 19:21
  21:15 22:16,22
  23:1,8,15 24:4,18
  25:8,21 26:3 27:5
  28:2,18 29:4,24
  30:11,17,21 31:8
  31:11 35:12,14,16
  35:18 43:12 44:15
  44:23 45:8 48:19
  49:17 50:7,12
  51:10,20,23 54:7
  54:11 57:11 58:13
  60:10 61:24 62:24
  64:17 69:5 72:4
  73:7 77:8 80:2,20
  81:19 89:1,7 92:9
  92:14 93:10,22,24
  95:20,24 98:13
  100:11 105:10
  106:9,19 107:4
  108:4,16,22 109:3
  109:3,3 114:16
  116:11 119:15
  121:18 122:16
  123:13 124:15
  126:10 130:12
  131:16 132:18
  133:15 139:6,6,6
  140:19,19 142:4
  151:7 152:24
  155:13 157:3,3
  159:13 162:14
  163:3 168:2,19
  172:15 173:1
  177:7 180:14,16
  191:8,8 194:6,6
  194:14 195:4,22
  196:8 197:8,17
  198:16 199:22
  200:19,19 202:24
  209:23 212:7,7
  214:18,18 216:21
  217:3,12 218:8
  225:4 243:21

245:10,20 249:3
249:18,22 251:13
251:23 252:2,11
252:16,23 254:1
256:23 261:5,14
261:20,22 263:3,8
263:8,10 264:7,22
266:23 270:20
274:18 275:3
277:19
**year** 20:17 22:23,24
  23:6,11,12,13
  43:24 45:12 84:4
  135:3,5 214:10
  277:15
**years** 10:7 22:14,16
  22:17 25:6,7
  31:17 81:12 83:17
  83:19 125:12
  135:12 136:2
  204:9 236:4
  275:12
**yellow** 266:18,24
  267:9
**Yep** 137:24 215:19
**yesterday** 36:4
  99:11,16 272:9
**York** 19:24 44:22
  93:16,16 104:14
  104:15,16
**young** 13:22 35:17
  38:11,15 40:20
  216:14 222:21
**Young's** 214:16
**youngest** 26:7,9,10
**YouTube** 89:9

_____
**Z**
_____
**Z** 59:10,11
**Z-a** 42:2
**Z-a-d-i-k** 42:3
**Z-a-k-a-r-i-a** 275:2
**Zadik** 41:24 43:2
  45:16,19,21 46:9
  46:22 47:8 48:2,8
  48:12,15 49:2,3
  50:1,11 55:6 56:2
  56:4 57:20,21
  58:6 59:10,12
  68:19 74:7 75:1,2
  78:9 83:18 84:3
  91:23 106:8 108:8
  131:24 135:18,20
  136:22 137:17
  145:15 147:2

151:3,16 167:12
168:9,12 274:7,9
**Zadik's** 42:13 57:22
  145:11
**Zekaria** 2:13,14
  33:9 71:17 108:18
  111:14 112:11,16
  112:17 113:12,15
  113:16,17,18,24
  114:24 115:2,10
  115:13 116:2,3,10
  116:23 117:11
  118:10,11,20,22
  119:2,5 120:5,8
  165:11,20,22
  181:17 193:11
  195:3 197:9 201:4
  202:1,4 203:4,6
  203:12,21 207:5
  212:20,21 213:10
  213:12 224:2,2
  225:24 235:16,22
  236:3 241:14
  257:4,14,16,20
  258:4,15 270:3,7
  272:2 273:4,21
  274:16 275:1,1,3
**Zekaria's** 192:17

_____
**0**
_____
**0228195 1** 58:24
**02514** 17:16
**07083** 21:10
**08053** 1:23

_____
**1**
_____
**1** 71:13 94:7 166:1
  177:4 180:10,17
  181:9 183:8
  185:15,18 186:3
  188:5
**1,058,400** 190:9
**1,227,720** 203:22
  208:4
**1,241,446,960**
  194:19
**1,246,906** 166:11
**1,246,960** 191:2,21
  194:13 195:8
  196:6 207:14
**1,400** 25:13
**1,410,660** 82:18
**1,446,960** 195:10,23
  196:7,11,13 197:1
  197:9,13 198:7,16

200:14,15 208:6
  211:21
**1,447,200** 195:5,10
  195:21
**1,666,200** 208:8
  211:4
**1,810,660** 58:17
  82:16
**1,911,000** 191:15
**1,911,940** 71:15
**1,911,960** 190:21
  191:6,11,20 199:9
  201:13
**1,965,600** 189:11,23
**1.2** 165:12 203:18
**1.6** 207:2 224:11
**1.9** 201:9
**1:19** 188:16
**1:42** 228:1
**1:51** 188:16
**10** 3:9 228:24
**10,000** 66:24 68:7
**10:00** 89:14 143:20
**10:04** 98:24
**10:49** 228:20
**104** 39:13
**105** 159:24 184:2
**11** 34:24 149:16,16
  149:19 216:1,2
  237:8 238:3,3,7
  239:9 246:2
**11:00** 166:19
  168:17,22
**114** 5:3
**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** 16:17
**12** 39:14 160:1
  181:15 186:23
  240:4 269:18
**12:27** 148:7
**12:37** 148:7
**1278** 246:17
**1279** 246:17
**12th** 11:9 175:23
  184:3 187:20
**13** 12:3 22:14
  189:23 214:2
  240:13 265:3,4
  266:12 267:10,15
  270:6
**130** 192:24 193:1,3
  193:5,5,6,16,18
  194:3,8,9
**130,000** 192:7
  194:15 207:12
**14** 11:16 242:2,20

243:13,19,23
  264:19 269:19
  270:6
**1418** 2:6
**15** 10:7 35:5 166:2
  192:1,2 207:12
  243:22 257:1,2
**15,120** 65:19,21
  66:11
**15,200** 65:23 66:3,5
  66:9
**151,000** 190:1
**158** 3:21
**15th** 192:6 194:15
  198:3
**16** 1:15 244:15
  264:14,17
**164** 5:4
**166** 208:2 213:4
**168** 159:20,20
**169** 162:1,5,8
**17** 189:2,3,10,10
  190:14 197:6,18
  197:24 236:2
  245:16
**17-B** 196:9 197:6,12
  198:6
**1700** 2:6
**171** 162:1,15,20
**172** 163:15
**173** 164:9 166:10
**174** 166:14,16,17
**175** 168:24
**176** 169:12
**177** 170:2
**179** 170:15
**17A** 189:1,2,2,4
**17B** 189:6
**18** 152:12,17 161:15
  185:3
**180** 170:24
**181** 171:23
**181,440** 66:7
**182** 173:2,6,19
  174:4,5
**183** 175:10,14
  182:12,20
**184** 176:22 177:12
  180:2,19 181:4,4
**185** 185:4,4
**186** 185:9,12
**189** 4:10
**19** 197:21,24 198:1
  213:23 223:20
**190** 192:23 193:1,2

Case 2:22-cv-00688-JMY   Document 196-27   Filed 09/30/24   Page 97 of 98

USDC, ED of PA          American Environmental Ent. v. Manfred Sternberg, Esq., et al.          Friday
No. 2:22-CV-0688 (JMY)                    Deposition of Gary Weiss                    February 16, 2024

Page 305

193:4,9,19 194:8
194:10 197:21
257:21
**190,000** 192:16
193:7,12 198:3
256:22,24 257:4
257:13,16 258:2,6
258:14,22 259:2,9
**191** 185:14
**19103-3907** 2:7
**19422** 2:3,12
**1965** 190:5
**1st** 16:24 23:24
24:19 33:4 35:13
72:5,6 74:15 79:7
80:16 164:20
165:7 177:10
179:11,24 180:1,3
180:5,23 182:4
183:11 190:18
198:1 199:17

―――――― **2** ――――――

**2** 74:5 93:14 112:2
118:1,3
**2,131,200** 67:21
71:10 88:13
201:16,22
**2,351** 200:3
**2,351,960** 197:22
198:5 199:3,24
200:10,15 211:17
**2,571,200** 199:1,5
211:7
**2.1** 224:8,10
**2.2** 267:1,8
**2.3** 211:13,15
**2.5** 211:12
**2/28/1951** 16:14,15
**2/6/22** 3:19 57:15
**2:22-CV-0688** 1:4
**2:43** 232:23
**2:54** 232:23
**20** 28:16 43:1
133:16 152:19
203:12,15,23
204:9,12 206:14
209:11 212:13,14
250:16 275:8
**20-pound** 152:22
**20,000** 135:7
**200** 71:10 153:4
196:1,6
**200,000** 195:8
210:19

**2000** 43:24 135:4
**2001** 135:4
**2002** 20:6 135:4
**2003** 99:8
**201** 2:11 52:24 58:7
93:19 94:7
**201-575-0193** 48:22
**2015** 28:1,15,17
29:15 35:1,5
37:14 84:4
**2017** 29:14
**2018** 28:21
**2019** 127:21
**2020** 42:24 44:2,3,8
73:22
**2022** 41:20 45:13
46:13,14,18 54:6
68:21 71:13 73:17
100:1 117:9,10
162:2,10 163:16
177:4 181:9
189:11 219:22
220:7 225:18
246:19 257:2,5
264:19 267:10
**2023** 23:7 39:14
49:8,11 99:16
100:1,6,10 101:6
117:9 150:5 214:2
223:20 264:14,18
**2024** 1:15
**208** 3:23
**21** 189:11 250:16
**213** 4:1
**215** 2:4
**215-760-3000** 99:21
**219** 165:6 194:23
195:17 198:17
201:6,12 202:4,12
203:15 207:16
213:7
**219,000** 33:3 72:18
79:6 113:7 164:19
**219,240** 71:13 72:3
112:7 190:18
207:15 208:7
**219,604** 72:24
**21st** 171:24 172:8
172:24
**22** 150:5 191:20
215:9 220:9
225:17 260:9
275:12
**231** 4:2
**24** 12:3 27:24 46:11

46:12,18 54:6
99:20 100:12
246:19
**240** 72:24 194:24
201:12
**246** 4:4
**24th** 41:20 45:6,7
56:6 60:8,16
61:13 73:6 83:23
131:19,24
**25** 40:8 83:19
159:15,18,18
161:19 192:16
193:12 200:2
203:16 257:5,12
257:23 258:6
**25,000** 203:11,12,21
203:23 204:1
206:14 209:11
212:13,14 275:8
**250** 153:4 192:12
197:21
**250,000** 191:24
192:3,9 198:1,2
**25th** 198:4 257:17
**26** 68:16,17,21 69:1
**264** 4:6
**267** 2:7
**269** 4:7,9
**26th** 71:5,8,20
189:20
**27** 3:12 49:11 98:24
99:3,8,16 100:6,9
**277** 21:17
**27th** 98:16 99:11
**28** 99:20 100:12
166:2 207:10
**28th** 207:6 257:19
**29** 277:14
**29th** 9:13 23:19

―――――― **3** ――――――

**3-6** 5:3
**3/13/2022** 269:1
**30** 25:6 83:17 136:1
222:23
**30,000** 209:10
**31** 215:9
**311** 232:8
**312** 232:8
**313** 232:9
**32** 159:21,23
**344-5340** 2:12
**35** 3:14 22:16,17
**350** 97:17 172:14,21

**350,000** 83:4,7,9
**355** 66:22 126:5
152:9
**355,000** 125:2,4
**355,200** 66:19
**355,760** 124:13
**365** 66:22 133:15
152:22
**365,000** 145:24
245:22
**365,200** 67:23
**365,320** 62:13 66:18
**365,790** 58:11 62:16
74:9 126:5 128:1
128:10,18 129:6,7
146:9 151:18
**39** 3:15

―――――― **4** ――――――

**4** 111:21 124:12
131:21 133:7
134:5 153:20
179:7 183:13
202:17,20 220:5
226:24 227:23
229:10
**4.75** 53:15 54:12,19
56:4,9
**4.95** 58:11,13
**4:00** 277:5
**400** 2:3 62:18 83:4
**400,000** 55:8 57:1,2
82:10,16 84:10
**42** 159:15,18,21,23
**42nd** 74:5
**437** 16:24 23:24
24:19 35:15 80:15
**441** 35:13
**45** 256:21 257:23
258:1,13,23 259:1
**46,960** 196:19
**460** 62:20
**47** 46:2 93:14
**470** 2:11
**48** 46:2
**484** 2:12
**48th** 52:12
**4904** 161:16
**4th** 74:1,2,18 77:10
77:11,12 78:5,6
78:24 79:19 81:20
81:24 82:3,4
109:8,13 110:4
132:24 133:6
139:7 141:2,4

154:4,11 175:2
177:9 178:16
179:9,12,13,15,17
179:20,22 190:21
191:1,11 198:2
228:1

―――――― **5** ――――――

**5** 51:4,12 53:8,10,12
53:16 111:21
133:7
**5-7** 5:4
**5,200** 65:20
**5:42** 230:22
**50** 35:18,18 81:1,8
**50,000** 77:20 78:2
78:23 79:10,12,13
79:15,16,20,24
80:11,16,22,24
81:8,11,24
**50s** 35:19
**519-6800** 2:7
**546-2649** 17:2
**55** 135:21
**57** 3:18
**575** 94:7
**575-0193** 93:19
**578** 135:1
**5th** 52:12 74:16,16
74:18,18 134:5
135:1 178:16
179:9,22

―――――― **6** ――――――

**6** 3:5 53:7 54:13,18
55:4 56:5,22 60:3
73:17,22 74:12,13
81:21 111:21
189:18,19,21
190:2 230:21
**6:00** 103:16
**6:58** 227:23,24
**60** 135:21 136:8
**600** 2:3
**636-8283** 1:23
**64** 3:20
**650** 21:9
**6th** 46:1 52:12
59:16,17 60:5,21
73:11,19 74:14
75:7 77:7,8 78:9
78:14,15,20 81:24
82:6 179:9,22

―――――― **7** ――――――

USDC, ED of PA        American Environmental Ent. v. Manfred Sternberg, Esq., et al.        Friday
No. 2:22-CV-0688 (JMY)                 Deposition of Gary Weiss                 February 16, 2024

Page 306

**7** 111:21 128:17
  163:16 165:9
  166:1 170:23
  248:2 250:7
**7/19/23** 4:1 213:17
**70** 207:5
**70,000** 192:21
  193:15 207:8
  257:20
**711** 1:13
**73** 1:22
**739** 28:6,9,19,22
**760-3000** 2:4
**7th** 85:17 86:2
  89:11 100:17
  128:11 143:20
  164:16 166:12,22
  169:17 170:22
  171:24 172:6
  191:1 193:22
  194:13 207:14

---
**8**

**8** 49:8
**800** 1:23
**825** 1:22
**856** 1:23
**8th** 236:10

---
**9**

**9/12/2023** 160:10
**9:00** 89:14 143:20
**9:34** 1:15
**90** 222:22
**900** 190:6
**900,000** 190:10
**905,000** 200:16
  210:5 211:22
**907** 190:7
**907,200** 190:3
**908** 17:2
**983-8484** 1:23
**9th** 38:10 40:18
  101:5,6