# EXHIBIT "P-20"

**Subject:** Good morning. VRc
**Date:** Tuesday, May 31, 2022 at 9:38:31 AM Central Daylight Time
**From:** sam gross
**To:** Manfred, Manfred

Good morning my friend.
Got home late last night.

And been up since 4am.

This entire deal is causing me now also physically damages as I am constantly stressed.

I don't care about the profit. I really don't. If I close the delivery's? Profits will show up on they're own.
The whole market is waking up again. And I'm still stuck with this.

I care about reputation. And I care about changing my past.

And it's easy to point fingers at me. Since I have a history. But ? It's not the right thing to do.

So it's hard.

Regardless, the reason I'm texting /emailing this? Is not to have an argument. But to clarify a few things.

Yes I haven't sold the collateral yet. And now with dog days of summer a head? I might not even sell it till the season starts ( which is months ahead ).

The things is that I have opportunities to close vrc and ship to scully in full as well for peanuts now.

And I don't know why you say there is no money ( unless you took out funds for you as profit already. And fine. But then just say it )

I'm running around like a chicken with no head. I used my own funds as well for this. Because it's my responsibility to complete these orders no matter what. With Gary screwing me or not. With collateral or not.

The facts are ? Number wise ?

These people sent us 4.5 M.
We have given Gary 2.5M
That leaves 2M. (4.5-2.5=2)
You sent me 1.25M which I fully used to full fill vrc.
That leaves 750k ( 2M-1.25M=750k)
We did use 180k for Daniel and 80k for Foley and that brings it to roughly 600k
And then we did George at about 50k

So there should be there about 550k left.

I know we had funds that you said you laid out before. But we also had deposits that was kept by you. And even if

EXHIBIT 23
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR

you take 150k out of this ? As funds you used ? It's still 400k or so left.

I'm looking at an opportunity to close both the tail of VRC and close scully ( whether he takes the delivery or not. If he don't take the delivery at such cheap prices I can dump it some place else. The main point ? These people paid for goods. I need to deliver. Gary or no Gary. Collateral sells or no collateral sells. I am doing my best.).

And I need 90k from this money to at least close VRC.
And then we can together decide what to do with Scully after. But not closing vrc is not a good thing. And the opportunity I have to do so is short windowed.

Prices are already moving up again.

These funds was paid for this subject, these goods and this service.

If you are holding these funds as safety net ? Or as your fee ? Or because you don't want to feel you have worked for free etc etc ? I get it. But then? Just say it.

And I have to say ok. But part of it should still be used for servicing and closing these orders.

At the very least we must close vrc. And put that to bed.

We can discuss scully after. But vrc is almost at completion.

And 90k to close it is not much.

It's funds that was sent in order for me to service the clients. And we both know I'm right about it.

Yes. One more time. We need to sell Gary's collateral.
But we can stump our feet all day long. And jump up and down. And yell and scream. But it won't make it happen faster. It's a different business and right now it's the slow season all together.

I had used my own resources. To the full extent. I paid some people moneys myself ( Scottie , Jess , etc etc ) and I paid for goods myself to.

I hate to ask this. But at this point ? We need to finish vrc asap. And I'm not taking this pressure any more. It's a lot for me.

These funds was sent for these goods it's the right thing to do.
And I must complete VRC.

Please wire from these funds 90k
To

Name: Charlton Holding Group LLC
Address: 78 buckminster road Rockville centre, NY 11570
Bank: citi bank
Bank address: 297 merrick road Rockville centre, NY 11570
Swift: citius33
Branch #: Rockville centre BR 230
Rt: 021000089
Account : 6873777780

I'm not debating. Or arguing. I'm more then sure that I will be selling the collateral and I will be getting new orders to.

But this can't wait no more. And it's the right and fair thing to do for our client and for us. As we need to close this order for vrc. And no way we will find it so cheap again.
A few weeks ago it would have been 60k to do it. Now it's up. And it's going to keep going up.

And we do have the funds. So please do so.

Ps
I'm not debating. Or arguing. We simply need to close vrc. And right now that's the only way to do it in a day or two before prices jump up again.

I'm on the train to the city.
I'll get of the train at 12:00 and I'll
Be back on my phone then.

Reason I emailed it ? It's cause it's long ....

Thanks.


Any way. I'll be off the train 12:15 or so. And be back on my phone then.


Sent from the all new AOL app for iOS