# EXHIBIT "P-21"



---------- Forwarded message ---------
From: **Manfred** <Manfred@msternberg.com>
Date: Tue, Mar 1, 2022 at 5:15 PM
Subject: Re: VRC MEDICAL SERVICES
To: wjb@brglaw.com <wjb@brglaw.com>
Cc: sokolski.zekaria@mindspring.com <sokolski.zekaria@mindspring.com>


HI Bill As I told you on the phone, Ms. Zekaria is counsel to the vendor of the iHealth tests kits that were purchased by Charlton from Ms. Zekaria's client, Gary Weiss.  Ms. Zekaria does not know much about the transaction due to her very limited involvement, or any knowledge about my client Charlton, as she only represented her client who is the vendor of the product and the vendor is responsible for delivery of the product.   The vendor has been her client for some time, and in this case she was serving as counsel for that vendor to receive payment for product on his behalf per his invoice, and no one disputes I wired full payment to her IOLA account for the benefit of her client.


As I indicated to the lawyers who I shared her information with just yesterday,  to contact Ms. Zekaria will only serve to harass the parties and impede the transaction.   If there is any hope of salvaging this transaction any additional intervention is sure to destroy what my client has worked so hard to put together.


My suggestion is to wait a few more days and plan for delivery.  I will say that my client is still very optimistic about immediate delivery because of his long relationship with the vendor, the vendor's acknowledgement of his full responsibility for the veracity of the transaction and the vendor's repeated assurances of delivery to us both.


Please direct all further correspondence concerning this transaction to me.


Respectfully,

*Manfred Sternberg*



EXHIBIT 38
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR

1

**Manfred Sternberg & Assoc. PC**

**Attorneys at Law**

1700 Post Oak Boulevard

2 BLVD Place, Suite 600

Houston, Texas 77056


☎Ph: 713-622-4300

Fax: 713-622-9899

Email: manfred@manfredlaw.com







**From:** "sokolski.zekaria@mindspring.com" <sokolski.zekaria@mindspring.com>
**Date:** Tuesday, March 1, 2022 at 1:34 PM
**To:** Manfred Sternberg <Manfred@msternberg.com>, "'Sokolski & Zekaria P.C.'" <sokolski.zekaria@mindspring.com>
**Subject:** FW: VRC MEDICAL SERVICES


Please address this and copy me per our discussion in as much as this has absolutely nothing to do with my client and should not be referred to me in any way.

WEISS 000324

Thank you.

Daphna Zekaria, Esq.

**From:** William J. Berman, Esq. <wjb@brglaw.com>
**Sent:** Tuesday, March 01, 2022 11:25 AM
**To:** SOKOLSKI.ZEKARIA@MINDSPRING.COM
**Subject:** VRC MEDICAL SERVICES

Dear Ms. Zekaria,

I represent VRC Medical Services and Steven Corba. Pursuant to our brief telephone conversation of moments ago, this written request is made to provide you are writing as to what relief my client seeks and why. To date, I have learned that the other parties involved are Sam Shlomo Gross, Gary Weiss and Charlton Holdings Group, LLC. I will make no mention of Manfred Sternberg Esq. or yourself as a party until I learn of the facts from your response to this inquiry.

As I trust you are aware, the parties entered into a Sale and Purchase Agreements which called for the delivery of 204,120 iHealth Covid – 19 home test kits to VCR in consideration of a payment of $2,449,440. VCR transferred the aforesaid funds to the trust account of Manfred Sternberg Esq. Mr. Sternberg has advised that he transferred the funds to your trust account. Notwithstanding the significant period of time between the deposit of funds into the trust account, there has been no delivery of any product to my client. However, unfortunately, I understand that several people have collected certain funds as their profit or commissions. I do hope the aforesaid is false.

3

My client has made through prior counsel previous demands for the return of his funds which were deposited in trust and not to be released until up Bill of Lading was issued. A brief review of the history of certain individuals have led our group to conclude that this was a fraudulent transaction. We hope you can explain that it was not and have the funds returned immediately. In the event that we do not receive a satisfactory and substantive explanation with a commitment to return the funds immediately, I will be forced to take further action to protect my clients rights. If you ignore this inquiry or provided an unsatisfactory response, it will only lead to expensive and protracted litigation for all. If you had no involvement in any capacity whatsoever with the described transaction and did not receive funds from Mr. Sternberg, please so state but definitely do not hide behind Mr. Sternberg if you did receive the funds.

I look forward to hearing from you by the end of the day as you promised.

Stay safe.

Bill

 Go Green! Please consider the environment before printing this email.

**William J. Berman, Esq.**

BERMAN ROSENBACH LLC

150 Morristown Road

Suite 200

Bernardsville, NJ 07924

Tel:  908.992.7720 ext. 1

4