# EXHIBIT "P-23a"



EXHIBIT 28
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR

**To, CHARLTON HOLDING GR**

**From Asolardiamond, LLC**

FOR ATTENTION AND BENEFIT OF MANFRED ST

Collateral given on 02-26-2022, verif
03-11-2022,

First Batch given to Dafna Zekaria E:
Starbucks 2:40PM ( signed, 4-Diamc
1. 5.84ct Round Diamond, F-VS2, $5
2. 2.71ct Round Diamond, G-VS2, $
3. 3.01ct Round Diamond, F-VS1, $
4. 3.01ct Round Diamond, G-VS2, $
5. 9.20ct Cushion Emerald, Genuine
6. 9.80ct Oval Pink Sapphire, Genuir
7. 12.10ct Yellow Sapphire, Genuine
8. 10.80ct Pink Sapphire, Genuine, $
9. 8.70ct Pink Sapphire, Genuine, $2
10. 7.00ct Blue Sapphire, Genuine,
 . . .  Emerald, Genuine

11. 9.12cr Green Emerald, Genuine,
12. 9.05ct Green Emerald, Genuine,
13. 13.90ct Yellow Sapphire, Genui[ne]
14. 6.20ct Pink Sapphire, Genuine,
15. 6.00ct Fancy Sapphire Genuine
16. Bag # 1, 909.30ct Yellow Citrine
17. Bag # 2, 2,529.35ct Y Citrine, $
18. Bag # 3, 2,311.90ct Y Citrine, $
19. Bag # 4, 2,029.30ct Y Citrine, $
20. Bag #5, 1879.30ct Y Citrine, $3
21. Bag #6, 2789.80ct Y Citrine, $2
Total Y Citrine Appraisal, $357,163
22. 9.95ct Emerald Cut Emerald, $

On Wed, Mar 30, 2022 at 7:15 AM sam gross <charltonholdinggroupllc@aol.com> wrote:

Good morning Gary.

Been that no resolution have been brought up ( no refund and no goods ).

Please be advise , per our consul advise ? Charlton holding group to start soliciting buyers to certain collateral items.

I hope you understand the situation and the problem spot you had placed me in.

And as much as We would like to wait ? We simply can not any longer.

Kindly send the updated list of the goods you have provided Charlton holding group for collateral so we are on the same page.
Thanks you so much.

Should you have any progress this morning? Definitely let us know.

Thanks

Sam
Charlton holding group llc

Sent from the all new AOL app for iOS

## Re: Ihealth

**Gary Weiss** <wgary4109@gmail.com>
Wed 3/30/2022 6:42 AM
To: sam gross <charltonholdinggroupllc@aol.com>; Manfred <Manfred@msternberg.com>

To, CHARLTON HOLDING GROUP, LLC
From Asolardiamond, LLC
*For attention and delivery Manfred Sternberg Esq.*

Collateral given on 02-26-2022, verified by Sam via SMS, 03-11-2022.
First Batch given to Dafna Zekaria Esq. Feb 22, 2022. At Starbucks 2:40PM ( signed, 4-Diamonds & Appraisals )
1. 5.84ct Round Diamond, F-VS2, $540,000 Appraisal.
2. 2.71ct Round Diamond, G-VS2, $88,800 Appraisal.
3. 3.01ct Round Diamond, F-VS1, $128,500 Appraisal.
4. 3.01ct Round Diamond, G-VS2, $92,000 Appraisal.
5. 9.20ct Cushion Emerald, Genuine, $400,000 Appraisal.
6. 9.80ct Oval Pink Sapphire, Genuine, $300,000 Appraisal.
7. 12.10ct Yellow Sapphire, Genuine, $340,000 Appraisal.
8. 10.80ct Pink Sapphire, Genuine, $350,000 Appraisal.
9. 8.70ct Pink Sapphire, Genuine, $240,000 Appraisal.
10. 7.00ct Blue Sapphire, Genuine, $120,000 Appraisal.
11. 9.12cr Green Emerald, Genuine, $380,000 Appraisal.
12. 9.05ct Green Emerald, Genuine, $370,000 Appraisal.
13. 13.90ct Yellow Sapphire, Genuine, $380,000 Appraisal.
14. 6.20ct Pink Sapphire, Genuine, $80,000 Appraisal.
15. 6.00ct Fancy Sapphire Genuine, $70,000 Appraisal.
16. Bag # 1, 909.30ct Yellow Citrine, $40 P/ct, 23 Pcs.
17. Bag # 2, 2,529.35ct Y Citrine, $35 P/ct, 36 Pcs.
18. Bag # 3, 2,311.90ct Y Citrine, $30 P/ct, 51 Pcs.
19. Bag # 4, 2,029.30ct Y Citrine, $25 P/ct, 56Pcs.
20. Bag #5, 1879.30ct Y Citrine, $30 P/ct, 64 Pcs.
21. Bag #6, 2789.80ct Y Citrine, $20 P/ct, 163 Pcs.
Total Y Citrine Appraisal, $357,163.00.
22. 9.95ct Emerald Cut Emerald, $440,000 Appraisal.

Hi Sam & Manfred, I hope you find the right buyer for the collateral, Diamonds & Gemstones I have given you, I will continue with my Chemo on Friday, keep me informed.
best