# EXHIBIT "P-23b"

[large redacted block]

---------- Forwarded message ---------
From: **Gary Weiss** <wgary4109@gmail.com>
Date: Tue, Mar 1, 2022 at 8:19 AM
Subject:
To: Manfred Sternberg ESQ <manfred@manfredlaw.com>, sam gross <Charltonholdinggroupllc@aol.com>

Good Morning guys. We will deliver and I will address all your questions this morning. Sam, I forgive your antics as I know how hard it is to wait for this to co conclude, I believe all the things I stated and regardless of whatever issues I have, or had ? it will not affect you and your buyers. Of course as I said many times before ? If you like a refund you have no questions asked. And please keep your commitment to return my gems once this is concluded.

Thanks
Gary

EXHIBIT 29
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR

1