# EXHIBIT "P-23c"

WEISS 000329

**SamGrosss**

> Had insisted ?  5:01 PM

> Correct it  5:02 PM

3 UNREAD MESSAGES

I would like to add, Charlton holding group requested the funds back. However ? Mr Sternberg Esq had insisted on this collateral instead of a refund. Siting that he does not wish to lose the profit ( if needed ? Emails will be provided )  5:13 PM

That's all. Add this.  5:13 PM

Cause it is the truth.  5:13 PM

EXHIBIT 30
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR