# EXHIBIT "P-23d"

**SamGrosss**

> But it hurts me all the "law suits"
> And the "fbi"

This text is to confirm. I never wanted your collateral.
Manfred sternberg had requested it. As he have confirmed to our lawyer as well.
Per his request I had obtained it from you.

> What do you think?
> As I'm on hold again
> Sucks for me to

Dont want refund as we will lose

> Ok.

EXHIBIT 31
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR



**SamGrosss** >

as well.
Per his request I had obtained it from you.

> What do you think ?
> As I'm on hold again
> Sucks for me to

Dont want refund as we will lose

> Ok.
> So what time line do I give him to perform ?
> In a way that protects you.
> Me
> And the business

Next lie from him we r done

I dont think they can ~~And the business~~

Next lie from him we r done



**Manfred Sternberg ESQ**

> What do you think ?
> As I'm on hold again
> Sucks for me to

Dont want refund as we will lose

> Ok.
> So what time line do I give him to perform ?
> In a way that protects you.
> Me
> And the business

Next lie from him we r done

I dont think they can deliver that is the problem

WEISS 000011



**SamGrosss**

> And the business

> Next lie from him we r done

> Next lie from him we r done
>
> I dont think they can deliver that is the problem

> Cause my feeling is ?

> No matter what issues he has ?

> He will deliver.

> And I don't want to lose

> Yes



> But it hurts me all the "law suits "
> And the "fbi"

> emailing you proof. Thank you and hope your doing well.

WEISS 000012

**Manfred Sternberg ESQ**

> And the business

Next lie from him we r done

I dont think they can deliver that is the problem

> Cause my feeling is ?

> No matter what issues he has ?

> He will deliver.

> And I don't want to lose

Yes

👍

> But it hurts me all the "law suits"
> And the "fbi"
> Etc etc etc



WEISS 000014

Photo ⌄    Done

Manfred Sternberg ESQ >

but I will be reversing the charge myself and emailing you proof. Thank you and hope your doing well.

Wrong text

Here is right one...Dear Manfred, I am the one to blame, you & Sam did not know about the problems with the shipping, nor did I, I am sure you guys wanted to deliver to your customers, but the delays were on my side, again I apologize, till I find out the truth, I am upping the collateral to 4 million with Sam in the meantime, sorry for creating this Delivery problem.
Gary

Text Message

**Manfred Sternberg ESQ**

> open ? I'll get what is mine

He is buying himself and his lawyer a bunch of bad pr and claims of fraud and wire fraud

especially last friday when he said less than 45 min away snd i scrambled to send him another $190k

That is classic fraud in the inducement and can only be cured by delivery or return of all money

> Should we request refund ? In your mind ??
>
> Or should I try close it ?
>
> Like I didn't work here to lose in full if that makes

WEISS 000018

**SamGrosss**

> Or should I try close it ?
>
> Like I didn't work here to
> What do you think ?
>
> As I'm on hold again
>
> Sucks for me to

Dont want refund as we will lose

> Ok.
>
> So what time line do I give him to perform ?
>
> In a way that protects you.
>
> Me
>
> And the business

Next lie from him we r done

I dont think they can

From charltonholdinggroupllc@aol.com
To Gary Weiss & 2 more
Feb 21 at 12:53 PM



WEISS 000019

Conversation with Manfred Sternberg ESQ:

- What do you think?
- As I'm on hold again
- Sucks for me to
- **Dont want refund as we will lose**
- Ok.
- So what time line do I give him to perform?
- In a way that protects you.
- Me
- And the business
- **Next lie from him we r done**
- **I dont think they can deliver that is the problem**

Manfred Sternberg ESQ

> And the business

Next lie from him we r done

I dont think they can deliver that is the problem

> Cause my feeling is ?

> No matter what issues he has ?

> He will deliver.

> And I don't want to lose

Yes

👍

> But it hurts me all the "law suits"
> And the "fbi"
>
> Etc etc etc

WEISS-000021

**Manfred Sternberg ESQ**

> What do you think ?
>
> As I'm on hold again
>
> Sucks for me to

Dont want refund as we will lose

> Ok.
>
> So what time line do I give him to perform ?
>
> In a way that protects you.
>
> Me
>
> And the business

Next lie from him we r done

I dont think they can deliver that is the problem

WEISS 000022



**SamGrosss**

Thu, Dec 1 at 6:42 PM

Gary

I would have been haiku to return the collateral.

But manfred won't let me.

I would have never taken the collateral unless manfred asked for it.

So manfred since he asked for it ? Is the one who you should talk about it with.

He asked m[e] [for] it.



**SamGrosss**

> I would have never taken the collateral unless manfred asked for it.
>
> So manfred since he asked for it ? Is the one who you should talk about it with.
>
> He asked me to obtain it. And he spoke to you to about it.
>
> Maybe talk to him. I never wanted it.

**Me:** So you confirm that I gave you the collateral that

**SamGrosss**

Manfred asked for ?

Of course

Why not ?

You gave me collateral

I didn't wish for it.

But I took it. Cause manfred pushed it.

And here we are

I would like to add ?

Manfred asked for collateral on President day weekend. He had his



**SamGrosss**

But I took it. Cause manfred pushed it.

And here we are

I would like to add ?

Manfred asked for collateral on President day weekend. He had his son with him. And they both came up with this idea.

I love manfred dearly. So I didn't want to ignore his request

He was very and



**SamGrosss**

Manfred asked for collateral on President day weekend. He had his son with him. And they both came up with this idea.

I love manfred dearly. So I didn't want to ignore his request

He was very and extremely happy to have me received the collateral.

Sat, Dec 3 at 9:07 AM