# EXHIBIT "P-23e"

**From:** Gary Weiss wgary4109@gmail.com
**Subject:** Fwd: Fw: Release from Liability, order satisfied
**Date:** August 14, 2023 at 7:06 AM
**To:** Manfred Sternberg ESQ manfred@manfredlaw.com, samgross3@icloud.com, Laver, Seth L. slaver@goldbergsegalla.com, Gary Lightman garylightman@lightmanlaw.com, GARY LIGHTMAN ltag8r@me.com, sam gross Charltonholdinggroupllc@aol.com, G. Manochi gmanochi@lightmanlaw.com, Kaner, Jason S. jkaner@goldbergsegalla.com

---------- Forwarded message ---------
From: **BLUERIVER4747/GARY** <monipair@aol.com>
Date: Mon, Aug 14, 2023 at 4:28 AM
Subject: Fw: Release from Liability, order satisfied
To: Gary Weiss <wgary4109@gmail.com>



https://jewelformeblue.com, Any setting, or any picture you submit, any Jewel. Diamond Search, https://jewelformeblue.com/pages/diamond-search#/

----- Forwarded Message -----
**From:** sam gross <charltonholdinggroupllc@aol.com>
**To:** BLUERIVER4747/GARY <monipair@aol.com>; samgross3@icloud.com <samgross3@icloud.com>
**Sent:** Tuesday, March 7, 2023, 11:21:09 AM EST
**Subject:** Re: Release from Liability, order satisfied

Hello Gary.
Yes your email is indeed correct and the facts are the agreed upon facts.
Mr Manfred Sternberg ESQ had directed to receive this collateral as means of ending the transaction. And conclude the business between your entity A Solar LLc and Charlton Holding Group llc and himself.
Should you need more clarification? We can discuss. However at the present time ? I deemed that our business is concluded due to the fact that you have provided the collateral as requested by Mr Sternberg ESQ.

Sam Gross
President
Charlton holding group llc


Sent from the all new AOL app for iOS


On Tuesday, March 7, 2023, 8:59 AM, BLUERIVER4747/GARY <monipair@aol.com> wrote:

> Hi Sam, Regarding the Covid-19 kits to be shipped on Feb-March of 2022,
> You agreed that I gave you Merchandise of Diamonds and Gems

instead of the 151,000 covid-19 kits, as a full refund which was on the advice of your counsel Manfred Sternberg, which is over $3,000,000 worth, and you consider it as full refund on the kits transaction, and have no further demands from me, and my obligations in that matter are satisfied in full, and no further action or legal demand from me will take place, which started as Collateral on advice of your lawyer, and than considered as full refund.