# EXHIBIT "P-23f"



Re: Release from Liability, order satisfied

**sam gross** <charltonholdinggroupllc@aol.com>
To: BLUERIVER4747/GARY, samgross3@icloud.com

Hello Gary.
Yes your email is indeed correct and the facts are the agreed upon facts.
Mr Manfred Sternberg ESQ had directed to receive this collateral as means of ending the transaction. And conclude the busines[s] your entity A Solar LLc and Charlton Holding Group llc and himself.
Should you need more clarification? We can discuss. However at the present time ? I deemed that our business is concluded d[ue] that you have provided the collateral as requested by Mr Sternberg ESQ.

Sam Gross
President
Charlton holding group llc

Sent from the all new AOL app for iOS

On Tuesday, March 7, 2023, 8:59 AM, BLUERIVER4747/GARY <monipair@aol.com> wrote:

Hi Sam, Regarding the Covid-19 kits to be shipped on Feb-March of 2022,
 You agreed that I gave you Merchandise of Diamonds and Gems instead of the 151,000 covid-19 kits, refund which was on the advice of your counsel Manfred Sternberg, which is over $3,000,000 worth, an[d] consider it as full refund on the kits transaction, and have no further demands from me, and my obligati[on] that matter are satisfied in full, and no further action or legal demand from me will take place, which sta[nds as] Collateral on advice of your lawyer, and than considered as full refund.

EXHIBIT 34
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR