# EXHIBIT "P-23g"

# C HOLDING LLC

78 Buckminster rd , rvc , NY , 11570.
2/28/22

From the desk of : Sam Gross , president , Charlton Holding Group Llc

Dear Gary weiss ,

This letter is to attest; that due to my Attorny , Mr Manfred Sternberg ESQ , request , I will accept collateral in the form of gems due to the fact you are having issues with supplying the Covid tests my organization had paid for, and you were supposed to send my customers in Philadelphia, New York and New Jersey. Due to my attorneys request I will not request a refund , but will obtain the commentary in the hope you may supply said Covid test. And of course should you not ? The collateral will be suffice.

My attorney and his team has requested said collateral. There for I have to accept it. I do respect your efforts. And I understand you have no goods to supply at the moment due to certain global supply chain issues.  So due to Mr Sternberg request and so forth directive ? We will accept your collateral. Thank you so much.

Should you decide to provide the Covid test ? I will then return the collateral. If not per Me Manfred Sternberg I will have to keep it.

This letter was created and approved by Charlton Holding Group LLC ,  on February 24th in the year of 2022.

Sam Gross

Charlton holding group llc.

EXHIBIT 35
WIT: M. Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR