# EXHIBIT "P-24"

**From:** **monipair** monipair@aol.com
**Subject:** Collateral, Refund
**Date:** August 16, 2023 at 9:29 PM
**To:** garylightman@lightmanlaw.com

M

Sent from Samsung Galaxy smartphone.

RALPH ADLER, ATTORNEY
FOR VRC PAID
2.2 MILLION TO
MANFRED + SAM

8/8/23, 7:56 PM Gmail - Fw: Fwd: Follow-up

Gmail Gary Weiss <wgary4109@gmail.com>

**Fw: Fwd: Follow-up**
3 messages

**sam gross** <charltonholdinggroupllc@aol.com> Mon, Mar 14, 2022 at 8:14 AM
To: Gary Weiss <wgary4109@gmail.com>

Good morning.

Read this. Then call me back.

Thanks.

Sent from the all new AOL app for iOS

MARCH 13 2022
RANDOLPH ADLER
TO MANFRED:
TELLING MANFRED
TO SELL DIAMONDS
HE RECEIVED AS
COLLATERAL

Begin forwarded message:

On Sunday, March 13, 2022, 23:10, Manfred <Manfred@msternberg.com> wrote:

Sent from my iPad

Begin forwarded message:

MANFRED TOLD
RANDOLPH ADLER ABOUT
THE COLLATERAL DAYS
BEFORE 3.13.2022

From: Randolph Adler <rka@rkadler.law>
Date: March 13, 2022 at 9:39:53 PM CDT
To: Manfred <Manfred@msternberg.com>
Cc: "William J. Berman, Esq." <wjb@brglaw.com>
Subject: Follow-up

Hi Manfred,

It was a pleasure speaking with you last week.

As a follow-up to our conversation, I wanted you to know that I spoke with the civil litigation counsel, Bill Berman (who is cc'd), and the client. Based on what I conveyed from our conversation, everyone is cautiously optimistic.

https://mail.google.com/mail/u/0/?ik=8110d8ae45&view=pt&search=all&permthid=thread-f:1727277399062974631&simpl=msg-f:1727277399062974631&simpl=msg-a:r4596384042757553841&simpl=msg-a:r-1529338...

EXHIBIT
GW-12
KAB 2-14-24
PENGAD 800-631-6989



So we don't have to bother you, Bill is sending an agreement that would memorialize our discussion: that if delivery of the product doesn't occur (to your client) by, say, Tuesday, that Sam will agree to liquidate the diamonds in his possession and repay the full balance by Thursday or Friday of this upcoming week.

Thank you again for taking the time to speak with me and Bill will be in touch with a simple "one-page" agreement.

I appreciate your consummate professionalism; please let me know if you want to discuss anything further.

Kind regards,
Randy

Randolph Adler
Managing Partner