# EXHIBIT "P-29"



**Dafna Z**

You took my escrow and are blaming me now  13:07

Fuck this and remember I will always love you but not being treated this way  13:08

I deserve more than this  13:08

You are wrong  13:08

And I expect an apology  13:08

A really big one  13:08

> Before you say house of cards?
>
> Think about the street money Vig you clients and even you had been collecting and benefiting from me for almost 6 months now.



EXHIBIT
GW-13
K4B    2-16-24