# EXHIBIT "P-30"



**Dafna Z**

Think about the street money Vig you clients and even you had been collecting and benefiting from me for almost 6 months now.

And still collecting as of yesterday...

A house of cards can not make these payments. And this is one nasty allegation. And I'm really angry and insulted now.

The fact that you all Benefit from our mutual work ? Yet you say this to me ? Is highly offensive to me.

And you can not use meetir me at the hotel as a tool to.

EXHIBIT GW-14
KAB  2-16-24