# EXHIBIT "P-31"

[2/4/22, 4:52:51 PM] I health: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[2/4/22, 4:52:51 PM] Shlomi: Shlomi created group "I health"
[2/4/22, 4:52:51 PM] I health: Shlomi added you
[2/4/22, 4:53:15 PM] Gary Weiss: Gary Weiss started a call
[2/4/22, 4:54:09 PM] Shlomi: Gary please confirm to Dafna here.

From then 1.9 m 65% is yours. The rest is mine.

Thanks.
[2/4/22, 4:54:45 PM] Gary Weiss: Gary Weiss started a call
[2/4/22, 4:58:18 PM] Gary Weiss: Gary Weiss started a video call
[2/4/22, 5:02:45 PM] Gary Weiss: Hi Dafna, I confirm 35% of 1.9 m going to Sam, and 65% of 1.9m to me Gary Weiss
[2/4/22, 5:03:47 PM] Gary Weiss: Gary Weiss started a call
[2/4/22, 5:16:07 PM] Daphna: Ok no problem
[2/6/22, 10:54:31 AM] Daphna: Good afternoon to you both - I am going to my office in about an hour to draft some paperwork that I will need signed if that's ok ?
[2/6/22, 10:55:07 AM] Gary Weiss: Yes
[2/6/22, 10:58:45 AM] Daphna: I will draft a formal agreement on who I represent and an escrow authorization that mirrors the terms of the disbursement that we texted about .....what's your current email address?
[2/6/22, 11:00:32 AM] Daphna: I will speak to Shlomi again before sending everything and will let you know if I have more questions. It's 11 now - I anticipate being ready with some of this by 1 or so
[2/6/22, 11:01:30 AM] Daphna: The documents will be dated on 2/4/22
[2/6/22, 11:26:40 AM] Gary Weiss: Wgary4019@gmail.com
[2/6/22, 1:00:42 PM] Daphna: So I will draft shortly
[2/6/22, 1:01:19 PM] Daphna: And it will be my pleasure to represent you in the future
[2/6/22, 1:01:54 PM] Daphna: Just need the business name that contracted with Manfred etc
[2/6/22, 1:03:18 PM] Shlomi: Gary will fill in the info in a few minutes.
[2/6/22, 1:03:26 PM] Daphna: My "fee" will include all negotiations and litigation if necessary that may arise from this transaction
[2/6/22, 1:05:53 PM] Daphna: And send me the docs that show proof that I can release to you and it will be done as early as I possibly can
[2/6/22, 1:08:06 PM] Shlomi: Here are the docs.
[2/6/22, 1:11:26 PM] Daphna: Great after I prepare the docs and he signs - send it to me by email with this proof
[2/6/22, 1:41:16 PM] Gary Weiss: I did not get the documents please send to monipair@aol.com, or wgary4019@gmail.com
[2/6/22, 1:42:44 PM] Daphna: I will text when sent
[2/6/22, 1:42:58 PM] Daphna: At office working on it
[2/6/22, 1:42:59 PM] Gary Weiss: Ok
[2/6/22, 1:45:10 PM] Daphna: Still need the info requested above though
[2/6/22, 1:45:43 PM] Gary Weiss: What info ?
[2/6/22, 1:45:52 PM] Daphna: Call me
[2/6/22, 1:46:20 PM] Gary Weiss: Do not see request, call me if you cN5
[2/6/22, 1:46:55 PM] Shlomi: This
[2/6/22, 1:50:19 PM] Daphna: Got it
[2/6/22, 1:50:23 PM] Daphna: We spoke
[2/6/22, 1:58:57 PM] Gary Weiss:
[2/6/22, 1:59:44 PM] Daphna: What is the contract with Manfred? Date?
[2/6/22, 2:00:40 PM] Gary Weiss: I do not have the date me right now, Sam knows
[2/6/22, 2:00:53 PM] Daphna: Tell him to answer
[2/6/22, 2:00:58 PM] Daphna: Please
[2/6/22, 2:01:16 PM] Gary Weiss: K
[2/6/22, 2:02:46 PM] Gary Weiss: He will



EXHIBIT CLK
D-9
4/2/24

ZEKARIA000001

[2/6/22, 2:03:10 PM] Shlomi: He date off the contract is the date Gary issued the original invoice as we don't have a contract.

You can assign January 28th.
[2/6/22, 2:03:34 PM] Daphna: Call me
[2/6/22, 2:03:52 PM] Daphna: I want a piece of paper please
[2/6/22, 2:03:59 PM] Daphna: Even an invoice
[2/6/22, 2:04:35 PM] Daphna: And who is the person he sent invoice to ?
[2/6/22, 2:04:36 PM] Shlomi: We don't have a contract. Only a invoice. And I told you that before.
[2/6/22, 2:04:44 PM] Shlomi: I'll call you in A min
[2/6/22, 2:04:50 PM] Shlomi: He sent me abs Manfred the invoice.
[2/6/22, 2:05:01 PM] Daphna: The company name ?
[2/6/22, 2:05:31 PM] Shlomi: Lol.
[2/6/22, 2:05:40 PM] Shlomi: Gary invoice my company.

Charlton
[2/6/22, 2:05:52 PM] Daphna: Exactly
[2/6/22, 2:06:15 PM] Daphna: I feel like a dentist pulling teeth
[2/6/22, 2:06:41 PM] Daphna: So 1/28? Charlton ?
[2/6/22, 2:07:19 PM] Gary Weiss: Yes , 01 28 2022
[2/6/22, 2:10:18 PM] Daphna: Great ty
[2/6/22, 2:10:23 PM] Daphna: Almost done
[2/6/22, 2:10:40 PM] Gary Weiss: Great, waiting
[2/6/22, 2:23:32 PM] Daphna: Sent confirm receipt please
[2/6/22, 2:35:08 PM] Gary Weiss: Qreceived , will print once at home in several hours, sign an send you bCk
[2/6/22, 2:35:22 PM] Daphna: No rush
[2/6/22, 2:35:38 PM] Daphna: Just wanted my end done and approved by both of you
[2/6/22, 2:36:28 PM] Daphna: Send to Sokolski.Zekaria@mindspring.com
[2/6/22, 2:36:39 PM] Daphna: At your convenience
[2/6/22, 2:36:48 PM] Daphna: Shlomi - read it
[2/6/22, 2:37:43 PM] Gary Weiss:
[2/6/22, 3:05:51 PM] Daphna: He approved the document
[2/6/22, 3:10:09 PM] Daphna: Congratulations to you both and speak tomorrow- I am going to be driving for a bit so anything else call me
[2/6/22, 3:11:47 PM] Gary Weiss:
[2/7/22, 10:32:38 AM] Daphna: Sent
[2/7/22, 10:34:32 AM] Gary Weiss:
[2/7/22, 10:48:04 AM] Daphna: Confirm when you receive
[2/7/22, 10:48:24 AM] Daphna: May take an hour because you are not chase
[2/7/22, 10:48:59 AM] Gary Weiss: K
[2/7/22, 10:49:33 AM] Gary Weiss: It was a bank wire ? Not ACH?
[2/7/22, 10:49:43 AM] Daphna: Bank wire
[2/7/22, 10:49:56 AM] Daphna: Is that ok???
[2/7/22, 10:50:20 AM] Daphna: Call me
[2/7/22, 11:20:55 AM] Gary Weiss: Please send copy of wire order
[2/15/22, 3:36:20 PM] Daphna: Good afternoon
[2/15/22, 3:37:03 PM] Gary Weiss:
[2/15/22, 3:37:28 PM] Daphna: It's my understanding that I am about to receive an additional wire of 250,000 which is 130,000 to Gary Weiss and the rest for my additional fees ?
[2/15/22, 3:37:39 PM] Shlomi: Gary please confirm to her

250k is coming in ( she is waiting for it )

And 130 is yours.
[2/15/22, 3:46:04 PM] Gary Weiss: Hi Dafna, that is correct you are sending me 130K, thanks
[2/15/22, 3:47:21 PM] Daphna: Awesome
[2/15/22, 3:48:29 PM] Daphna: Thanks for the confirmation and opportunity to represent you

ZEKARIA000002

[2/15/22, 3:50:01 PM] Daphna: I will confirm as soon as the funds hit my account
[2/15/22, 3:50:38 PM] Gary Weiss: Great
[2/15/22, 4:08:10 PM] Daphna: Just got it
[2/15/22, 4:08:19 PM] Daphna: Heading to bank
[2/15/22, 4:52:45 PM] Daphna: Sent
[2/15/22, 4:52:54 PM] Daphna: Confirm receipt when you get it
[2/22/22, 10:05:02 AM] Daphna: Gary let me know when I can expect the diamonds Shlomi told me about. I would need to be prepared in advance in order to feel comfortable to negotiate on your behalf.
[2/22/22, 10:09:55 AM] Gary Weiss: Around 3pm they will be ready to pick up in Manhattan
[2/22/22, 10:17:01 AM] Gary Weiss: I will be sending you the Appraisal Certificates shortly, these will be the first 4 Diamonds
[2/22/22, 10:43:10 AM] Daphna: I will be in person in the city after 2:00. Let me know where to be and when. I would like to prepare so I can make this entire transaction smooth for all parties.
[2/22/22, 11:00:10 AM] Gary Weiss: Please give me the Email for the certificates, you can print them, once you are in the city, the delivery will be made at Starbucks, 55w 46st
[2/22/22, 11:01:13 AM] Daphna: Give me an actual time
[2/22/22, 11:01:20 AM] Daphna: I will be there
[2/22/22, 11:01:46 AM] Shlomi: Pelase give him your email for the certificates.
[2/22/22, 11:02:08 AM] Daphna: Send to sokolski.zekaria@mindspring.com
[2/22/22, 11:03:29 AM] Daphna: Was doing that
[2/22/22, 11:04:36 AM] Gary Weiss: Once you are in Starbucks, text me, somebody will come there in 4 minutes, please show them ID, thanks
[2/22/22, 11:04:37 AM] Shlomi: Ty
[2/22/22, 11:04:53 AM] Gary Weiss: Will send certs in 5 minutes
[2/22/22, 11:06:05 AM] Shlomi: Shlomi started a call
[2/22/22, 11:08:12 AM] Gary Weiss: No ID
[2/22/22, 11:09:34 AM] Daphna: Ok thanks
[2/22/22, 11:09:48 AM] Daphna: When exactly is the earliest time to go
[2/22/22, 11:18:50 AM] Daphna: I can go sooner if it works
[2/22/22, 11:19:54 AM] Gary Weiss: After 2PM
[2/22/22, 11:20:10 AM] Daphna: So be there at 2?
[2/22/22, 11:26:05 AM] Gary Weiss: Certificates were sent to your Email
[2/22/22, 11:27:35 AM] Daphna: Ok thanks
[2/22/22, 11:27:53 AM] Daphna: 2:30 I'm there
[2/22/22, 11:28:20 AM] Gary Weiss: OK
[2/22/22, 2:02:51 PM] Gary Weiss: Gary Weiss started a call
[2/22/22, 2:08:36 PM] Daphna: <attached: 00000131-PHOTO-2022-02-22-14-08-36.jpg>
[2/22/22, 2:09:11 PM] Daphna: <attached: 00000132-PHOTO-2022-02-22-14-09-11.jpg>
[2/22/22, 2:09:36 PM] Daphna: I can go there when told to
[2/22/22, 2:10:31 PM] Daphna: Or whoever it is can come here I'm alone and no one else is here
[2/22/22, 2:12:01 PM] Gary Weiss: Got it. I know the place that is not across, that is down the block towards 5th Ave
[2/22/22, 2:12:33 PM] Daphna: Just tell me what to do I'm here
[2/22/22, 2:32:08 PM] Daphna: @19085462649 should I go to Starbucks or wait here ?
[2/22/22, 2:32:25 PM] Gary Weiss: Please
[2/22/22, 2:36:00 PM] Daphna: Here
[2/22/22, 2:36:19 PM] Daphna: <attached: 00000140-PHOTO-2022-02-22-14-36-19.jpg>
[2/22/22, 2:40:23 PM] Daphna: Ok done
[2/22/22, 2:50:49 PM] Shlomi: I just spoke to Gary.

You may do as you deem with these diamonds.

We trust you. To handle the deal with manfred ( with my assistance of course )

You have free rein  and full trust by Gary.
[2/22/22, 2:51:03 PM] Shlomi: Gary kindly approve this. So Dafna can feel comfortable
[2/22/22, 2:51:10 PM] Shlomi: Thanks

ZEKARIA000003

[2/22/22, 2:52:54 PM] Gary Weiss: Of course, you will make the deal the way you understand with Manfred, completely the way you understand and want
[2/22/22, 3:06:51 PM] Daphna: Ok thanks
[2/25/22, 8:06:15 PM] Daphna: Confirmed wire received
[2/25/22, 8:07:00 PM] Daphna: Please also confirm what I'm sending to Gary in the morning
[2/25/22, 8:17:14 PM] Shlomi: Whatever I say goes with this.
[2/25/22, 8:17:18 PM] Shlomi: Other wise
[2/25/22, 8:17:20 PM] Daphna: Ok
[2/25/22, 8:17:23 PM] Shlomi: Every one can go home
[2/25/22, 8:17:27 PM] Shlomi: In peace
[2/25/22, 8:17:38 PM] Daphna: Just tell me what to do
[2/25/22, 8:17:41 PM] Daphna: Period
[2/25/22, 8:17:47 PM] Shlomi: Abs gary will agree to what I say. And he is sorry he he texts.
[2/25/22, 8:17:55 PM] Shlomi: Texted. So you can relax
[2/25/22, 8:18:02 PM] Daphna: I'm fine
[2/25/22, 8:18:09 PM] Daphna: Making a salad at moment
[2/25/22, 8:23:36 PM] Gary Weiss: Hi Dafna, I am happy, we do always Sam instructs, Shabazz Shalom,
[2/25/22, 8:24:10 PM] Daphna: Hi guys my pleasure always Shabbat shalom xo
[2/28/22, 12:35:40 PM] Gary Weiss: Hi Dafna, this is Gary Weiss. My banking in fo is, Wells Fargo Bank, 201 N Wood Ave. Linden, NJ 07036. Routing # 121000248, Account # 3166375570. To that account of Asolardiamond LLC, 437 1st Avenue, Elizabeth, NJ 07206. Tel, 908-5462649
[2/28/22, 12:46:57 PM] Daphna: Done
[2/28/22, 12:47:17 PM] Gary Weiss:
[2/28/22, 12:47:35 PM] Daphna: Confirm here when you get it please
[2/28/22, 12:53:45 PM] Daphna: Have a great day

ZEKARIA000004