# EXHIBIT "P-32"



**From:** Dick Gray <dickgray1951@aol.com>
**Date:** Friday, January 21, 2022 at 3:03 PM
**To:** Manfred Sternberg <Manfred@msternberg.com>
**Cc:** Sam Gross <Samrosinc@icloud.com>, Chris Cortese <cjcsvpllc@gmail.com>
**Subject:** PDF Signed SPA and wire transfer receipt from from Dan Scully

Manfred,

Attached is the signed SPA from Dan Scully for 151,200 kits - iHealth

Would you please get the SPA signed by Sam or Chris for DBA The Safety House American Environmental Enterprises.?

The wire has been sent for $1,965,600. Wire copy attached.

Thanks

& Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
**********************************************************************