# EXHIBIT "P-33"

**TEXT FROM DAN SCULLY TO SAM GROSS sent 2/15/22 @ 2:20 pm:**

Sam just spoke to my attorney and he is insisting that u or Manfred call him right away. I lost over a million dollars in business because of you and Manfred.

My attorney is going to file lawsuit today CRIMINAL lawsuit against u personally

Gary Lightman: 215-760-3000


**SAM GROSS TEXT RESPONSE TO DAN SCULLY sent 2/15/22 @ 2:25 pm (2 texts sent back to back):**

The funds was sent to Manfred. Not me.

Your lawyer can file whatever he likes.

But I am not holding the funds. Manfred is.

So this is a funny statement.

You wired money to manfred per the contract. If you wish to cancel the contract ? You need to have your lawyer email Manfred stating he represents you. And he wants the contract void and funds back.

And then Manfred can refund him.

---

Making such statements?

This is extortion for something that I didn't even received.

If you want to cancel the transaction ?  And you want a refund ? All you have to do is have your attorny contact manfred with a formal request so Manfred can issue him a refund.

Manfred is not calling your lawyer. Neither am i.

If you wish to cancel.

Like I stated before.

Have your attorny contact manfred via text or email.

And he will gladly attend to it.

Manfred +1 (713) 824-9170

Manfred Email

manfred@msternberg.com

And

manfred@manfredlaw.com


EXHIBIT 9
WIT: M Sternberg
DATE: 2-7-24
Joanne Rose, RPR, RMR