# EXHIBIT "P-34"

| DATE | NAME | Gross IN Transact | OUT to Beneficiary |
|---|---|---|---|
| | **2 Pallets of Queen Gloves** | | |
| 8-Jun-21 | George bought 2 pallets Queen | $ 17,500.00 | |
| 8-Jun-21 | To Joseph to purchase | | $ 13,000.00 |
| 8-Jun-21 | To SAM | | $ 2,200.00 |
| 8-Jun-21 | To MSA | | $ 2,300.00 |
| | | | SUBTOTAL |
| | **480,000 Masks in Brookshire TX** | | |
| 4-Aug-21 | Daniel MDR - Richard Varguese | $ 200,000.00 | |
| 4-Aug-21 | To Jason to purchase | | $ 78,174.00 |
| 4-Aug-21 | To SAM | | $ 33,500.00 |
| 4-Aug-21 | To SAM to repay MS | | $ 5,099.62 |
| 6-Aug-21 | To Rami | | $ 38,568.04 |
| 6-Aug-21 | To MSA | | $ 38,568.04 |
| 6-Aug-21 | 5% Flat fee MSA | | $6,090.30 |
| 6-Aug-21 | Inspection Fee - Bill Koehler | | |
| | | | SUBTOTAL |
| | **480,000 Masks in Brookshire TX** | | |
| | Jason = Seller @ $0.43 | | |
| | Sam = Buyer 1 | | |
| 9-Aug-21 | **George - Exit @ $0.83** | $ 25,000.00 | NRD |
| | Purchase Price | $ 16,500.00 | |
| | SELLER  PAUL | | |
| 9-Aug-21 | TO Jason to purchase | | $ 21,500.00 |
| 6-Aug-21 | Overage above as pd KOEHLER post closing MSA | | $ 2,000.00 |
| 9-Aug-21 | TO SAM | | $ 5,000.00 |
| 13-Aug-21 | REFUND by Jason | $ 10,000.00 | |
| 27-Aug-21 | TO SAM | | $ 1,800.00 |
| 27-Aug-21 | TO SAM | | $ 13,000.00 |
| 27-Aug-21 | FROM Bob Keech-Randy Angelle | $ 24,990.00 | NRD |
| 28-Aug-21 | TO SAM | | $ 2,100.00 |
| 30-Aug-21 | TO SAM | | $ 11,000.00 |
| 30-Aug-21 | To Bill Koehler | | $ 2,000.00 |
| 30-Aug-21 | TO MSA | | $ 18,090.00 |
| 1-Sep-21 | From Sunni Jones | $ 25,000.00 | NRD |
| 1-Sep-21 | TO SAM | | $ 7,500.00 |
| 1-Sep-21 | TO MSA | | $ 7,500.00 |
| 1-Sep-21 | TO MSA | | $ 10,000.00 |
| 10-Sep-21 | From George Garcia | $ 25,000.00 | NRD |

| Date | Description | Amount | Note | Amount 2 |
|---|---|---|---|---|
| 10-Sep-21 | TO SAM | | $ | 5,000.00 |
| 10-Sep-21 | TO SAM | | $ | 1,000.00 |
| 10-Sep-21 | To Bil Koehler | | $ | 2,000.00 |
| 10-Sep-21 | From Ryan Morrow | $ 25,000.00 | NRD | |
| 13-Sep-21 | TO MSA | | $ | 12,000.00 |
| 13-Sep-21 | TO SAM | | $ | 3,444.00 |
| 13-Sep-21 | TO SAM | | $ | 7,000.00 |
| 30-Sep-21 | TO SAM | | $ | 2,502.00 |
| 30-Sep-21 | From Steve Rosen | $ 25,000.00 | NRD | |
| 30-Sep-21 | TO MSA | | $ | 13,000.00 |
| 30-Sep-21 | TO SAM | | $ | 4,250.00 |
| 30-Sep-21 | TO SAM | | $ | 3,800.00 |
| 1-Oct-21 | TO SAM | | | $1,900.00 |
| 1-Oct-21 | Bill Koehler | | | $1,000.00 |
| 1-Oct-21 | From Globe Componet Products | $ 25,000.00 | NRD | |
| 30-Sep-21 | TO MSA | | $ | 5,000.00 |
| 1-Oct-21 | TO MSA | | $ | 13,000.00 |
| 1-Oct-21 | TO SAM | | | $4,750.00 |
| 2-Oct-21 | From Scottie McDonald - Edgew | $ 25,000.00 | NRD | |
| 30-Sep-21 | TO MSA | | $ | 6,895.00 |
| 1-Oct-21 | TO MSA | | $ | 13,000.00 |
| 4-Oct-21 | TO SAM | | $ | 4,752.00 |
| 4-Oct-21 | | | | |
| 4-Oct-21 | TO SAM | | $ | 3,817.00 |
| 4-Oct-21 | TO SAM | | $ | 5,003.00 |
| 5-Oct-21 | TO SAM | | $ | 3,803.00 |
| 5-Oct-21 | TO SAM | | $ | 1,827.00 |
| 6-Oct-21 | TO SAM | | $ | 12,810.00 |
| 6-Oct-21 | TO SAM | | $ | 707.00 |
| 7-Oct-21 | TO SAM | | $ | 2,700.00 |
| 8-Oct-21 | TO SAM | | $ | 1,300.00 |
| 11-Oct-21 | TO SAM | | $ | 3,602.00 |

| Date | Description | Credit | Debit |
|---|---|---:|---:|
| 15-Oct-21 | Manhattan Group | $ 25,000.00 | |
| 21-Oct-21 | TO MSA | | $ 13,000.00 |
| 20-Oct-21 | FROM SAM deal with Keech | $ 4,000.00 | |
| 20-Oct-21 | TO MSA | | $ 4,000.00 |
| 15-Oct-21 | TO SAM | | $ 1,818.18 |
| 21-Oct-21 | TO SAM | | $ 1,800.00 |
| 21-Oct-21 | TO MSA | | $ 8,400.00 |
| 21-Oct-21 | TO SAM | | $ 1,118.18 |
| 22-Oct-21 | TO SAM | | $ 1,800.00 |
| 26-Oct-21 | TO SAM | | $ 2,718.18 |
| 27-Oct-21 | TO SAM | | $ 1,336.18 |
| 1-Nov-21 | TO SAM | | $ 2,818.36 |
| 3-Nov-21 | TO SAM | | $ 3,618.18 |
| 8-Nov-21 | TO SAM | | $ 2,218.36 |
| 11-Nov-21 | TO SAM | | $ 3,636.36 |
| 12-Nov-21 | TO SAM | | $ 2,518.18 |
| 15-Nov-21 | TO SAM | | $ 3,188.18 |
| 16-Nov-21 | TO SAM | | $ 2,136.18 |
| 18-Nov-21 | TO SAM | | $ 2,136.18 |
| 18-Nov-21 | TO SAM | | $ 1,218.36 |
| 18-Nov-21 | From Mike Foley | $ 52,000.00 | |
| 19-Nov-21 | TO MSA | | $ 12,500.00 |
| 19-Nov-21 | Vapor Diamond Labs Inc | | $ 20,000.00 |
| 18-Nov-21 | TO SAM | | $ 5,999.18 |
| 19-Nov-21 | TO SAM | | $ 1,100.36 |
| 19-Nov-21 | TO SAM | | $ 4,350.18 |
| 22-Nov-21 | TO SAM | | $ 1,100.36 |
| 20-Nov-21 | TO SAM | | $ 2,870.36 |
| 21-Nov-21 | TO SAM | | $ 2,378.36 |
| 21-Nov-21 | TO SAM | | $ 5,000.18 |
| 22-Nov-21 | TO SAM | | $ 2,100.18 |
| 23-Nov-21 | TO SAM | | $ 2,118.36 |
| 29-Nov-21 | From Danny Hauck | $ 25,000.00 | |
| 29-Nov-21 | TO MSA | | $ 13,000.00 |
| 29-Nov-21 | TO MSA | | $ 2,000.00 |
| 29-Nov-21 | TO SAM | | $ 3,100.18 |
| 29-Nov-21 | TO SAM | | $ 6,900.18 |
| 30-Nov-21 | TO SAM | | $ 3,200.36 |
| 1-Dec-21 | TO SAM | | $ 1,999.18 |
| 2-Dec-21 | TO SAM | | $ 1,200.36 |
| 6-Dec-21 | From Mike Foley | $ 25,000.00 | |
| 3-Dec-21 | TO SAM | | $ 2,000.18 |
| 3-Dec-21 | TO SAM | | $ 2,518.36 |
| 6-Dec-21 | TO SAM | | $ 5,818.36 |
| 5-Dec-21 | TO SAM | | $ 1,818.18 |

| Date | Description | Deposit | Withdrawal |
|---|---|---|---|
| 7-Dec-21 | TO SAM | | $ 2,000.18 |
| 8-Dec-21 | TO SAM | | $ 3,018.18 |
| 9-Dec-21 | From World Pharma- Cortese | $ 25,000.00 | |
| 9-Dec-21 | TO SAM | | $ 2,900.18 |
| 9-Dec-21 | TO SAM | | $ 1,700.18 |
| 9-Dec-21 | TO SAM | | $ 6,518.18 |
| 9-Dec-21 | Vapor Diamond Labs Inc | | $ 4,500.00 |
| 9-Dec-21 | TO SAM | | $ 4,518.18 |
| | refund Paypal | $ 4,369.00 | |
| 10-Dec-21 | TO SAM | | $ 2,490.18 |
| 10-Dec-21 | TO SAM | | $ 1,818.18 |
| 12-Dec-21 | TO SAM | | $ 3,181.36 |
| 12-Dec-21 | TO SAM | | $ 2,900.36 |
| 13-Dec-21 | WORLD Pharma Alpha Micro Co | $ 25,000.00 | |
| 13-Dec-21 | TO SAM | | $ 9,700.18 |
| 13-Dec-21 | TO SAM | | $ 2,800.36 |
| 13-Dec-21 | TO SAM | | $ 998.36 |
| 14-Dec-21 | DEPOSIT Biozola | $ 25,000.00 | |
| 14-Dec-21 | TO SAM | | $ 1,500.36 |
| 14-Dec-21 | TO SAM | | $ 9,500.36 |
| 14-Dec-21 | TO SAM | | $ 1,300.18 |
| 15-Dec-21 | DEPOSIT Constellation | $ 25,000.00 | |
| 15-Dec-21 | To SAM | | $ 1,800.00 |
| 15-Dec-21 | To SAM | | $ 1,300.18 |
| 15-Dec-21 | To SAM | | $ 2,200.00 |
| 15-Dec-21 | To SAM | | $ 9,418.18 |
| 16-Dec-21 | To SAM | | $ 2,100.18 |
| 17-Dec-21 | To SAM | | $ 1,800.00 |
| 17-Dec-21 | To SAM | | $ 3,200.54 |
| 20-Dec-21 | To SAM | | $ 3,600.36 |
| 20-Dec-21 | DEPOSIT | $ 25,000.00 | |
| 20-Dec-21 | TO SAM | | $ 11,500.00 |
| 20-Dec-21 | TO SAM | | $ 1,318.00 |
| 26-Dec-21 | TO SAM | | $ 4,300.18 |
| 27-Dec-21 | TO SAM | | $ 1,800.18 |
| 28-Dec-21 | TO SAM | | $ 1,300.36 |
| 28-Dec-21 | TO SAM | | $ 1,500.18 |
| 3-Jan-22 | TO SAM | | $ 1,600.18 |
| 5-Jan-22 | TO SAM | | $ 2,500.36 |
| 5-Jan-22 | TO SAM | | $ 1,500.54 |
| 6-Jan-22 | TO SAM | | $ 2,500.00 |
| 10-Jan-22 | TO SAM | | $ 3,600.00 |
| 10-Jan-22 | TO SAM | | $ 2,700.18 |

| Date | Description | Deposit | Amount |
|---|---|---|---|
| 12-Jan-22 | DEPOSIT Gary Black | $ 79,149.00 | |
| 12-Jan-22 | | | |
| 12-Jan-22 | TO SAM | | $ 9,518.18 |
| 12-Jan-22 | TO SAM | | $ 1,300.36 |
| 12-Jan-22 | | | |
| 13-Jan-22 | DEPOSIT SHANTRELL ABN | $ 90,000.00 | |
| 13-Jan-22 | DEPOSIT AVRIO | $ 98,280.00 | |
| 13-Jan-22 | TO SAM | | $ 1,600.54 |
| 13-Jan-22 | TO SAM | | $ 6,300.18 |
| 13-Jan-22 | TO SAM | | $ 5,900.36 |
| 13-Jan-22 | TO SAM | | $ 3,036.36 |
| 14-Jan-22 | TO SAM | | $ 1,018.00 |
| 14-Jan-22 | TO SAM | | $ 2,700.54 |
| 15-Jan-22 | TO SAM | | $ 2,500.18 |
| 17-Jan-22 | TO SAM | | $ 1,800.36 |
| 18-Jan-22 | To REFUND Gary Black Refund | | $ 60,000.00 |
| 19-Jan-22 | DEPOSIT VRC Medical | $2,268,000.00 | |
| 19-Jan-22 | DEPOSIT Hand Safety | $ 130,000.00 | |
| 19-Jan-22 | TO SAM | | $ 2,500.36 |
| 19-Jan-22 | TO SAM $9500 | | $ 9,500.00 |
| 19-Jan-22 | TO SAM | | $ 4,800.36 |
| 20-Jan-22 | TO SAM | | $ 25,000.00 |
| 20-Jan-22 | TO SAM | | $ 20,000.00 |
| 20-Jan-22 | TO REFUND SHANTRELL ABN | | $ 90,000.00 |
| 20-Jan-22 | TO SAM | | $ 5,500.00 |
| 21-Jan-22 | DEPOSIT Safety House Scully | $1,965,600.00 | |
| 20-Jan-22 | DEPOSIT VRC Medical | $ 181,440.00 | |
| 24-Jan-22 | DEPOSIT Sam | $ 10,000.00 | |
| 24-Jan-22 | TO REFUND AVRIO | | $ 98,280.00 |
| 26-Jan-22 | TO SAM | | $ 6,300.18 |
| 28-Jan-22 | TO REFUND Hand Safety | | $ 130,000.00 |
| 1-Feb-22 | To ASOLAR Gary Weiss | | $ 219,240.00 |
| 4-Feb-22 | To Sam Mediation FEE Daniel | | $ 1,550.00 |
| 4-Feb-22 | To ASOLAR Gary Weiss | | $ 1,911,960.00 |
| 9-Feb-22 | To Refund ID Clean Mike Foley | | $ 77,000.00 |
| 9-Feb-22 | To Refund Sr Life LLC | | |
| 10-Feb-22 | To REFUND Daniel Ross Sears, Esq | | $ 170,000.00 |
| 15-Feb-22 | To ASOLAR Gary Weiss | | $ 250,000.00 |
| 25-Feb-22 | To ASOLAR Gary Weiss | | $ 190,000.00 |
| 11-Mar-22 | TO REFUND George Gianforcaro | | $ 41,500.00 |
| 16-Mar-22 | TO SAM | | $ 204,120.00 |

| Date | Description | Deposit | Amount |
|---|---|---|---|
| 17-Mar-22 | To Charles Mansour for Keith | | $ 1,000.00 |
| 17-Mar-22 | To Keith Bauer | | $1,500.00 |
| 21-Mar-22 | TO SAM | | $ 185,000.00 |
| 22-Mar-22 | TO SAM | | $ 140,000.00 |
| 22-Mar-22 | TO SAM | | $ 69,500.00 |
| 22-Mar-22 | To Keith Bauer | | $ 1,500.00 |
| 23-Feb-22 | TO SAM | | $ 69,100.18 |
| 23-Mar-22 | TO SAM | | $ 68,972.36 |
| 24-Mar-22 | TO SAM | | $ 72,500.36 |
| 25-Mar-22 | TO SAM | | $ 10,000.00 |
| 25-Mar-22 | TO SAM | | $ 56,700.36 |
| 28-Mar-22 | TO SAM | | $ 71,018.00 |
| 31-Mar-22 | To Global Picklener REFUND | | $ 25,000.00 |
| 1-Apr-22 | To Global Picklener REFUND | | $450 |
| 1-Apr-22 | TO SAM | | $ 5,818.39 |
| 4-Apr-22 | TO SAM | | $ 78,036.00 |
| 5-Apr-22 | TO SAM | | $ 52,018.18 |
| 5-Apr-22 | TO SAM | | $ 41,518.00 |
| 7-Apr-22 | DEPOSIT | $ 7,000.00 | |
| 7-Apr-22 | TO SAM | | $ 26,000.36 |
| 14-Apr-22 | TO SAM | | $ 5,000.18 |
| 18-Apr-22 | To BLAKE CORLEY Refund | | $ 27,355.00 |
| 19-Apr-22 | TO SAM | | $ 6,718.18 |
| 26-Apr-22 | TO SAM | | $ 5,936.36 |
| 31-May-22 | TO SAM | | $ 65,000.18 |
| 25-Jun-22 | to sam | | $ 10,000.00 |
| 11-Aug-22 | To Peckar Abramson | | $ 11,000.00 |
| | **SUBTOTAL** | **$5,533,828.00** | **$ 5,573,174.71** |