**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC., d/b/a THESAFETYHOUSE.COM : : : : | |
| **Plaintiff,** : : | **CIVIL ACTION**<br><br>**No. 2022-cv-00688 (JMY)** |
| v. : | |
| MANFRED STERNBERG, ESQUIRE, : and MANFRED STERNBERG & : ASSOCIATES, PC, and CHARLTON : HOLDINGS GROUP, LLC, and : SAMUEL GROSS a/k/a SHLOMO : GROSS, and GARY WEISS, : and ASOLARDIAMOND, LLC a/k/a, : ASOLAR. LLC, and DAPHNA : ZEKARIA, ESQUIRE, and SOKOLSKI : & ZEKARIA, P.C. : : | |
| **Defendants.** : | |

**ORDER GRANTING PLAINTIFF'S MOTION TO BAR EXPERT REPORTS**
**AND EXPERT TESTIMONY**

AND NOW, this _____ day of _____2024, upon consideration of plaintiff's the Motion filed by plaintiff American Environmental Enterprises, Inc., d/b/a THE SAFEEYHOUSE.COM ("Plaintiff"), to bar the untimely expert reports and expert testimony of defendants, Manfred Sternberg, Esquire, and Manfred Sternberg & Associates, PC (collectively the "Sternberg Defendants"), pursuant to Rule 37(c) of the Federal Rules of Civil Procedure; and upon further consideration of any response in opposition to the Motion, and for good cause shown therefor; it is **ORDERED** as follows:

1. Plaintiff's Motion to bar the experts of the Sternberg Defendants is **GRANTED**.

2. The Angstreich Report and the Lesovitz Report are barred form use in this case.

1

3.      Steven Angstreich and Jospeh Lesovitz are excluded from testifying at trial.

BY THE COURT:

_____

John M. Younge,       U.S.D.J.