**Exhibit Index for**

**Motion for Summary Judgment of Defendants**

**Manfred Sternberg, Esquire and Sternberg & Associates, P.C.**

A. First Amended Complaint
B. Sale and Purchase Agreement
C. Wire Documents, 1/21/2022
D. Bill of Sale Email, 2/8/2022
E. Shipping Emails, 2/15/2022
F. Refund Demand Email, 2/16/2022
G. Sternberg Answer, 8/23/2023
H. AGC Decision *In Re: Zekaria,* 2/18/2024
I. Sternberg Deposition Transcript, 2/7/2024

   I-1. Exhibits to Sternberg Deposition

J. Weiss Deposition Transcript 1, 2/16/2024
K. Weiss Deposition Transcript 2, 7/16/2024

   K-1. Exhibits to Weiss Depositions

L. Scully Deposition Transcript, 7/23/2024
M. Zekaria Deposition Transcript, 4/2/2024
N. Sternberg Letter disclosing expert reports, 8/16/2024
O. Angstreich Report, 8/16/2024
P. Lesovitz Report, 8/16/2024
Q. CHG-Sternberg Fee Agreement
R. Plaintiff 9-29-22 Reply to Sternberg Interrogatories
S. Plaintiff 9-29-22 Reply to Sternberg Request for Production
T. Plaintiff 4-22-24 Reply to Sternberg Interrogatories
U. Plaintiff 4-22-24 Reply to Sternberg Request for Production