

Joseph Ross | Associate
Direct 609-986-1370 | jross@goldbergsegalla.com

October 1, 2024

**Via ECF & Hand Delivery**
The Honorable John Milton Younge
15613 U.S. Courthouse
Courtroom 15-B
601 Market Street
Philadelphia, PA 19106

Re: *American Environmental Enterprises, Inc. v. Sternberg, et al.*
U.S.D.C. Eastern District No.: 2-22-cv-00688-JMY

Dear Judge Younge:

This office represents the "Sternberg Defendants." Per Your Honor's Policies and Procedures, I have enclosed two courtesy copies of my clients' Motion for Summary Judgment (ECF198), with accompanying materials.

The applicable case management deadlines mandate that the parties file dispositive motions by September 30, yesterday. We timely e-filed the enclosed last night but encountered an unexpected and unprecedented technical issue presumably due to the size of the exhibits. Specifically, upon effectuating the filing, I received an error code that one of the exhibit files accompanying the motion "is malformed or contains code which may cause an external action (such as launching an application)." Upon identifying and correcting this novel issue, the clock passed midnight and, as such, the motion bears a timestamp of 12:08 AM.

With reference to Local Rule 5.1.2 para. 14, this office promptly notified the Clerk of the technical delay by telephone, and I have since followed up by email with further explanation along with a screen shot of the issue I encountered. We understand that the Clerk has provided Your Honor with a copy of that transmission.

We do not anticipate an issue given the circumstances, and the technical eight-minute delay, but welcome the opportunity to provide further information to Your Honor if requested and helpful. Thank you for Your Honor's attention to this matter and to my clients' pending motion for summary judgment.

Please send mail to our scanning center at: PO Box 360, Buffalo NY 14201

**OFFICE LOCATION** 1700 Market Street, Suite 1418, Philadelphia, PA 19103-3907 | **PHONE** 267-519-6800 | **FAX** 267-519-6801 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA

The Honorable John Milton Younge
October 1, 2024
Page 2

                                          Respectfully submitted,

                                          **GOLDBERG SEGALLA**
                                          */s/ Joseph Ross*
                                          Joseph Ross

cc:    Gary Lightman, Esquire
       Daphna Zekaria, Esquire
       Samuel Gross
       Gary Weiss
       Seth L. Laver, Esquire

IMANAGE\8925\0007\42642172.v1-10/1/24