# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM**<br><br>v.<br><br>**MANFRED STERNBERG, et al.** | :<br>:   Case No. 22-cv-688-JMY<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, on this 21st day of October, 2024, upon consideration of Plaintiffs' Motion to Compel Documents and Deposition from Sternberg Defendants and to Permit De Bene Ease Depositions (ECF No. 183) it is hereby **ORDERED** that oral argument shall be held on Plaintiffs' Motion in Courtroom 15-B, James A. **Byrne United States Courthouse 601 Market Street, Philadelphia, Pennsylvania 19106 on Thursday, November 14, 2024 at 11:30 A.M.**

IT IS SO ORDERED.

BY THE COURT:

*/s/ John Milton Younge*

**Judge John Milton Younge**