# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM | : : : : | |
| v. | : : | Case No. 22-cv-688-JMY |
| MANFRED STERNBERG, *et al*. | : | |

## **ORDER**

AND NOW, this 23rd day October 2024 upon consideration of the Letter filed by American Environmental Enterprises Inc., (ECF No. 205) and the Court's previous Order stating Oral Argument will be held on Plaintiffs' Motion to Compel Documents and Deposition from Sternberg Defendants (ECF No. 204), it is hereby **ORDERED** that Plaintiff's Rule 36(a)(6) Motion to Determine Plaintiff's Requests for Admission Served on Sternberg Defendants as Deemed Admitted, (ECF No. 184) shall also be **SCHEDULED** at the same hearing before the Honorable John Milton Younge on **Thursday, on November 14th, 2024 at 11:30 A.M.** in the James A. Byrne, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 in Courtroom 15B, 15th floor.

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge