## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **American Environmental Enterprises, Inc. d/b/a THESAFETYHOUSE.COM** | : : : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 2022-CV-00688 |
| **Manfred Sternberg, Esquire; Manfred Sternberg & Associates, PC; Charlton Holdings Group, LLC; Samuel Gross; Gary Weiss; A. Solar, LLC; Daphna Zekaria, Esq.; Sokolski & Zekaria, PC,** | : : : : : : | (JMY) |
| *Defendants* | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Plaintiff's Motion for Summary Judgment, and the opposition of Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC (the "Sternberg Defendants"), and for good cause shown, it is hereby **ORDERED** and **DECREED** that the Motion is **DENIED** as to the Stenberg Defendants.

**IT IS FURTHER ORDERED,** that all claims asserted by Plaintiff against the Sternberg Defendants are **DISMISSED WITH PREJUDICE.**

**BY THE COURT**

_____
                                                              , J.

IMANAGE\8925\0007\43080049.v2-10/30/24