# EXHIBIT "P-42"

**From:** Cjcsvpllc cjcsvpllc@gmail.com 
**Subject:** Fwd: PDF Signed SPA and wire transfer receipt from from Dan Scully
**Date:** February 8, 2022 at 4:41 PM
**To:** Dan Scully dans@thesafetyhouse.com

Correction


Begin forwarded message:


**From:** Manfred <manfred@msternberg.com>
**Date:** Feb 8, 2022 at 4:33 PM
**To:** Cjcsvpllc <cjcsvpllc@gmail.com>
**Cc:** sam gross <charltonholdinggroupllc@aol.com>
**Subject: Re: PDF Signed SPA and wire transfer receipt from from Dan Scully**

been corrected, same broker, 2 Safety company, my mistake, been corrected

*Manfred Sternberg*

**Manfred Sternberg & Assoc. PC**
**Attorneys at Law**
1700 Post Oak Boulevard
2 BLVD Place, Suite 600
Houston, Texas 77056

☎Ph: 713-622-4300
🖨Fax: 713-622-9899
✉ Email: manfred@manfredlaw.com



**From:** Cjcsvpllc <cjcsvpllc@gmail.com>
~~Date: Tuesday, February 8, 2022 at 3:21 PM~~

**Date:** Tuesday, February 8, 2022 at 3:21 PM
**To:** Manfred Sternberg <Manfred@msternberg.com>, Manfred Sternberg <Manfred@msternberg.com>
**Cc:** sam gross <charltonholdinggroupllc@aol.com>
**Subject:** Fwd: PDF Signed SPA and wire transfer receipt from from Dan Scully

Manfred:

Apparently the Bill if Sale is made out to the wrong company.

Can you please correct and resend?

Thank you


Begin forwarded message:


**From:** Dan Scully <dans@thesafetyhouse.com>
**Date:** Feb 8, 2022 at 4:18 PM
**To:** Cjcsvpllc <cjcsvpllc@gmail.com>
**Subject: RE: PDF Signed SPA and wire transfer receipt from from Dan Scully**

This is wrong I am the buyer,  TheSafetyHouse.com , Hand Safety. 151200 units

Dan Scully
TheSafetyHouse.com

**From:** Cjcsvpllc <cjcsvpllc@gmail.com>
**Sent:** Tuesday, February 8, 2022 4:14 PM
**To:** Dan Scully <dans@thesafetyhouse.com>
**Subject:** Fwd: PDF Signed SPA and wire transfer receipt from from Dan Scully

Here is the email .

He sent it to Dick Gray


Begin forwarded message:


**From:** Manfred <manfred@msternberg.com>
**Date:** Feb 8, 2022 at 3:50 PM
**To:** Dick Gray <dickgray1951@aol.com>

**To:** Dick Gray <dickgray1951@aol.com>
**Cc:** Sam Gross <samrosinc@icloud.com>, Chris Cortese <cjcsvpllc@gmail.com>
**Subject: Re: PDF Signed SPA and wire transfer receipt from from Dan Scully**

Hi Dick,   Please see attached executed Bill of Sale for Hand Safety's product that is in route for delivery as previously directed.


*Manfred Sternberg*

**Manfred Sternberg & Assoc. PC**
**Attorneys at Law**
1700 Post Oak Boulevard
2 BLVD Place, Suite 600
Houston, Texas 77056

☎Ph: 713-622-4300
🖹Fax: 713-622-9899
✉ Email: manfred@manfredlaw.com



---

**From:** Dick Gray <dickgray1951@aol.com>
**Date:** Friday, January 21, 2022 at 3:03 PM
**To:** Manfred Sternberg <Manfred@msternberg.com>
**Cc:** Sam Gross <Samrosinc@icloud.com>, Chris Cortese <cjcsvpllc@gmail.com>
**Subject:** PDF Signed SPA and wire transfer receipt from from Dan Scully

Manfred,

Attached is the signed SPA from Dan Scully for 151,200 kits - iHealth

Would you please get the SPA signed by Sam or Chris for DBA The Safety House American Environmental Enterprises.?

The wire has been sent for $1,965,600. Wire copy attached.

Thanks,



Dick Gray
1409 Post Oak Blvd
Suite 1002
Houston, TX 77056
Cell l 832.881.2690
dickgray1951@aol.com

The information contained in this e-mail message is confidential information intended only for the use of the recipient(s) named above. In addition, this communication may be legally privileged. If the reader of this e-mail is not an intended recipient, you have received this e-mail in error, and any review, dissemination, distribution, or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by return e-mail and permanently delete the copy you received.

While all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening, or use of this message and any attachments will not adversely affect its systems or data. No responsibility is accepted by the company in this regard and the recipient should carry out such virus and other checks as it considers appropriate.