# EXHIBIT "P-43"

**From:** Gary Lightman <garylightman@lightmanlaw.com>
**Date:** Sunday, March 20, 2022 at 10:37 AM
**To:** Manfred Sternberg <Manfred@msternberg.com>, Samuel Gross <charltonHoldingGroupLLC@aol.com>
**Cc:** Lyle Stamps <Lyle.stamps@gmail.com>, Dan Scully <dans@thesafetyhouse.com>, "K. DiTomaso" <kditomaso@lightmanlaw.com>, GARY LIGHTMAN <ltag8r@me.com>

**Subject:** Fwd: TheSafetyHouse.com v. Manfred Sternberg & Associates, and Manfred Sternberg, Esquire, and Sam Gross, and Charlton Holding Group, LLC -- Docket No. 2022-[NOT YET FILED]

Manfred,

Too little, too late

The BOL was supposed to be sent to our client *back in January, before* you released any of the $1,965,600 from escrow.

Please refer to my email to you of yesterday.

Give my client back the $1,965,600 that you stole from him.

thx
Gary Lightman
cell 215-760-3000

cc: Sam "Shlomo" Gross
client

> Begin forwarded message:
>
> **From:** Manfred <Manfred@msternberg.com>
> **Subject: Re:** TheSafetyHouse.com v. Manfred Sternberg & Associates, and Manfred Sternberg, Esquire, and Sam Gross, and Charlton Holding Group, LLC -- Docket No. 2022-[NOT YET FILED]
> **Date:** March 20, 2022 at 7:49:00 AM EDT
> **To:** "Wl. Stamps" <wlstamps@lightmanlaw.com>, Gary Lightman <garylightman@lightmanlaw.com>
> **Cc:** "G. Manochi" <gmanochi@lightmanlaw.com>, "K. DiTomaso" <kditomaso@lightmanlaw.com>, GARY LIGHTMAN <ltag8r@me.com>
>
> See BOL attached as requested.
>
> *Manfred Sternberg*
>
> **Manfred Sternberg & Assoc. PC**
> **Attorneys at Law**

☎Ph: 713-622-4500
📠Fax: 713-622-9899
✉ Email: manfred@manfredlaw.com





