# EXHIBIT "P-44"

PAGE _2_ OF _2_

# Bill of Lading 44780204

The Terms and Conditions applicable to this Bill of Lading are contained in the User Agreement available at www.uShip.com and are incorporated herein.

| SHIPS FROM | ☐ FOB |
|---|---|
| ORANGE COURIER, (714) <br> La Mirada, CA 90638 | |

| PICKUP TIMEFRAME |
|---|
| 11:00 AM - 4:00 PM |

| SHIPS TO | ☐ FOB |
|---|---|
| Safety House, <br> (516) 232-5933 <br> Receiving Department <br> 99 Alden Avenue <br> Glen Mills, PA 19342 | |

| THIRD PARTY FREIGHT BILLS TO | [X] 3RD PARTY  ☐ PREPAID |
|---|---|
| USHIPINC <br> 205 E. Riverside Drive <br> Austin, TX 78704 | |

| PICKUP INSTRUCTIONS |
|---|
| |

| CARRIER NAME & SERVICE LEVEL |
|---|
| YRC Freight   Guaranteed By 5PM |

| QUOTE NO. | PICKUP DATE |
|---|---|
| 72622546 | 3/22/2022 |

| SCAC | CARRIER PHONE NO. |
|---|---|
| RDWY | (800) 610-6500 |

| PICKUP SERVICES | DELIVERY SERVICES |
|---|---|
| | |

| DELIVERY INSTRUCTIONS |
|---|
| |

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NO. | # PKGS | WEIGHT | CUSTOMER ORDER NO. | # PKGS | WEIGHT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| GRAND TOTAL | | | | # PKGS | TOTAL WEIGHT |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | H.M. (X) | COMMODITY DESCRIPTION | WEIGHT (SUBJ. TO CORRECTION) | FREIGHT CLASS | NMFC# | DIMENSIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | | LENGTH | WIDTH | HEIGHT |
| 2 | Pallets | | | | Test Kits | 1932 | | | 47 | 42 | 81 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| QTY 2 | | QTY | | | GRAND TOTAL | TOTAL WEIGHT 1932 | DENS. CLASS 100 | | TOTAL CUBE 185 | | PCF 10.46 |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to not be exceeding_____ per _____. " (May result in additional charges)

**DENSITY BASED**

Received, subject and subordinate to the following limitations: the rates and/or terms agreed to by the parties outside of this bill of lading, tariffs in effect on the date of issue of the bill of lading, classifications and rules that have been established by the carrier and are available to the shipper, on request; all applicable state and federal regulations.

The parties agree that uShip is only providing a platform for the parties to independently arrange for and/or deliver freight without the solicitation or advice of uShip. The parties further agree that uShip is not a motor carrier, shipper, or freight broker under 49 U.S.C. 13102, is not their agent and has no control over performance hereunder, is not involved in a joint venture relationship with the parties. The parties agree that uShip will be fully indemnified and held harmless for all fees, expenses, and costs incurred by uShip arising from or related to the fault, negligence or misconduct of the parties.

| SHIPPER SIGNATURE / DATE | TRAILER LOADED | FREIGHT COUNTED | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ BY SHIPPER <br> ☐ BY DRIVER | ☐ BY SHIPPER <br> ☐ BY DRIVER/ PALLETS SAID TO CONTAIN <br> ☐ BY DRIVER/ PIECES | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except noted. |
| SIGNATURE          DATE | | | SIGNATURE          DATE |

660491311   BOL#: 44780204

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

Need uShip Assistance? Call 1-888-579-1240


**koho** — AN EXPEDITORS COMPANY

# Shipping Order
Quote #: 1171284121

| | |
|---|---|
| **BOL #** | LT03220096701 |
| **CARRIER** | FedEx Freight Priority — Standard Rate |
| **SCAC** | FXFE |
| **PICKUP #** | 20220321ANH213828 |
| **DISPATCH #** | 90339884483921 |

**RESERVED FOR CARRIER PRO#**
**4905626224**

**PICKUP MAR 21, 2022**
Available hours 09:00 - 16:00

La mirada, California 90638
+1714

No accessorials needed

Additional accessorials by pre-approval only.
Call 888-990-5646 or email ops@gokoho.com

**REF/PO#** --
**Notes** --

**DELIVERY TO**
Available hours 09:00 - 16:00

99 Alden Avenue
General mills, Pennsylvania 19342

**RECEIVING** +15162325933

No accessorials needed

Additional accessorials by pre-approval only.
Call 888-990-5646 or email ops@gokoho.com

**REF/PO#** --
**Notes** --

**BILL TO**  KOHO / EXPEDITORS INTERNATIONAL    888-990-KOHO
225 SW Broadway #600 / Portland, OR 97205

| QTY | TYPE | ITEM DESCRIPTION | STACK | NMFC | CLASS | WEIGHT |
|---|---|---|---|---|---|---|
| 1 | Pallets 4way | Test Kits / 47 x 42 x 81 in / 84 Units | | | 92.5 | 966.0 lb |

| | | |
|---|---|---|
| 1 | TOTAL UNITS | |
| | TOTAL WEIGHT | 966.0 lb |

**Orange Courier**
SIGNATURE    DATE

**FedEx Freight Priority**
SIGNATURE    DATE    UNITS RECEIVED

Notice: Freight moving under this Bill of Lading is subject to classifications and tariffs established by the carrier and are available to shipper upon request. This notice supersedes any claimed oral or written contract, promise, representation, or understanding between parties, except to the extent of any written contract signed by both parties to the contract. Carrier certifies only ARB-compliant equipment will be dispatched on California highways or railways. I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled, and are in all respects in proper condition for transport according to applicable international and national government regulations. Any unauthorized alteration or use of this Bill of Lading or the tendering of this shipment to any carrier other than that designated by company, may VOID company's obligations to make any payments relating to this shipment and VOID all rate quotes. All shippers, consignors, or consignees are jointly and severally liable for the freight charges relating to this shipment. This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SOC # LT03220096701                                       Version 2


AN EXPEDITORS COMPANY

# Shipping Order
Quote #: 1171284121

| BOL # | LT03220096701 |
|---|---|
| CARRIER | FedEx Freight Priority / Standard Rate |
| SCAC | FXFE |
| PICKUP # | 20220321ANH213828 |
| DISPATCH # | 90339884483921 |

RESERVED FOR CARRIER PRO#
**4905626224**

**PICKUP MAR 22, 2022**
Available hours 09:00 - 16:00

La mirada, California
90638

+1714

No accessorials needed

Additional accessorials by pre-approval only.
Call 888-990-5646 or email ops@gokoho.com

REF/PO#   --
Notes     --

**DELIVERY TO**
Available hours 09:00 - 16:00

**SAFETY H**
99 Alden Avenue
General mills, Pennsylvania 19342

RECEIVING   +15162325933

No accessorials needed

Additional accessorials by pre-approval only.
Call 888-990-5646 or email ops@gokoho.com

REF/PO#   --
Notes     --

**BILL TO**   KOHO / EXPEDITORS INTERNATIONAL   888-990-KOHO
225 SW Broadway #600 / Portland, OR 97205

| QTY | TYPE | ITEM DESCRIPTION | STACK | NMFC | CLASS | WEIGHT |
|---|---|---|---|---|---|---|
| 1 | Pallets 4way | Test Kits / 47 x 42 x 81 in / 84 Units | | | 92.5 | 966.0 lb |
| 1 | TOTAL UNITS | | | | TOTAL WEIGHT | 966.0 lb |

**Orange Courier**
SIGNATURE              DATE

**FedEx Freight Priority**
SIGNATURE              DATE              UNITS RECEIVED

Notice: Freight moving under this Bill of Lading is subject to classifications and tariffs established by the carrier and are available to shipper upon request. This notice supersedes any claimed oral or written contract, promise, representation, or understanding between parties, except to the extent of any written contract signed by both parties to the contract. Carrier certifies only ARB-compliant equipment will be dispatched on California highways or railways. I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled, and are in all respects in proper condition for transport according to applicable international and national government regulations. Any unauthorized alteration or use of this Bill of Lading or the tendering of this shipment to any carrier other than that designated by company, may VOID company's obligations to make any payments relating to this shipment and VOID all rate quotes. All shippers, consignors, or consignees are jointly and severally liable for the freight charges relating to this shipment. This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SOC # LT03220096701                                                                                               Version 3