# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM, | : : : : : : : | CIVIL ACTION <br><br> NO. 22-688-JMY |
| v. | | |
| MANFRED STERNBERG, *et al.*, | | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this  15th  day of January, 2025, it is **ORDERED** that the Final Pretrial Conference in the above-captioned matter, previously scheduled for January 30, 2025, at 11:00 a.m., is **RESCHEDULED** for **Tuesday, April 1, 2025 at 10:00 a.m.** Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

IT IS SO ORDERED.

BY THE COURT:

 /s/ *John Milton Younge*
**Judge John Milton Younge**