Law Offices

*Lightman & Manochi*

600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462

Gary P. Lightman +
Glenn A. Manochi *

(215) 545-3000
Telecopier (215) 545-3001

New Jersey
(856) 795-9669
Telecopier (856) 795-9339

+ MEMBER PA NJ DC & FL BARS
*MEMBER PA NJ NY & CT BARS

March 14, 2025

The Honorable John M. Younge, Judge
U.S. District Court for the Eastern District of Pennsylvania
Room 15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**VIA ECF FILING and**
**VIA EMAIL**:  Chambers_Younge@paed.uscourts.gov

Re:   American Environmental Enterprises, Inc. d/b/a TheSafetyHouse.Com v. Manfred Sternberg et als
       USDC, ED PA, Civil No. 2022-cv-00688 (JMY)

Dear Judge Younge:

We represent plaintiff American Environmental Enterprises, Inc. d/b/a THE SAFETY HOUSE.COM in the above-referenced case. We join in the request made by Seth Laver, Esquire, counsel for the Sternberg defendants, in his letter to the Court dated March 10, 2025, that the Final Pre-Trial Conference scheduled for April 1, 2025, instead be turned into a case management conference. Daniel Scully, the principal of plaintiff, and our main contact (and witness) in this case, continues to make regular visits to the hospital, and is undergoing daily treatment following the multiple surgeries he had in January, and he continues to need additional time to recover from his health issues. We also concur with counsel for the Sternberg defendants that the Court's disposition of the pending motions [ECF nos. 184, 190, 196, 197, and 198-201]will greatly aid all parties as respects potential pre-trial submissions.

Thank you for Your Honor's consideration.

Respectfully,

/s/ Gary Lightman_____
Gary P. Lightman

GPL:no

*Lightman & Manochi*

The Honorable John M. Younge, Judge
March 14, 2025
Page 2 of 2

cc:	Seth Laver, Esquire (slaver@goldbergsegalla.com)
	Daphna Zekaria, Esquire and Sokolski & Zekaria, PC (Dzandpeanut@aol.com)
	Gary Weiss and ASOLARDIAMOND, LLC (wgary4109@gmail.com and monipair@aol.com )
	Sam Gross and Charlton Holdings Group LLC (charltonholdinggroupllc@aol.com and Scg1212@gmail.com and publicdiamonds@gmail.com and Samrosinc@icloud.com
	client
	(each via email)