# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **American Environmental Enterprises, Inc. d/b/a THESAFETYHOUSE.COM** | |
| *Plaintiff,* | CIVIL ACTION No. 22-cv-688-JMY |
| v. | |
| **Manfred Sternberg, Esquire; Manfred Sternberg & Associates, PC; Charlton Holdings Group, LLC; Samuel Gross; Gary Weiss; A. Solar, LLC; Daphna Zekaria, Esq.; and Sokolski & Zekaria, PC,** | |
| *Defendants,* | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE CLERK:

Kindly enter the appearance of Daniel S. Strick, Esquire as co-counsel on behalf of Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC, in the above-entitled action.

**GOLDBERG SEGALLA LLP**

By: _____
Daniel S. Strick, Esq. (PA ID #88381)
1700 Market Street, Suite 3232
Philadelphia, PA 19103-3907
Telephone: 267-519-6800
dstrick@goldbergsegalla.com
*Attorneys for Defendants Manfred Sternberg, Esq. and Manfred Sternberg & Associates, PC*

Dated: March 18, 2025

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **American Environmental Enterprises, Inc. d/b/a THESAFETYHOUSE.COM**<br><br>*Plaintiff*,<br><br>v.<br><br>**Manfred Sternberg, Esquire; Manfred Sternberg & Associates, PC; Charlton Holdings Group, LLC; Samuel Gross; Gary Weiss; A. Solar, LLC; Daphna Zekaria, Esq.; and Sokolski & Zekaria, PC,**<br><br>*Defendants*, | CIVIL ACTION<br>No. 2022-CV-00688 (JMY) |

I, hereby certify that on this date a true and correct copy of the above Notice of Appearance of Co-Counsel was served on all counsel of record via the Court's electronic filing system.

                                              **GOLDBERG SEGALLA LLP**

                                  By: _____
                                              Daniel S. Strick, Esq. (PA ID #88381)
                                              1700 Market Street, Suite 3232
                                              Philadelphia, PA 19103-3907
                                              Telephone: 267-519-6800
                                              dstrick@goldbergsegalla.com
                                              *Attorneys for Defendants Manfred Sternberg, Esq.*
                                              *and Manfred Sternberg & Associates, PC*

Dated: March 18, 2025