# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN ENVIRONMENTAL ENTERPRISES INC.**, d/b/a THE SAFETYHOUSE.COM : : Case No.   22-cv-688-JMY *Plaintiff* : : v. : : **MANFRED STERNBERG et al.**, : : *Defendant* : | |

## ORDER

**AND NOW**, this 4th day of June, 2025, upon consideration of the Joint Motion to Adjourn Trial (ECF No. 229), it is hereby **ORDERED** that the Jury Trial in the above-captioned matter, scheduled for August 4, 2025 at 9:30 A.M. is **CANCELED** and the Motion is **GRANTED.** This matter may be rescheduled for trial on a later date.

**BY THE COURT:**

/s/ *John Milton Younge*
_____
Judge John Milton Younge