IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., d/b/a THE SAFETYHOUSE.COM, | : : : : : : : : | CIVIL ACTION  No. 22-cv-688 |
| Plaintiff, | | |
| v. | | |
| MANFRED STERNBERG et al *et. al.*, | | |
| Defendants. | | |

# **ORDER**

AND NOW, this 10th day of July 2025, upon consideration of the Order Continuing Trial (ECF No. 231), it is hereby **ORDERED** that the matter is **STAYED** until further notice by both parties. It is **FURTHER ORDERED** that Plaintiff's Counsel should update this Court on the status of the pending matter by filing a Status Report every 60 days after entry of this Order until the stay is lifted.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**