Law Offices

*Lightman & Manochi*

600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462

Gary P. Lightman +
Glenn A. Manochi *

(215) 545-3000
Telecopier (215) 545-3001

New Jersey
(856) 795-9669
Telecopier (856) 795-9339

+ MEMBER PA NJ & FL BARS
*MEMBER PA NJ NY & CT BARS

October 21, 2025

The Honorable John M. Younge, Judge
U.S. District Court for the Eastern District of Pennsylvania
Room 15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**VIA ECF FILING and**
**VIA EMAIL**:  Chambers_Younge@paed.uscourts.gov

   RE: American Environmental Enterprises, Inc. d/b/a TheSafetyHouse.Com v.
      Manfred Sternberg et als
      USDC, ED PA, Civil No. 2022-cv-00688 (JMY)

Dear Judge Younge:

  We represent plaintiff American Environmental Enterprises, Inc. d/b/a THE SAFETY HOUSE.COM in the above-referenced case. On October 16, 2025, Your Honor entered an Order (ECF No. 234) denying without prejudice plaintiff's Motions (ECF Nos. 183, 184, and 197), without prejudice to be refiled when the case is relisted for trial. However, the Motion of the Sternberg defendants (ECF No. 198) was not similarly dismissed. We respectfully request either that Your Honor similarly dismiss the Sternberg Motion, or that the Court reconsider and vacate the 10/16/25 Order (ECF No. 234).

  Thank you for Your Honor's consideration.

                Respectfully,

                /s/ Gary Lightman
                Gary P. Lightman

GPL:no



The Honorable John M. Younge, Judge
October 21, 2025
Page 2 of 2


cc:      Seth Laver, Esquire (VIA EMAIL: slaver@goldbergsegalla.com)
           Daphna Zekaria, Esquire and Sokolski & Zekaria, PC
              (VIA EMAIL: Dzandpeanut@aol.com))
           Gary Weiss and ASOLARDIAMOND, LLC (VIA EMAIL: wgary4109@gmail.com and monipair@aol.com )
           Sam Gross and Charlton Holdings Group LLC
              (VIA EMAIL charltonholdinggroupllc@aol.com and Scg1212@gmail.com and publicdiamonds@gmail.com and Samrosinc@icloud.com
           client
                (each via email)