**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC. D/B/A THESAFETYHOUSE.COM<br><br>Plaintiff(s)<br><br>v.<br><br>MANFRED STERNBERG, ESQUIRE; MANFRED STERNBERG & ASSOCIATES, PC; CHARLTON HOLDING GROUP, LLC; SAMUEL GROSS; GARY WEISS; A. SOLAR, LLC; DAPHNA ZEKARIA, ESQ.; AND SOKOLSKI & ZEKARIA, PC,<br><br>Defendant(s) | NO. 2022-CV-00688 (JMY) |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANTS MANFRED STERNBERG, ESQUIRE AND MANFRED STERNBERG
& ASSOCIATES, PC**

**PLEASE TAKE NOTICE** that undersigned, as counsel of record for Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC (hereinafter "Sternberg Defendants"), will move this Court for an Order granting Goldberg Segalla LLP (hereinafter "Movant") leave to withdraw as counsel to the Sternberg Defendants.

**FURTHER TAKE FURTHER NOTICE** that Movant will rely upon the attached Declaration.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is attached hereto this Motion to Withdraw.

**PLEASE TAKE FURTHER NOTICE** that this matter has not been scheduled for trial.

Date: May 20, 2026

**GOLDBERG SEGALLA LLP**

By: _____

Seth L. Laver, Esq. #94518
1700 Market Street, Suite 3232
Philadelphia, PA 19103-3907
Telephone:  267-519-6800

Withdrawing Attorneys for
Defendants Manfred Sternberg, Esq. and
Manfred Sternberg & Associates, PC

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES, INC. D/B/A THESAFETYHOUSE.COM | NO. 2022-CV-00688 (JMY) |
| Plaintiff(s) | |
| v. | |
| MANFRED STERNBERG, ESQUIRE; MANFRED STERNBERG & ASSOCIATES, PC; CHARLTON HOLDING GROUP, LLC; SAMUEL GROSS; GARY WEISS; A. SOLAR, LLC; DAPHNA ZEKARIA, ESQ.; AND SOKOLSKI & ZEKARIA, PC, | |
| Defendant(s) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS MANFRED
STERNBERG, ESQUIRE AND MANFRED STERNBERG & ASSOCIATES, PC**

**AND NOW,** comes the law firm of Goldberg Segalla LLP, ("Movant") to file this Motion to Withdraw as Counsel for Manfred Sternberg and Manfred Sternberg & Associates, PC ("Sternberg Defendants"), in the above captioned action, and in support thereof, avers as follows:

1.      This action was initiated by the filing of a Complaint.

2.      The pleadings are closed.

3.      By way of an Order dated July 10, 2025, this matter was stated "until further notice by both parties."

4.      Movant has been lead counsel for the Sternberg Defendants for the majority of these proceedings.

5. By way of an Order dated April 8, 2026 in the matter of *National Liability & Fire Insurance Company v. Manfred Sternberg, Esq. et al,* No. 24-01749-JMY, this Court concluded that the Sternberg Defendants were not owed indemnity or a defense by its professional malpractice insurance carrier.

6. As a result, the Sternberg Defendants' professional malpractice insurance carrier disclaimed and denied all coverage under the Sternberg Defendants' policy of insurance.

7. As such, the Sternberg Defendants agreed that Movant would move to withdraw as counsel.

8. Thus, with the consent of the Sternberg Defendants, Movant requests permission to withdraw its appearance, and any of its individual attorneys, on behalf of the Sternberg Defendants in this action pursuant to 5.1(b). Local Rule 5.1 – Appearances.

9. Specifically, "[a]n attorney's appearance may not be withdrawn except by leave of court.." Eastern district Rule 5.1(b).

10. The Sternberg Defendants request no more than 60-days to engage new counsel who will appear on their behalf in these proceedings as they intend to proceed without the representation of Goldberg Segalla LLP.

11. Particularly in light of the stay of these proceedings, Movant's request will have no impact on the pave of the underlying matter.

**WHEREFORE**, Goldberg Segalla LLP, respectfully requests that this Honorable Court grant the Motion to Withdraw as Counsel for Defendants Manfred Sternberg and Manfred Sternberg & Associates, PC.

**GOLDBERG SEGALLA LLP**

By: _____

Seth L. Laver, #94518
1700 Market Street, Suite 3232
Philadelphia, PA 19103-3907
Telephone:  267-519-6800

Date: May 20, 2026

Withdrawing Attorneys for
Defendants Manfred Sternberg, Esq. and
Manfred Sternberg & Associates, PC

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN ENVIRONMENTAL
ENTERPRISES, INC. D/B/A
THESAFETYHOUSE.COM

        Plaintiff(s)

        v.

MANFRED STERNBERG, ESQUIRE;
MANFRED STERNBERG &
ASSOCIATES, PC; CHARLTON
HOLDING GROUP, LLC; SAMUEL
GROSS; GARY WEISS; A. SOLAR, LLC;
DAPHNA ZEKARIA, ESQ.; AND
SOKOLSKI & ZEKARIA, PC,

        Defendant(s)

NO. 2022-CV-00688 (JMY)

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all parties a true and correct copy of Motion of Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC to Withdraw as Counsel in the above captioned matter this date by electronic service.

        GOLDBERG SEGALLA LLP

May 20, 2026

By: */s/Seth L. Laver*
    Seth L. Laver, #94518
    Mailing Address:  PO Box 360, Buffalo NY 14201
    1700 Market Street, Suite 3232
    Philadelphia, PA 19103-3907
    Telephone:  267-519-6800

    Withdrawing Attorneys for
    Defendants Manfred Sternberg, Esq. and
    Manfred Sternberg & Associates, PC

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN ENVIRONMENTAL
ENTERPRISES, INC. D/B/A
THESAFETYHOUSE.COM

        Plaintiff(s)

        v.

MANFRED STERNBERG, ESQUIRE;
MANFRED STERNBERG &
ASSOCIATES, PC; CHARLTON
HOLDING GROUP, LLC; SAMUEL
GROSS; GARY WEISS; A. SOLAR, LLC;
DAPHNA ZEKARIA, ESQ.; AND
SOKOLSKI & ZEKARIA, PC,

        Defendant(s)

NO. 2022-CV-00688 (JMY)

## ORDER

**AND NOW,** this       day of      , 2026, upon consideration of Goldberg Segalla LLP's Motion to Withdraw as Counsel for Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC, and any response thereto, it is hereby ORDERED that Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC's Motion to Withdraw as Counsel is **GRANTED**.

It is further **ORDERED**, that the Sternberg Defendants shall have 60 days to engage new counsel to appear and represent them in these proceedings.

                                      **BY THE COURT:**

                                                  **J.**