**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION**

**No.2022-cv-00688 (JMY)**

**AMERICAN ENVIRONMENTAL ENT**
**D/b/a The safetyhouse.com**
**Plaintiff**
**vs.**
**Manfred Sternberg, Esquire**
**Sam Gross, CHG**
**GARY WEISS. Pro-Se**
**DAFNA ZEKARIA**
**Defendants**

REC'D SEP 01 2026

RE:

# STATUS CONFERENCE ON NOVEMBER 10 2026 AND PLAINTIFF'S INTERPRETATION OF PLAINTIFF'S ORDER # 145 BY THE HONORABLE JUDGE JOHN M. YOUNG

**Dear Judge Young, the plaintiff AMERICAN ENVIROMENTAL ENT. Is asking to alter the order that your honor gave on January 8, 2024, at the last paragraph of your Honor's order # 145, quote " Plaintiff's request for damages will be determined at a damages hearing , to be scheduled at a later date after liability of other defendants has been determined ".**

1. Gary Weiss has never entered into any contract or agreement with Plaintiff.

**2. Gary Weiss was named as third Party defendant by Shlomo Gross, Charlton Holding Group, & Manfred Sternberg, on November 2022, without telling the court, your Honor judge John M. Young, that both Defendants received full refund from Gary Weiss by March 2022, and acknowledged the full refund given. Actually deceiving the court to the true fact of the transaction between Gary Weiss & Charlton Holding group, Sam Gross.**

3. The Payment of $1,960,600.00 that the Safety house made to Charlton Holding group , Sam Gross, through attorney Manfred Sternberg's IOLTA accounts made many days before I , Gary Weiss made a sale to CHG, Sam Gross.

4. Gary Weiss never took part in Soliciting the sale of Covid 19 Test Kits to

Daniel J. Scully, or participating in any Agreement that led to the sale, transaction that was by Chris Cortese & Dick Grey & others.

5. Plaintiff , The Safety House never submitted any Agreement which Gary Weiss is in Violation of, or any Unlawfull conduct towards Daniel J. Scully of the Safety House.

6. The Plaintiff, The Safety House, Daniel J. Scully in his deposition on July 23, 2024, addmitted that he, John J. Scully had the SPA, Sale and Purchase agreement, 2 weeks before he WIRED the money, $196,600.00 for the order of Covid 19 Test kits, ("and read the agreement over 10 times") to Defendant CHG, Sam Gross, and 3 weeks before Gary Weiss entered into the sale of Covid 19 test kits to Defendant CHG Sam Gross.

**Gary Weiss, has no Liability, responsibility to Plaintiff, The Safety House, John J. Scully or his company, and is asking the Court, Judge John M. Young, to deny a Money Judgement against Defendant Gary Weiss. Defendant Gary Weiss did not cause any Damages to Plaintiff The Safety House , Daniel J. Scully.**

Gary Weiss is ready for Hearing or trial in this case.
Thanks
Gary Weiss, Pro-Se

CC, Plaintiff's Lawyer, Gary P. Lightman

Sept 1 · 2026