-1-

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

No.2022-cv-00688 (JMY)

AMERICAN ENVIRONMENTAL ENT
D/b/a The safetyhouse.com
Plaintiff
vs.
Manfred Sternberg, Esquire
Sam Gross, CHG
GARY WEISS. Pro-Se
DAFNA ZEKARIA
Defendants

REC'D SEP - 3 2026

RE:

# ATTORNEY GARY LIGHTMAN IS ACTING AGAINST court procedures and is not authorized to represent the plaintiff at this time

Dear Judge Young, the Plaintiff John J. Scully Passed away on July 5, 2026, a lawyer cannot immediately continue a civil case after a plaintiff dies, because a lawsuit is temporarily paused until a personal representative for the deceased person's estate is officially
Substituted by the court, I have not seen those proceedings, and it seems that the Attorney Gary P. Lightman is acting illegaly, taking steps that should not be allowed by the court.

Case Pause: The lawsuit is placed on legal hold or stay. As Explained in a civil case, the case is put on pause until the party's estate can substitute into the case.

Loss of Authority : The original attorney-client relationship pauses. The Plaintiff's counsel, Gary P. Lightman has no authority to act on behalf of the decedent. The case is stayed until an estate representative is properly substituted.

Appointing a representative : An executor or administrator must be appointed through probate court to manage the deceased

**person's estate.**

**Gary Weiss, has no Liability, responsibility to Plaintiff, The Safety House, John J. Scully or his company, and is asking the Court, Judge John M. Young, to deny a Money Judgement against Defendant Gary Weiss. Defendant Gary Weiss did not cause any Damages to Plaintiff The Safety House , Daniel J. Scully.**

Gary Weiss is ready for Hearing ~~or~~ trial in this case.
Thanks
Gary Weiss, Pro-Se

CC, Plaintiff's Lawyer, Gary P. Lightman

Sept 3, 2026