**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFTEYHOUSE.COM, Plaintiff, | : | NO. 22-cv-688 |
| v. | : | |
| MANFRED STERNBERG, et al., Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of September 2026, this Court, having been notified by letter dated September 1, 2026, (ECF No. 247), that Plaintiff and the Sternberg Defendants have settled all remaining issues between them, and further notifying the Court there were no active claims remaining in this case, and further requesting that the Court assess damages against all Defendants whom it had previously entered default against, it is hereby **ORDERED** that an Assessment of Damages Hearing shall be held on Tuesday, November 10, 2026, at 11 a.m. At that time, Plaintiff shall provide evidence in support of the damages it attributes to the remaining defendants, who shall be given the opportunity to contest those damages.

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ *John Milton Younge*
**John Milton Younge, J.**