**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN ENVIRONMENTAL ENTERPRISES INC., D/B/A THESAFTEYHOUSE.COM, Plaintiff, | : : : : : | NO. 22-cv-688 |
| v. | | |
| MANFRED STERNBERG, et al., Defendants. | | |

**ORDER**

**AND NOW**, this 10th day of November, 2026, this Court, upon holding an assessment of damages hearing on November 10, 2026, and upon consideration of the evidence presented there at, it is hereby **ORDERED** that final judgment in the amount of $1,965,600.00 is entered in favor of plaintiff American Environmental Enterprises, Inc. d/b/a THE SAFTEY HOUSE.com, against defendants Samuel Gross and Charlton Holdings Group, LLC, and against defendants Gary Weiss and ASOLARDIAMOND, LLC, a/ka/ ASOLAR, LLC, and against defendants Daphna Zekaria, Esquire, and Sokolski & Zekaria, P.C., individually, jointly, and severally.

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ *John Milton Younge*
**John Milton Younge, J.**