**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **American Environmental Enterprises, Inc., d/b/a TheSAFETYHOUSE.com**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MANFRED STERNBERG, ESQUIRE, et als,**<br><br>**Defendants.** | **Civil Action No. 2:22-cv-00688-JMY** |

**JOINT STIPULATION AND ORDER TO SETTLE, DISCONTINUE AND END ALL CLAIMS BETWEEN PLAINTIFF AND THE STERNBERG DEFENDANTS (ONLY) PURSUANT TO FEDERAL RULE 41(A)(2)**

AND NOW this 26th day of August, 2026, the parties having reached a Settlement of their dispute, and in accordance with the provisions of the Settlement, and for good cause shown, it is STIPULATED AND AGREED that Plaintiff's claims asserted in this litigation against defendants Manfred Sternberg, Esquire, and Manfred Sternberg & Associates, PC (only), are SETTLED, DISCONTINUED AND ENDED and all claims made or that could have been made against Manfred Sternberg Individually and Manfred Sternberg & Associates P.C. by any party are hereby agreed to be DISMISSED WITH PREJUDICE.

This Settlement does NOT affect any of Plaintiff's remaining claims against defendants Samuel Gross a/k/a Schlomo Gross and Charlton Holdings Group, LLC (collectively the "Gross Defendants"), and/or defendants Gary Weiss and Asolardiamond, LLC, a/k/a ASolar, LLC (collectively the "Weiss Defendants"), and/or defendants Daphne Zekaria, Esquire and Sokolski

& Zekaria, PC (collectively the "Zekaria Defendants"). The Parties further stipulate that this Settlement is made in good faith within the meaning of applicable contribution law.

IN WITNESS WHEREOF, and intending for this Stipulation to be a genuine, valid, and binding agreement, strictly enforceable according to its terms, the parties, individually or through their counsel, have signed this Stipulation as of the date set forth above.

LIGHTMAN & MANOCHI

BY:__________________________
Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
600 West Germantown Pike
Suite 400
Plymouth Meeting, PA 19462
Email: garylightman@lightmanlaw.com
gmanochi@lightmanlaw.com

Attorneys for Plaintiff

8/28/26

Manfred Sternberg, Esquire
Manfred Sternberg & Associates, PC

BY:__________________________
Manfred Sternberg, Esquire
1980 Post Oak Boulevard
Suite 200
Houston, Texas 77056

Email: Manfred@msternberg.com

Individually and as authorized representative
For Manfred Sternberg & Associates, PC

*/s/ John Milton Younge*
United States District Court Judge

Date: November 10, 2026