REC'D NOV 1 8 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN ENVIRONMENTAL ENTERPRISES INC. D/B/A THESAFETYHOUSE.COM :
:
vs. :
:
GARY WEISS, PRO-SE :
:

Civil Action No. 22-CV-688

# MOTION

TO STAY

ASKING STAY THE ORDER OF 10TH DAY OF NOVEMBER 2026 OF FINAL JUDGEMENT OF 1,965,600.00 AGAINST GARY WEISS DEFENDANT PENDING AN APPEAL OF ORDER OF FINAL JUDGEMENT WITHOUT A TRIAL, AND OR STANDING AGAINST DEFENDANT GARY WEISS, ORDERE BY JUDGE J.M. YOUNGE.

GARY WEISS

[signature]

11-18-2026