# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Nov 18, 2026 1:27PM

GARY WEISS

Rcpt. No: 20041079 Trans. Date: Nov 18, 2026 1:27PM Cashier ID: #ST (2383)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $605.00 |

**Comments**: GARY WEISS, NOTICE OF APPEAL, 22-CV-688

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

REC'D NOV 1 8 2026

TO

# U.S.COURT OF APPEALS – THIRD CIRCUIT

**U.S. DISTRICT COURT:** EASTERN DISTRICT OF PENNSYLVANIA
(DISTRICT/STATE) (LOCATION)

U.S. TAX COURT [ ]

(FULL COPIES OF DISTRICT COURT CASE)

AMERICAN ENVIRONMENTAL ENTERPRISES INC D/B/A THE SAFETY HOUSE.COM

VS. GARY WEISS PRO-SE

CIRCUIT COURT

DOCKET NUMBER: ____________

DISTRICT COURT OR TAX COURT

DOCKET NUMBER: 22-CV-688

DISTRICT COURT OR

TAX COURT JUDGE: J.M. YOUNGE

**Notice is hereby given that** GARY WEISS
(NAMED PARTY)

**Appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT**

**From [ ] JUDGMENT** **[X] ORDER**

[ ] **OTHER (specify):** FOR FINAL JUDGEMENT WITHOUT TRIAL.
NO STANDING, LACK OF CONTRACT WITH, OR AGREEMENT WITH PLAINTIFF

**Entered in this action on** NOV-16-2026
(DATE)

**DATED:** NOV-18-2026

GARY WEISS - PRO. SE
COUNSEL FOR APPELLANT – SIGNED)

(NAME OF COUNSEL: TYPED OR PRINTED

650 FAIRWAY DRIVE
(ADDRESS)

UNION NJ 07083

908 546-2649
TELEPHONE NUMBER OR U.S. GOVT FTS.

COUNSEL FOR APPELLEE

ADDRESS

TELEPHONE NUMBERS OR US. GOVT FTS.

NOTE: USE ADDITIONAL SHEETS IF ALL APPELLANTS AND/OR COUNSEL FOR APPELLEE CANNOT BE LISTED ON THE NOTICE OF APPEAL FORM

USCA APPEAL FORM (10/1/04)

[signature]
NOV 18-2026